UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, </br></br> Plaintiff, </br></br> vs. </br></br> CHATEL REAL ESTATE, INC.; </br> THIERRY LIVERMAN; and </br> MARY WHITE, </br></br> Defendants. | Court No. 06 Civ. 0694 (JDB) |

**PLAINTIFF'S PROOF OF SERVICE**
**OF SUMMONS AND COMPLAINT UPON DEFENDANTS**

Plaintiff, John Bratton, respectfully informs the Court that all defendants were personally served with the summons and complaint in this case on April 19, 2006. As indicated in the attached declarations of service of Rosemary Solorzano, service of process was made upon defendants in the following manner:

(1) Defendant Mary White was personally served at her place of residence located at 1241 33rd Street, N.W., Washington, DC 20007.

(2) Defendant Thierry Liverman was personally served at Chatel Real Estate, Inc.'s Georgetown office located at 3210 N Street, N.W., Washington, DC 20007.

(3) Defendant Chatel Real Estate, Inc., was served through personal service upon its principal broker and officer, Thierry Liverman, at Chatel's Georgetown office located at 3210 N Street, N.W., Washington, DC 20007.

Respectfully submitted,

Dated: April 20, 2006

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC

1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel:  (202) 862-4335
Fax: (202) 828-4130

*Attorney for plaintiff John Bratton*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2006, I electronically filed and caused to be served by First Class Mail copies of "PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS" addressed as follows:

        MARY WHITE
        1241 33rd Street, N.W.
        Washington, DC 20007

        THIERRY LIVERMAN
        3210 N Street, N.W.
        Washington, DC 20007

        CHATEL REAL ESTATE, INC.
        3210 N Street, N.W.
        Washington, DC 20007