UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON<br><br>    Plaintiff<br><br>v.<br><br>CHATEL REAL ESTATE, INC, et al<br><br>    Defendants. | Case No.: 1: 06CV00694<br><br>Hon. John D. Bates |

### AFFIDAVIT OF THIERRY LIVERMAN

**THIERRY LIVERMAN**, having been duly sworn, states as follows:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit.

2. I am the president of Chatel Real Estate, Inc.

3. On April 19, 2006 I was interviewed by Mandi Galloway of the District of Columbia Office of Human Rights in connection with a Complaint filed under the D.C. Human Rights Act by John Bratton.

4. During this interview I was served with the Complaint and Summons in the above-captioned lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2006.

                                                        Thierry Liverman
                                                        President, Chatel Real Estate, Inc.

DEFENDANT'S EXHIBIT 1