UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON**<br><br>    Plaintiff<br><br>v.<br><br>**CHATEL REAL ESTATE, INC, et al**<br><br>    Defendants. | Case No.: 1: 06CV00694<br><br>Hon. John D. Bates |

## ORDER

Pursuant to Rule 12 and upon consideration of Defendants' Motion to Dismiss Counts III & IV of Plaintiff's Complaint, any opposition thereto and the entire record herein, it is this _____ day of _____, 2006 hereby

ORDERED that the Defendants' Motion to Dismiss be and hereby is, GRANTED; and is further

ORDERED that Count III and Count IV of Plaintiff's Complaint are dismissed without prejudice.

_____
Hon. John D. Bates
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Copies to:

**John Gordon Forester, Esq.**
1742 N Street, NW
Washington, DC 20036
*Counsel for Def. Mary White*

**Stefan Shaibani, Esq.**
1150 Connecticut Ave., NW, 9th Floor
Washington, DC 20036
*Counsel for Plaintiff*

**Matthew A. Ranck, Esq.**
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
*Counsel for Def Chatel Real Estate
Thierry Liverman*