UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Court No. 06 Civ. 0694 (JDB) |
| CHATEL REAL ESTATE, INC., ET AL., | ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Chatel Real Estate Inc.'s and Thierry Liverman's motion to dismiss counts III and IV of plaintiff's complaint for lack of jurisdiction, plaintiff's opposition thereto, and all other pertinent papers, it is hereby

ORDERED that defendants' motion to dismiss counts III and IV of plaintiff's complaint is denied as moot.

Dated: _____, 2006

_____
John D. Bates, Judge