UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOHN BRATTON, )
 )
    Plaintiff, )
 )
vs. )
 ) Court No. 06 Civ. 0694 (JDB)
CHATEL REAL ESTATE, INC., ET AL., )
 )
    Defendants. )

---

### AFFIDAVIT OF JOHN BRATTON

I, John Bratton, declare as follows:

1. I am the plaintiff in this action. On October 19, 2005, I filed an administrative complaint for discrimination in connection with leasing of Georgetown office space against defendants Chatel Real Estate, Inc. and Mary White at the District of Columbia Office of Human Rights. The administrative complaint was referred to Mandi Galloway, Esq., an investigator and mediator at the Office of Human Rights.

2. The administrative case proceeded to mediation. On December 7, 2005, mediation proceedings concluded with no settlement being reached between the parties.

3. On December 7, 2005, following the conclusion of mediation proceedings, Ms. Galloway informed us that she would leave the case open for another 10 days to give us an opportunity to compromise, and that if we could not reach agreement, she would "close the case after the 10-day period."

4. We did not reach agreement following 10 tens of the conclusion of mediation proceedings, i.e., December 18, 2005. Indeed, we did not reach agreement in the administrative case at any time.

5.  Based upon Ms. Galloway's representation on December 7, 2005 that she would "close the case within 10 days," I understood that the administrative case at the Office of Human Rights had been closed by December 18, 2005.

6.  I did not hear anything from the Office of Human Rights from December 18, 2005 until May 10, 2006, when the Office issued an order dismissing my case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 15, 2006

John Bratton

2