UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0694 (JDB) |
| CHATEL REAL ESTATE, INC., ET AL., | ) |
|     Defendants. | ) |

## ORDER

Upon consideration of plaintiff's partial consent motion for leave to amend complaint, defendant Chatel Real Estate, Inc.'s and Thierry Liverman's consent to the relief sought therein, and defendant Mary White's opposition thereto, and all other pertinent papers, it is hereby

ORDERED that plaintiff's motion for leave to amend complaint is GRANTED. Plaintiff's First Amended Complaint shall be deemed filed today.

Dated: _____, 2006       _____
                                     John D. Bates, Judge