UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Court No. 06 Civ. 0694 (JDB) |
| CHATEL REAL ESTATE, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

AFFIDAVIT OF STEFAN SHAIBANI

I, Stefan Shaibani, declare as follows:

1. I am counsel of record for plaintiff in this action.

2. Attached hereto as Exhibit A is a true and correct copy of the May 10, 2006 Order of dismissal from the District of Columbia Office of Human Rights, dismissing plaintiff's administrative complaint based upon his request for withdrawal.

3. Attached hereto as Exhibit B is a true and correct copy of plaintiff's May 2, 2006 request for withdrawal of his administrative complaint filed with the District of Columbia Office of Human Rights.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 17, 2006

_____
Stefan Shaibani

04/26/2006  04:29    2027279589           DCOHR                    PAGE  01/01

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of Human Rights



Judiciary Square Office
441 4th Street, NW, Suite 570N
Washington, DC 20001
Phone: (202) 727-4559  Fax: (202) 727-9589

Penn Branch Office
3220 Pennsylvania Avenue, SE, 1st Fl.
Washington, DC 20020
Phone: (202) 727-4559  Fax: (202) 645-6390

May 10, 2006

John Bratton
524 11th Street, N.E.
Washington, D.C. 20002

Re:   Docket No.: 06-026-H
      <u>John Bratton v. Chatel Real Estate Inc.</u>

Dear Mr. Bratton:

On May 2, 2006 you advised this office that you have filed a case against Respondent in Superior Court, and filed a withdrawal form with the investigator on this case. In light of these circumstances your case has been closed administratively with no finding being made on the merits of the allegations. **IT IS SO ORDERED.**

Sincerely,

Kenneth Saunders
Director

cc:  Thierry Liverman/John Pagones
     Chatel Real Estate
     3210 N St NW
     Washington, DC 20007

     Mary White
     1241 33rd St, NW
     Washington, DC 20007

Exhibit A

05/09/2006  22:42   2026456390        OHR PENN BRANCH               PAGE  01/01

**LITIGATION ASSOCIATE, PLLC**

CONNECTICUT BUILDING, NINTH FLOOR, 1150 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036
TELEPHONE: (202) 862-4335
FAX: (202) 828-4130

**By Fax & Certified Mail**                                         May 5, 2006
Mandi Galloway, Esq.
DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
Fax: 202-645-6390

Re:   *John Bratton v. Chatel Realty, Docket No. 06-026-H(CN)*

Dear Ms. Galloway:

    Attached please find Mr. Bratton's request for withdrawal of charge of discrimination in connection with the above-captioned matter. Mr. Bratton is withdrawing his administrative complaint because he wishes to pursue his discrimination claims in *John Bratton v. Chatel Real Estate Inc., et al.*, Court No. 06-0694 (D.D.C.), an action filed at the District of Columbia District Court on April 18, 2006. As indicated in my letter of May 2, 2006, Mr. Bratton was under the impression that his administrative complaint had been "closed" 10 days after conclusion of the mediation proceedings. We discovered this was not true on May 2, 2006, after we filed suit in federal court. Consequently, Mr. Bratton is withdrawing his administrative complaint.

    I would appreciate it if you could dismiss the above-captioned administrative complaint and send me confirmation of the same at your earliest convenience. My fax number is 202-828-4130.

Very truly yours,

Stefan Shaibani

Exhibit B

# REQUEST FOR WITHDRAWAL OF CHARGE OF DISCRIMINATION

You recently indicated a desire to withdraw your charge. In order to initiate these actions please furnish the information indicated below and return it to the D. C. Office of Human Rights.

Please note that your charge is presently open with the D.C. Office of Human Rights (OHR) and the Equal Employment Opportunity Commission (EEOC). If you desire to withdraw your charge with both agencies, it will be necessary to so indicate in the space provided below. Since a request for withdrawal is subject to the approval of the agencies named above, your request will be considered and acted upon when received. Please note that both agencies are still prepared to proceed with your charge if you so desire.

Charging Party Name: John Bratton     Docket No.: 06-026-H(CN)

Respondent's Name: Chatel Realty      EEOC No.:

## CHARGING PARTY COMPLETE INFORMATION BELOW

I am aware that the EEOC and OHR protect my right to file a complaint. I have been advised that it is unlawful for any person covered by the Civil Rights Act of 1964, as amended, to threaten, intimidate, or harass me because I have filed a complaint. I have also been advised that it is unlawful for any person covered by the enabling legislation of the D.C. Human Rights Act of 1977, as amended, to threaten, intimidate or harass me because I have filed a complaint. I have not been forced to request this withdrawal. I have also been advised that it is unlawful for any person covered by the enabling legislation of the D.C. Office of Human Rights to threaten, intimidate or harass me because I have filed a complaint.

I wish to withdraw my charge because:
_____
_____
_____
_____

I wish to withdraw my charge filed with the D.C. Department of Human Rights:

Complainant's Signature _____   Date: 5/31/06

I wish to withdraw my charge of discrimination filed with the Equal Employment Opportunity Commission:

Complainant's Signature _____   Date: 5/31/06

SEND TO:

FOR EEOC USE ONLY:

_____ Approve
_____ Disapprove

Director: _____

OHR & EEOC Withdrawal