IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON              :

    Plaintiff             :

v.                        :   06 Civ. 0694 (JDB)

CHATEL REAL ESTATE, INC.  :
and
THIERRY LIVERMAN          :
and
MARY WHITE                :

    Defendants            :

## NOTICE TO SUBSTITUTE ATTORNEY

Kindly strike the appearance of John Gordon Forester, Jr. and enter the appearance of Robert H. Bouse, Jr. on behalf of the Defendant, Mary White.

           /s/
John Gordon Forester, Jr. (Bar #4424)
1914 Sunderland Place, NW
Washington, D.C. 20036
202-293-3353

           /s/
Robert H. Bouse, Jr. (Bar #MD01926))
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
410-752-1630
Fax: 410-752-0085
*Attorney for Mary White*

I HEREBY CERTIFY that on this 9th day of June, 2006, copy of the foregoing was mailed to:

Stefan Shaibani, Esq.
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C  20036
202-862-4335
(Fax:  202-828-4130)
*Attorney for Plaintiff*

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C.  20009
202-857-1696
(Fax:  202-857-0762)
*Counsel for Defendants Chatel Real Estate,*
*Inc. and Thierry Liverman*

                                                  /s/
                                      Robert H. Bouse, Jr. (#MD01926)
                                      Anderson, Coe & King, LLP
                                      201 N. Charles Street, Suite 2000
                                      Balto., MD  21201
                                      410-752-1630
                                      Fax:  410-752-0085
                                      *Attorney for Mary White*