IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON                              :

    Plaintiff                             :

v.                                        :   06 Civ. 0694 (JDB)

CHATEL REAL ESTATE, INC.                  :
and
THIERRY LIVERMAN                          :
and
MARY WHITE                                :

    Defendants                            :

### STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated by and between counsel for the Plaintiff, John Bratton, and counsel for the Defendant, Mary White, that the Defendant Mary White will be allowed to file an Answer to the Amended Complaint filed by the Plaintiffs on or before June 16, 2006.

                                              /s/
                                Stefan Shaibani (Bar #490024)
                                Litigation Associate, PLLC
                                1150 Connecticut Avenue, N.W.
                                Suite 900
                                Washington, D.C. 20036
                                202-862-4335
                                Fax: 202-828-4130
                                *Attorney for Plaintiff John Bratton*

                                        /s/
                      Robert H. Bouse, Jr. (Bar #MD01926))
                      Anderson, Coe & King, LLP
                      201 N. Charles Street, Suite 2000
                      Balto., MD 21201
                      410-752-1630
                      Fax: 410-752-0085
                      *Attorney for Mary White*

Approved this ___ day of _____, 2006.

_____
Judge
United States District Court
for the District of Columbia

    I HEREBY CERTIFY that on this 9th day of June, 2006, copy of the foregoing was mailed to:

Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
202-862-4335
Fax: 202-828-4130
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Eccleston and Wolf, P.C.
2001 S Street, NW
Suite 310
Washington, D.C. 20009
*Attorney for Chatel Real Estate and*
*Thierry Liverman*

                                                                                             /s/
                                          Robert H. Bouse, Jr. (Bar #MD01926))
                                          Anderson, Coe & King, LLP
                                          201 N. Charles Street, Suite 2000
                                          Balto., MD 21201
                                          410-752-1630
                                          Fax: 410-752-0085
                                          *Attorney for Mary White*