UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON,

    Plaintiff,

       v.

CHATEL REAL ESTATE, INC., et al.,

    Defendants.

Civil Action No.  06-694 (JDB)

**ORDER**

It is this 16th day of May, 2006, hereby **ORDERED** that the initial scheduling conference

in this matter is set for July 25, 2006, at 9:00 a.m. in Courtroom 8.  Counsel who attend the

scheduling conference must be sufficiently familiar with the case to answer any questions that

arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule

26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report

addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their

conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial

scheduling conference.

Written communication with the Court is to be by motion, opposition, and reply, rather

than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule

7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the

requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive

motions (including those for enlargements of time).

**SO ORDERED**.

/s/ John D. Bates

JOHN D. BATES
United States District Judge

Copies to:

Stefan Shaibani
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, 9th Floor
Washington, DC  20036
Email: stefan@litigationassociate.com

*Counsel for plaintiff*

William Leonard Mitchell, II
Matthew A. Ranck
ECCLESTON & WOLF, P.C.
2001 S Street, NW, Suite 310
Washington, DC  20009-1125
Email: wmitchell@ewdc.com
Email: ranck@ewmd.com

*Counsel for defendants Chatel Real Estate, Inc. and Thierry Liverman*

Robert H. Bouse, Jr.
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, MD  21201
Email: bouse@acklaw.com

*Counsel for defendant Mary White*