UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Court No. 06 Civ. 0694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S PROPOSED ORDER

Upon consideration of the parties' joint status report and the entire record herein, it is hereby ORDERED:

1. The parties shall make their Federal Rule of Civil Procedure 26(a)(1) initial disclosures no later than 20 days after the date of the Court's Scheduling Order.

2. The parties shall serve all written discovery requests no later than 75 days after the date of the Court's Scheduling Order.

3. All discovery shall be completed by no later than 120 days after the date of the Court's Scheduling Order unless there are pending discovery motions, in which case the discovery deadline shall be tolled pending disposition of said motions.

4. Each party shall be permitted to take 10 depositions. The parties shall be permitted to serve 25 interrogatories, 25 document production requests, and 25 requests for admission on each opposing party. Plaintiff shall be permitted to serve separate discovery requests on each of the defendants. The parties shall also be permitted to propound subpoenas on third-parties for production of documents and depositions.

5. The parties shall concurrently file their Federal Rule of Civil Procedure 26(a)(2) disclosures and expert reports within 90 days of the date of the Court's Scheduling Order. Responses to expert reports and rebuttal expert designations, if any, may be filed within 15 days thereafter.

6. All depositions and expert discovery shall be completed no later than 120 days after the date of the Court's Scheduling Order, unless there are pending discovery motions on hold, in which case the discovery deadline shall be tolled pending disposition of said motions.

7. Dispositive motions shall be filed no later than 30 days after the close of discovery.

8. If no dispositive motions have been filed, the pretrial conference shall be scheduled at a time convenient to the Court during the weeks of January 15 and January 22, 2007.

9. The parties request that trial be scheduled within 30 to 60 days after the pretrial conference at a time convenient to the Court. The parties anticipate that trial in this matter would last approximately three to four days.

10. All matters and disputes involving discovery shall be assigned to a judge. A magistrate judge shall not be assigned to this case.

_____
Judge, John D. Bates

Copies to:

Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.,
Ninth Floor
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130
*Counsel for Plaintiff*

Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street,
Suite 2000
Baltimore, MD 21201
Tel: (410) 752-1630
Fax: (410) 752-0085
*Counsel for Defendant Mary White*

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S. Street, N.W.,
Suite 310
Washington, DC 20009
*Counsel for Defendants Thierry Liverman and Chatel Real Estate, Inc.*