# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON                                   :

      Plaintiff                          :

v.                                             :        06 Civ. 0694 (JDB)

CHATEL REAL ESTATE, INC.                       :
and
THIERRY LIVERMAN                               :
and
MARY WHITE                                     :

      Defendants                         :


## DEFENDANTS' PROPOSED SCHEDULING ORDER

Upon consideration of the parties Joint Status Report and the entire record herein, it is hereby

ORDERED:

1. That no initial disclosures are needed in this case pursuant to Federal Rule Civil Procedures 26(a)(1).

2. The parties shall serve all written discovery requests no later than 75 days after the date of the Court's Scheduling Order.

3. All discovery shall be completed by no later than 180 days after the date of the Court's Scheduling Order unless there are pending discovery motions, in which case the discovery deadline shall be tolled pending disposition of said motions.

4. Each party shall be permitted to take 10 depositions.  The parties shall be permitted to serve 25 Interrogatories, 25 document production requests, and 25 requests for admission on each opposing

party.  The Plaintiff shall be permitted to serve separate discovery requests on each of the Defendants.

The parties shall also be permitted to propound subpoenas on third parties for production of documents

and depositions.

5.  Plaintiff shall file his Federal Rule of Civil Procedure 26(a)(2) disclosures and expert reports

no later than 90 days after the Court's Scheduling Order.  The Defendants shall file their Federal Rule of

Civil Procedure 26(a)(2) disclosures and expert reports no later than 120 days after the date of the

Court's Scheduling Order.  Plaintiff's rebuttal expert reports, if any, shall be filed within 15 days

thereafter.

6.  All depositions and expert discovery shall be completed no later than 180 days after the date

of the Court's Scheduling Order, unless there are pending discovery motions on hold, in which case the

discovery deadline shall be tolled pending disposition of said motions.

7.  Dispositive motions shall be filed no later than 30 days after the close of discovery.

8.  If no dispositive motions have been filed, the pretrial conference shall be scheduled at a time

convenient to the Court during the weeks of February 12, 2007 or February 19, 2007.

9.  The parties request that the trial be scheduled within 30 to 60 days after the pretrial

conference at a time convenient to the Court.  The parties anticipate the trial in this matter would last

approximately three to four days.

10.  All matters and disputes involving discovery shall be assigned to a judge.  A magistrate

judge shall be assigned for purposes of a settlement conference only in this case at a time convenient to

the Magistrate Judge and to the parties.

_____

Judge, John D. Bates

2

Copies to:

Stefan Shaibani, Esq.
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC  20036
Tel:  (202) 862-4335
Fax:  (202) 828-4130
*Counsel for Plaintiff*

Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD  21201
Tel:  410-752-1630
Fax:  410-752-0085
*Counsel for Defendant Mary White*

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, DC  20009
*Counsel for Defendants Thierry Liverman*
*and Chatel Real Estate, Inc.*