IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON : | |
| Plaintiff : | |
| v. : | 06 Civ. 0694 (JDB) |
| CHATEL REAL ESTATE, INC. : | |
| and | |
| THIERRY LIVERMAN : | |
| and | |
| MARY WHITE : | |
| Defendants : | |

## INITIAL DISCLOSURES

To:   John Bratton, Plaintiff
      Chatel Real Estate, Inc. and Theirry Liverman, Co-defendants

From: Mary White

Defendant, Mary White, makes this initial disclosure pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1)

### (A) Witnesses:

1. Mary White
   1241 33rd Street, NE, Washington, D.C. 20007

2. John Bratton, Plaintiff herein

3. John Gordon Forester, Jr., Esq.
   1914 Southern Place, NW, Washington, D.C. 20036-1608

4. Roberta Medlin
   1421 29th Street, NW, Washington, D.C. 20007

5. Theirry Liverman
3210 North Street, NW, Washington, D.C. 20007

6. John Pagones
Present address unknown

7. Barrett Anderson
Address to be Provided

**B. Documents**

1. List of properties provided by John Bratton

2. Handwritten Draft Lease provided by John Bratton

3. Updated Lease Draft from John Bratton

4. Updated Lease Draft from John Bratton on Chatel Real Estate form

5. Rental Application from John Bratton

6. First American Registry Report

7. Rental Application tendered by Roberta Medlin

8. Handwritten draft Release from Roberta Medlin

9. Credit Report from First American Registry

10. Draft Release and Addendum prepared by Theirry Liverman reflecting terms prepared by Roberta Medlin

11. Front of check from Roberta Medlin for $7,500

12 Letter from John Bratton to Mary White dated October 7, 2005

13. Letter from Theirry Liverman to Mary White dated October 12, 2005

14. Letter from John Gordon Forester to John Bratton dated October 18, 2005

15. Letter from Paul M. Bioto, CPA to John Bratton with enclosures dated October 18, 2005

16. Letter of October 19, 2005 from John Bratton to John Gordon Forester, Jr.

17. Letter of October 19, 2005 from John Gordon Forester, Jr. to John H. Bratton

18. Letter of October 26, 2005 from John Bratton to John Gordon Forester, Jr.

19. Letter of October 26, 2005 from John Gordon Forester, Jr. to John L. Bratton.

20. Fax from John Gordon Forester, Jr. to Chatel Realty and Theirry Liverman dated October 26, 2005

21. A letter delivered by messenger of October 27, 2005 to Gordon Forester from Theirry Liverman and Chatel Real Estate.

22. Letter by messenger dated October 27, 2005 from John Gordon Forester to John H. Bratton

23. Letter of October 28, 2005 from John H. Bratton to John Gordon Forester, Jr.

24. Letter by fax dated October 31, 2005 from John Gordon Forester to John H. Bratton

25. Letter dated October 31, 2005 by messenger from John Gordon Forester, Jr. to John H. Bratton

26. Letter dated October 25, 2005 from the Government of the District of Columbia Office of Human Rights to Mary White which was received on November 7, 2005

27. Letter from Georgia A. Stewart, Manager, Mediation Unit, Government of the District of Columbia Office of Human Rights to Mary White

28. Fax transmission to the Office of Discrimination on November 9, 2005 from John Gordon Forester to Mandy W. Gallaway

29. A fax from Patsy Petty to Mary White dated December 16, 2005

30. A letter from Patsy Petty to John Bratton dated December 21, 2005

Counsel for this Defendant certifies that he has attached these documents to the Initial Disclosures and mailed same to all parties on August 24, 2006.

**C. Computation of Damages:** Not applicable to the Defendant.

**D.** A copy of the insurance policy from the Hartford Insurance Company will be produced.

_____ (Bar MD01926)
Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
Telephone: 410-752-1630
Fax: 410-752-0085
*Attorney for Mary White*

I HEREBY CERTIFY that on this 24th day of August, 2006, copy of the foregoing was mailed to:

Stefan Shaibani, Esq.
Litigation Associate, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C. 20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
*Counsel for Defendants*

_____ (Bar MD01926)
Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
Telephone: 410-752-1630
Fax: 410-752-0085
*Attorney for Mary White*

4