UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------

JOHN BRATTON,                                )
                                             )
     Plaintiff,                          )
                                             )
     vs.                                 )     Civil Action No. 06-694 (JDB)
                                             )
CHATEL REAL ESTATE, INC., et al.,            )
                                             )
     Defendants.                         )
---------------------------------------------------------)

### PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiff John Bratton makes his disclosures as follows:

**A.  Witnesses**

1.  John Bratton is likely to have discoverable information concerning the discriminatory treatment he received from Chatel Real Estate, Inc. ("Chatel") and Mary White, the nature and extent of damages suffered, and other related matters.

    Address:  1622 Wisconsin Avenue, NW, Washington, DC 20007

    Tel:  (202) 338-6732

2.  Jeffrey B. Augello is likely to have discoverable information pertaining to the chain of events giving rise to plaintiff's claim for discrimination against Chatel and Mary White, the nature and extent of damages suffered, and other related matters.

    Address:  5301 Wisconsin Avenue, NW, Suite 100, Washington, DC 20015

    Tel:  (202) 237-1504

3.  Robert J. Spagnoletti is likely to have discoverable information concerning plaintiff's character, his business, the nature and extent of the damages suffered, and other related matters.

    Address:  1350 Pennsylvania Avenue, NW, Suite 409, Washington, D.C. 20004

    Tel:  (202) 727-3409

4.  Paul M. Beito is likely to have discoverable information concerning plaintiff's income tax returns for 2003-2004 and other related matters.

    Address:  3359 5th Street South, Arlington, VA 22204

    Tel:  (703) 271-0373

5.  Daniel Lee is likely to have discoverable information concerning plaintiff's claim for discrimination against Chatel and Mary White, the nature and extent of damages suffered, and other related matters.

    Address:  1622 Wisconsin Avenue, NW, Washington, DC 20007

    Tel:  (202) 549-3076

6.  John Pagones, a hostile witness, is likely to have discoverable information pertaining to plaintiff's claim for discrimination against Chatel and Mary White, and other related matters.

    Address:  1930 Calvert Street, NW, No. 2, Washington, DC 20009

    Tel:  Unknown

7.  Barrett Anderson, a hostile witness, is likely to have discoverable information pertaining to plaintiff's claim for discrimination against Chatel and Mary White, and other related matters.  Plaintiff expects defendants to provide the current

address and telephone number of Barrett Anderson as part of their initial

disclosures, as Mr. Anderson was an employee or agent of Mary White.

Address:  Unknown

Tel:  Unknown

8.  Hope Edwards, a hostile witness, is likely to have discoverable information
pertaining to plaintiff's claim for discrimination against Chatel and Mary White,
and other related matters.

Address:  3210 N Street, NW, Washington, DC 20007

Tel:  (202) 338-0500

9.  Roberta Jean Medlin, a hostile witness, is likely to have discoverable information
pertaining to plaintiff's claim for discrimination against Chatel and Mary White,
and other related matters.

Address:  1421 29th Street, NW, Washington, DC 20007

Tel:  Unknown

10. Matthew Medlin, a hostile witness, is likely to have discoverable information
pertaining to plaintiff's claim for discrimination against Chatel and Mary White,
including the purported relationship between Mary White and Roberta Medlin.

Address:  1421 29th Street, NW, Washington, DC 20007

Tel:  Unknown

11.  Thierry Liverman, a hostile witness, is likely to have discoverable information
pertaining to plaintiff's claim for discrimination against Chatel and Mary White,
and other related matters.

Address:  3210 N Street, NW, Washington, DC 20007

Tel:  (202) 338-0500

12.   John Gordon Forester, a hostile witness, is likely to have discoverable

information pertaining to plaintiff's claim for discrimination against Chatel and

Mary White, and other related matters.

Address:  1914 Sunderland Place, NW, Washington, DC 20036

Tel:  (202) 293-3353

13.   Mary White, a hostile witness, is likely to have discoverable information

pertaining to plaintiff's claim for discrimination against Chatel and Mary White,

and other related matters.

Address:  1241 33rd Street, NW, Washington, DC 20007

Tel:  (202) 431-1090

14.  Mandi Galloway of the District of Columbia Office of Human Rights ("OHR") is

likely to have discoverable information pertaining to plaintiff's administrative

complaint for discrimination filed at the OHR against Chatel and Mary White.

Address:  441 4th Street, NW, Suite 570N, Washington, DC 20001

Tel: (202) 727-4559

15.  Plaintiff reserves the right to call upon other witnesses, the relevance of whose

testimony may become apparent during the course of discovery.  Such witnesses

include, among others, the officers, owners, staff, employees, and affiliated agents

of Chatel and Mary White, as well as third parties possessing knowledge of

relevant matters.

16.  Plaintiff further reserves the right to call upon other witnesses whose testimony

may be relevant for impeachment purposes.

4

17.  Plaintiff intends to designate his expert witnesses at an appropriate time in the future based on the Court's scheduling order.

**B.   <u>Documents</u>**

The documents currently in the possession, custody, and control of plaintiff, which he may use to support his claims and defenses, are attached hereto and designated with Bate Stamps BRA 0001 to BRA 0551, the index to which is attached hereto as Exhibit A.  Plaintiff reserves the right to introduce other documents the relevance of which may become apparent during the course of discovery, including documents received from third parties.  In addition, plaintiff reserves the right to introduce other documents for impeachment purposes.

**C.  <u>Computation of Damages</u>**

1.    <u>Compensatory Damages</u>

Plaintiff's compensatory damages include humiliation, embarrassment, emotional distress and deprivation of civil rights as a result of defendants' violations of 42 U.S.C. §§ 1981 and 1982, and DC ST §§ 2-1402.21 and 2-1402.23.  Plaintiff's compensatory damages further include significant time incurred on securing a lease for the subject Property and prosecuting this action, which time would have otherwise been devoted to plaintiff's successful business as a real estate broker and property developer.  Plaintiff's compensatory damages also include defendants' denial to plaintiff of a right of first refusal to purchase the subject Property if it were to be offered for sale during the term of the lease, as well as an option to renew the lease.  As a result of defendants' conduct, plaintiff has been compelled to maintain two District of Columbia offices for his real estate brokerage business because defendants declined to offer him an option to extend

the lease beyond its current term as well as a right of first refusal.  Plaintiff has thus been making payments for two leases when he would have otherwise paid only for one. Plaintiff's compensatory damages exceed $25,000 for each count enumerated in the complaint, amounting to at least $100,000.  The precise computation of plaintiff's damages will be proven at trial based on fact and expert witness testimony, applicable statutes and precedent, and documentary evidence.

2.    <u>Punitive Damages</u>

Plaintiff seeks punitive damages for defendants' willful and malicious violations of 42 U.S.C. §§ 1981 and 1982, and DC ST §§ 2-1402.21 and 2-1402.23.  Plaintiff's punitive damages amount to $1,000,000.

3.    <u>Attorney Fees & Costs</u>

Plaintiff demands reasonable attorney's fees and costs, including expert witness fees, incurred in prosecuting this action.  Plaintiff has thus far incurred in excess of $62,500 in attorney's fees and costs.  Plaintiff's attorney fees and costs will significantly increase as this case proceeds to discovery, summary judgment motions, and trial.

4.    <u>Pre-Judgment & Post-Judgment Interest</u>

Plaintiff seeks prejudgment and post-judgment interest on all the counts enumerated in his complaint.

5.    <u>Documents </u>

The documents upon which plaintiff's computation of damages are based include the documents attached hereto and designated as Bate Stamps BRA 0001 to BRA 0551, the index to which is attached hereto as Exhibit A.  Plaintiff reserves the right to introduce other documents pertinent to his computation of damages the

relevance of which may become apparent during the course of discovery,

including documents received from third parties.  Additional documentation

concerning computation of plaintiff's damages will be provided in the future

along with expert reports.

**D.  Insurance Agreements**

Not Applicable.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

JOHN BRATTON,                            )
                                         )
       Plaintiff,                        )
                                         )
       vs.                               )   Civil Action No. 06-694 (JDB)
                                         )
CHATEL REAL ESTATE, INC., *et al.*,      )
                                         )
       Defendants.                       )
_____)

**PLAINTIFF'S NOTICE OF SERVICE**
**OF RULE 26(a)(1) INITIAL DISCLOSURES**

      Notice is hereby given that on August 25, 2006, plaintiff John Bratton sent by

First Class Mail the information required by Rule 26(a)(1) of the Federal Rules of Civil

Procedure to counsel for defendants listed below:

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S Street, NW
Suite 310
Washington, DC 20009
*Counsel for defendants Chatel Real Estate, Inc. and Thierry Liverman*

Robert Bouse
Anderson, Coe & King
201 North Charles Street
Suite 2000
Baltimore, MD 21201
*Counsel for defendant Mary White*

Dated: August 25, 2006                     /s/ Stefan Shaibani
                                           Stefan Shaibani (Bar No. 490024)
                                           LITIGATION ASSOCIATE, PLLC
                                           1150 Connecticut Avenue, N.W.
                                           Suite 900
                                           Washington, DC 20036
                                           Tel:  (202) 862-4335
                                           *Counsel for plaintiff John Bratton*