<u>John Bratton v. Chatel Real Estate, Inc., et al.</u>
Case Number: 06-0694
Judge: John D. Bates
Venue: United States District Court for the District of Columbia

<u>Index: Documents Produced Pursuant to Plaintiff's Initial Disclosures</u>

 <u>Bates No.</u>

Chatel Real Estate, Inc.'s Plumbing Invoice to John Bratton…………….…....BRA 0001-0003

Metropolitan Regional Information Systems, Inc. (first floor):
October 6, 2005……………………………………………………………………BRA 0004-0006

Metropolitan Regional Information Systems, Inc. (lower floor):
October 6, 2005……………………………………………………………………BRA 0007-0009

John Bratton's Letter to John Pagones including Updated Commercial
Lease Agreement: October 10, 2005………………………….…………….…..BRA 0010-0017

Bratton Realty's GCAAR Rental Application: October 10, 2005…..………....BRA 0018-0021

Commercial Agreement of Lease between Mary White and Bratton
Realty, LLC (signed by John Bratton): October 10, 2005…………………..…..BRA 0022-0029

Commercial Agreement of Lease between Mary White and Bratton
Realty, LLC with Addendum (Addendum signed by John Bratton):
October 19, 2005……………………………………………………………….…..BRA 0030-0037

John Bratton's Two Checks for $2,500: October 6, 2005…………………….…..BRA 0038

Metropolitan Regional Information Systems, Inc. (first floor):
October 13, 2005……………………………………………………………………BRA 0039

Metropolitan Regional Information Systems, Inc. (lower floor):
October 13, 2005……………………………………………………………………BRA 0040

John Gordon Forester's Letter to John Bratton re: 1622 Wisconsin Avenue, NW:
October 18, 2005………………………………………………………………….…..BRA 0041

John Bratton's Letter to John Gordon Forester re: 1622 Wisconsin Ave—
Commercial Lease Agreement: October 19, 2005……………….……………BRA 0042-0043

John Gordon Forester's Letter to John Bratton re: 1622 Wisconsin Avenue, NW:
October 19, 2005……………………………………………………………………BRA 0044

John Bratton's formal complaint filed at the District of Columbia Office of
Human Rights including October 25, 2005 letter of Mandi Galloway………..BRA 0045-0062

John Gordon Forester's Letter to John Bratton re: 1622 Wisconsin Avenue, NW:
October 26, 2005……………………………………………………………………BRA 0063

Signed Commercial Lease Agreement between Mary White
and John Bratton: October 31, 2005……………………………………………BRA 0064-0071

Brochure for Bratton Realty……………………………………………………………...BRA 0072

Information from Chatel's Website……………………………………………….BRA 0073-0084

Information from Washington Fine Properties' Website………………………..BRA 0085-0086

Office of Human Rights' Signed and Notarized Housing Discrimination
Complaint including Complainant/Respondent Addresses, Intake Form,
and Summary of Complaint: October 25, 2005……………………………….BRA 0087-0092

U.S. Department of Housing and Urban Development's Housing Discrimination
Complaint: October 25, 2005……………………………………………………..………BRA 0093

Office of Human Rights' Housing/Commercial Space Complaint Form:
October 19, 2005…………………………………………………………………..BRA 0094-0102

Office of Human Rights' Housing/Commercial Space Complaint Form:
October 19, 2005…………………………………………………………………..BRA 0103-0111

Office of Human Rights' In-Person Interview Form by Mandi Galloway:
October 25, 2005…………………………………………………………………..BRA 0112-0119

Litigation Associate, PLLC Facsimile Transmission to Mandi Galloway re:
Notice of Appearance & Request for Withdrawal Form: May 2, 2005…..……BRA 0120-0121

Mandi Galloway's Facsimile Transmission to Litigation Associate, PLLC re:
Withdrawal form for Bratton complaint: May 4, 2006………………………..BRA 0122-0124

Office of Human Rights' Dismissal Order:
May 10, 2006…………………………………………………………………………BRA 0125-0127


John Bratton's Chain of Events in Reference to 1622 Wisconsin Ave……….BRA 0128-0131

John Bratton's Letter to John Gordon Forester RE:  1622 Wisconsin Avenue-
Commercial Lease Agreement with Addendum:  October 19, 2005…………BRA 0132-0134

John Bratton's Letter to John Gordon Forester RE:  1622 Wisconsin Avenue—
Commercial Lease Agreement Addendum:  October 19, 2005..............................BRA 0135

Paul M. Beito's Facsimile to John Bratton:  October 18, 2005………………..BRA 0136-0140

Bank of America Account Activity:  Business Economy Checking Account held by
John Bratton:  October 19, 2005……………………………...…………………...BRA 0141

Bank of America Account Activity:  Regular Checking Account held by John
Bratton: October 19, 2005……………………………………………………..…..BRA 0142

John Gordon Forester's Letter to John Bratton:  October 18, 2005………………BRA 0143

John Bratton's Sketch of 1622 Wisconsin Ave. Current Layout………………..…BRA 0144

John Bratton's Sketch of 1622 Wisconsin Ave. Proposed Layout…………….…..BRA 0145

John Bratton's Letter to John Pagones including Updated Commercial
Lease Agreement:  October 10, 2005…………………………..………………BRA 0146-0153

Metropolitan Regional Information Systems, Inc. (first floor):
October 6, 2005……………………………………………………………….....BRA 0154-0157

Metropolitan Regional Information Systems, Inc. (lower floor):
October 6, 2005……………………………………………………………….....BRA 0158-0160

John Bratton's Letter to John Pagones including Updated Commercial
Lease Agreement:  October 10, 2005……………………………………….…..BRA 0161-0164

Commercial Agreement of Lease between Mary White and
Bratton Realty, LLC (signed by John Bratton):  October 10, 2005…..…………BRA 0165-0172

Copies of John Bratton's 2 Checks for $2,500.00 for First Month's Rent and
Security Deposit………………………………………………………………………..BRA 0173

Metropolitan Regional Information Systems, Inc. Synopsis-Agent (first floor):
October 13, 2005………………………………………………………………………BRA 0174

Metropolitan Regional Information Systems, Inc. Synopsis-Agent (lower floor):
October 13, 2005……………………………………………………………………………BRA 0175

Metropolitan Regional Information Systems, Inc. 2005 Listings Summary
Report for Mary White:  October 20, 2005…………...……………................BRA 0176-0177

Metropolitan Regional Information Systems, Inc. 2005 Listings Summary
Report for Bratton Realty:  October 20, 2005…………………………………BRA 0178-0179

Photographs of John Bratton:  October 2005……………………………….………BRA 0180

John Gordon Forester's Letter to John Bratton re:  1622 Wisconsin Avenue, NW:
October 19, 2005……………………………………………………….…………………BRA 0181

Stefan Shaibani's Letter to Mandi Galloway re:  John Bratton v. Chatel,
Docket No. 06-026-H (CN):  May 2, 2006…………………...……………………BRA 0182

Stefan Shaibani's Letter to Mandi Galloway re:  John Bratton v. Chatel,
Docket No.06-026-H (CN):  May 5, 2006…………………….....……………..BRA 0183-0184

OHR Order of Dismissal re:  Docket No. 06-026-H, Bratton v. Chatel:
May 10, 2006………...…………………………………………………………….....……BRA 0185

John Gordon Forester's Fax Transmission re:  John Bratton v. Chatel Real Estate:
November 9, 2005……………………………………………………………………………BRA 0186

D.C. Office of Human Rights:  Answers to Interrogatories and Requests for
Production of Documents by Mary White:  November 16, 2005…………….....BRA 0187-0191

Richard Luchs, Esq. Letter to Mandi Galloway re:  John Bratton v.
Chatel Real Estate, Inc……………………………………………………………BRA 0192-0193

Chatel Real Estate, Inc.'s and John Pagones' Answers to Interrogatories
and Requests for Production of Documents Propounded by the DC Office
of Human Rights:  November 4, 2005……......................................................BRA 0194-0199

John Gordon Forester's Facsimile to John Bratton re:
1622 Wisconsin Avenue, NW:  October 31, 2005……………….…………………BRA 0200

John Bratton's Letter to Mary White:  October 7, 2005…………………………..BRA 0201

Metropolitan Regional Information Systems, Inc. (first floor):
November 1, 2005……………………………………………………………………..BRA 0202

Thierry Liverman's Facsimile Transmission to Mary White re:  1622 Wisconsin
October 14, 2005……………………………………………………………….....…BRA 0203

John Bratton's Letter to John Gordon Forester re:  1622 Wisconsin Avenue—
Commercial Lease Agreement Addendum:  October 19, 2005...............................BRA 0204

John Gordon Forester's Facsimile to Thierry Liverman re:  1622 Wisconsin Avenue:
October 26, 2005......................................................................................................BRA 0205

John Bratton's Letter to John Gordon Forester re:  1622 Wisconsin Avenue—
Final Lease:  October 28, 2005................................................................................BRA 0206

John Bratton:  Mortgages, bank accounts and bills as of October 6, 2005.............BRA 0207

John Bratton's Facsimile to John Gordon Forester re:  1622 Wisconsin Avenue—
Delayed Lease Agreement:  October 26, 2005……………………………………….BRA 0208

John Gordon Forester's Letter to John Bratton re:  1622 Wisconsin Avenue, NW:
October 26, 2005......................................................................................................BRA 0209

John Bratton's Letter to John Gordon Forester re:  1622 Wisconsin Avenue—
Commercial Lease Agreement:  October 19, 2005…………………………….BRA 0210-0211

Paul M. Beito's Facsimile to John Bratton:  October 18, 2005………………..BRA 0212-0216

Commercial Lease Agreement between Mary White and John Bratton:
October 6, 2005……………………………………………………………………BRA 0217-0223

John Bratton:  National Registry Credit Report:  October 12, 2005…………BRA 0224-0230

GCAAR Rental Application from Bratton Realty, LLC (signed by John
Bratton): October 10, 2005……………………………….…………………………...BRA 0231-0234

Commercial Lease Agreement between Mary White and John Bratton
 (signed by Mary White and John Bratton): October 31, 2005………………..BRA 0235-0242

Chatel Real Estate, Inc.'s Fair Housing Manual……………………………….BRA 0243-0265

Metropolitan Regional Information Systems, Inc. (lower floor):
November 7, 2005.……………………………………………………………….BRA 0266-0269

Metropolitan Regional Information Systems, Inc. (first floor):
November 7, 2005……………………………………………………………….BRA 0270-0273

Chatel Real Estate, Inc.:  Commercial Lease Agreement of Lease
(unsigned)……………………………………………………………………….BRA 0274-0281

GCAAR Property Management and Exclusive Rental Agreement between
Mary White and Chatel Real Estate, Inc……………………………………….BRA 0282-0287

Chatel Real Estate, Inc.:  Property Manager's Manual………………………..BRA 0288-0311

Chatel Real Estate, Inc.:  Rent Control…………………………………………..BRA 0312-0329

Commercial Lease Agreement between Mary White and John
Bratton (signed by Mary White and John Bratton): October 31, 2005……….BRA 0330-0337

John Bratton's 2 Checks for $2,500.00:  October 6, 2005………………........BRA 0338-0339

John Bratton's Letter to Mary White:  October 7, 2005……………………….BRA 0340

John Bratton: Mortgages and bank accounts and bills as of October 6, 2005…….BRA 0341

Commercial Lease Agreement between unnamed Landlord and Bratton
Realty Inc. (signed by John Bratton):  October 6, 2005………...…………..BRA 0342-0348

Updated Lease Draft from John Bratton:  October 10, 2005………………….BRA 0349-0355

GCAAR Rental Application from Bratton Realty, LLC (signed by John
Bratton):  October 10, 2005…………………………………………………….BRA 0356-0359

John Bratton's Credit Report:  Invoice No: 29834939:  First American
Registry Inc.: October 12, 2005……………………………………….…...BRA 0360-0366

Chatel Real Estate, Inc. Commercial Agreement of Lease Signed by
John Bratton……………………………………………………...…………..BRA 0367-0374

GCAAR Rental Application from Roberta J. Medlin (signed by Roberta
Medlin): October 11, 2005……………………………………………………...BRA 0375-0376

Commercial Agreement of Lease between Mary White and unnamed
Tenant (unsigned): October 11, 2005…………………………..……………...BRA 0377-0384

Roberta J. Medlin's Credit Report: Invoice No: 29807640: First American
Registry Inc.: October 11, 2005……………………………………………….BRA 0385-0389

Commercial Agreement of Lease between Mary White and Roberta
Medlin (unsigned): October 11, 2005…………….……………………………..BRA 0390-0398

Metropolitan Regional Information Systems, Inc. (first floor):
October 6, 2005………………………………………………………………….…..BRA 0399-0401

Metropolitan Regional Information Systems, Inc. (lower floor):
October 6, 2005…………………………………………………………………….BRA 0402-0404

Commercial Lease Agreement between Mary White & Bratton Realty
Inc. (signed by John Bratton): October 10, 2005……………………….....BRA 0405-0412

John Bratton's 2 Checks for $2,500: October 6, 2005………………...……BRA 0413

State Farm Fire and Casualty Company: Rental Dwelling Policy:
908 French Street, N.W.: May 25, 2005……………………………………….BRA 0414-0415

Bank of America: Business Economy Checking Account held by John
Bratton—Statement Period April 1, 2005-April 30, 2005:
July 25, 2005………………………………………………………………....…..BRA 0416-0418

Bank of America: Business Economy Checking Account held by John
Bratton—Statement Period March 1, 2005-March 31, 2005:
July 25, 2005……………………………………………………………….……..BRA 0419-0421

Bank of America: Business Economy Checking Account held by John
Bratton—Statement Period May 1, 2005-May 31, 2005:
July 25, 2005…………………………………………………………………….....BRA 0422-0424

Bank of America: Business Economy Checking Account held by John
Bratton--Statement Period June 1, 2005-June 30, 2005:
July 25, 2005…………………………………………………………………….....BRA 0425-0427

Wells Fargo: John Bratton's Account History—Mortgage 0144569xxx:
July 21, 2005……………………………………………………………………......BRA 0428

GCAAR Rental Application from Bratton Realty, LLC (signed by John
Bratton): October 10, 2005……………………………………………………...BRA 0429-0432

Metropolitan Regional Information Systems, Inc. Synopsis-Agent
(first floor): October 13, 2005……………………………………………………….BRA 0433

Metropolitan Regional Information Systems, Inc. Synopsis-Agent
(lower floor): October 13, 2005……………………………………………………....BRA 0434

Letter from John Gordon Forester to John Bratton
re: 1622 Wisconsin Avenue, NW: October 18, 2005……………………………..BRA 0435

Letter from John Bratton to John Gordon Forester
re:  1622 Wisconsin Avenue-Commercial Lease Agreement:
October 19, 2005…………………………………………………………………………BRA 0436-0437

Letter from John Gordon Forester to John Bratton
re: 1622 Wisconsin Avenue, NW: October 19, 2005……………………………..BRA 0438

John Bratton's Formal Complaint Filed with District of Columbia Office of
Human Rights, enclosing Letter from Mandi Galloway:
October 25, 2005…………………………………………………………………………BRA 0439-0456

Letter from John Gordon Forester to John Bratton
re:  1622 Wisconsin Avenue, NW: October 26, 2005…………………………….BRA 0457

Commercial Lease Agreement between Mary White & John Bratton:
(signed by Mary White and John Bratton): October 31, 2005…..…………BRA 0458-0465

Information on Chatel Real Estate…………………………………………….....BRA 0466-0477

Brochure of Bratton Realty……………………………………………………………..BRA 0478

Information on Washington Fine Properties, LLC and Mary White………BRA 0479-0480

Deed to 950 Westminster Street, N.W.: February 3, 2006………………..BRA 0481-0483

Settlement Statement for 926 8th Street, N.E.: August 12, 2004………....BRA 0484-0486

Settlement Statement for 908 French Street, N.W.: January 4, 2005…...BRA 0487-0489

Settlement Statement for 905 11th Street, N.E.: May 17, 2005…………...BRA 0490-0492

Deed of Trust for 1223 10th Street, N.W.: August 10, 2000……………….BRA 0493-0494

Deed to 901 French Street, N.W.: March 5, 2003…………………………….BRA 0495-0496

Deed of Trust to 9060-A Moonshine Hollow, Laurel, MD:
August 15, 1999……………………………………………………………………..BRA 0497-0498

District of Columbia Office of Tax and Revenue—Real Property
Recordation and Transfer Tax Form for 908 French Street, N.W.:
January 4, 2005……………………………………………………………………..BRA 0499-0500

District of Columbia Office of Tax and Revenue—Real Property
Recordation and Transfer Tax Form for 905 11th Street, N.E.:
May 17, 2005………………………………………………………………………...BRA 0501-0502

Letter from North American Title Company to John Bratton
re: File #: 05-1189-08JWG Property Address: 905 11th Street, N.E.:
July 8, 2005………………………………………………………………………….BRA 0503-0505

District of Columbia Office of Tax and Revenue—Real Property
Recordation and Transfer Tax Form for 926 8th Street, N.E.:
August 12, 2004……………………………………………………………………..BRA 0506-0507

District of Columbia Office of Tax and Revenue—Real Property
Recordation and Transfer Tax Form for 950 Westminster Street, N.W.:
February 3, 2006…………………………………………………………………….BRA 0508-0509

Facsimile Transmission from Paul Beito to John Gordon Forester
re: John Bratton: October 18, 2005……………………………………………….BRA 0510-0514

Bank of America Account Activity: Business Economy Checking Account
held by John Bratton: October 19, 2005…………………………………………..BRA 0515

Bank of America Account Activity: Regular Checking Account held by John
Bratton: October 19, 2005…………………………………………………………..BRA 0516

John Bratton: Mortgages as of March 11, 2005…………………………………..BRA 0517

Fire Policy Status for 1223 10th Street, N.W.: July 25, 2005……………………..BRA 0518

Wells Fargo: John Bratton's Account Activity—Mortgage 0141420xxx:
July 21, 2005…………………………………………………………………………BRA 0519

EverHome Mortgage Company—Loan Number xxxxxx64143:
March 10, 2005………………………………………………………………………BRA 0520

Bank of America Account Summary—Mortgage 901 French Street, N.W.:
January 3, 2005……………………………………………………………………BRA 0521

Wells Fargo: Account History—Mortgage 908 French Street, N.W.:
March 11, 2005…………………………………………………………………….BRA 0522

Wells Fargo: Account History—Mortgage 926 8th Street N.E.:
January 3, 2005……………………………………………………………………BRA 0523

The Centreville National Bank of Maryland—Mortgage 1501 Little Creek
Road, Chester, MD: March 4, 2005……………………………………………BRA 0524-0525

Wells Fargo: Account History—Mortgage 9060-A Moonshine Hollow,
Laurel, MD: January 3, 2005……………………………………………………...BRA 0526

Bank of America Account Summary—Equity Line on 1223 10th Street,
N.W.: January 3, 2005…………………………………………………………….BRA 0527

Wells Fargo: Account History—Mortgage 1418 10th Street, N.W.:
January 3, 2005…………………………………………………………………….BRA 0528

Monthly Mortgage Statement: 9060-A Moonshine Hollow, Laurel, MD:
July 5, 2005……………………………………………………………………BRA 0529-0530

Monthly Mortgage Statement: 908 French Street, N.W.:
July 6, 2005……………………………………………………………………BRA 0531-0532

Monthly Mortgage Statement: 926 8th Street N.E.: July 11, 2005………………BRA 0533

Photograph of Exterior Entrance to 1622 Wisconsin Avenue Building:
Taken on August 3, 2006…………………………………………………………..BRA 0534

Photographs of Upper and Street Level Doors and Stairs Leading to
Lower Level Door of 1622 Wisconsin Avenue:
Taken on August 3, 2006…………………………………………………..BRA 0535-0536

Photographs of Backyard to 1622 Wisconsin Avenue, (access to which
is only provided by door via lower level): Taken on August 3, 2006….....BRA 0537-0539

Photographs of Interior of Bratton Realty (street level of 1622
Wisconsin Avenue): Taken on August 3, 2006……………...…………...BRA 0540-0542

Photographs of Window to Bratton Realty (1622 Wisconsin Avenue):
Taken on August 3, 2006………………………………………..……BRA 0543-0544

Indices for Photographs as shown in BRA 0534-0544 processed on:
August 5, 2006………………………………………..……………….BRA 0545-0546

Deposit Ticket for Photographs as shown in BRA 0543-0544…………...BRA 0547-0548

Profile of Bratton Realty printed from Website on: August 24, 2006….....BRA 0549-0551