IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON                              :

    Plaintiff                         :

v.                                        :    06 Civ. 0694 (JDB)

CHATEL REAL ESTATE, INC.                  :
and
THIERRY LIVERMAN                          :
and
MARY WHITE                                :

    Defendants                        :

## JOINT MOTION TO EXTEND WRITTEN DISCOVERY

The parties to undersigned counsel hereby request that the Court grant an extension of time to complete all written discovery 30 days from October 13, 2006 until November 13, 2006, and for reasons therefore say:

1. While certain written discovery has been exchanged there has been a delay in filing responses by the Defendant Mary White for the reason that Ms. White had undergone a knee replacement surgery and has not been able to assist counsel in completing her portions of the written discovery to date. In addition, other matters have come up during the exchange of written discovery which counsel agree may require some additional written request for discovery being filed.

2. The delay until November 13, 2006 will not delay this matter and all other scheduling deadlines set forth in the Court's Scheduling Order of July 25 , 2006 will remain in effect.

**WHEREFORE,** the parties pray that the Court extend written discovery until November 13, 2006.


/s/ Stefan Shaibani
Stefan Shaibani (DC Bar #490024)
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC  20036
Tel:  (202) 862-4335
Fax:  (202) 828-4130
*Counsel for Plaintiff*


/s/ Robert H. Bouse, Jr.
Robert H. Bouse, Jr. (Bar #MD 01926)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD  21201
Tel:  410-752-1630
Fax:  410-752-0085
*Counsel for Defendant Mary White*

/s/ Matthew Ranck
Matthew A. Ranck, Esq. (DC Bar #484983)
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, DC  20009
*Counsel for Defendants Thierry Liverman
and Chatel Real Estate, Inc.*