IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON                                  :

    Plaintiff                                :

v.                                            :     06 Civ. 0694 (JDB)

CHATEL REAL ESTATE, INC.                      :
and
THIERRY LIVERMAN                              :
and
MARY WHITE                                    :

    Defendants                               :

## ORDER

Based upon the joint motion of all parties through their counsel, it is ordered this

_____ day of _____, 2006, that the deadline for all written requests

for discovery shall be extended to November 13, 2006.

                                                  _____
                                                  John D. Bates, Judge
                                                  United States District Court
                                                  for the District of Columbia