**By First Class Mail**                                             September 12, 2006
Thomas Lynch
1062 Harriman Street
Great Falls, VA 22066
Tel: (202) 439-3378

**Re:    John Bratton v. Chatel Real Estate, Inc., 06-0694 (JDB)**

Dear Mr. Lynch:

      Pursuant to our telephonic conversation today, we would like to retain you as our expert witness in the above-captioned case on behalf of John Bratton concerning the standards of conduct by real estate brokers and agents in observing anti-discrimination laws in leasing office space in the District of Columbia. You will be asked to render an expert opinion whether the defendants' conduct in this case with respect to leasing Georgetown office space to John Bratton amounted to discrimination in violation of the Civil Rights Act, 42 U.S.C. §§ 1981-1982, and the District of Columbia Human Rights Act.

      You have informed us that you do not have a conflict of interest with Chatel Real Estate, Inc., Thierry Liverman, John Pagones, Mary White, Mary White Real Estate, Inc., Washington Fine Properties, Inc., and the law firms of Eccleston & Wolf, P.C., and Anderson, Coe, King, LLP, and attorneys Robert Bouse and Matthew Ranck.

      Your compensation is $125 per hour for all work conducted in the case other than testifying in depositions and court appearances, $175 per hour for testifying in depositions, $1,600 per day for being "on call" to testify in court, and $2,000 per day for actually testifying in court.

      Attached is your initial retainer of $500. We request that you keep accurate daily records of your time spent on the case, as we will have to input them in our billing software on a monthly basis. Please note that information you learn in this case is strictly confidential and subject to attorney-client and work-product privileges. You may not disclose information you gain in this case to others without my prior written authorization.

      We will send you a binder containing the pertinent pleadings and documents in this case.

Should you have a different understanding of the above, please inform me immediately.

Very truly yours,


Stefan Shaibani

**Cc:    John Bratton**