UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
|     Plaintiff, | ) |
| vs. | ) Court No. 06 Civ. 0694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
|     Defendants. | ) |

## JOINT MOTION TO EXTEND DISCOVERY CUT-OFF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, the parties, through their counsel, respectfully request leave of Court to extend the discovery cut-off from January 15, 2007 to February 12, 2007 in the above-captioned matter. The requested extension is necessary in light of counsels' scheduling conflicts, the upcoming holidays, and the need to conduct party depositions in this case.

                              Respectfully submitted,

Dated: December 28, 2006        /s/ Stefan Shaibani
                                          Stefan Shaibani (Bar No. 490024)
                                          LITIGATION ASSOCIATE, PLLC
                                          1150 Connecticut Avenue, N.W.,
                                          Suite 900
                                          Washington, DC 20036
                                          Tel: (202) 862-4335
                                          *Attorney for plaintiff John Bratton*

                                          /s/ Robert Bouse
                                          Robert Bouse
                                          Anderson, Coe & King, LLP
                                          201 N. Charles Street, Suite 2000
                                          Baltimore, MD 21201
                                          *Counsel for Defendant Mary White*

2

/s/ Matthew Ranck
Matthew Ranck
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, DC 20009
*Counsel for Defendants Thierry Liverman
and Chatel Real Estate, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 28, 2006, I electronically filed "JOINT MOTION TO EXTEND DISCOVERY CUT-OFF," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

<u>/s/ Stefan Shaibani</u>