UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Court No. 06 Civ. 0694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Discovery Cut-Off, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that the discovery cut-off shall be extended to February 12, 2007 for the purpose of conducting depositions.

Dated: _____, 2006      _____
                                                                                  Judge