AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN BRATTON

    Plaintiff(s)

vs.

CHATEL REAL ESTATE, INC, et al

    Defendant(s)

**APPEARANCE**

CASE NUMBER   06-694 (JDB)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Nicholas Reuhs  as counsel in this
                              (Attorney's Name)

case for:  Defendants Chatel Real Estate, Inc, and Thierry Liverman
               (Name of party or parties)

1/18/2007
Date

*[Signature]*
Signature

BAR # 500005
BAR IDENTIFICATION

Nicholas Reuhs
Print Name

Eccleston & Wolf, 2001 S Street NW, Suite 310
Address

Washington, DC 20003
City    State    Zip Code

202-857-1696
Phone Number