**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN BRATTON, | ) |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
|        vs. | )  Civil Action No. 06-694 (JDB) |
|  | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
|  | ) |
|     Defendants. | ) |
|  | ) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF SHABNAM KEYVAN, ESQ.**

I, Stefan Shaibani, an active member in good standing of the District of Columbia Bar

and counsel for plaintiff John Bratton, respectfully move pursuant to the local rules of the United

States District Court for the District of Columbia that Shabnam Keyvan, Esq., of the law firm of

Litigation Associate, PLLC be admitted *pro hac vice* to this Court for the purpose of

participating in the above-captioned matter.

In support of this motion, I submit the accompanying declaration of Shabnam Keyvan.

Respectfully submitted,

Dated: January 22, 2007

/s/ Stefan Shaibani
Stefan Shaibani (DC Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel:  (202)862-4335
Fax:  (202)828-4130

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2006, I electronically filed "MOTION FOR *PRO*

*HAC VICE* ADMISSION OF SHABNAM KEYVAN" and that service was thus effected upon

defendants' counsels named below in accordance with Local Civil Rule 5.4(d):

Matthew A. Ranck
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
Tel: 202-857-1696
*Counsel for Defendants Chatel Real Estate Inc. and Thierry Liverman*

Robert Bouse
Anderson, Coe, and King
201 North Charles Street, Suite 2000
Baltimore, MD 21201
Tel: 410-752-1630
*Counsel for Defendant Mary White*

/s/ Stefan Shaibani

2