UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the motion of Stefan Shaibani for the *pro hac vice* admission of Shabnam Keyvan and the accompanying declaration in support thereof, it is hereby

ORDERED that Shabnam Keyvan, Esq., be admitted to this Court *pro hac vice* to participate in the above-captioned matter.

Dated:  January 22, 2007

_____
Judge, U.S. District Court