DECLARATION OF SHABNAM KEYVAN
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Shabnam Keyvan, Esq., declare under penalty of perjury that:

1. My office address is 1150 Connecticut Avenue, N.W., Suite 900, Washington, DC 20036.  My telephone number is (202) 862-4372.  My e-mail address is shabnam@litigationassociate.com

2. I am an associate at the law firm of Litigation Associate, PLLC, counsel for plaintiff, John Bratton.

3. I am a member in good standing of the Bar of the State of Maryland.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5. I have not applied for *pro hac vice* admission to this Court within the last two years.  In fact, I have never applied for *pro hac vice* admission to this Court.

6. I engage in the practice of law from an office located in the District of Columbia, and am a member of the Maryland Bar.

Dated: January 22, 2007

/s/ Shabnam Keyvan
Shabnam Keyvan
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: 202-862-4372
Fax: 202-828-4130