UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
|     Defendants | ) |
| | ) |

**ORDER**

Upon consideration of plaintiff's motion for leave to supplement Rule 26(a)(2) disclosures, defendants' oppositions to said motion, and all other pertinent papers, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that plaintiff shall be permitted to present expert testimony at trial from Thomas Lynch concerning the economic damages suffered by plaintiff as a result of defendants' alleged discrimination.

Dated: February _____, 2007                                                                        _____
                                                                                                                        Judge, U.S. District Court