Security enhanced document. See back for details.

1452

**JOHN H. BRATTON DBA**
**BRATTON REALTY**
1223 10TH ST. N.W.
WASHINGTON, DC 20001-4213

04-03

15-120/540 DC
0710

DATE 10/6/05

PAY TO THE ORDER OF Mary White $ 2500.00

Twenty Five hundred ——— 00 DOLLARS

Security features are included. Details on back.

Bank of America

ACH R/T 054001204

FOR November 1st Rent 1622 Wise Ave

MP

⑈001452⑈ ⑆054001204⑆ 001923342721⑈

Security enhanced document. See back for details.

1453

**JOHN H. BRATTON DBA**
**BRATTON REALTY**
1223 10TH ST. N.W.
WASHINGTON, DC 20001-4213

04-03

15-120/540 DC
0710

DATE 10/6/05

PAY TO THE ORDER OF Mary White $ 2500.00

Twenty Five hundred ——— 00 DOLLARS

Security features are included. Details on back.

Bank of America

ACH R/T 054001204

FOR Security Deposit 1622 Wise Ave

MP

DEFENDANT'S EXHIBIT 4

tabbies

CH0015