October 7, 2005

Mary White
1622 Wisconsin Ave
Washington, DC 20007

Dear Mrs. White:

I had the opportunity to tour you current office today thanks to your wonderful assistant. I immediately realized that the space was a great fit for my current plans to open a second office in DC. Your assistant directed me to speak with John Pagones at Chatel Real Estate Co. in reference to signing a lease. I visited Mr. Pagones's office with the intent to secure and sing a lease and complete any desired application or paper work necessary. Unfortunately, after my visit, I still didn't have the information I needed to present you with a lease or supporting documents.

Given my desire to move in by November 1st, I would like to just present my own commercial lease and financial statement along with my first months rent and security deposit. Should you need more supporting documents, please don't hesitate to contact me at 202-744-2642 or MRDCHOMES@AOL.com. I look forward to continuing the tradition of 1622 Wisconsin Ave being a boutique real estate firm. I also wish you continued success at Washington Fine Properties.

Thank you in advance,

John Bratton
Bratton Realty LLC
1223 10th ST NW
Washington, DC 20001

DEFENDANT'S EXHIBIT 5

BRA 0201