**Capital Reporting Company**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3  - - - - - - - - - - - - - - -X

 4  JOHN BRATTON                 :

 5       Plaintiff,              :

 6  vs.                          :  Case No.:

 7                               :  1:06CV00694

 8  CHATEL REAL ESTATE, INC.,    :

 9  et al                        :

10       Defendants.             :

11  - - - - - - - - - - - - - - -X

12                                  Washington, D.C.

13                        Thursday, January 11, 2007

14  Deposition of:

15                    THIERRY LIVERMAN

16  called for oral examination by counsel for

17  Plaintiff, pursuant to notice, at the offices

18  of Litigation Associate, PLLC, 1150 Connecticut

19  Avenue, N.W., Suite 900, Washington, D.C.,

20  before Jodi Scheffel, a Notary Public in and for

21  the District of Columbia, beginning at 10:20 a.m.,

22  when were present on behalf of the parties:
```

COPY

(866)448-DEPO
www.CapitalReportingCompany.com

DEFENDANT'S EXHIBIT

**Capital Reporting Company**

Page 100

```
1      A    No, she did not.
2      Q    What did she say specifically?
3      A    She said she wanted to go with Medlin.
4      Q    Did she tell you she had already
5  committed the property to Medlin?
6           MR. BOUSE:  I object.
7      A    No.
8      Q    Well, why, then, did you tell Mr. Bratton
9  on the 12th that Ms. White was selecting the other
10 candidate.
11     A    I think you're confusing the dates.  On
12 the 12th, I had the meeting with Mary as I
13 summarized here.  At the end of the meeting, it
14 becomes clear she's going to go with the other
15 candidate.  I said to Mary, as a courtesy, we
16 always need to tell the unfortunate candidates.
17 You know, for people who don't get it, we owe them
18 the courtesy of telling them right away.  That's
19 why I called right after the session with Mary.
20 She just made her decision.  I couldn't tell
21 before.
22     Q    Didn't she tell John Bratton that the
```

**Capital Reporting Company**

Page 101

1  property has been leased and this is just business?
2      A    I didn't tell him that the property was
3  leased.  I told him she was going with the other
4  candidate.
5      Q    But you did tell him, this is just
6  business?
7      A    I said, yes, it's a decision by the owner
8  and that's just business; in other words, I was
9  referring to the fact that reality in the real
10 estate business, you work for principal, the
11 principal is the owner.
12     Q    Don't you have to receive confirmation
13 that a lease has been signed before you inform a
14 prospective tenant that the property is gone?
15          MR. BOUSE:  Objection.
16          MR. RANCK:  Objection; mischaracterizes
17 his testimony and lacks foundation.
18          Answer if you can.
19     A    What I told John is, is that Mary was
20 going with the other candidate.  Obviously, the
21 lease -- they hadn't formalized whatever efforts
22 with Medlin.  There was no lease at that moment.

Capital Reporting Company

Page 102

1   That's why I said, she's going with the other
2   candidate.  As a courtesy to a member of the
3   public, I think you want to tell them that, you
4   know, one avenue is not going to work out, you've
5   got to go on.  Why would you want to drag it out.
6   BY MR. SHAIBANI:
7        Q    Can you describe what else you discussed
8   with John Bratton on the 12th of October?
9        A    There was nothing else.  John got very
10  irate and very mad very fast.  I doubt it was a
11  conversation that lasted more than two minutes.
12       Q    What did he tell you in response?
13       A    He said that he wasn't going to take this
14  lying down and he would take this to a higher
15  level.
16       Q    I believe, in response to another
17  question here, you have a date of October 13th.  If
18  you could please take a look at page 12,
19  Interrogatory No. 13, the last sentence, it says,
20  Defendant Liverman recalls a conversation with
21  Plaintiff on October 13, 2005 in which he indicated
22  that he felt he had been discriminated against and