UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN BRATTON**

    Plaintiff

v.

**CHATEL REAL ESTATE, INC, et al**

    Defendants.

Case No.: 1: 06CV00694

Hon. John D. Bates

## ORDER

Upon consideration of Defendants Chatel Real Estate, Inc., and Thierry Liverman's ("Defendants") First Motion for Summary Judgment, any opposition thereto and the entire record herein, it is this _____ day of _____, 2007 hereby

ORDERED that the Defendants' Motion is GRANTED; and it is further

ORDERED Defendants Chatel Real Estate, Inc., and Thierry Liverman are GRANTED summary judgment on all counts against them.

_____
Hon. John D. Bates
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Copies to:

**Robert H. Bouse, Jr.**
201 North Charles Street, Ste. 2000
Baltimore, MD 21201
*Counsel for Def. Mary White*

**Stefan Shaibani, Esq.**
1150 Connecticut Ave., NW, 9th Floor
Washington, DC 20036
*Counsel for Plaintiff*

**Matthew A. Ranck, Esq.**
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
*Counsel for Def Chatel Real Estate
Thierry Liverman*