UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN BRATTON** | &#124; | |
| Plaintiff | &#124; | |
| v. | &#124; | Case No.: 06-CV-00694 (JDB) |
| **CHATEL REAL ESTATE, INC.** | &#124; | The Honorable John D. Bates |
| and | &#124; | |
| **THIERRY LIVERMAN** | &#124; | |
| and | &#124; | |
| **MARY WHITE** | &#124; | |
| Defendants | &#124; | |

---

## ORDER

Upon consideration of Defendant, Mary White's First Motion for Summary Judgment or, in the Alternative, To Dismiss, and all responses, replies and oral arguments in support thereof or opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, **ORDERED** that

1. Defendant Mary White's Motion for Summary Judgment or, in the Alternative, To Dismiss be, and hereby is, **GRANTED**; and it is further ordered that

2. Plaintiff's claims against Defendant, Mary White, and each of them be, and hereby are, **DISMISSED WITH PREJUDICE**.

_____
The Honorable John D. Bates
United States District Court for the District of Columbia

CC:

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C.  20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C.  20009
*Attorneys for Defendants, Chatel
Real Estate, Inc. and Thierry Liverman*

Robert H. Bouse, Jr.
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland  21201
*Attorney for Mary White*