## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON** | &#124; |
| Plaintiff | &#124; |
| v. | &#124;    Case No.: 06-CV-00694 (JDB) |
| **CHATEL REAL ESTATE, INC**. | &#124;    The Honorable John D. Bates |
| and | &#124; |
| **THIERRY LIVERMAN** | &#124; |
| and | &#124; |
| **MARY WHITE** | &#124; |
| Defendants | &#124; |

_____

## CONSENT MOTION TO REMOVE EXHIBITS FROM PUBLIC ACCESS ON THE COURT'S CM/ECF SYSTEM

Defendant, Mary White, by her attorney, Robert H. Bouse, Jr., moves this Court to remove Exhibits 2 and 4 from her Motion for Summary Judgment from public access on the Court's Case Management/Electronic Case Filing ("CM/ECF") system, and in support thereof, states as follows:

1.      On February 16, 2007, Defendant, Mary White ("Ms. White"), filed a document with the Court titled, "Defendant Mary White's First Motion for Summary Judgment or, In the Alternative, To Dismiss." The motion was filed on the Court's CM/ECF system.

2.      In addition to Ms. White's motion, a Memorandum of Points and Authorities was filed along with four exhibits. Exhibit number 2 was a nine page document which included a commercial agreement of lease and a photocopy of two checks. Exhibit number 4 was forty-seven pages and was comprised of numerous other commercial lease agreements.

3.     On the eighth page of Exhibit number 2 and the twenty-second page of Exhibit number 4, Defendant inadvertently failed to redact Plaintiff's social security number.  On the ninth page of Exhibit number 2 and the forty-seventh page of Exhibit number 4, Defendant inadvertently failed to redact Plaintiff's real estate company's bank account information.

4.     In an effort to protect Plaintiff's privacy, and because Defendant's failure to redact these documents was wholly inadvertent, Defendant respectfully requests that the Court issue an Order requiring the Clerk of the Court to remove Exhibit numbers 2 and 4 from public access on the CM/ECF filing system.

5.     Plaintiff consents to this Motion.

WHEREFORE, for the reasons stated in this Motion, Defendant Mary White respectfully requests that the Court issue an Order requiring the Clerk of the Court to remove Exhibit numbers 2 and 4 from public access on the Court's CM/ECF filing system.


_____/s/_____
Robert H. Bouse, Jr. (Bar #MD01926)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland  21201
Telephone:  410-752-1630
Fax:  410-752-0085
*Attorney for Mary White*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February, 2007, a copy of the foregoing Motion was served by electronic mail upon:

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C.  20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C.  20009
*Attorneys for Defendants, Chatel*
*Real Estate, Inc. and Thierry Liverman*

_____/s/_____
Robert H. Bouse, Jr. (Bar #MD01926)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN BRATTON** | \| | |
| Plaintiff | \| | |
| v. | \| | Case No.: 06-CV-00694 (JDB) |
| **CHATEL REAL ESTATE, INC**. | \| | The Honorable John D. Bates |
| and | \| | |
| **THIERRY LIVERMAN** | \| | |
| and | \| | |
| **MARY WHITE** | \| | |
| Defendants | \| | |

_____

**ORDER**

Upon consideration of Defendant, Mary White's Consent Motion to Remove Exhibits

From Public Access on the Court's CM/ECF System, it is this _____ day of

_____, 2007, by the United States District Court for the District of Columbia,

**ORDERED** that

1. Defendant Mary White's Consent Motion to Remove Exhibits From Public Access on the

CM/ECF System be, and hereby is, **GRANTED**; and it is further **ORDERED** that

2. The Clerk of the Court remove Exhibit numbers 2 and 4 to Defendant Mary White's

Motion For Summary Judgment or, In the Alternative, To Dismiss, from public access on the

Court's CM/ECF System.

_____
The Honorable John D. Bates
United States District Court for the District of Columbia

CC:

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C.  20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C.  20009
*Attorneys for Defendants, Chatel
Real Estate, Inc. and Thierry Liverman*

Robert H. Bouse, Jr.
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland  21201
*Attorney for Mary White*