UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN BRATTON** | \| | |
| Plaintiff | \| | |
| v. | \| | Case No.: 06-CV-00694 (JDB) |
| **CHATEL REAL ESTATE, INC.** | \| | The Honorable John D. Bates |
| and | \| | |
| **THIERRY LIVERMAN** | \| | |
| and | \| | |
| **MARY WHITE** | \| | |
| Defendants | \| | |

### NOTICE OF FILING OF REDACTED EXHIBITS TO DEFENDANT WHITE'S FIRST MOTION FOR SUMMARY JUDGMENT

Defendant, Mary White, by her attorney, Robert H. Bouse, Jr., pursuant to the February 20, 2007 Order signed by the Honorable John D. Bates, hereby submits this Notice of Filing of Redacted Exhibits to Defendant White's First Motion for Summary Judgment and attaches to it the following:

1. A redacted copy of the Oct. 31, 2005 lease agreement between Plaintiff and Mary White, originally attached as Exhibit 2 to Ms. White's First Motion for Summary Judgment.

2. A redacted copy of various lease agreements submitted by Plaintiff, originally attached as Exhibit 4 to Ms. White's First Motion for Summary Judgment.

/s/
Robert H. Bouse, Jr. (Bar #MD01926)
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
Telephone: 410-752-1630
Fax: 410-752-0085

*Attorney for Mary White*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of February 2007 a copy of the foregoing Notice of Filing of Redacted Exhibits to Defendant White's First Motion for Summary Judgment was served by electronic mail upon:

Stefan Shaibani, Esquire
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C. 20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esquire
Nicholas B. Reuhs, Esquire
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
*Attorneys for Defendants, Chatel Real Estate, Inc. and Thierry Liverman*

_____/s/_____
Robert H. Bouse, Jr. (Bar #MD01926)