**To:** Chatel Real Estate, Thierry Liverman
**Fax #:** 202 337-5902
**Re:** 1622 Wisconsin Avenue, NW
**Date:** October 26, 2005
**Pages:** One, including this cover sheet.

# FACSIMILE

It is my understanding that you will prepare your form lease and send it to me for negotiations with John H. Bratton. The terms and conditions are as follows:

Two year lease, <u>without an option for a third year</u>, on the street level space at 1622 Wisconsin Avenue, NW. The lower level is not available.

The Lessee is John H. Bratton, personally and not his LLC. The Landlord is Mary White.

Rent is $60,000 for the two year term, payable $2,500 on the first day of each month commencing on November 1, 20005 until October 31, 2007. There is an additional payment of $200 each month for real estate taxes.

There is no commission or fee to be paid to Mr. Bratton.

The Landlord will not grant a first right of refusal if the building is sold during the term of the lease.

Any sublease by Mr. Bratton must be with the consent of the landlord, which will not be unreasonably withheld, except that she will not approve a sublease to a beauty salon, nail salon, barber shop or food business. These should be stated in the lease.

Any sinage (signs?) must be strictly controlled by the Landlord, as well as any modifications to the premises.

The utilities are separately metered and the responsibility of the Tenant.

I presume this lease is in your computer system and you can provide a quick turn around. I would like to get it to Mr. Bratton by Thursday, October 27th. Call me with questions.

From the desk of...

**John Gordon Forester, Jr.**
Attorney at Law

1914 Sunderland Place, NW
Washington, DC 20036

202 293-3353
Fax: 202 293-3359

PLAINTIFF'S EXHIBIT 2

BRA 0205