Welcome John Pagones
Thursday, October 06, 2005

| Home | Search | My Matrix | Finance | Roster | Tax | Open House | Input | Help | Logout |

Commercial | General | Quick | Address | Create Your Own Search | CMA

Result **1** of **1**. Checked **0**. Check all 1.
Previous | Next | [1] | Bottom | One-line Summary - Agent display

## Metropolitan Regional Information Systems, Inc.

**DC5332891** - WASHINGTON
**1622 WISCONSIN AVE NW, WASHINGTON, DC 20007**

Full Listing
Commercial



**Status:** Active
Inc City/Town: WASHINGTON DC
Adv Sub: Georgetown
Legal Sub: GEORGETOWN
Project Name:
**Tax ID:** 1279//0227
Levels:
**Total Taxes:**
Tax Year:
Lot AC/SF: .030 / 1,307

Listing Type: Excl. Agency
CAM:

Age: 80

**List Price:** $2,500
Zip: 20007 - 2720

Map Coord:: 1279 0227
Area:

Year Built: 1925

Comm Industrial Type: Commercial
Location:

Show Instructions: Appt Contact, Call 1st-Lister, Show Anytime
Show Days: All Days
**INTERIOR**
Occupied:

Net SqFt: 685.00

Show Time: 10 AM - 5 PM

Gross SqFt: 685.00

Amenities:
Appliances:
Dining/Kitchen:
Extra Unit Description:
Foundation:
Handicap:
Level Location: 1st Floor
Foyer

Exhibit 12

PLAINTIFF'S EXHIBIT 4

...ris.com/Matrix/display.aspx?c=AAEAAAD*****AQAAAAAAAARAQ...

BRA 0399
10/6/2005

Main Entrance: Foyer
Rooms:
Security:
Walls/Ceilings:

**Directions:** NORTH ON WISCONSIN, ABOVE QUE TO 1622.

**REMARKS**
Entire first floor, all renovated. 685 sf. Very sunny. Carpeted floor. Front picture window. Near shops and transportation. Major bus route to downtown only steps away. Great for consultant or office. To show, if front door is no open and office is not open, use lockbox near the front door....the lockbox in the rear. Front lockbox is for the lower unit.

Internet/Public: Entire first floor, all renovated...685 sf. Near shops and restaurants. Downtown major bus route only steps away. Great for consultant or office. To show, call John Pagones. 202-338-0500, ext. 3013.

**EXTERIOR**
Year Converted:                          Year Renovated: 1990              Original Builder:
Clear Span Ceiling Height:
Door Height Drive In:
Exterior Construction: Brick
Flooring:
Roofing:
Lot Acres: .030                          Lot Size Sq Ft: 1,307             Lot Dimension:  x x

**PARKING:** Street
# Assgn Sp:                              Parking Ratio:
Roads:
Road Frontage:
Transportation:

Community Management:
Development Status:
Present Use: Office
Property Condition:
Soil Type:
Special Permits:

**UTILITIES**
Heating:   Forced Air                                                      Heat Fuel: Natural Gas
Cooling:   Central A/C                                                     Cool Fuel: Electric
Water:                                                                     Hot Water: Electric
Sewer Septic: Public Septic, Public Sewer                                  Electric:
Metering: Electricity is sep, Fully Separate, Gas is Separate
TV/Cable/Comm:

**FINANCIAL INFORMATION**
Security Deposit: $2,500                 Processing Fee: $45               Move in Fee: $
Elevator Use Fee: $                      Date Avail: 09-01-2005            Min Space Avail:
App Accept Date:                         Min/Max Lease: 121 / 48           Max Space Avail:
Price/SQ FT:
**Total Taxes:**                         Tax Year:                         County Tax:
City/Town Tax:                           Refuse Fee:                       Front Foot Fee:
Tap Fee:                                 Special Tax Assess:               Pass Through:
Yr Assessed:                             Water/Sewer Hook-up:
Land Assessment:                         Improvements:                     Total Tax Assessment:
Total Units:                             Vacancy Rate:
Tenancy: Vacant
Annual Gross Operating Income:
Annual Net Operating Income:
Annual Operating Expenses (Except Taxes):
Annual Rent Income:
Gross Mo Rent (All Units Combined):
Net Operating Income:
Owner Expenses:
Seller Desires:
Source of Information:

Additional Income Sources:

New Financing:
Condo/Coop Fee:
Other Fees:                    Frequency:
Association Fee:               Frequency:                        Earnest Money:

### LEGAL INFORMATION
Unit Number:
Block/Square: 1279             Lot #: 227                        Phase:
Parcel Number:                 Section:
Zoning Code: C2A               Liber:                            Folio:
Historic Designation ID:       Master Plan Zoning:

Present Licenses:
Tenant Rights:
Disclosures:
Documents:
Possession:

### OWNER and SHOWING CONTACT
Owner 1: MAREY WHITE           Home:
Show Contact #1: JOHN PAGONES  Home: (202) 320-7678              Office: (202) 337-7711
Monthly Rent:                  Lease Expiration:                 Office: (202) 338-0500

### PROPERTY MANAGEMENT
Property Mgmt Company:                                           Office:
Prop Mgr's Name:               Alt Phone:                        Phone:
                                                                 Fax:

### LISTING AGENT/BROKER
Listing Agent: John Pagones    Home: (202) 483-1871              Home Fax:
                               Office:                           Pager:
Email: jpagones@chatel.us                                        Cell:
                               Voice Mail: (202) 338-0500        Ext: 3013

Broker Name: Chatel Real Estate Company                          Broker Code: CHL1
Broker Address: 3210 N St Nw, WASHINGTON, DC 20007               Office Phone: (202) 338-0500
                                                                 Office Fax: (202) 342-8280

### LISTING INFORMATION
List Date: 29-Jul-2005         Orig List Price: $2,500           Update Type: OTHER
VRP: No                        Prior List Price:                 Update Date: 05-Oct-2005
Low Price: $2,500              DOM-MLS: 66                       DOM-Prop: 66
Status Change Date: 15-Aug-2005  Off Mkt Date:
Photo Option: No Photo per Seller  Total Photos: 0

### COMPENSATION                                                 Advertising: IDX-PUB
Sub-Agent: 1100                Buyer-Agent: 1100                 Additional:
Disclose Dual Agency: Yes      Variable Rate: No                 Designated Rep: No
Parking Inc in LP: Yes

### SOLD INFORMATION
Parking Inc in SP: No

Previous | Next | [1] | Top | One-line Summary - Agent display

Revise  Keep  Drop  Save  Sold  Print Reports  CMA  Print Display  Stats  Export  Email

Change display to | Full - Agent |       Search selected for |          |
Change to | 1 | per page.

http://matrix.mris.com/Matrix/display.aspx?c=AAEAAAD*****AQAAAAAAAARAQ...    BRA 0401
                                                                             10/6/2005