

Welcome John Pagones
Monday, November 07, 2005

| Home | Search | My Matrix | Finance | Roster | Tax | Open House | Input | Help | Logout |

.ommercial | General | **Quick** | Address | Create Your Own Search | CMA

Result **1** of **1**. Checked **0** . Check all 1.
Previous | Next | [1] | Bottom | One-line Summary - Agent display

## Metropolitan Regional Information Systems, Inc.

DC5396844 - WASHINGTON
1622 WISCONSIN NW, WASHINGTON, DC 20007

**Full Listing**
**Commercial**

No Photo Available



**Status: Rented**
Close Date: 30-Oct-2005
Inc City/Town:
Adv Sub: Georgetown
Legal Sub:
Project Name:
**Tax ID:** 1279/0227
Levels:
**Total Taxes:**
Tax Year:
Lot AC/SF: .030 / 1,307

Listing Type: Excl. Agency
Seller Subsidy: $0
CAM:

**List Price: $1,000**
Close Price: $1,000
Zip: 20007 -

Map Coord:: `179/0227
Area:

**Age:** 80

Year Built: 1925

Comm Industrial Type: Commercial, Office, Retail
Location:

Show Instructions: Call 1st-Lister, Call Office
Show Days:
**INTERIOR**
Occupied: Yes

Show Time: -

Net SqFt: 400.00

Gross SqFt: 400.00

Amenities:
Appliances:
Dining/Kitchen:
Extra Unit Description:
Foundation:
Handicap: None



PLAINTIFF'S EXHIBIT 5



BRA 0266



Level Location:
Main Entrance: Lower Level
Rooms:
Security:
Walls/Ceilings:

**Directions:**    NORTH ON WISCONSIN AVE. TO QUE ST. 1622 WISCONSIN AVE. IS BETWWEN QUE AND RESERVOIR RD.

## REMARKS
Above Que St, near shopping and on major bus route. Lower floor space, for office or store....about 400 sf. Carpeted floors.Large front pictue window. Share bathroom with rear tenant.Vacant. $1,000.00 per month. Tenant pays all utilities. To show, use lockbox in front of door.....in front....lockbox in rear is for the store.

Internet/Public:   Above Que St, near shopping and on major bus route. Lower floor space for office or store...about 400 sf. Carpeted floor.Large front picture window. Share bathroom with rear tenant. $1,000.00 per month. Tenant pays all utilities.

## EXTERIOR

| | | |
|---|---|---|
| Year Converted: | Year Renovated: | Original Builder: |
| Clear Span Ceiling Height: | | |
| Door Height Drive In: | | |
| Exterior Construction:  Brick | | |
| Flooring: | | |
| Roofing: | | |
| Lot Acres: .030 | Lot Size Sq Ft: 1,307 | Lot Dimension:   x  x |

**PARKING:** Street

| | |
|---|---|
| # Assgn Sp: | Parking Ratio: |
| Roads: | |
| Road Frontage: | |
| Transportation: | |

Community Management:
Development Status:
Present Use: Office
Property Condition:
Soil Type:
Special Permits:

## UTILITIES

| | |
|---|---|
| Heating:    Forced Air | Heat Fuel:  Central, Natural Gas |
| Cooling:    Central A/C | Cool Fuel:  Natural Gas |
| Water: | Hot Water:  Electric |
| Sewer Septic:  Public Sewer | Electric: |
| Metering: Electricity is sep, Fully Separate, Gas is Separate | |
| TV/Cable/Comm: | |

## FINANCIAL INFORMATION

| | | |
|---|---|---|
| Security Deposit:  $1,000 | Processing Fee:  $45 | Move in Fee:  $ |
| Elevator Use Fee:  $ | Date Avail:   09-23-2005 | Min Space Avail: |
| App Accept Date: 30-Oct-2005 | Min/Max Lease: 12 / 36 | Max Space Avail: |
| Price/SQ FT: | | |
| **Total Taxes:** | Tax Year: | County Tax: |
| City/Town Tax: | Refuse Fee: | Front Foot Fee: |
| Tap Fee: | Special Tax Assess: | Pass Through: |
| Yr Assessed: | Water/Sewer Hook-up: | |
| Land Assessment: | Improvements: | Total Tax Assessment: |
| Total Units: | Vacancy Rate: | |
| Tenancy:Month-to-Month Lease(s) | | |
| Annual Gross Operating Income: | | |
| Annual Net Operating Income: | | |
| Annual Operating Expenses (Except Taxes): | | |
| Annual Rent Income: | | |
| Gross Mo Rent (All Units Combined): | | |
| Net Operating Income: | | |
| Owner Expenses: | | |



BRA 0267

Seller Desires:
Source of Information:
Additional Income Sources:

New Financing:
Condo/Coop Fee:                     Frequency:                  Earnest Money:
Other Fees:                         Frequency:
Association Fee:

## LEGAL INFORMATION
Unit Number:                        Lot #:                      Phase:
Block/Square:                       Section:
Parcel Number:                      Liber:                      Folio:
Zoning Code: R5B                    Master Plan Zoning:
Historic Designation ID:

Present Licenses:
Tenant Rights:
Disclosures:
Documents:
Possession:

## OWNER and SHOWING CONTACT
Owner 1:  MARY WHITE              Home:  (202) 338-0500      Office:  (202) 338-0500
Show Contact #1:  JOHN PAGONES    Home:  (202) 483-1871      Office:  (202) 338-0500
Monthly Rent:                     Lease Expiration:

## PROPERTY MANAGEMENT
Property Mgmt Company:                                        Office:
Prop Mgr's Name:                  Alt Phone:                  Phone:
                                                             Fax:

## LISTING AGENT/BROKER
**Listing Agent:**  John Pagones   Home:  (202) 483-1871      Home Fax:
                                   Office:                    Pager:
Email:  jpagones@chatel.us                                   Cell:
                                   Voice Mail:  (202) 338-0500  Ext: 3013

**Broker Name:**  Chatel Real Estate Company                 Broker Code:  CHL1
Broker Address:  3210 N St Nw, WASHINGTON, DC  20007         Office Phone:  (202) 338-0500
                                                             Office Fax:  (202) 342-8280

## LISTING INFORMATION
List Date:  23-Sep-2005           Orig List Price:  $1,000    Update Type:  OTHER
VRP:  No                          Prior List Price:           Update Date:  01-Nov-2005
Low Price:  $1,000                DOM-MLS:  39                DOM-Prop:  39
Status Change Date:  01-Nov-2005  Off Mkt Date:
Photo Option: No Photo per Seller Total Photos: 0            Advertising:  IDX-PUB
### COMPENSATION
Sub-Agent:  400                   Buyer-Agent:  400           Additional:
Disclose Dual Agency:  Yes        Variable Rate:  No          Designated Rep:  No
Parking Inc in LP:  No

## SOLD INFORMATION
Contract Date:  30-Oct-2005       Sell/Rent Agency: Landlord Subagency
Close Date:  30-Oct-2005          Close Price:  $1,000        Seller Subsidy:  $0
Parking inc in SP: No
Selling/Rental Office:  BRT1      Bratton Realty
Selling/Rental Agent ID:  68188   John Bratton

Previous | Next | [1] | Top | One-line Summary - Agent display



BRA 0268



Change display to | Full - Agent       ▼ |  Search selected for [                    ▼ ]

Change to | 1 ▼ | per page.

Search Time: *0.08s*
Search Criteria: **ML#** is 'dc5396844'

**Click here to send MRIS your suggestions, ask for help via email, or submit a correction for a listing.**

Microsoft
**.net**  Call the Help Desk at 301-838-7200/888-838-8200 if you have questions on how to do something.
Tarasoft MATRIX v1.4. Copyright © 2005 Tarasoft Corporation.

