**Capital Reporting Company**

Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3      -------------------------------:
                                       :
 4      JOHN BRATTON,                  :
                                       :
 5                   Plaintiff,        :
                                       :
 6           v.                        : Civil Action No.
                                       :
 7      CHATEL REAL ESTATE, INC.,      : 06-0694 (JDB)
                                       :
 8      et al.,                        :
                                       :
 9                   Defendants.       :
                                       :
10      -------------------------------:
11
                                          Washington, D.C.
12                                        Friday, November 3, 2006
13      Deposition of
14                       HOPE EDWARDS
15      called for oral examination by counsel for the
16      Plaintiff, pursuant to notice, at the law offices of
17      LITIGATION ASSOCIATE, PLLC, 1150 Connecticut Avenue,
18      Northwest, Suite 900, Washington, D.C., before
19      Marijane Simon, RDR, CLR, of Capital Reporting
20      Company, a Notary Public in and for the District of
21      Columbia, beginning at 10:39 a.m. when were present
22      on behalf of the respective parties:
```

(866) 448 - DEPO
www.CapitalReportingCompany.com



PLAINTIFF'S EXHIBIT 7

Page 2

1  APPEARANCES
2  On behalf of the Plaintiff:
      STEFAN SHAIBANI, ESQUIRE
3     LITIGATION ASSOCIATE, PLLC
      1150 Connecticut Avenue, NW
4     Suite 900
      Washington, DC 20036
5     (202) 862-4335
      (202) 828-4130 (Fax)
6     email address not available
7
8  On behalf of Defendant Chatel Real Estate, Inc.,
      and the witness:
9     MATTHEW A. RANCK, ESQUIRE
      Eccleston & Wolf, P.C.
10    2001 S Street, NW
      Suite 310
11    Washington, DC 20009
      (202) 857-1696
12    (202) 857-0762
      ranck@ewdc.com
13
   On behalf of Defendant Mary White:
14    ROBERT BOUSE, ESQUIRE
      Anderson, Coe, and King
15    201 North Charles Street
      Suite 2000
16    Baltimore, MD 21201
      (410) 752-1630
17    (410) 752-0085
      email address not available
18
19
20        Also Present:
21    Lauren D'Agostino, Litigation Associate, PLLC
22

Page 3

1           CONTENTS
2
3  EXAMINATION BY:                   PAGE
4  Counsel for the Plaintiff           4
5
6
7  EDWARDS DEPOSITION EXHIBITS:       PAGE
8  1  "COMMERCIAL AGREEMENT OF LEASE -
9     SPACE," 10/31/05, White and Bratton    9
10 2  Promotional piece, 1622 Wisconsin
11    Ave., NW, CH0157              36-37
12 3  Promotional piece, 1622 Wisconsin
13    Ave., NW, CH0156                 37
14 4  MRIS printout, 1622 Wisconsin Ave.,
15    NW, BRA0154-156                  41
16 5  MRIS printout, 1622 Wisconsin Ave.,
17    NW, BRA0158-160                  45
18 6  Fair Housing Manual, BRA0243-265   53
19
20
21     (* Exhibits attached to transcript)
22

Page 4

1           PROCEEDINGS
2  WHEREUPON,
3           HOPE EDWARDS,
4  called as a witness, and having been first duly
5  sworn, was examined and testified as follows:
6     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
7     BY MR. SHAIBANI:
8     Q.  Good morning. Thank you for coming here.
9  I'm going to ask you some questions and Mr. Bouse
10 and Mr. Ranck may object but we would request that
11 you respond to the questions anyhow.
12        Could you tell me what your position is at
13 Chatel.
14    A.  I do reception, graphic design,
15 photography, advertising.
16    Q.  How long have you been with Chatel?
17    A.  Five years.
18    Q.  And do you work with any of the real
19 estate agents at the office?
20    A.  Yes.
21    Q.  Is John Pagones -- Well, was he one of the
22 agents that you worked with previously?

Page 5

1     A.  Yes.
2     Q.  And how about Mr. Liverman?
3     A.  Yes.
4     Q.  Do you have access to the internet from
5  your desk?
6     A.  Yes.
7     Q.  And can you access the MRIS website from
8  your computer?
9     A.  I don't have a log-in so I don't have a --
10 I could if I had a log-in but I don't so I don't.
11    Q.  Do the real estate agents at Chatel
12 provide you with a log-in when they need you to
13 obtain forms from the MRIS?
14    A.  No, they do it themselves.
15    Q.  I see.
16        Does Chatel maintain blank rental
17 applications at its office?
18    A.  Yes.
19    Q.  And is that the same form that's provided
20 by the MR -- Excuse me -- by the GCAR?
21    A.  I believe but I think it didn't used to
22 be.

| Page 6 | Page 8 |
|---|---|
| 1  Q. Are you familiar with GCAR, the Greater<br>2  Capital Area Association of Realtors?<br>3  A. Yes.<br>4  Q. Are you a member of the GCAR?<br>5  A. No.<br>6  Q. And do you have access to the GCAR's<br>7  website from your computer?<br>8  A. No, you would need -- I don't have a<br>9  log-in.<br>10 Q. You would need a log-in to access the GCAR<br>11 as well?<br>12 A. Yeah.<br>13 Q. And the real estate agents don't provide<br>14 you with their log-in for GCAR either?<br>15 A. No.<br>16 Q. Now, going back to the blank commercial --<br>17 well, blank rental application that you mentioned<br>18 that Chatel has at its office, could you tell me<br>19 where they obtained this form, where Chatel obtains<br>20 that form?<br>21 A. We have a closet with forms or they can<br>22 log in to GCAR and print it out or we have a PDF | 1  Q. I see. And you mentioned that you have<br>2  access to the PDF version from your computer as<br>3  well?<br>4  A. Yeah. It's on the company server.<br>5  Q. How about the Chatel commercial lease<br>6  agreement? Is that form regularly available at<br>7  Chatel's Georgetown office?<br>8     MR. RANCK: Objection to the form of the<br>9  question and lack of foundation.<br>10    BY MR. SHAIBANI:<br>11 Q. Are you familiar with the commercial lease<br>12 agreement that has Chatel's logo on it?<br>13 A. I'm not.<br>14 Q. Okay. If I may pass out Exhibit -- it's<br>15 the -- I'm going to pass out the large version to<br>16 our witness here.<br>17    MR. RANCK: Let me interpose a little bit<br>18 of an objection. The document being handed to the<br>19 witness in the large version is not the same as far<br>20 as I can tell as the condensed version. I have no<br>21 idea if all the terms are the same but I note that<br>22 on the first page of the large document with the |

| Page 7 | Page 9 |
|---|---|
| 1  version on the computer they can print out.<br>2  Q. And is that PDF version on the computer<br>3  available to all the real estate agents at Chatel?<br>4  A. It is but most use the printouts we have<br>5  in the closet.<br>6  Q. And the hard-copy version, how often do<br>7  you replenish the supply of the blank rental<br>8  applications in the closet?<br>9  A. Everybody replenishes it themself so I<br>10 don't know how often. I do it every few months but<br>11 other people do it when they need it.<br>12 Q. Would you say that's -- In the course of a<br>13 month do you actually -- are there days when the<br>14 blank rental application is not available in that<br>15 closet you mentioned at Chatel?<br>16 A. No, because there's a master copy that if<br>17 it's the last one, they can use to make more.<br>18 Q. I see. And the PDF version -- to your<br>19 knowledge does Mr. Pagones have that on his<br>20 computer, the PDF version of the blank rental<br>21 application?<br>22 A. He has access to it. | 1  exhibit number, there's a stamp, November 21, 2005,<br>2  and the condensed version doesn't have it. The<br>3  condensed version has Bates numbers on it. The<br>4  larger version doesn't. So I don't know if they're<br>5  the same.<br>6     MR. SHAIBANI: Well, for the record, the<br>7  larger version, if it's got Mr. Bratton's name on it<br>8  and Mary White's name -- it's the same as the<br>9  condensed version and we just didn't make large<br>10 versions for this deposition but they're the same<br>11 documents.<br>12    MR. RANCK: Well, respectfully, they're<br>13 not because one has a date stamp on it from the<br>14 Office of Human Rights and one does not. I don't<br>15 know if there are other differences substantively in<br>16 the document.<br>17    MR. SHAIBANI: Okay.<br>18    (The reporter marked Exhibit 1.)<br>19    BY MR. SHAIBANI:<br>20 Q. Well, I can get back to the substance of<br>21 the document but I just wanted to present the form<br>22 on the first page of the large document which we can |

Page 34

1  Q. Did Mr. Pagones request information from
2  Mary White the first time that you saw Mr. Bratton
3  at Chatel's office?
4  A. I don't know.
5  Q. Did Mr. Pagones request information from
6  Thierry Liverman the first time you saw Mr. Bratton
7  at Chatel's office?
8  A. I don't know.
9  Q. To your knowledge, did John Pagones inform
10 Mr. Bratton the first time that you saw Mr. Bratton
11 at Chatel's office that he did not have a blank
12 rental application?
13     MR. RANCK: Objection. Asked and answered
14 in that she has said that she didn't hear the
15 substance of their conversation. Numerous times.
16     BY MR. SHAIBANI:
17 Q. Could you please answer the question.
18 A. I didn't listen to them talk.
19 Q. Did Mr. Pagones ever inform you of his
20 interactions with Mr. Bratton concerning the 1622
21 Wisconsin Avenue property?
22 A. No.

Page 35

1  Q. Did any other real estate agent or
2  employee or owner of Chatel discuss with you their
3  interactions with Mr. Bratton?
4  A. No.
5  Q. To your knowledge, does Chatel maintain
6  documentation about each property transaction?
7     MR. RANCK: Objection. Vague.
8     BY MR. SHAIBANI:
9  Q. Does Chatel have a file for each property
10 that's listed for sale or rental on the MRIS?
11 A. I don't know.
12 Q. Does Chatel have a file for each client
13 that they deal with?
14    MR. RANCK: Object to the form.
15    Go ahead and answer if you can.
16    THE WITNESS: I don't know. I deal with
17 other duties at the office so I don't know.
18    BY MR. SHAIBANI:
19 Q. Who's the custodian of records at Chatel's
20 Georgetown office?
21 A. I think everybody's responsible for
22 different records. There's no one person.

Page 36

1  Q. Well, where are the records maintained?
2  And the records -- By that, I mean the agency
3  agreement between an owner and Chatel and then the
4  agreements executed by somebody who buys or rents a
5  property from that owner. Are these maintained
6  somewhere at Chatel?
7  A. I don't know. I deal with different
8  things at the office than that.
9  Q. Could you remind us of your duties at
10 Chatel's office.
11 A. I do reception, graphic design,
12 photography, advertising.
13 Q. By graphic design and advertising, do you
14 mean creation of the advertisements for properties
15 before they're listed for sale or rental? Is that
16 part of your duties?
17 A. I do the brochures for our rental window
18 and I do advertising in the Washington Post.
19    MR. SHAIBANI: I see. If I may pass
20 another exhibit, the one for the street level.
21    (The reporter marked Exhibit 2.)
22 ...

Page 37

1     BY MR. SHAIBANI:
2  Q. Do you recall this document? Have you
3  ever seen this document?
4  A. Yes.
5  Q. Is this a document that you created as
6  part of your graphic design or advertising work at
7  Chatel?
8  A. Yes, but I do much better stuff now.
9  Q. This looks good.
10 A. It's really basic.
11 Q. Do you recall who requested you to create
12 this?
13 A. Oh, it's just the standard procedure for
14 anything we have available.
15    (The reporter marked Exhibit 3.)
16    BY MR. SHAIBANI:
17 Q. And if I may pass Exhibit 3. Do you
18 recall this document?
19 A. I created it.
20 Q. And do you recall where you obtained the
21 information to create this document?
22 A. We have a rental book that has information

10 (Pages 34 to 37)

Page 38
1  like this.
2      Q.  And who adds information to that rental
3  book?
4      A.  The property managers and the agents.
5      Q.  How often is that book replaced?
6      A.  The whole book?
7      Q.  Yes.
8      A.  Just as it becomes full.
9      Q.  Do you know if the book where you obtained
10 the information to create these two documents is
11 still maintained at Chatel's offices?
12     A.  Not that far back.
13     Q.  Is the book discarded or sent to an
14 offsite storage facility?
15     A.  No.  We just -- We just take -- We just
16 create space.  We don't archive it.
17     Q.  Now, going back to the rental book, is the
18 rental book located somewhere or is it available to
19 any of Chatel's real estate agents?
20     A.  It's available to everybody.
21     Q.  And would you say that if an agent doesn't
22 recall information about a property -- could they

Page 39
1  obtain it by going to the rental book?
2      A.  I suppose.
3      Q.  And could John Pagones go to the rental
4  book if he wanted to obtain information about the
5  specific property that's noted in the two documents
6  in front of you, Exhibits 2 and 3?
7      A.  He could go to the rental book but not
8  everything about the property's listed in the rental
9  book.  It's very basic and bare-bones.
10     Q.  Could you tell us what type of information
11 is included in the rental book.
12     A.  Well, if it's residential, just the number
13 of bedrooms, baths, when it's available for rent.
14 If it's commercial, just the rent, when it's
15 available, how big it is, maybe the address.  Bare
16 basics.
17     Q.  Would dates of availability of properties
18 be included in the rental book?
19     A.  Yes.
20     Q.  Do you recall when you created Exhibits 2
21 and 3?
22     A.  I wouldn't know the exact date.

Page 40
1      Q.  Would it be sometime after the information
2  in the rental book was entered for these two
3  properties?
4      A.  I don't know the timeline.
5      Q.  Do you know if Mr. Pagones entered
6  information for this property in the rental book?
7      A.  I don't know who entered it.
8      Q.  Now, you mentioned that Mr. Bratton came
9  to Chatel's offices on different occasions.  How
10 many times -- Well, I guess:  When you were at
11 Chatel's offices, how many times did Mr. Bratton
12 come in?
13     A.  I don't know the number.  A few times.
14     Q.  Do you recall if Mr. Bratton -- Do you
15 recall him submitting a draft lease agreement and
16 checks for first month's rent and security deposit
17 for the property marked in Exhibit 2?
18     A.  I don't deal with that so I couldn't say.
19     Q.  Could you tell us who deals with receipt
20 of lease agreements and checks for first month's
21 rent and security deposit at Chatel?
22     A.  I don't know.  I don't deal with that.

Page 41
1      MR. SHAIBANI:  If I may pass another
2  exhibit now.  If we could mark this as Exhibit 4 of
3  this deposition.
4      (The reporter marked Exhibit 4.)
5      BY MR. SHAIBANI:
6      Q.  Do you recognize this document?
7      A.  No, I don't deal with MRIS.
8      Q.  Do you know who creates these listings on
9  the MRIS at Chatel's Georgetown office?
10     A.  Different people.
11     Q.  Are the real estate agents responsible for
12 creating the MRIS listings at Chatel?
13     A.  Yeah.  The real estate agents, not the
14 property managers.
15     Q.  And do the real estate agents at Chatel --
16 if they're letting an owner of a property, do
17 they -- I guess -- do they farm out their work
18 through other agents or do they actually create the
19 MRIS listings themselves?
20     MR. RANCK:  Objection to the form.
21     THE WITNESS:  Only one person can create
22 it, I believe.  There can only be one record.

11 (Pages 38 to 41)

Page 69

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2        I, Marijane W. Simon, RDR, the officer
 3   before whom the foregoing deposition was taken, do
 4   hereby certify that the witness whose testimony
 5   appears in the foregoing deposition was duly sworn
 6   by me; that the testimony of said witness was taken
 7   by me to the best of my ability in stenotypy and
 8   thereafter reduced to typewriting under my
 9   direction; that said deposition is a true record of
10   the testimony given by said witness; that I am
11   neither counsel for, related to, nor employed by any
12   of the parties to the action in which this
13   deposition was taken; and, further, that I am not a
14   relative or employee of any counsel or attorney
15   employed by the parties hereto, nor financially or
16   otherwise interested in the outcome of the action.
17
18                  [Signature: Marijane W. Simon]
19                  Notary Public in and for
20                  the District of Columbia
21
22   My Commission expires:  08/14/08
```