```
roberta j. medlin                                          Invoice No: 29807640

.............................................................................
                    WELCOME TO FIRST AMERICAN REGISTRY, INC
                         * SCREEN RESIDENTS IN SECONDS *

                            AUTOMATED SERVICE HOURS:
          M-F: 8AM - 10:30PM * SAT: 9AM - 10:30PM * SUN: 10AM - 10:30PM EST

             CLIENT SERVICES HOURS: M-F 8:30AM-8PM, SAT 11:30AM-5PM EST

                      FOR CLIENT SERVICES CALL: 1-800-811-3495
                      FOR CONSUMER RELATIONS CALL: 1-888-333-2413
.............................................................................

-------------------------------* INFORMATION YOU GAVE US *-------------------

Run Date/Time: Tuesday October 11, 2005 / 15:50:58 EST
A/c Name      : Chatel Real Estate, Inc.                   A/c No.  : 50261
Property Add.: 3210 N STREET NW ST, WASHINGTON DC 20007    Requestor: CHA
Applicant....: MEDLIN, ROBERTA J                           SSN......: ***-**-
Current Add. : 1421 29TH ST, WASHINGTON DC 20007           DOB......:
Previous Add.: ,
Rent/Income Ratio :100 %

-----------------------------* MESSAGES *------------------------------------
* This applicant has been screened through Multi-state Sex Offender Search.
  No matches have been found.
-----------------------------------------------------------------------------


......................... NATIONAL REGISTRY CHECK(TM) .......................
NM-ROBERTA J MEDLIN
CA-1421 29TH WASHINGTON DC 20007
FA-
ID-***-**-
REGISTRY CHECK ON   ROBERTA J MEDLIN                       Invoice No: 29807640
-----------------------------------------------------------------------------
                     ****** COURT RECORDS ON FILE ******
NO COURT RECORDS FOUND
-----------------------------------------------------------------------------
SCANNED BY AppALERT(TM)
-----------------------------------------------------------------------------

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT
REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT
ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS A CONSUMER REPORT UNDER
FALSE PRETENSES MAY FACE CRIMINAL PROSECUTION, INCLUDING FINES AND POSSIBLE
IMPRISONMENT. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT END-USERS FROM
DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER, HOWEVER THE
FCRA UNDER MOST INSTANCES DOES NOT REQUIRE END-USERS TO DO SO. IT IS
RECOMMENDED THAT END-USERS REFER ALL CONSUMER INQUIRIES REGARDING THE
INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CONSUMER REPORTING
AGENCY OF ORIGIN.
-----------------------------------------------------------------------------
END - National RegistryCheck(TM) Report 10/11/2005
```

OF HUMAN
NOV 21 2005

1 of 5                                                            10/11/2005 3:51 1



PLAINTIFF'S EXHIBIT 17

BRA 0385

roberta j. medlin ● ●                                Invoice No: 29807640

```
...................................EQUIFAX REPORT...............................
Applicant:ROBERTA MEDLIN

USER REF. 29807640               THIS FORM PRODUCED BY EQUIFAX            PAGE   1
********************************************************************************

* ADDRESS DISCREPANCY - A SUBSTANTIAL DIFFERENCE OCCURRED         .
********************************************************************************

*  007 EQUIFAX INFORMATION SERVICES LLC,
       ,ATLANTA,GA,30374-0241,800/685-1111         P O BOX 740241,

*MEDLIN,ROBERTA,JEAN   SINCE 06/01/86  FAD 07/23/05
 210,W 5TH,ST APT 409,KANSAS CITY,MO,64105,TAPE RPTD 04/04    FN-309
 2234,HARVARD,AVE E,SEATTLE,WA,98102,TAPE RPTD 01/04
 2030,WESTERN,AVE APT 604,SEATTLE,WA,98121,TAPE RPTD 01/04
 FN-VANSPRONSEN,ROBERTA
 BDS-08/19/1953,SSS-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
 01 ES-STUDENT
 02 EF-BENEFITS ANALYST,VWR CORP,SEA,WA,,VER 04/87
 03 E2-,TV GUIDE

*SUM-08/83-10/05,PR/OI-NO,FB-NO, ACCTS:43,HC$0-822K, 43-ONES.

*INQS-GMAC       496FM4240   07/19/05        GMAC        496FM4240  07/13/05
     MO BK & TR  615BB1015   10/04/04        FA CREDCO   133ZB02956 01/02/04
     FA CREDCO   133ZB02956  11/11/03

*     FIRM/ID CODE         RPTD  OPND  H/C TRM   BAL  P/D CS MR ECOA  ACCOUNT NUMBER
   MACYS/FDSB*                 10/05 09/99 4300       0      01 72 S
      CHARGE
      AMOUNT IN H/C COLUMN IS CREDIT LIMIT
   MACYS/FDSB*                 10/05 05/97    0       0      01 99 S
      CHARGE
      AMOUNT IN H/C COLUMN IS CREDIT LIMIT
   MACYS/FDSB                  10/05 11/94    0       0      R1 26 S
   MACYS/FDSB*                 10/05 01/85 1500       0      R1 99 S
      CHARGE
      AMOUNT IN H/C COLUMN IS CREDIT LIMIT
   SCHOOL EMP*                 09/05 09/02  19K 369   0      I1 35 S
      CLOSED OR PAID ACCOUNT/ZERO BALANCE
      AUTO
   SCHOOL EMP*                 09/05 06/01  21K 379   0      I1 50 S
      CLOSED OR PAID ACCOUNT/ZERO BALANCE
      AUTO
   BENFCL/HFC*                 09/05 01/95    0       0      R1 99 I
      CLOSED OR PAID ACCOUNT/ZERO BALANCE
      ACCOUNT CLOSED BY CREDIT GRANTOR
   AMEX                        09/05 07/00  30K       0      R1 01 A
      CREDIT CARD
   AMEX                        09/05 01/99  42K      42K     R1 01 A
      CREDIT CARD
   AMEX                        09/05 01/99  28K     3086     01 01 A
      CREDIT CARD
   NORDSTROM                   09/05 06/86 4200       0      R1 43 I
      CHARGE
      AMOUNT IN H/C COLUMN IS CREDIT LIMIT
   MBNA AMER                   09/05 09/01  38K 164  36K     R1 28 A
```

2 of 5

10/11/2005 3:51 F



BRA 0386

roberta j. medlin                                                Invoice No: 29807640

```
            CREDIT CARD
            AMOUNT IN H/C COLUMN IS CREDIT LIMIT
CITI        *              09/05 11/89 8000          0     R1 99 A
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
            ACCOUNT CLOSED BY CREDIT GRANTOR
GMAC MTG    *              08/05 03/04 822K 4K  804K       I1 17 J
            REAL ESTATE MORTGAGE

USER REF. 29807640              THIS FORM PRODUCED BY EQUIFAX      PAGE    2
            CONVENTIONAL MORTGAGE
GMAC MTG    *              08/05 12/03 231K 1K  226K       I1 18 J
            FREDDIE MAC ACCOUNT
            REAL ESTATE MORTGAGE
GEMB/JCP    *              09/05 12/92  600         0      R1 99 J
            CHARGE
            AMOUNT IN H/C COLUMN IS CREDIT LIMIT
CBUSASEARS* *              09/05 08/83  12K         0      R1 44 A
            CREDIT CARD
            AMOUNT IN H/C COLUMN IS CREDIT LIMIT
GMAC MTG    *              08/05 12/03  29K 188  29K       R1 13 J
            HOME EQUITY
            LINE OF CREDIT
GMAC MTG    *              08/05 03/04 250K 1K  251K       R1 17 J
            HOME EQUITY
HSBC/NEIMN  *              09/05 05/88 7000         0      R1 99 S
            CHARGE
            AMOUNT IN H/C COLUMN IS CREDIT LIMIT
SCHOOL EMP* *              09/05 10/00  12K 190 9475       R1 59 J
            CONSUMER DISPUTES THIS ACCOUNT INFORMATION
            CREDIT CARD
CBUSA       *              09/05 04/01  13K         0      R1 53 J
            CHARGE
            AMOUNT IN H/C COLUMN IS CREDIT LIMIT
US DEPT ED* *              08/05 12/03  45K 229  43K       I1 19 I
            STUDENT LOAN
CITI        *              08/05 05/91  25K         0      R1 99 I
            CREDIT CARD
            AMOUNT IN H/C COLUMN IS CREDIT LIMIT
GMAC MTG    *              02/04 12/03  29K 91              R1 02 T
            LINE OF CREDIT
MACYS/FDSB* *              09/03 06/87    0         0      R1 02 S
MACYS/FDSB* *              03/04 11/94    0         0      R1 02 S
MACYS/FDSB* *              03/04 01/85 1500         0      R1 02 S
            CHARGE
            AMOUNT IN H/C COLUMN IS CREDIT LIMIT
BOA - MSP   *              07/03 04/01 128K 1K           I1 21 J
            FANNIE MAE ACCOUNT
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
WFS FIN     *              10/02 03/02  24K 505    0       I1 06 S
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
            AUTO
BOA - MSP   *              06/02 05/99 471K 3K    0        I1 35 J
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
            CONVENTIONAL MORTGAGE
BOA - DALS* *              04/02 07/00  36K 656   0        I1 20 I
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
            LEASE
OCWEN FED   *              10/04 09/94 7830 140   0        I1 38 J
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
            REAL ESTATE MORTGAGE
HOMESTREET* *              05/04 04/03  89K        0       R1 13 J
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
            SECURED CREDIT LINE
```



BRA 0387

roberta j. medlin                                                    Invoice No: 29807640

```
HOMESTREET*701FM242    05/04 04/03 708K  4K      0     I1 11 S

USER REF. 29807640              THIS FORM PRODUCED BY EQUIFAX         PAGE    3
    REAL ESTATE MORTGAGE
    REAL ESTATE MORTGAGE
US DEPT ED*438ZZ10480  01/04 09/96  68K  259     0     I1 38 I
    STUDENT LOAN
HOMESTREET*701FM242    09/03 06/03 123K  1K      0     I1 02 J
    ACCOUNT TRANSFERRED OR SOLD
    REAL ESTATE MORTGAGE
FUSA BANK *155ON2669   07/03 12/87 9720          0     O1 60 S
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
NATL COLEG*497BB20184  08/02 09/99 1311          0     I1 27 I
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    STUDENT LOAN
MSDWCC    *906FF104    05/02 12/00 210K  791     0     R1 17 J
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    SECURED CREDIT LINE
HOMESTREET*701FM242    08/01 04/01 128K  1K      0     I1 02 J
    ACCOUNT TRANSFERRED OR SOLD
    REAL ESTATE MORTGAGE
HOMESTREET*701FM242    06/00 05/99  59K  495     0     I1 12 J
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    REAL ESTATE MORTGAGE
COUNTRYWID*180FM931    01/04 06/03 123K  1K      0     I1 05 J
```

```
* MEMBER #     COMP. NAME    TELEPHONE      * MEMBER #     COMP. NAME   TELEPHONE
  496FM4240    GMAC          MAIL ONLY        615BB1015    MO BK & TR   816-8818200
  4 WALNUT GROVE                              1044 MAIN PO BOX 26430
  ATTN: LINDA NAYLOR
  HORSHAM                    PA 19044         KANSAS CITY               MO 64106
  701DC750     MACYS/FDSB    MAIL ONLY        701FC1878    SCHOOL EMP   206-6284225
  1345 S 52 ST                                325 EASTLAKE AVE E
  TEMPE                      AZ 85281         SEATTLE                   WA 98109-5466
  155FP31301   BENFCL/HFC    800-5478776      402BB48257   AMEX         MAIL ONLY
  961 WEIGEL DRIVE                            P.O. BOX 297871
  ELMHURST                   IL 60126         FORT LAUDERDALE           FL 33329-7871
  701DC529     NORDSTROM     MAIL ONLY        801ON119     MBNA AMER    800-4212110
  SEE BRANCH LISTING                          P.O. BOX 17054
  SEATTLE                    WA 98111         WILMINGTON                DE 19884
  906BB40      CITI          MAIL ONLY        146FM17      GMAC MTG     319-2365400
  P.O. BOX 6500                               3451 HAMMOND AVE
  C/O CITI CORP
  SIOUX FALLS                SD 57117-6500    WATERLOO                  IA 50702-5345
  404FF3555    GEMB/JCP      800-5420800      906BB5551    CBUSASEARS   MAIL ONLY
  PO BOX 981402                               8725 W. SAHARA AVE.
  EL PASO                    TX 79998         THE LAKES                 NV 89163
  496FM2798    GMAC MTG      MAIL ONLY        906DC656     HSBC/NEIMN   800-8258255
  P.O.BOX 7599                                1201 ELM ST ATTN: L JACKSON
  FT WASHINGTON              PA 19034-7599    DALLAS                    TX 75270
  485FP552     CBUSA         800-6770232      438ZZ10480   US DEPT ED   MAIL ONLY

USER REF. 29807640              THIS FORM PRODUCED BY EQUIFAX         PAGE    4
  CCS GRAY OPS CENTER                         PO BOX 7202
  541 SID MARTIN RD
  GRAY                       TN 37615         UTICA                     NY 13504-7202
  782FM10912   BOA - MSP     800-2856000      180BB27195   BOA - DALS   MAIL ONLY
  475 CROSSPOINT PKWY                         4161 PIEDMONT PARKWAY
  GETZVILLE                  NY 14068         GREENSBORO                NC 27410
  465FS1690    OCWEN FED     407-7375013      701BB97196   HOMESTREET   206-5154036
  1675 PALM BEACH LAKES BLVD.                 601 UNION STREET
  SUITE 304
```

NOV 21 2005                                                        10/11/2005 3:51 l



BRA 0388

roberta j. medlin     Invoice No: 29807640

```
        WEST PALM BEACH        FL 33401        SEATTLE              WA 98101-2326
701FM242      HOMESTREET   206-6233050    1550N2669    FUSA BANK    800-9558010
  8TH FLOOR PACIFIC BLDG                    2500 WESTFIELD ROAD
  3RD & COLUMBIA                            SUITE 6
  SEATTLE                  WA 98104         ELGIN                   IL 60123
497BB20184    NATL COLEG   800-2330557    906FF104     MSDWCC       MAIL ONLY
  1200 NORTH 7TH STREET                     CREDIT CORP
  HARRISBURG               PA 17102         SIOUX FALLS             SD 57110
180FM931      COUNTRYWID   818-3048400
  450 AMERICAN ST
  SIMI VALLEY              CA 93065
&

END OF REPORT EQUIFAX AND AFFILIATES - 10/11/05


*** END OF REPORT ***
```

Received NOV 21 2005



BRA 0389