John bratton

**Invoice No: 29834939**

WELCOME TO FIRST AMERICAN REGISTRY, INC
* SCREEN RESIDENTS IN SECONDS *

AUTOMATED SERVICE HOURS:
M-F: 8AM - 10:30PM * SAT: 9AM - 10:30PM * SUN: 10AM - 10:30PM EST

CLIENT SERVICES HOURS: M-F 8:30AM-8PM, SAT 11:30AM-5PM EST

FOR CLIENT SERVICES CALL: 1-800-811-3495
FOR CONSUMER RELATIONS CALL: 1-888-333-2413

------------------------------* INFORMATION YOU GAVE US *------------------------------
Run Date/Time: Wednesday October 12, 2005 / 11:32:30 EST
A/c Name     : Chatel Real Estate, Inc.
Property Add.: 3210 N STREET NW ST, WASHINGTON DC 20007      A/c No.  : 50261
Applicant....: BRATTON, JOHN                                 Requestor: CHA
Current Add. : 1223 O ST, WASHINGTON DC 20001                SSN......: ***-**-▮▮
Previous Add.:                                               DOB......: ▮▮▮▮▮▮
Rent/Income Ratio :100 %

------------------------------* MESSAGES *------------------------------
* This applicant has been screened through Multi-state Sex Offender Search.
No matches have been found.
------------------------------

..................... NATIONAL REGISTRY CHECK(TM) .....................
NM-JOHN BRATTON
CA-1223 O WASHINGTON DC 20001
FA-
ID-***-**-▮▮▮
REGISTRY CHECK ON   JOHN BRATTON
------------------------------
                                                    Invoice No: 29834939
------------------------------ ******* COURT RECORDS ON FILE ******* -----
NO COURT RECORDS FOUND
------------------------------

******* SUPPLEMENTAL RESOURCE LIST *******
NOTE: THE SUPPLEMENTAL RESOURCE LIST IS NOT PART OF THE CONSUMER REPORT. IT
DOES NOT REPRESENT DEROGATORY INFORMATION ON THE CONSUMER. THESE LISTINGS
ARE PROVIDED SOLELY AS A RESOURCE TOOL, DESIGNED TO PROVIDE ADDITIONAL
POSSIBLE SOURCES OF INFORMATION THAT MAY RELATE TO THE APPLICANT. THE
CUSTOMER IS ENCOURAGED TO CONTACT THESE LISTINGS TO DETERMINE WHETHER
ADDITIONAL INFORMATION IS AVAILABLE IN CONNECTION WITH THE APPLICANT.

OFFICE OF HUMAN RIGHTS
Received
NOV 17 2005
RESPONDENT

SUBJECT : JOHNNY BRATTON
ADDRESS : 2936 SOUTHERN 4 WASHINGTON DC 20020
LANDLORD: VASH APARTMENTS
RESIDENCY DATES: 10/00
                                                PHONE: (202) 548-8032

SUBJECT : JOHN BRATTON
ADDRESS : 3801 KENILWORTH 106E BLADENSBURG MD 20710
LANDLORD: KENILWORTH TOWERS
RESIDENCY DATES: 08/04 07/04
                                                PHONE: (301) 925-8810



PLAINTIFF'S
EXHIBIT
18
ALL-STATE LEGAL

BRA 0224

10/12/2005 11:33 AM

## John bratton

**Invoice No: 29834939**

SUBJECT : JOHN BRATTON
ADDRESS : 4040 WARNER C8 LANDOVER HILLS MD 20784
LANDLORD: COOPERS CROSSING APTS
RESIDENCY DATES: 09/02 12/99

PHONE: (301) 441-4906

SUBJECT : JOHN BURTON
ADDRESS : 531 S FREDERICK 106 GAITHERSBURG MD 20877
LANDLORD: DEER PARK GARDENS
RESIDENCY DATES: 06/05 03/05

PHONE:

SUBJECT : JOHN BURTON
ADDRESS : 6423 LANDOVER 104 CHEVERLY MD 20785
LANDLORD: CHEVERLY TERRACE
RESIDENCY DATES: 02/05

PHONE:

SUBJECT : JOANN BURTON
ADDRESS : 8316 NUNLEY B BALTIMORE MD 21234
LANDLORD: RIDGE GARDENS CO MULTI PR
RESIDENCY DATES: 06/05 01/05

PHONE:

SUBJECT : JOHN BURTON
ADDRESS : 17624 SEQUOIA 102 GAITHERSBURG MD 20877
LANDLORD: MILL CREEK APTS
RESIDENCY DATES: 01/02 12/01

PHONE: (301) 925-8810

SUBJECT : JOHN BIRTON JR
ADDRESS : 1907 WINEXBURG T1 SILVER SPRING MD 20906
LANDLORD: WINEXBURG MANOR APTS
RESIDENCY DATES: 04/00 05/00 05/99

PHONE: (301) 441-4906

SUBJECT : JOHN BURTON
ADDRESS : 3306 WOODBURN VILLAGE 23 ANNANDALE VA 22003
LANDLORD: VINCENT KEEGAN TRUSTEE
RESIDENCY DATES: 01/01

PHONE:

OFFICE OF HUMAN RIGHTS
Received
NOV 17 2005
RESPONDENT

SUBJECT : JOHN BURTON
ADDRESS : 3984 WARNER D1 CHEVERLY MD 20784
LANDLORD: COOPERS CROSSING APTS
RESIDENCY DATES: 12/01

PHONE: (301) 441-4906

----------------------------------------------------------------
SCANNED BY AppALERT(TM)
----------------------------------------------------------------

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT
REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT
ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS A CONSUMER REPORT UNDER
FALSE PRETENSES MAY FACE CRIMINAL PROSECUTION, INCLUDING FINES AND POSSIBLE
IMPRISONMENT. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT END-USERS FROM
DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER, HOWEVER THE
FCRA UNDER MOST INSTANCES DOES NOT REQUIRE END-USERS TO DO SO. IT IS
RECOMMENDED THAT END-USERS REFER ALL CONSUMER INQUIRIES REGARDING THE
INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CONSUMER REPORTING
AGENCY OF ORIGIN.
----------------------------------------------------------------

END - National RegistryCheck(TM) Report 10/12/2005

BRA 0225

10/12/2005 11:33

John bratton

**Invoice No: 29834939**

```
VERIZON DC*372UT28    10/05 05/98              52      O1 02 I
   UTILITY                                                        70346903
EVERHOME ████████      10/05 04/03 431K 3K  417K     I1 25 I
   30(01)60(00)90+(00) 05/04-I2
   REAL ESTATE MORTGAGE                                  DLA 10/05
   CONVENTIONAL MORTGAGE

USER REF. 29834939
CENTREVILL*████████    09/05 06/03 10K 796    0      I1 21 I        PAGE    2
   ACCOUNT CLOSED BY CONSUMER
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
PFCU TCS               09/05 04/93 4800 30  1207     R1 99 I
   LINE OF CREDIT
   AMOUNT IN H/C COLUMN IS CREDIT LIMIT
USAA FSB ████████      09/05 04/05  73K 1K   69K     I1 05 I
   AUTO
BOA - DALS*████████    09/05 08/05    0       0      R1 01 I
   HOME EQUITY
   LINE OF CREDIT
BOA - DALS████████     09/05 08/05 240K 555 221K     R1 01 I
   HOME EQUITY
   LINE OF CREDIT
BOA - DALS*████████    09/05 04/04    0       0      R1 17 I
   ACCOUNT CLOSED BY CONSUMER
   HOME EQUITY
CBUSASEARS*████████    09/05 11/88 9900       0      R1 96 I
   CREDIT CARD
   AMOUNT IN H/C COLUMN IS CREDIT LIMIT
PENTAGONBC████████     09/05 08/91 5000       0      R1 99 I
   CREDIT CARD
   AMOUNT IN H/C COLUMN IS CREDIT LIMIT
USAA SAVBK*████████    09/05 09/88 21K 98   4907     R1 99 I
   CREDIT CARD
   AMOUNT IN H/C COLUMN IS CREDIT LIMIT
BOA - MSP ████████     09/05 03/03 198K 1K    0      I1 29 I
   FANNIE MAE ACCOUNT
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
USAA FSB               04/05 11/03  65K 1K    0      I1 17 I
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   AUTO
WELSHMQTY ████████     01/05 12/03  44K       0      R1 13 I
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   HOME EQUITY
WELLSFARGO████████     01/05 12/03 352K 2K    0      I1 13 I
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   REAL ESTATE MORTGAGE
CBUSA                  07/04 07/99 6750       0      R1 60 I
   CHARGE
   AMOUNT IN H/C COLUMN IS CREDIT LIMIT
PIER 1/NB ████████     06/04 09/91  600       0      R1 99 I
   CHARGE
   AMOUNT IN H/C COLUMN IS CREDIT LIMIT
BOA - DALS████████     05/03 12/01    0       0      R1 17 I
   ACCOUNT CLOSED BY CONSUMER
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
EMC MORTG ████████     05/03 08/00 368K 3K    0      I1 10 I
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   CONVENTIONAL MORTGAGE
AHF                    03/02 11/98  21K 415    0      I1 40 I
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   AUTO
CENTREVILL*864BB1369   01/02 12/97  50K 478    0      I1 48 I
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
```

THIS FORM PRODUCED BY EQUIFAX

OFFICE OF HUMAN RIGHTS
Received
NOV 17 2005
RESPONDENT

BRA 0227
10/12/2005 11:33 A

**John bratton**

USER REF. 29834939          THIS FORM PRODUCED BY EQUIFAX          PAGE    3

REAL ESTATE MORTGAGE

PENTAGON ████████ 10/99 01/95 13K 267    0    I1 57 I ████████
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    DEBT CONSOLIDATION

HSBC/BSTBY ████████ 12/04 11/98 2000    0    R1 72 I ████████████
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    CHARGE

PENTAGON ████████ 06/04 04/01 29K 558    0    I1 37 I ████████
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    AUTO

BOA - DALS ████████ 05/04 08/03    0    0    R1 09 I ████████
    ACCOUNT CLOSED BY CONSUMER
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

HECHT CO ████████ 04/04 04/98 991    0    I1 06 I      ████
    ACCOUNT CLOSED AT CONSUMERS REQUEST

HECHT CO ████████ 04/04 04/98 501    0    R1 71 I    ████
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CHARGE

DISCOVR CD ████████ 11/02 06/01    0    0    R1 17 I ████████
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

AMEX ████████ 11/02 05/94 4987    0    R1 01 I ████████████
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

CENTREVILL ████████ 01/02 12/00 47K 428    0    I1 11 I    ████████
    ACCOUNT CLOSED BY CONSUMER
    REAL ESTATE MORTGAGE

CENTREVILL ████████ 01/02 12/00 47K 428    0    I0    I    ████████
    ACCOUNT CLOSED BY CONSUMER
    REAL ESTATE MORTGAGE

DMCCB ████████ 12/00 11/97 2300    0    R1 29 I
    30(01)60(01)90+(00) 07/99-R3,06/99-R2
    ACCOUNT CLOSED AT CONSUMERS REQUEST        DLA 11/00
    CREDIT CARD

CENTREVILL ████████ 08/00 02/98 10K 48M    0    I1 29 I    ████████
    CLOSED ACCOUNT
    ACCOUNT CLOSED BY CONSUMER

SALLIE MAE ████████ 06/00 05/88 1081 13    0    I1 04 I ████████
    STUDENT LOAN
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

SALLIE MAE ████████ 06/00 07/87 2500 30    0    I1 04 I ████████
    STUDENT LOAN
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

SALLIE MAE ████████ 06/00 07/87 1000 12    0    I1 04 I ████████
    STUDENT LOAN
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

WFNNB/STR ████████ 05/00 09/95 620    0    R1 52 I ████████████
    ACCOUNT CLOSED BY CONSUMER
    CHARGE

AMERICAN ████████ 02/00 04/98 176K 1K    0    I1 18 S      ████████
    FANNIE MAE ACCOUNT
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

FARMERS BK ████████ 12/99 08/95 22K 439    0    I 52 I ████████████
    30(00)60(00)90+(00)
    CLOSED OR PAID ACCOUNT/ZERO BALANCE        DLA 10/98

USER REF. 29834939          THIS FORM PRODUCED BY EQUIFAX          PAGE    4

* MEMBER #    COMP. NAME    TELEPHONE        * MEMBER #    COMP. NAME    TELEPHONE
  491UF82392  GRFTH CONS    301-3223111        910UG2868   BG&E          MAIL ONLY
  2510 SCHUSTER DRIVE                           PO BOX 1475 PO#68345

OFFICE OF HUMAN RIGHTS
Received
NOV 17 2005

BRA 0228
10/12/2005 11:35 AM

John bratton

**Invoice No: 29834939**

CHEVERLY                    MD 20785
910UZ2593   DIRECTV-AV  MAIL ONLY
2230 EAST IMPERIAL  HIGHWAY
PURCHASE ORDER#4500011744
EL SEGUNDO                  CA 90245
910UE7075   ALLEGPOW   · MAIL ONLY
901 WILSON STREET
MARTINSBURG                 WV 25401
910UG1357   WASH GAS    MAIL ONLY
6801 INDUSTRIAL RD
SPRINGFIELD                 VA 22151
491AN92654  BMWFAIR     703-6602300
8427 LEE HIGHWAY
FAIRFAX                     VA 22031
402BB48257  AMEX         MAIL ONLY
P.O. BOX 297871
FORT LAUDERDALE             FL 33329-7871
612FM449    WELLSFARGO  800-2625924
405 SW 5TH ST
DES MOINES                  IA 50309-4626
864BB1369   CENTREVILL  410-7581600
P.O. BOX 400
CENTREVILLE                 MD 21617-0400
905BB2443   USAA FSB    MAIL ONLY
10750 INTERSTATE HWY. 10 WEST
SAN ANTONIO                 TX 78265
906BB5601   CBUSASEARS  MAIL ONLY
8725 W. SAHARA AVE
MC 02/02/03
THE LAKES                   NV 89163
650ON10000  USAA SAVBK  MAIL ONLY
10750 MCDERMOTT FRWY
SAN ANTONIO                 TX 78288·
196BB1486   WELSHMQTY   800-4667937
4455 ARROWSWEST DRIVE
COLORADO SPRINGS            CO 80907
636DZ24232  PIER 1/NB   800-6404702
9111 DUKE BLVD
MASON                       OH 45040-9548


USER REF. 29834939            THIS FORM
458FA312    AHF          800-9169930
200 CONTINENTAL DRIVE
NEWARK                      DE 19713
444HT354    HSBC/BSTBY  302-3272000
1405 FOULK ROAD
WILMINGTON                  DE 19808
491DC2872   HECHT CO    301-6502382
300 SHEFFIELD CENTER
LORAIN                      OH 44055
190BB9550   DMCCB        MAIL ONLY
KIERLAND ONE
16430 N. SCOTTSDALE ROAD
SCOTTSDALE                  AZ 85254
667CG30059  WFNNB/STR    MAIL ONLY
PO BOX 330064
NORTHGLENN                  CO 80233-8064
491BB65051  FARMERS BK  800-5334061
5 CHURCH CIRCLE
ANNAPOLIS                   MD 21401-1934

BALTIMORE                   MD 21203
852UF136    HOLTZMAN
PO BOX 8

MOUNT JACKSON               VA 22842-0008
650BB12297  USAA
10750 MCDERMOTT FWY
SAN ANTONIO                 TX 78288
491AN81844  KOONS FORD
2540 RIVA RD
ANNAPOLIS                   MD 21401-7468
650BB9203   USAA FSB     MAIL ONLY
USAA BUILDING
SAN ANTONIO                 TX 78288
241FM1630   WELLSFARGO
3476 STATEVIEW BLVD
FORT MILL                   SC 29715
372UT28     VERIZON DC
236 E TOWN ST
COLUMBUS                    OH 43215-4633
491FC56141  PFCU TCS
P.O. BOX 1432
ALEXANDRIA                  VA 22313-2032
180BB27195  BOA - DALS   MAIL ONLY
4161 PIEDMONT PARKWAY
GREENSBORO                  NC 27410
491ON24246  PENTAGONBC
PO BOX 1432
BANKCARD
ALEXANDRIA                  VA 22313-2032
782FM10912  BOA - MSP
475 CROSSPOINT PKWY
GETZVILLE                   NY 14068
485FP552    CBUSA
CCS GRAY OPS CENTER
GRAY                        TN 37615
682FM5232   EMC MORTG
909 HIDDEN RDG #200
IRVING                      TX 75038-3813

PRODUCED BY EQUIFAX           PAGE    5
491FC28663  PENTAGON
P O BOX 1432
ALEXANDRIA                  VA 22313-2032
491DC80725  HECHT CO
901 ELLSWORTH DRIVE
SILVER SPRING               MD 20910-4461
155BB3747   DISCOVR CD  MAIL ONLY
PO BOX15316
WILMINGTON                  DE 19850-5316
845FZ120    SALLIE MAE
1002 ARTHUR DRIVE
PO#  SMI-0000013421
LYNN HAVEN                  FL 32444
801FM1117   AMERICAN     MAIL ONLY
10440 LITTLE PATUXENT PARKWAY
COLUMBIA                    MD 21044-3561

END OF REPORT EQUIFAX AND AFFILIATES -  10/12/05

OFFICE OF HUMAN RIGHTS
Received
NOV 17 2005
RESPONDENT

BRA 0229
10/12/2005 11:33 A

**John bratton**                                                    **Invoice No: 29834939**

\*\*\* END OF REPORT \*\*\*

OFFICE OF HUMAN RIGHTS
Received
NOV 17 2005
RESPONDENT

PPA 0230

10/12/2005 4:28 AM