# SAUL EWING
Attorneys at Law
A Delaware LLP

Celebrating 85 years of service.

Gerald J. Dziecichowicz
Phone: (202) 295-6613
Fax: (202) 295-6713
GDziecichowicz@saul.com
www.saul.com

December 5, 2006

Stefan Shaibani, Esquire
Litigation Associate
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036

RE: 30(b)(6) Deposition of Washington Fine Properties in *Bratton v. Chatel Real Estate, Inc.*, Case No.: 06-0694 in the United States District Court for the District of Columbia

Dear Mr. Shaibani:

Pursuant to today's telephone conversation, enclosed please find the documents that are responsive to the document requests in your subpoena *duces tecum*. Additionally, because a representative of Washington Fine Properties (WFP) is unavailable on December 14, 2006, please provide me with a range of alternative dates for the deposition.

In responding to your document requests, please note that WFP objects to disclosing any confidential information responsive to Request No. 4, which relates to Mary White's first transaction with WFP. Without waiving that objection, however, WFP states that Ms. White's first transaction with WFP settled on June 20, 2005, the property was located at 1342 29th Street, N.W., and it sold for $659,000.

I have also reviewed your amended notice of deposition, and I have objections to two of your proposed topics. First, Topic No.: 4, which relates to all of "Mary White's real estate transactions at [WFP,]" is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. I fail to see how questions concerning all of Ms. White's transactions have any relevance to whether she discriminated Mr. Bratton when renting her own commercial space to him. Second, no one from WFP is truly qualified to answer questions relating to Topic No.: 6, which relates to "[w]hether [WFP] and Bratton Realty are potential competitors in the real estate brokerage industry." Accordingly, WFP's representative may not have sufficient knowledge to answer some of the questions that relate to both topics.

In summation, to reiterate what I said in our conversation, I think that this deposition is needless. WFP will likely cooperate with you in a more informal setting and will likely be

2600 Virginia Avenue, N.W. ♦ Suite 1000 – The Watergate ♦ Washington, D.C. 20037-1922
Phone: (202) 333-8800 ♦ Fax: (202) 337-6065

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

928119.1 12/5/06

PLAINTIFF'S EXHIBIT 23