Bank of America | Online Banking | Account Activity

  Bank of America — Higher Standards

## Online Banking

Search · Locations · Mail · Help · Sign Off

**Accounts**   **Bill Pay & e-Bills**   **Transfer Funds**   **Investments**   **Customer Service**

Accounts Overview    Account Activity    Account Summary    Find a Transaction    Open an Account

# Account Activity

Today is Wednesday, October 19, 2005.
You last signed in on October 7, 2005 at 03:49 PM ET.

**Find a Transaction**
Search by :

Check Number ▼

Go

Check Number :

Search

Transactions available from 04/30/2005 to 10/19/2005.



Recommend Business Checking to another business owner and you could each get **$50**
**Learn more** >

**Customer Service**

Stop Check Payment

Reorder Checks

Add/Edit Account Nickname

View/Print Paper Statement

Stop/Resume Mailing Paper

### Business Economy Chk - ▇▇

Account: Business Economy Chk - ▇▇ ▼   Go

Activity Period: Current Transactions ▼

Transaction Types: Daily Balances ▼   Go

## Current Transactions

**Daily Balances**                    View paper statements · Download

| Posting Date ↓ | Balance |
|---|---|
| 10/18/2005 | $114,015.22 |
| 10/17/2005 | $79,773.72 |
| 10/13/2005 | $80,566.47 |
| 10/11/2005 | $81,566.47 |
| 10/07/2005 | $87,486.47 |
| 10/06/2005 | $88,186.47 |
| 10/05/2005 | $96,826.47 |
| 10/04/2005 | $105,636.47 |
| 10/03/2005 | $93,476.47 |

Previous Transaction Period

PLAINTIFF'S EXHIBIT 52  ALL-STATE LEGAL®



OFFICE OF HUMAN RIGHTS — OFFICE OF COMPLAINANT — Received OCT 25 2005