## Mary White

| | |
|---|---|
| From: | "E. Barrett Anderson" <barry1622@verizon.net> |
| To: | "'Mary White'" <marywhite@erols.com> |
| Sent: | Tuesday, October 11, 2005 10:47 AM |
| Subject: | 1622 lease level1(office) |

Mary; Bobby Medlan called ands left a voice mail message this morning she has the Lease Application and also a few questions. Could you give her a call (206)- 650 – 5005. She was looking to meet with you some time this afternoon

John Bratton also stopped by with a associate, to show the space and begin making plans on how he wanted to set it up.
I told him that I talked to you briefly yesterday and you had several questions on his lease. He asked that you please call him he is anxious to get going and will be happy to answer any questions you have. He also said he faxed another lease to John P. His Cell # 202.744.2642

Barrett A.

PLAINTIFF'S EXHIBIT 40