# *Chatel Real Estate, Inc.*
# *Presents: 1622 Wisconsin Ave., NW*
# *lower level commercial space*



- *Office/commercial space*
- *Approximately 400 sq. ft.*
- *Picture window in front*
- *Share bathroom*
- *Available immediately*
- *$1000/month plus utilities*



PLAINTIFF'S EXHIBIT 41

CH0156