UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
|     Plaintiff, | ) |
|         vs. | ) Civil Action No. 06-694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
|     Defendants | ) |

**ORDER**

Upon consideration of Defendants Chatel Real Estate, Inc.'s and Thierry Liverman's First Motion for Summary Judgment, Plaintiff's opposition to the motion, and all other pertinent papers, it is hereby

ORDERED that Defendants' First Motion for Summary Judgment is DENIED; and it is further

ORDERED that a pretrial conference shall be held in this Court on _____, 2007 at _____ a.m.

Dated: _____, 2007

_____
Judge, U.S. District Court