**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
|    Defendants | ) |
| | ) |

**NOTICE OF MANUAL FILING**

Please take notice that Exhibit 38 in support of Plaintiff's Opposition to Chatel Real Estate, Inc.'s and Thierry Liverman's First Motion for Summary Judgment is a DVD. Pursuant to Local Civil Rule 5.4(e)(B), this exhibit will be filed manually.

                                                  Respectfully submitted,

Dated: February 23, 2007                  /s/ Stefan Shaibani
                                                  Stefan Shaibani (Bar No. 490024)
                                                  LITIGATION ASSOCIATE, PLLC
                                                  1150 Connecticut Avenue, N.W.
                                                  Suite 900
                                                  Washington, DC 20036
                                                  Tel: (202) 862-4335
                                                  Fax: (202) 828-4130

                                                  *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2007, I electronically filed "NOTICE OF MANUAL FILING," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ Stefan Shaibani