**MRIS**

Welcome John Pagones
Thursday, October 06, 2005

Home | Search | My Matrix | Finance | Roster | Tax | Open House | Input | Help | Logout
**Commercial** | General | **Quick** | Address | Create Your Own Search | CMA

Result **1** of **1**. Checked **0**. Check all 1.
Previous | Next | [1] | Bottom | One-line Summary - Agent display

## Metropolitan Regional Information Systems, Inc.

**DC5332891** - WASHINGTON
**1622 WISCONSIN AVE NW, WASHINGTON, DC 20007**

Full Listing
Commercial



**Status:** Active
Inc City/Town: WASHINGTON DC
Adv Sub: Georgetown
Legal Sub: GEORGETOWN
Project Name:
**Tax ID:** 1279//0227
Levels:
**Total Taxes:**
Tax Year:
Lot AC/SF: .030 / 1,307

Listing Type: Excl. Agency
CAM:

**Age:** 80

**List Price:** $2,500
Zip: 20007 - 2720

Map Coord:: 1279 0227
Area:

Year Built: 1925

Comm Industrial Type: Commercial
Location:

Show Instructions: Appt Contact, Call 1st-Lister, Show Anytime
Show Days: All Days
**INTERIOR**
Occupied:

Net SqFt: 685.00

Show Time: 10 AM - 5 PM

Gross SqFt: 685.00

Amenities:
Appliances:
Dining/Kitchen:
Extra Unit Description:
Foundation:
Handicap:
Level Location: 1st Floor
  Foyer

**PLAINTIFF'S EXHIBIT 4**

Exhibit 12

...ris.com/Matrix/display.aspx?c=AAEAAAD*****AQAAAAAAAARAQ...

BRA 0399
10/6/2005

Main Entrance: Foyer
Rooms:
Security:
Walls/Ceilings:

**Directions:** NORTH ON WISCONSIN, ABOVE QUE TO 1622.

## REMARKS
Entire first floor, all renovated. 685 sf. Very sunny. Carpeted floor. Front picture window. Near shops and transportation. Major bus route to downtown only steps away. Great for consultant or office. To show, if front door is no open and office is not open, use lockbox near the front door....the lockbox in the rear. Front lockbox is for the lower unit.

Internet/Public: Entire first floor, all renovated...685 sf. Near shops and restaurants. Downtown major bus route only steps away. Great for consultant or office. To show, call John Pagones. 202-338-0500, ext. 3013.

## EXTERIOR
Year Converted:
Clear Span Ceiling Height:
Door Height Drive In:
Exterior Construction: Brick
Flooring:
Roofing:
Lot Acres: .030

Year Renovated: 1990

Lot Size Sq Ft: 1,307

Original Builder:

Lot Dimension: x x

**PARKING:** Street
# Assgn Sp:
Roads:
Road Frontage:
Transportation:

Parking Ratio:

Community Management:
Development Status:
Present Use: Office
Property Condition:
Soil Type:
Special Permits:

## UTILITIES
Heating: Forced Air
Cooling: Central A/C
Water:
Sewer Septic: Public Septic, Public Sewer
Metering: Electricity is sep, Fully Separate, Gas is Separate
TV/Cable/Comm:

Heat Fuel: Natural Gas
Cool Fuel: Electric
Hot Water: Electric
Electric:

## FINANCIAL INFORMATION
Security Deposit: $2,500
Elevator Use Fee: $
App Accept Date:
Price/SQ FT:
**Total Taxes:**
City/Town Tax:
Tap Fee:
Yr Assessed:
Land Assessment:
Total Units:
Tenancy: Vacant
Annual Gross Operating Income:
Annual Net Operating Income:
Annual Operating Expenses (Except Taxes):
Annual Rent Income:
Gross Mo Rent (All Units Combined):
Net Operating Income:
Owner Expenses:
Seller Desires:
Source of Information:

Processing Fee: $45
Date Avail: 09-01-2005
Min/Max Lease: 121 / 48

Tax Year:
Refuse Fee:
Special Tax Assess:
Water/Sewer Hook-up:
Improvements:
Vacancy Rate:

Move in Fee: $
Min Space Avail:
Max Space Avail:

County Tax:
Front Foot Fee:
Pass Through:

Total Tax Assessment:

http://matrix.mris.com/Matrix/display.aspx?c=AAEAAAD*****AQAAAAAAAARAQ...  10/6/2005

BRA 0400

Additional Income Sources:
New Financing:
Condo/Coop Fee:
Other Fees:                      Frequency:
Association Fee:              Frequency:                    Earnest Money:

### LEGAL INFORMATION
Unit Number:
Block/Square: 1279             Lot #: 227            Phase:
Parcel Number:                  Section:
Zoning Code: C2A            Liber:                         Folio:
Historic Designation ID:      Master Plan Zoning:

Present Licenses:
Tenant Rights:
Disclosures:
Documents:
Possession:

### OWNER and SHOWING CONTACT
Owner 1: MAREY WHITE
Show Contact #1: JOHN PAGONES    Home:                 Office: (202) 337-7711
Monthly Rent:                           Home: (202) 320-7678    Office: (202) 338-0500
                                               Lease Expiration:

### PROPERTY MANAGEMENT
Property Mgmt Company:
Prop Mgr's Name:             Alt Phone:                Office:
                                               Phone:
                                               Fax:

### LISTING AGENT/BROKER
Listing Agent: John Pagones      Home: (202) 483-1871    Home Fax:
                                               Office:                     Pager:
Email: jpagones@chatel.us                        Cell:
                                               Voice Mail: (202) 338-0500    Ext:3013

Broker Name: Chatel Real Estate Company
Broker Address: 3210 N St Nw, WASHINGTON, DC 20007      Broker Code: CHL1
                                                                                          Office Phone: (202) 338-0500
                                                                                          Office Fax: (202) 342-8280

### LISTING INFORMATION
List Date: 29-Jul-2005           Orig List Price: $2,500
VRP: No                             Prior List Price:              Update Type: OTHER
Low Price: $2,500                DOM-MLS: 66                 Update Date: 05-Oct-2005
Status Change Date: 15-Aug-2005   Off Mkt Date:                 DOM-Prop: 66
Photo Option:No Photo per Seller    Total Photos:0
### COMPENSATION                                               Advertising: IDX-PUB
Sub-Agent: 1100
Disclose Dual Agency: Yes         Buyer-Agent: 1100           Additional:
Parking Inc in LP: Yes              Variable Rate: No           Designated Rep: No

### SOLD INFORMATION
Parking Inc in SP:No

---

Previous | Next | [1] | Top | One-line Summary - Agent display

[Revise] [Keep] [Drop] [Save] [Sold] [Print Reports] [CMA] [Print Display] [Stats] [Export] [Email]

Change display to [Full - Agent]    Search selected for [          ]
Change to [1] per page.