

Welcome John Pagones
Monday, November 07, 2005

| Home | Search | My Matrix | Finance | Roster | Tax | Open House | Input | Help | Logout |

ommercial | General | Quick | Address | Create Your Own Search | CMA

Result 1 of 1. Checked 0 . Check all 1.
Previous | Next | [1] | Bottom | One-line Summary - Agent display

## Metropolitan Regional Information Systems, Inc.

DC5396844 - WASHINGTON                                       **Full Listing**
1622 WISCONSIN NW, WASHINGTON, DC 20007                      Commercial



**Status:** Rented                  Listing Type: Excl. Agency        **List Price: $1,000**
Close Date: 30-Oct-2005            Seller Subsidy: $0                Close Price: $1,000
Inc City/Town:                     CAM:                              Zip: 20007 -
Adv Sub: Georgetown
Legal Sub:                                                           Map Coord:: `179/0227
Project Name:                                                        Area:
**Tax ID:** 1279/0227
Levels:
**Total Taxes:**
Tax Year:                          **Age:** 80                       Year Built: 1925
Lot AC/SF: .030 / 1,307

Comm Industrial Type: Commercial, Office, Retail
Location:

Show Instructions:  Call 1st-Lister, Call Office
Show Days:                                                           Show Time:   -
**INTERIOR**
Occupied: Yes                      Net SqFt: 400.00                  Gross SqFt: 400.00

Amenities:
Appliances:
Dining/Kitchen:
Extra Unit Description:
Foundation:
Handicap: None



PLAINTIFF'S
EXHIBIT
5



Level Location:
Main Entrance: Lower Level
Rooms:
Security:
Walls/Ceilings:

**Directions:** NORTH ON WISCONSIN AVE. TO QUE ST. 1622 WISCONSIN AVE. IS BETWWEN QUE AND RESERVOIR RD.

### REMARKS
Above Que St, near shopping and on major bus route. Lower floor space, for office or store....about 400 sf. Carpeted floors.Large front pictue window. Share bathroom with rear tenant.Vacant. $1,000.00 per month. Tenant pays all utilities. To show, use lockbox in front of door.....in front....lockbox in rear is for the store.

Internet/Public: Above Que St, near shopping and on major bus route. Lower floor space for office or store...about 400 sf. Carpeted floor.Large front picture window. Share bathroom with rear tenant. $1,000.00 per month. Tenant pays all utilities.

### EXTERIOR
| | | |
|---|---|---|
| Year Converted: | Year Renovated: | Original Builder: |
| Clear Span Ceiling Height: | | |
| Door Height Drive In: | | |
| Exterior Construction: Brick | | |
| Flooring: | | |
| Roofing: | | |
| Lot Acres: .030 | Lot Size Sq Ft: 1,307 | Lot Dimension:  x  x |

**PARKING:** Street
# Assgn Sp:                         Parking Ratio:
Roads:
Road Frontage:
Transportation:

Community Management:
Development Status:
Present Use: Office
Property Condition:
Soil Type:
Special Permits:

### UTILITIES
Heating:    Forced Air                                              Heat Fuel:  Central, Natural Gas
Cooling:    Central A/C                                             Cool Fuel:  Natural Gas
Water:                                                              Hot Water:  Electric
Sewer Septic:  Public Sewer                                         Electric:
Metering: Electricity is sep, Fully Separate, Gas is Separate
TV/Cable/Comm:

### FINANCIAL INFORMATION
| | | |
|---|---|---|
| Security Deposit: $1,000 | Processing Fee: $45 | Move In Fee:  $ |
| Elevator Use Fee: $ | Date Avail:  09-23-2005 | Min Space Avail: |
| App Accept Date: 30-Oct-2005 | Min/Max Lease: 12 / 36 | Max Space Avail: |
| Price/SQ FT: | | |
| **Total Taxes:** | Tax Year: | County Tax: |
| City/Town Tax: | Refuse Fee: | Front Foot Fee: |
| Tap Fee: | Special Tax Assess: | Pass Through: |
| Yr Assessed: | Water/Sewer Hook-up: | |
| Land Assessment: | Improvements: | Total Tax Assessment: |
| Total Units: | Vacancy Rate: | |

Tenancy:Month-to-Month Lease(s)
Annual Gross Operating Income:
Annual Net Operating Income:
Annual Operating Expenses (Except Taxes):
Annual Rent Income:
Gross Mo Rent (All Units Combined):
Net Operating Income:
Owner Expenses:



http://matrix.mris.com/Matrix/display.aspx?c=AAEAAAD*****AQAAAAAAAARAQ...    11/7/2005

BRA 0267

Seller Desires:
Source of Information:
Additional Income Sources:

New Financing:
Condo/Coop Fee:                    Frequency:                          Earnest Money:
Other Fees:                        Frequency:
Association Fee:

**LEGAL INFORMATION**
Unit Number:                       Lot #:                              Phase:
Block/Square:                      Section:
Parcel Number:                     Liber:                              Folio:
Zoning Code:  R5B                  Master Plan Zoning:
Historic Designation ID:

Present Licenses:
Tenant Rights:
Disclosures:
Documents:
Possession:

**OWNER and SHOWING CONTACT**
Owner 1:  MARY WHITE               Home:  (202) 338-0500               Office:  (202) 338-0500
Show Contact #1: JOHN PAGONES      Home:  (202) 483-1871               Office:  (202) 338-0500
Monthly Rent:                      Lease Expiration:

**PROPERTY MANAGEMENT**
Property Mgmt Company:                                                 Office:
Prop Mgr's Name:                   Alt Phone:                          Phone:
                                                                       Fax:

**LISTING AGENT/BROKER**
Listing Agent:  John Pagones       Home:  (202) 483-1871               Home Fax:
                                   Office:                             Pager:
Email:  jpagones@chatel.us                                             Cell:
                                   Voice Mail:  (202) 338-0500         Ext: 3013

Broker Name:  Chatel Real Estate Company                               Broker Code:  CHL1
Broker Address:  3210 N St Nw, WASHINGTON, DC  20007                   Office Phone:  (202) 338-0500
                                                                       Office Fax:  (202) 342-8280

**LISTING INFORMATION**
List Date:  23-Sep-2005            Orig List Price:  $1,000            Update Type:  OTHER
VRP:  No                           Prior List Price:                   Update Date:  01-Nov-2005
Low Price:  $1,000                 DOM-MLS:  39                        DOM-Prop:  39
Status Change Date:  01-Nov-2005   Off Mkt Date:
Photo Option: No Photo per Seller  Total Photos: 0                     Advertising:  IDX-PUB
**COMPENSATION**
Sub-Agent:  400                    Buyer-Agent:  400                   Additional:
Disclose Dual Agency:  Yes         Variable Rate:  No                  Designated Rep:  No
Parking inc in LP:  No

**SOLD INFORMATION**
Contract Date:  30-Oct-2005        Sell/Rent Agency: Landlord Subagency
Close Date:  30-Oct-2005           Close Price:  $1,000                Seller Subsidy:  $0
Parking inc in SP: No
Selling/Rental Office:  BRT1       Bratton Realty
Selling/Rental Agent ID:  68188    John Bratton



Previous | Next | [1] | Top | One-line Summary - Agent display

[Revise] [Keep] [Drop] [Save] [Sort]   [Print Reports]   [CMA]   [Print Display]   [Stats] [Export] [Email]

Change display to [Full - Agent ▼]   Search selected for [ ▼]
Change to [1 ▼] per page.

Search Time: *0.08s*
Search Criteria: **ML#** is 'dc5396844'

**Click here to send MRIS your suggestions, ask for help via email, or submit a correction for a listing.**
Call the Help Desk at 301-838-7200/888-838-8200 if you have questions on how to do something.
Tarasoft MATRIX v1.4. Copyright © 2005 Tarasoft Corporation.

Microsoft .net



http://matrix.mris.com/Matrix/display.aspx?c=AAEAAAD*****AQAAAAAAARAQ...   11/7/20BRA 0269