IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON                                  :

    Plaintiff                            :

v.                                            :          06 Civ. 0694 (JDB)

CHATEL REAL ESTATE, INC.                      :
and
THIERRY LIVERMAN                              :
and
MARY WHITE                                    :

    Defendants                           :

### DEFENDANT'S, MARY WHITE, ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF JOHN BRATTON

Defendant, Mary White, by her attorney, Robert H. Bouse, Jr., in response to Interrogatories and Request for Production of Documents heretofore propounded by the Plaintiff, state as follows:

a. The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes the knowledge of the party's agents, representatives and attorney, unless privileged.

b. The word usage and sentence structure is that of the attorney and does not purport to be the exact language of the executing party.

**1. INTERROGATORY:** Identify the individuals who supplied the answers to these interrogatories and indicate whether counsel drafted the answers. With respect to this interrogatory:

A. Identify each person on whose testimony you will or may rely in support of this answer.

    **ANSWER:** Mary White and Gordon Forester.

**2. INTERROGATORY:** Describe the organizational structure of Mary White and its Georgetown Office from July 2005 to October 2005, making sure to identify:



PLAINTIFF'S EXHIBIT 15

   D. Describe whether the communication was by telephone, facsimile transmission, electronic mail, letter, or in person;

   E. Identify the subject of the communication, who initiated it, whether a response was made, and the substance of the response.

   **ANSWER:** Defendant objects to this interrogatory as it improperly combines multiple questions, requests or subparts in violation of the rules. Subject to and without waiving this objection, Defendant cannot remember any and all conversations that she may have had with Thierry Liverman and John Pagones although Ms. White indicates they were not extensive in terms of Mr. Bratton's attempts to lease the property. Mary White recalls telling John Pagones that she did not want a three year lease, she did not want a right of first refusal and wanted three tenants. She had just rented the top floor and because the property was wired and metered for each floor, she wanted three tenants. Mary White's recollection is that she did not reject Mr. Bratton's offer to lease the property. She was considering leasing the property first to Roberta Medlin if the details could be worked out. The reason that Mary White wanted to lease the property to Roberta Medlin is that she approved of a tenant in her building who was going to have a jewelry shop as opposed to a potential competitor in real estate. In addition, she knew a partner of Roberta Medlin's husband and was aware of the job that Roberta Medlin's husband had and was further aware that the Medlins had just purchased a $2,000,000 house located at 1421 29th Street, NW, Washington, DC 20007. Mary White was making a business decision that she would prefer to lease the property to Roberta Medlin. However, when Ms. Medlin decided to lease elsewhere and was not satisfied with the terms of the lease as presented, Ms. White entered into negotiations with the Plaintiff John Bratton and leased the property to John Bratton as of November 1, 2005.

   **5. INTERROGATORY:** Describe in detail the entire substance of all written and/or verbal communications that you (including Barrett Anderson) had with any person at Chatel, including Thierry Liverman and John Pagones, regarding Roberta Jean Medlin's attempts to lease the Property (as defined in Paragraph 14 of the definitions above), including but not exclusive to her touring of the Property,

4

    A. Identify each person on whose testimony you will or may rely in support of this answer;

    B. Identify each document on which you will or may rely in support of this answer.

**ANSWER:** Defendant objects to this request as she does not concede that she rejected John Bratton's attempts to lease the property from October 6, 2005 until October 29, 2005. Ms. White was negotiating the leases that were submitted by Mr. Bratton which were not acceptable to her. Sometime after October 12th, after reviewing all of the documents, Ms. White advised Chatel to inform Mr. Bratton that she was considering offering the lease first to Roberta Medlin. The reasons were that Ms. Medlin was already a property owner in the area and that Ms. White preferred the property to be used as a jewelry store rather than a real estate brokerage and that she knew a friend who was a partner of Ms. Medlin's husband. Ms. White had received an extremely favorable reference concerning Ms. Medlin. When Roberta Medlin withdrew from leasing the property which Defendant believes was sometime after October 12th, she asked her attorney J. Gordon Forester to continue to negotiate the lease with Mr. Bratton. At that point she recalls Mr. Pagones not being available and she wanted to begin the negotiations with Mr. Bratton as promptly as possible since she was aware of his desire to lease the property by November 1, 2005.

    **8. INTERROGATORY:** Describe in detail your instructions to Chatel and John Pagones pertaining to the conditions under which you would lease the street and lower level units of the Property (as defined in paragraph 14 of the definitions above) and the manner in which the Property should be listed by Chatel on the MRIS. With respect to your answer to this interrogatory:

    A. Identify each person on whose testimony you will or may rely in support of this answer;

    B. Identify each document on which you will or may rely in support of this answer;

    C. Provide the date of you communicated your instructions to Chatel and/or John Pagones, the names and addresses of all persons present, and the place where the communication occurred;

    D. Describe whether the communication was by telephone, facsimile transmission, electronic mail, letter, or in person;

9

 E. Identify the subject of the communication, who initiated it, whether a response was made, and the substance of the response.

 **ANSWER:** Her instructions to Chatel and John Pagones were in documents that have been produced in response to Plaintiff's Request for Production of Documents and this Defendant's Initial Disclosures. Subsequently, she did inform Chatel and John Pagones that she would not lease the downstairs space since her move to her new space with Washington Fine Properties was not going to take place in the time she anticipated and she needed the downstairs for her office until that move could be made.

 **9. INTERROGATORY:** Explain the basis for your contention that Roberta Jean Medlin leased the Property in October 2005 (as defined in Paragraph 14 of the definitions above) and the timeline for her attempts to lease the Property. With respect to your answer to this interrogatory:

 A. Identify each person on whose testimony you will or may rely in support of this answer;

 B. Identify each document on which you will or may rely in support of this answer;

 C. Explain how you knew Roberta Jean Medlin before her attempted lease of the Property;

 D. Identify the date Roberta Jean Medlin first expressed her interest to you in leasing the Property, the persons present when the communication was made, and whether the communication was by telephone, facsimile transmission, electronic mail, letter, or in person;

 E. Identify the date Roberta Jean Medlin toured the Property and the persons present when she toured the Property;

 F. Identify the date Roberta Jean Medlin submitted to you or Chantel her financial information, tax returns, proof of income, security deposit, rental application, signed lease agreement, lease application, and any other pertinent information in connection with leasing the Property;

 G. Identify the persons at Mary White who received each of the documents described in subsection F above;

 H. Identify the person at Mary White who filled out the blank portions of the lease agreement dated October 11, 2005 between Roberta Jean Medlin and Mary White;

 I. Explain why Roberta Jean Medlin did not sign the lease agreement described in subsection H above;

10

**RESPONSE:** There are no documents regarding the current rental status of the lower level of the property referred to in this request.

_____ (Bar #MD01926)
Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
Telephone: 410-752-1630
Fax: 410-752-0085
*Attorney for Mary White*

I HEREBY CERTIFY that on this 15th day of November, 2006, copy of the foregoing was mailed to:

Stefan Shaibani, Esq.
Litigation Associate, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C. 20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
*Counsel for Defendants*

_____ (Bar #MD01926)
Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
Telephone: 410-752-1630
Fax: 410-752-0085
*Attorney for Mary White*