```
roberta j. medlin                                                Invoice No: 29807640

................................................................
                    WELCOME TO FIRST AMERICAN REGISTRY, INC
                         * SCREEN RESIDENTS IN SECONDS *

                            AUTOMATED SERVICE HOURS:
          M-F: 8AM - 10:30PM * SAT: 9AM - 10:30PM * SUN: 10AM - 10:30PM EST

             CLIENT SERVICES HOURS: M-F 8:30AM-8PM, SAT 11:30AM-5PM EST

                     FOR CLIENT SERVICES CALL: 1-800-811-3495
                     FOR CONSUMER RELATIONS CALL: 1-888-333-2413
................................................................

--------------------------* INFORMATION YOU GAVE US *--------------------------
Run Date/Time: Tuesday October 11, 2005 / 15:50:58 EST
A/c Name       : Chatel Real Estate, Inc.                 A/c No.   : 50261
Property Add.: 3210 N STREET NW ST, WASHINGTON DC 20007   Requestor: CHA
Applicant....: MEDLIN, ROBERTA J                          SSN.......: ***-**-
Current Add. : 1421 29TH ST, WASHINGTON DC 20007          DOB.......:
Previous Add.: ,
Rent/Income Ratio :100 %
-------------------------------------------------------------------------------

----------------------------* MESSAGES *---------------------------------------
* This applicant has been screened through Multi-state Sex Offender Search.
  No matches have been found.
-------------------------------------------------------------------------------


........................ NATIONAL REGISTRY CHECK(TM) ..........................
NM-ROBERTA J MEDLIN
CA-1421 29TH WASHINGTON DC 20007
FA-
ID-***-**-
REGISTRY CHECK ON   ROBERTA J MEDLIN                      Invoice No: 29807640
-------------------------------------------------------------------------------
              ****** COURT RECORDS ON FILE ******
NO COURT RECORDS FOUND
-------------------------------------------------------------------------------
SCANNED BY AppALERT(TM)
-------------------------------------------------------------------------------
WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT
REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT
ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS A CONSUMER REPORT UNDER
FALSE PRETENSES MAY FACE CRIMINAL PROSECUTION, INCLUDING FINES AND POSSIBLE
IMPRISONMENT. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT END-USERS FROM
DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER, HOWEVER THE
FCRA UNDER MOST INSTANCES DOES NOT REQUIRE END-USERS TO DO SO. IT IS
RECOMMENDED THAT END-USERS REFER ALL CONSUMER INQUIRIES REGARDING THE
INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CONSUMER REPORTING
AGENCY OF ORIGIN.
-------------------------------------------------------------------------------
END - National RegistryCheck(TM) Report 10/11/2005
```

OF HUMAN
NOV 21 2005

1 of 5                                                            10/11/2005 3:51



PLAINTIFF'S EXHIBIT 17

BRA 0385

roberta j. medlin

Invoice No: 29807640

```
................................EQUIFAX REPORT ......................
Applicant:ROBERTA MEDLIN

USER REF. 29807640              THIS FORM PRODUCED BY EQUIFAX         PAGE    1
*********************************************************************************

* ADDRESS DISCREPANCY - A SUBSTANTIAL DIFFERENCE OCCURRED

*********************************************************************************

*  007 EQUIFAX INFORMATION SERVICES LLC,
      ,ATLANTA,GA,30374-0241,800/685-1111             P O BOX 740241,

*MEDLIN,ROBERTA,JEAN   SINCE 06/01/86  FAD 07/23/05
210,W 5TH,ST APT 409,KANSAS CITY,MO,64105,TAPE RPTD 04/04     FN-309
2234,HARVARD,AVE E,SEATTLE,WA,98102,TAPE RPTD 01/04
2030,WESTERN,AVE APT 604,SEATTLE,WA,98121,TAPE RPTD 01/04
FN-VANSPRONSEN,ROBERTA
BDS-08/19/1953,SSS-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
01 ES-STUDENT
02 EF-BENEFITS ANALYST,VWR CORP,SEA,WA,,VER 04/87
03 E2-,TV GUIDE

*SUM-08/83-10/05,PR/OI-NO,FB-NO, ACCTS:43,HC$0-822K, 43-ONES.

*INQS-GMAC       496FM4240   07/19/05     GMAC      496FM4240  07/13/05
     MO BK & TR 615BB1015   10/04/04     FA CREDCO 133ZB02956 01/02/04
     FA CREDCO  133ZB02956  11/11/03

*    FIRM/ID CODE        RPTD  OPND  H/C TRM  BAL P/D CS MR ECOA ACCOUNT NUMBER
  MACYS/FDSB*              10/05 09/99 4300      0     O1 72 S
     CHARGE
     AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  MACYS/FDSB*              10/05 05/97    0      0     O1 99 S
     CHARGE
     AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  MACYS/FDSB                10/05 11/94    0      0     R1 26 S
  MACYS/FDSB*               10/05 01/85 1500     0     R1 99 S
     CHARGE
     AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  SCHOOL EMP*               09/05 09/02  19K 369  0    I1 35 S
     CLOSED OR PAID ACCOUNT/ZERO BALANCE
     AUTO
  SCHOOL EMP*               09/05 06/01  21K 379  0    I1 50 S
     CLOSED OR PAID ACCOUNT/ZERO BALANCE
     AUTO
  BENFCL/HFC*               09/05 01/95    0      0    R1 99 I
     CLOSED OR PAID ACCOUNT/ZERO BALANCE
     ACCOUNT CLOSED BY CREDIT GRANTOR
  AMEX       *              09/05 07/00  30K      0    R1 01 A
     CREDIT CARD
  AMEX       *              09/05 01/99  42K    42K    R1 01 A
     CREDIT CARD
  AMEX       *              09/05 01/99  28K   3086    O1 01 A
     CREDIT CARD
  NORDSTROM *               09/05 06/86 4200      0    R1 43 I
     CHARGE
     AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  MBNA AMER *               09/05 09/01  38K 164 36K   R1 28 A
```

2 of 5

10/11/2005 3:51 P



BRA 0386

roberta j. medlin                                    Invoice No: 29807640

```
    CREDIT CARD
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
CITI        *▓▓▓▓▓▓▓     09/05 11/89  8000        0    R1 99 A
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    ACCOUNT CLOSED BY CREDIT GRANTOR
GMAC MTG    *▓▓▓▓▓▓▓     08/05 03/04  822K 4K  804K    I1 17 J
    REAL ESTATE MORTGAGE

USER REF. 29807640            THIS FORM PRODUCED BY EQUIFAX   PAGE    2
    CONVENTIONAL MORTGAGE
GMAC MTG    *▓▓▓▓▓▓▓     08/05 12/03  231K 1K  226K    I1 18 J
    FREDDIE MAC ACCOUNT
    REAL ESTATE MORTGAGE
GEMB/JCP    *▓▓▓▓▓▓▓     09/05 12/92   600        0    R1 99 J
    CHARGE
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
CBUSASEARS*▓▓▓▓▓▓▓       09/05 08/83   12K        0    R1 44 A
    CREDIT CARD
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
GMAC MTG    *▓▓▓▓▓▓▓     08/05 12/03   29K 188  29K    R1 13 J
    HOME EQUITY
    LINE OF CREDIT
GMAC MTG    *▓▓▓▓▓▓▓     08/05 03/04  250K 1K  251K    R1 17 J
    HOME EQUITY
HSBC/NEIMN*▓▓▓▓▓▓▓       09/05 05/88  7000        0    R1 99 S
    CHARGE
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
SCHOOL EMP*▓▓▓▓▓▓▓       09/05 10/00   12K 190 9475    R1 59 J
    CONSUMER DISPUTES THIS ACCOUNT INFORMATION
    CREDIT CARD
CBUSA       *▓▓▓▓▓▓▓     09/05 04/01   13K        0    R1 53 J
    CHARGE
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
US DEPT ED*▓▓▓▓▓▓▓       08/05 12/03   45K 229  43K    I1 19 I
    STUDENT LOAN
CITI        *▓▓▓▓▓▓▓     08/05 05/91   25K        0    R1 99 I
    CREDIT CARD
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
GMAC MTG    *▓▓▓▓▓▓▓     02/04 12/03   29K 91          R1 02 T
    LINE OF CREDIT
MACYS/FDSB*▓▓▓▓▓▓▓       09/03 06/87    0         0    R1 02 S
MACYS/FDSB*▓▓▓▓▓▓▓       03/04 11/94    0         0    R1 02 S
MACYS/FDSB*▓▓▓▓▓▓▓       03/04 01/85  1500        0    R1 02 S
    CHARGE
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
BOA - MSP   *▓▓▓▓▓▓▓     07/03 04/01  128K 1K         I1 21 J
    FANNIE MAE ACCOUNT
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
WFS FIN     *▓▓▓▓▓▓▓     10/02 03/02   24K 505    0    I1 06 S
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    AUTO
BOA - MSP   *▓▓▓▓▓▓▓     06/02 05/99  471K 3K         I1 35 J
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    CONVENTIONAL MORTGAGE
BOA - DALS*▓▓▓▓▓▓▓       04/02 07/00   36K 656    0    I1 20 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    LEASE
OCWEN FED   *▓▓▓▓▓▓▓     10/04 09/94  7830 140    0    I1 38 J
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    REAL ESTATE MORTGAGE
HOMESTREET*▓▓▓▓▓▓▓       05/04 04/03   89K        0    R1 13 J
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    SECURED CREDIT LINE
```

3 of 5                                                        10/11/2005 3:51



BRA 0387

roberta j. medlin                                              Invoice No: 29807640

```
HOMESTREET*701FM242   05/04 04/03 708K 4K      0      I1 11 S

USER REF. 29807640              THIS FORM PRODUCED BY EQUIFAX       PAGE    3
    REAL ESTATE MORTGAGE
    REAL ESTATE MORTGAGE
US DEPT ED*438ZZ10480 01/04 09/96  68K 259     0      I1 38 I
    STUDENT LOAN
HOMESTREET*701FM242   09/03 06/03 123K 1K      0      I1 02 J
    ACCOUNT TRANSFERRED OR SOLD
    REAL ESTATE MORTGAGE
FUSA BANK *155ON2669  07/03 12/87 9720         0      O1 60 S
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
NATL COLEG*497BB20184 08/02 09/99 1311         0      I1 27 I
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    STUDENT LOAN
MSDWCC    *906FF104   05/02 12/00 210K 791     0      R1 17 J
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    SECURED CREDIT LINE
HOMESTREET*701FM242   08/01 04/01 128K 1K      0      I1 02 J
    ACCOUNT TRANSFERRED OR SOLD
    REAL ESTATE MORTGAGE
HOMESTREET*701FM242   06/00 05/99  59K 495     0      I1 12 J
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    REAL ESTATE MORTGAGE
COUNTRYWID*180FM931   01/04 06/03 123K 1K      0      I1 05 J
```

```
* MEMBER #    COMP. NAME    TELEPHONE       * MEMBER #      COMP. NAME    TELEPHONE
  496FM4240   GMAC          MAIL ONLY         615BB1015     MO BK & TR    816-8818200
  4 WALNUT GROVE                              1044 MAIN PO BOX 26430
  ATTN: LINDA NAYLOR
  HORSHAM                   PA 19044          KANSAS CITY                 MO 64106
  701DC750    MACYS/FDSB    MAIL ONLY         701FC1878     SCHOOL EMP    206-6284225
  1345 S 52 ST                                325 EASTLAKE AVE E
  TEMPE                     AZ 85281          SEATTLE                     WA 98109-5466
  155FP31301  BENFCL/HFC    800-5478776       402BB48257    AMEX          MAIL ONLY
  961 WEIGEL DRIVE                            P.O. BOX 297871
  ELMHURST                  IL 60126          FORT LAUDERDALE             FL 33329-7871
  701DC529    NORDSTROM     MAIL ONLY         801ON119      MBNA AMER     800-4212110
  SEE BRANCH LISTING                          P.O. BOX 17054
  SEATTLE                   WA 98111          WILMINGTON                  DE 19884
  906BB40     CITI          MAIL ONLY         146FM17       GMAC MTG      319-2365400
  P.O. BOX 6500                               3451 HAMMOND AVE
  C/O CITI CORP
  SIOUX FALLS               SD 57117-6500     WATERLOO                    IA 50702-5345
  404FF3555   GEMB/JCP      800-5420800       906BB5551     CBUSASEARS    MAIL ONLY
  PO BOX 981402                               8725 W. SAHARA AVE.
  EL PASO                   TX 79998          THE LAKES                   NV 89163
  496FM2798   GMAC MTG      MAIL ONLY         906DC656      HSBC/NEIMN    800-8258255
  P.O. BOX 7599                               1201 ELM ST ATTN: L JACKSON
  FT WASHINGTON             PA 19034-7599     DALLAS                      TX 75270
  485FP552    CBUSA         800-6770232       438ZZ10480    US DEPT ED    MAIL ONLY

USER REF. 29807640                THIS FORM PRODUCED BY EQUIFAX       PAGE    4
  CCS GRAY OPS CENTER                         PO BOX 7202
  541 SID MARTIN RD
  GRAY                      TN 37615          UTICA                       NY 13504-7202
  782FM10912  BOA - MSP     800-2856000       180BB27195    BOA - DALS    MAIL ONLY
  475 CROSSPOINT PKWY                         4161 PIEDMONT PARKWAY
  GETZVILLE                 NY 14068          GREENSBORO                  NC 27410
  465FS1690   OCWEN FED     407-7375013       701BB97196    HOMESTREET    206-5154036
  1675 PALM BEACH LAKES BLVD.                 601 UNION STREET
  SUITE 304
```

4 of 5                                                              NOV 21 2005    10/11/2005 3:51



BRA 0388

```
'roberta j. medlin                                                    Invoice No: 29807640
     WEST PALM BEACH          FL 33401           SEATTLE                    WA 98101-2326
701FM242    HOMESTREET   206-6233050          155ON2669    FUSA BANK        800-9558010
  8TH FLOOR PACIFIC BLDG                       2500 WESTFIELD ROAD
  3RD & COLUMBIA                               SUITE 6
  SEATTLE                  WA 98104            ELGIN                        IL 60123
497BB20184  NATL COLEG   800-2330557          906FF104    MSDWCC            MAIL ONLY
  1200 NORTH 7TH STREET                        CREDIT CORP
  HARRISBURG               PA 17102            SIOUX FALLS                  SD 57110
180FM931    COUNTRYWID   818-3048400
  450 AMERICAN ST
  SIMI VALLEY             CA 93065
&

END OF REPORT EQUIFAX AND AFFILIATES - 10/11/05


*** END OF REPORT ***
```

Received NOV 2 1 2005



BRA 0389