John bratton

Invoice No: 29834939

```
               WELCOME TO FIRST AMERICAN REGISTRY, INC
                       * SCREEN RESIDENTS IN SECONDS *
                         AUTOMATED SERVICE HOURS:
        M-F: 8AM - 10:30PM * SAT: 9AM - 10:30PM * SUN: 10AM - 10:30PM EST
         CLIENT SERVICES HOURS: M-F 8:30AM-8PM, SAT 11:30AM-5PM EST
                    FOR CLIENT SERVICES CALL: 1-800-811-3495
                    FOR CONSUMER RELATIONS CALL: 1-888-333-2413
---------------------------* INFORMATION YOU GAVE US *-------------------------
Run Date/Time: Wednesday October 12, 2005 / 11:32:30 EST
A/c Name      : Chatel Real Estate, Inc.
Property Add.: 3210 N STREET NW ST, WASHINGTON DC 20007   A/c No.  : 50261
Applicant....: BRATTON, JOHN                              Requestor: CHA
Current Add. : 1223 O ST, WASHINGTON DC 20001             SSN......: ***-**-▇▇▇
Previous Add.: ,                                          DOB......: ▇▇▇▇▇▇▇
Rent/Income Ratio :100 %

-----------------------------* MESSAGES *--------------------------------------
* This applicant has been screened through Multi-state Sex Offender Search.
  No matches have been found.

.......................... NATIONAL REGISTRY CHECK(TM) ........................
NM-JOHN BRATTON
CA-1223 O WASHINGTON DC 20001
FA-
ID-***-**-▇▇▇▇
REGISTRY CHECK ON   JOHN BRATTON
                                                     Invoice No: 29834939
------------------------ ****** COURT RECORDS ON FILE ******-------------------
NO COURT RECORDS FOUND

             ****** SUPPLEMENTAL RESOURCE LIST ******
NOTE: THE SUPPLEMENTAL RESOURCE LIST IS NOT PART OF THE CONSUMER REPORT. IT
DOES NOT REPRESENT DEROGATORY INFORMATION ON THE CONSUMER. THESE LISTINGS
ARE PROVIDED SOLELY AS A RESOURCE TOOL, DESIGNED TO PROVIDE ADDITIONAL
POSSIBLE SOURCES OF INFORMATION THAT MAY RELATE TO THE APPLICANT. THE
CUSTOMER IS ENCOURAGED TO CONTACT THESE LISTINGS TO DETERMINE WHETHER
ADDITIONAL INFORMATION IS AVAILABLE IN CONNECTION WITH THE APPLICANT.

SUBJECT  : JOHNNY BRATTON
ADDRESS  : 2936 SOUTHERN 4 WASHINGTON DC 20020
LANDLORD : VASH APARTMENTS
RESIDENCY DATES:  10/00
                                                   PHONE: (202) 548-8032

SUBJECT  : JOHN BRATTON
ADDRESS  : 3801 KENILWORTH 106E BLADENSBURG MD 20710
LANDLORD : KENILWORTH TOWERS
RESIDENCY DATES:  08/04 07/04
                                                   PHONE: (301) 925-8810
```

OFFICE OF HUMAN RIGHTS
Received
NOV 17 2005
RESPONDENT



BRA 0224

10/12/2005 11:33 AM

John bratton

Invoice No: 29834939

SUBJECT  : JOHN BRATTON
ADDRESS  : 4040 WARNER C8 LANDOVER HILLS MD 20784
LANDLORD: COOPERS CROSSING APTS
RESIDENCY DATES:  09/02 12/99                              PHONE: (301) 441-4906

SUBJECT  : JOHN BURTON
ADDRESS  : 531 S FREDERICK 106 GAITHERSBURG MD 20877
LANDLORD: DEER PARK GARDENS
RESIDENCY DATES:  06/05 03/05                              PHONE:

SUBJECT  : JOHN BURTON
ADDRESS  : 6423 LANDOVER 104 CHEVERLY MD 20785
LANDLORD: CHEVERLY TERRACE
RESIDENCY DATES:  02/05                                    PHONE:

SUBJECT  : JOANN BURTON
ADDRESS  : 8316 NUNLEY B BALTIMORE MD 21234
LANDLORD: RIDGE GARDENS CO MULTI PR
RESIDENCY DATES:  06/05 01/05                              PHONE:

SUBJECT  : JOHN BURTON
ADDRESS  : 17624 SEQUOIA 102 GAITHERSBURG MD 20877
LANDLORD: MILL CREEK APTS
RESIDENCY DATES:  01/02 12/01                              PHONE: (301) 925-8810

SUBJECT  : JOHN BIRTON JR
ADDRESS  : 1907 WINEXBURG T1 SILVER SPRING MD 20906
LANDLORD: WINEXBURG MANOR APTS
RESIDENCY DATES:  04/00 05/00 05/99                        PHONE: (301) 441-4906

SUBJECT  : JOHN BURTON
ADDRESS  : 3306 WOODBURN VILLAGE 23 ANNANDALE VA 22003
LANDLORD: VINCENT KEEGAN TRUSTEE
RESIDENCY DATES:  01/01                                    PHONE:

SUBJECT  : JOHN BURTON
ADDRESS  : 3984 WARNER D1 CHEVERLY MD 20784
LANDLORD: COOPERS CROSSING APTS
RESIDENCY DATES:  12/01                                    PHONE: (301) 441-4906

SCANNED BY AppALERT(TM)

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS A CONSUMER REPORT UNDER FALSE PRETENSES MAY FACE CRIMINAL PROSECUTION, INCLUDING FINES AND POSSIBLE IMPRISONMENT. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT END-USERS FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER, HOWEVER THE FCRA UNDER MOST INSTANCES DOES NOT REQUIRE END-USERS TO DO SO. IT IS RECOMMENDED THAT END-USERS REFER ALL CONSUMER INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CONSUMER REPORTING AGENCY OF ORIGIN.

END - National RegistryCheck(TM) Report 10/12/2005

[Stamp: OFFICE OF HUMAN RIGHTS RESPONDENT Received NOV 17 2005]

BRA 0225

10/12/2005 11:33

John bratton

Invoice No: 29834939

```
VERIZON DC*372UT28      10/05 05/98              52        O1 02 I
    UTILITY                                                               70346903
  EVERHOME ███████        10/05 04/03 431K 3K 417K    I1 25 I
    30(01)60(00)90+(00) 05/04-I2
    REAL ESTATE MORTGAGE                                               DLA 10/05
    CONVENTIONAL MORTGAGE

  USER REF. 29834939            THIS FORM PRODUCED BY EQUIFAX
  CENTREVILL*████████     09/05 06/03 10K 796    0     I1 21 I          PAGE   2
    ACCOUNT CLOSED BY CONSUMER
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  PFCU TCS ████████       09/05 04/93 4800 30  1207    R1 99 I
    LINE OF CREDIT
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  USAA FSB ████████       09/05 04/05  73K 1K  69K     I1 05 I
    AUTO
  BOA - DALS*████████     09/05 08/05    0       0     R1 01 I
    HOME EQUITY
    LINE OF CREDIT
  BOA - DALS*████████     09/05 08/05 240K 555 221K    R1 01 I
    HOME EQUITY
    LINE OF CREDIT
  BOA - DALS*████████     09/05 04/04    0       0     R1 17 I
    ACCOUNT CLOSED BY CONSUMER
    HOME EQUITY
  CBUSASEARS*████████     09/05 11/88 9900        0    R1 96 I
    CREDIT CARD
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  PENTAGONBC*████████     09/05 08/91 5000        0    R1 99 I
    CREDIT CARD
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  USAA SAVBK*████████     09/05 09/88  21K 98  4907    R1 99 I
    CREDIT CARD
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  BOA - MSP ████████      09/05 03/03 198K 1K     0    I1 29 I
    FANNIE MAE ACCOUNT
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  USAA FSB ████████       04/05 11/03  65K 1K    0     I1 17 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    AUTO
  WELSHMQTY ████████      01/05 12/03  44K        0    R1 13 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    HOME EQUITY
  WELLSFARGO████████      01/05 12/03 352K 2K    0     I1 13 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    REAL ESTATE MORTGAGE
  CBUSA ████████          07/04 07/99 6750        0    R1 60 I
    CHARGE
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  PIER 1/NB ████████      06/04 09/91  600        0    R1 99 I
    CHARGE
    AMOUNT IN H/C COLUMN IS CREDIT LIMIT
  BOA - DALS████████      05/03 12/01    0        0    R1 17 I
    ACCOUNT CLOSED BY CONSUMER
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  EMC MORTG ████████      05/03 08/00 368K 3K     0    I1 10 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    CONVENTIONAL MORTGAGE
  AHF ████████            03/02 11/98  21K 415    0    I1 40 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    AUTO
  CENTREVILL*864BB1369    01/02 12/97  50K 478    0    I1 48 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
```

OFFICE OF HUMAN RIGHTS Received NOV 17 2005 RESPONDENT

BRA 0227
10/12/2005 11:33 A

John bratton                                                                 Invoice No: 29834939

```
USER REF. 29834939              THIS FORM PRODUCED BY EQUIFAX           PAGE    3
    REAL ESTATE MORTGAGE
  PENTAGON              10/99 01/95  13K  267      0      I1 57 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    DEBT CONSOLIDATION
  HSBC/BSTBY            12/04 11/98  2000           0      R1 72 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    CHARGE
  PENTAGON              06/04 04/01  29K  558       0      I1 37 I
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
    AUTO
  BOA - DALS            05/04 08/03    0            0      R1 09 I
    ACCOUNT CLOSED BY CONSUMER
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  HECHT CO              04/04 04/98  991            0      I1 06 I
    ACCOUNT CLOSED AT CONSUMERS REQUEST
  HECHT CO              04/04 04/98  501            0      R1 71 I
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CHARGE
  DISCOVR CD            11/02 06/01    0            0      R1 17 I
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  AMEX                  11/02 05/94  4987           0      R1 01 I
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  CENTREVILL            01/02 12/00  47K  428       0      I1 11 I
    ACCOUNT CLOSED BY CONSUMER
    REAL ESTATE MORTGAGE
  CENTREVILL            01/02 12/00  47K  428       0      I0    I
    ACCOUNT CLOSED BY CONSUMER
    REAL ESTATE MORTGAGE
  DMCCB                 12/00 11/97  2300           0      R1 29 I
    30(01)60(01)90+(00) 07/99-R3,06/99-R2                              DLA 11/00
    ACCOUNT CLOSED AT CONSUMERS REQUEST
    CREDIT CARD
  CENTREVILL            08/00 02/98  10K  48M       0      I1 29 I
    CLOSED ACCOUNT
    ACCOUNT CLOSED BY CONSUMER
  SALLIE MAE            06/00 05/88  1081 13        0      I1 04 I
    STUDENT LOAN
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  SALLIE MAE            06/00 07/87  2500 30        0      I1 04 I
    STUDENT LOAN
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  SALLIE MAE            06/00 07/87  1000 12        0      I1 04 I
    STUDENT LOAN
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  WFNNB/STR             05/00 09/95  620            0      R1 52 I
    ACCOUNT CLOSED BY CONSUMER
    CHARGE
  AMERICAN              02/00 04/98  176K 1K        0      I1 18 S
    FANNIE MAE ACCOUNT
    CLOSED OR PAID ACCOUNT/ZERO BALANCE
  FARMERS BK            12/99 08/95  22K  439       0      I  52 I
    30(00)60(00)90+(00)                                                DLA 10/98
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

USER REF. 29834939              THIS FORM PRODUCED BY EQUIFAX           PAGE    4

* MEMBER #     COMP. NAME    TELEPHONE       * MEMBER #    COMP. NAME   TELEPHONE
  491UF82392   GRFTH CONS    301-3223111       910UG2868   BG&E         MAIL ONLY
  2510 SCHUSTER DRIVE                          PO BOX 1475 PO#68345
```

BRA 0228
10/12/2005 11:33 AM

```
         CHEVERLY              MD 20785              BALTIMORE              MD 21203
910UZ2593    DIRECTV-AV    MAIL ONLY        852UF136    HOLTZMAN
2230 EAST IMPERIAL HIGHWAY                   PO BOX 8
PURCHASE ORDER#4500011744
         EL SEGUNDO            CA 90245              MOUNT JACKSON          VA 22842-0008
910UE7075    ALLEGPOW      MAIL ONLY        650BB12297  USAA
901 WILSON STREET                            10750 MCDERMOTT FWY
         MARTINSBURG           WV 25401              SAN ANTONIO            TX 78288
910UG1357    WASH GAS      MAIL ONLY        491AN81844  KOONS FORD
6801 INDUSTRIAL RD                           2540 RIVA RD
         SPRINGFIELD           VA 22151              ANNAPOLIS              MD 21401-7468
491AN92654   BMWFAIR       703-6602300      650BB9203   USAA FSB    MAIL ONLY
8427 LEE HIGHWAY                             USAA BUILDING
         FAIRFAX               VA 22031              SAN ANTONIO            TX 78288
402BB48257   AMEX          MAIL ONLY        241FM1630   WELLSFARGO
P.O. BOX 297871                              3476 STATEVIEW BLVD
         FORT LAUDERDALE       FL 33329-7871         FORT MILL              SC 29715
612FM449     WELLSFARGO    800-2625924      372UT28     VERIZON DC
405 SW 5TH ST                                236 E TOWN ST
         DES MOINES            IA 50309-4626         COLUMBUS               OH 43215-4633
864BB1369    CENTREVILL    410-7581600      491FC56141  PFCU TCS
P.O. BOX 400                                 P.O. BOX 1432
         CENTREVILLE           MD 21617-0400         ALEXANDRIA             VA 22313-2032
905BB2443    USAA FSB      MAIL ONLY        180BB27195  BOA - DALS  MAIL ONLY
10750 INTERSTATE HWY. 10 WEST                4161 PIEDMONT PARKWAY
         SAN ANTONIO           TX 78265              GREENSBORO             NC 27410
906BB5601    CBUSASEARS    MAIL ONLY        491ON24246  PENTAGONBC
8725 W. SAHARA AVE                           PO BOX 1432
MC 02/02/03                                  BANKCARD
         THE LAKES             NV 89163              ALEXANDRIA             VA 22313-2032
650ON10000   USAA SAVBK    MAIL ONLY        782FM10912  BOA - MSP
10750 MCDERMOTT FRWY                         475 CROSSPOINT PKWY
         SAN ANTONIO           TX 78288              GETZVILLE              NY 14068
196BB1486    WELSHMQTY     800-4667937      485FP552    CBUSA
4455 ARROWSWEST DRIVE                        CCS GRAY OPS CENTER
         COLORADO SPRINGS      CO 80907              GRAY                   TN 37615
636DZ24232   PIER 1/NB     800-6404702      682FM5232   EMC MORTG
9111 DUKE BLVD                               909 HIDDEN RDG #200
         MASON                 OH 45040-9548         IRVING                 TX 75038-3813

USER REF. 29834939                    THIS FORM PRODUCED BY EQUIFAX            PAGE   5
458FA312     AHF           800-9169930      491FC28663  PENTAGON
200 CONTINENTAL DRIVE                        P O BOX 1432
         NEWARK                DE 19713              ALEXANDRIA             VA 22313-2032
444HT354     HSBC/BSTBY    302-3272000      491DC80725  HECHT CO
1405 FOULK ROAD                              901 ELLSWORTH DRIVE
         WILMINGTON            DE 19808              SILVER SPRING          MD 20910-4461
491DC2872    HECHT CO      301-6502382      155BB3747   DISCOVR CD  MAIL ONLY
300 SHEFFIELD CENTER                         PO BOX15316
         LORAIN                OH 44055              WILMINGTON             DE 19850-5316
190BB9550    DMCCB         MAIL ONLY        845FZ120    SALLIE MAE
KIERLAND ONE                                 1002 ARTHUR DRIVE
16430 N. SCOTTSDALE ROAD                     PO#  SMI-0000013421
         SCOTTSDALE            AZ 85254              LYNN HAVEN             FL 32444
667CG30059   WFNNB/STR     MAIL ONLY        801FM1117   AMERICAN    MAIL ONLY
PO BOX 330064                                10440 LITTLE PATUXENT PARKWAY
         NORTHGLENN            CO 80233-8064         COLUMBIA               MD 21044-3561
491BB65051   FARMERS BK    800-5334061
5 CHURCH CIRCLE
         ANNAPOLIS             MD 21401-1934
&

END OF REPORT EQUIFAX AND AFFILIATES - 10/12/05
```

[Stamp: OFFICE OF HUMAN RIGHTS Received NOV 17 2005 RESPONDENT]

BRA 0229
10/12/2005 11:33 A

\*\*\* END OF REPORT \*\*\*



BRA0230