# JOHN GORDON FORESTER, JR.

ATTORNEY AT LAW

1914 SUNDERLAND PLACE, N.W.

ADMITTED TO PRACTICE
IN D.C. AND MARYLAND

WASHINGTON, D.C. 20036-1608

TELEPHONE (202) 293-3353
FACSIMILE (202) 293-3359

October 18, 2005

Mr. John Bratton
1223 10th Street, NW
Washington, DC 20001

Re:    1622 Wisconsin Avenue, NW

Dear Mr. Bratton:

This will confirm the issues which we discussed by telephone this morning.

The premises which are available for rent is the first floor for two years. The rental is $2,500.00 each month plus approximately $200.00 a month for real estate taxes. My client will not give a right of first refusal. The tenant can be the LLC, but you must personally guarantee the lease.
We also require copies of your federal income tax returns for 2003 and 2004. I am sure you understand that this is because you are self employed and evidence of your annual income of $425,000 is necessary.

When this information has been received, and if the information is acceptable, we will send you a lease for your review and comments. I urge you to provide this information as soon as possible as the property is still listed and my client is anxious to have a tenant in place by November first.

Sincerely,

John Gordon Forester, Jr.

PLAINTIFF'S EXHIBIT 19

BRA 0041