# JOHN GORDON FORESTER, JR.
ATTORNEY AT LAW

1914 SUNDERLAND PLACE, N.W.

WASHINGTON, D.C. 20036-1608

ADMITTED TO PRACTICE
IN D.C. AND MARYLAND

TELEPHONE (202) 293-3353
FACSIMILE (202) 293-3359

October 19, 2005

Mr. John H. Bratton
Bratton Realty, LLC
1223 10th Street, NW
Washington, DC 20001

Re:   1622 Wisconsin Avenue, NW

Dear Mr. Bratton:

The Schedule C for 2003 indicates a net income of $76,868 and $146,739 for 2004, a long way from the $425,000 which you represented. The statement from Paul M. Beito that you have "indicated to me that his projected 2005 Schedule C gross revenues will be approximately $450,000.00" does not assist us at all. It also appears that your net worth is less than $500,000, not two million. However, in spite of these exaggerations and misrepresentations, Ms. White has decided to permit us to negotiate a lease.

The lease will be for the street level only for two years, without a third year option. Mary White intends to use the lower level until the space for Washington Fine Properties is complete. In addition, she prefers to have three separate tenants in the building. Each unit is separately metered for this purpose.

The lease will not contain a first right of refusal in the event of a sale during the term of the lease. The rent is $2,500.00 plus approximately $200 a month for taxes. This latter provision has always been a requirement.

Please let me know if these terms are acceptable. If so, I will be able to complete a lease next week as I am going out of town tomorrow.

Sincerely,

*/s/ J. Gordon Forester/*

John Gordon Forester, Jr.

PLAINTIFF'S EXHIBIT 20

BRA 0044