October 26, 2005

Mr. John H. Bratton
Bratton Realty, LLC
1223 10th Street, NW
Washington, DC 20001

              Re:    1622 Wisconsin Avenue, NW

Dear Mr. Bratton:

    This will acknowledge receipt of your fax transmission dated October 26, 2005 which I just received. I did not receive a voice mail such as the one you quoted in this fax. I did receive a voice mail in which you argued about my comments on your alleged income and net worth. I had not received your response to my letter stating that I was authorized to prepare a lease, provided you agreed with the terms of two years, without a third year option; lease of the street floor only; and, no first right of refusal. These are not new terms. These are the terms presented to you from the very beginning.

    You have totally misinterpreted my statements about the availability of the lower floor. Ms. White had the three spaces in the building separately metered several years ago so she could have three separate tenants. One of the obvious reasons is that only one space would be vacant at one time. The lower floor is available for rent to a separate tenant, but only after the space for Washington Fine Properties is available for Ms. White. We do not know when that will be and Ms. White will continue to use it until that time.

    I now know that you agree to the terms in my letter of October 19, 2005, as outlined above, so I will prepare a lease for your review.

    It is necessary that I send this letter by the postal service since you have not provided me with your fax number.

                                   Sincerely,

                                   John Gordon Forester, Jr.




BRA 0209