**Chatel Real Estate, Inc.**
3210 N Street, NW
Washington, DC 20007

Statement

Account: ███████ BRA011

Date: 02/08/06

John H. Bratton
1622 Wisconsin Avenue, NW
Washington, DC  20007

Payment: _____

| Date | Description | Charges | Payments | Balance |
|------|-------------|---------|----------|---------|
|  | Balance Forward |  |  | 0.00 |
| 11/01/05 | R.E. Tax | 200.00 |  | 200.00 |
| 02/08/06 | Plumbing Invoice | 495.00 |  | 695.00 |
| 02/08/06 | Plumbing Invoice | 324.05 |  | 1,019.05 |

PLAINTIFF'S EXHIBIT 22

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---------|---------|---------|---------|------------|
| 819.05 | 0.00 | 0.00 | 200.00 | 1,019.05 |

BRA 0001

Stevens Plumbing

1351 QUINCY ST NW
WASHINGTON, DC 20011

# Invoice

| Date | Invoice # |
|---|---|
| 12/7/2005 | 501418 |

**Bill To**

CHATEL ASSOCIATES
3210 N ST NW
WASHINGTON DC 20007

**Ship To**

1622 WISCONSIN AVE. NW

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | SJS | 12/13/2005 | US Mail |  | 12/07/05 1622 WISC AVE N... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | CONTRACT COM... | 12/07/05- FURNISH AND INSTALL ONE NEW POINT OF USE WATER HEATER UNDER BASIN OF UNIT #1. CONNECTED TO EXISTING ELECTRIC AND WATER LINES. OK<br><br>CONTRACT COMMERCIAL | 495.00 | 495.00 |

PAID DEC 16 2005

0857

work is complete!

| | Total | $495.00 |
|---|---|---|

BRA 0002

Stevens Plumbing

1351 QUINCY ST NW
WASHINGTON, DC 20011

# Invoice

| Date | Invoice # |
|---|---|
| 11/29/2005 | 501343 |

**Bill To**
CHATEL ASSOCIATES
3210 N ST NW
WASHINGTON DC 20007

**Ship To**
1622 WISCONSIN AVE NW

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | WILL | 12/8/2005 | US Mail |  | 11/29/5 O.T. 1622 WISCONS... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  |  | 11/29/05- OT CALLED IN FOR LEAK AT TOILET. DISCOVERED THAT LEAK WAS COMING FROM SUPPLY LINE BETWEEN INSTANTANEOUS HEATER AND BASIN FAUCET. REPLACED SUPPLY LINE. RECOMMEND TO REPLACE HEATER. IT IS NOT WORKING. OK |  |  |
| 1 | SUPPLY LINE LV... | 231230 LV FLX 3/8COMX1/2FIPX12 | 5.30 | 5.30 |
| 2.5 | CDC OVERTIME |  | 127.50 | 318.75 |

PAID DEC 16 2005

0857

"! work is complete!

**Total** $324.05

BRA 0003