

# Online Banking

Search · Locations · Mail · Help · Sign Off



| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

Accounts Overview    Account Activity    Account Summary    Find a Transaction    Open an Account

## Account Activity

Today is Wednesday, October 19, 2005.
You last signed in on October 7, 2005 at 03:49 PM ET.

**Regular Checking -** ▇▇▇

Account: [Regular Checking - ▇▇▇ ▼]  [Go]

**Find a Transaction**
Search by :
[Check Number ▼]
[Go]
Check Number :
[          ]
[Search]

Activity Period: [Current Transactions ▼]
Transaction Types: [Daily Balances ▼] [Go]

**Current Transactions**

Transactions available from 05/10/2005 to 10/19/2005.

Daily Balances

View paper statements • Download

| Posting Date ↓ | Balance |
|---|---|
| 10/18/2005 | $157,716.65 |
| 10/11/2005 | $155,186.38 |

[Previous Transaction Period]



Recommend Business Checking to another business owner and you could each get $50
Learn more >

**Customer Service**

Stop Check Payment
Reorder Checks
Monitor Your Credit Report
Add/Edit Account Nickname

BRA 0142