Bank of America | Online Banking | Account Activity



# Online Banking

Search · Locations · Mail · Help · Sign Off

**Accounts** | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service

Accounts Overview | Account Activity | Account Summary | Find a Transaction | Open an Account

## Account Activity

Today is Wednesday, October 19, 2005.
You last signed in on October 7, 2005 at 03:49 PM ET.

**Business Economy Chk -** ▉

Account: Business Economy Chk - ▉  [Go]

**Find a Transaction**
Search by :
[Check Number ▼]
[Go]
Check Number :
[            ]
[Search]

Activity Period: [Current Transactions ▼]
Transaction Types: [Daily Balances ▼] [Go]

## Current Transactions

Transactions available from 04/30/2005 to 10/19/2005.

**Daily Balances**             View paper statements · Download

| Posting Date ↓ | Balance |
|---|---|
| 10/18/2005 | $114,015.22 |
| 10/17/2005 | $79,773.72 |
| 10/13/2005 | $80,566.47 |
| 10/11/2005 | $81,566.47 |
| 10/07/2005 | $87,486.47 |
| 10/06/2005 | $88,186.47 |
| 10/05/2005 | $96,826.47 |
| 10/04/2005 | $105,636.47 |
| 10/03/2005 | $93,476.47 |

[Previous Transaction Period]



Recommend Business Checking to another business owner and you could each get $50
Learn more >

**Customer Service**
Stop Check Payment
Reorder Checks
Add/Edit Account Nickname
View/Print Paper Statement
Stop/Resume Mailing Paper

BRA 0141

https://onlineeast2.bankofamerica.com/cgi-bin/ias/YEevBRNsohwiE3k7x8TJxtbXfPekv1TPXkgUjlNI213379/7/bofa.ibd.IAS....    10/19/2005