John H. Bratton
Bratton Realty, LLC.
1223 10th Street, NW
Washington, DC 20001

October 26, 2005

John Gorden Forester, Jr.
1914 Sunderland Place, NW
Washington, DC 20036

RE: 1622 Wisconsin Ave – Delayed Lease Agreement

Dear Mr. Forester,

On October 20, 2005 upon receiving your letter dated October 19, 2005, I called your office and immediately left a voicemail message stating the following:

> "I have read your letter stating that Ms. White has decided to permit us to negotiate a lease with again more new terms. Now Ms. White will not even give me a third year option and the lease can only be for two years, and now she prefers three separate tenants rather than Bratton Realty lease both spaces, taxes will be approximately $200a month and she still refuses to give me First Right of Refusal to purchase. Given these new terms, I will still go forward immediately with the signing of the lease. I accept the new terms and request that this be signed at the beginning of the week. As for my income and net worth, those figures are accurate and not an exaggeration. Thank you."

It has now been twenty days (20) since I wrote the initial lease, and it has now been six (6) days since I responded to your letter stating that you will be able to complete a lease. These repeated delays are harmful to my business plan of opening on November 1, 2005 for business. Please excuse the final lease today.

Sincerely,

John Bratton
Bratton Realty, LLC.

PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL®

BRA 0208