# WASHINGTON LAWYERS' COMMITTEE
## FOR CIVIL RIGHTS & URBAN AFFAIRS

September 22, 2006

**VIA COURIER**

Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Ave., NW
Ninth Floor
Washington, D.C. 20036

Dear Stefan:

Pursuant to our earlier discussion concerning the subpoena in the above referenced matter, the Equal Rights Center ("ERC") has agreed to search its files for all materials requested in Request Nos. 1-3 based on our understanding that such a search will fully satisfy the ERC's obligations under the subpoena.

That search has now been completed. It has included a search of the ERC's on-premises files and its off-site archives. The result of that search includes what we believe to be the videotape of the Dateline episode referred to in Request No. 1 and a related document. No other materials have been found.

The ERC has made a copy of the videotape and the related document. Both are included herein. This fully discharges the ERC's obligations under the subpoena.

Sincerely

Robert Bruskin
Senior Counsel,
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
(202) 319-1000, ext. 101
bob_bruskin@washlaw.org



PLAINTIFF'S
EXHIBIT
3-7
ALL-STATE LEGAL®

BRA 0553

BRA 0554

# THE FAIR HOUSING INDEX

An Audit and Report on Disability Discrimination
in the Greater Washington Rental and Sales Housing Markets

1997

*A private enforcement/public education project of:*

**The Fair Housing Council of Greater Washington**

When Vivian Voss wanted to move into Springbrook Lakes Apartments in Greenbelt, Maryland, the complex insisted that because she uses a wheelchair she choose one of their already accessible units. When Ms. Voss asked to make reasonable modifications to another unit, or even live in the other unit with no modifications and only assistance from her family in entering and exiting the apartment, Springbrook Lake refused. The Fair Housing Council and Ms. Voss filed a federal lawsuit alleging discrimination. The case settled in November 1996 for $150,000.

➢ **Fair Housing Council of Greater Washington and Jack Wright vs. Wheaton Place Apartments and Allen and Rocks Management**
Jack Wright, a retired Gallaudet professor with a disability, applied for an apartment at Wheaton Place Apartments in Silver Spring, Maryland. Mr. Wright made it clear to the agent that he is capable of independent living and even offered to pay one year's rent in advance. The agent refused his offer, citing that Wheaton Place does not offer any facilities for the handicapped and recommending a nearby complex that did have such facilities. Jack Wright, along with the Fair Housing Council, alleged this was discrimination and filed a federal lawsuit. The case settled in June 1996 for $160,000 in damages plus a free two-bedroom apartment for life at Wheaton Place for Mr. Wright, valued at $340,000.

➢ **Anne Phillips vs. Waterford Condominium Association**
Anne Phillips, a resident at Waterford Condominium in Kensington, Maryland, is physically disabled and uses a power wheelchair to navigate. Waterford Condominium recently started charging her and 6 other disabled residents $35 per month each for handicapped parking although they do not charge other residents a parking charge. Ms. Phillips, with assistance from the Council, has filed a HUD complaint alleging discrimination based on disparate treatment and failure to grant a reasonable accommodation.

➢ **Fair Housing Council of Greater Washington vs. Sutton Ridge Condominium and The Christopher Companies**
The Fair Housing Council tested a new condominium complex, Sutton Ridge in Reston, Virginia to ensure compliance with the Fair Housing Act requirements for new construction. When the Council discovered that all of the units under construction have at least one step in them and all of the doors are too narrow, the Council filed a complaint with HUD alleging discrimination. The case is pending.

➢ **Fair Housing Council of Greater Washington, Oxford House, Thanda Wai, Charles Koontz, Arthur Verbit vs. State Farm, Allstate, Republic Insurance and Grange Mutual Casualty**
A federal lawsuit will be filed on June 25, 1997 alleging discrimination based on disability in the providing of homeowners and renters insurance. The plaintiffs allege the named defendants are refusing to offer homeowners or renters insurance to group homes for people with disabilities or, in some cases, charging these group homes as commercial properties instead of residential properties. This is the first lawsuit of its kind. Plaintiffs include landlords in Virginia, Maryland, West Virginia and the District of Columbia.

➢ **Fair Housing Council of Greater Washington vs. Chalfonte Apartments and Bernstein Management**
A Fair Housing Council tester requested the right to ramp two steps in the lobby of the Chalfonte Apartments in Washington, DC in order to make the entire building accessible. When the manager refused this request, incorrectly claiming that building codes prevent the installation of the ramp, the Council filed a HUD complaint. HUD is currently investigating the case as well as bringing the parties together for conciliation.

**Fair Housing Council of Greater Washington vs. Millicent Chatel Realty**
A rental agent from Millicent Chatel in Georgetown spoke to a tester who uses a wheelchair from the top of a five step landing and informed the tester that nothing to suit his needs was available. Later, a comparison tester was told of many available apartments, some of which were accessible. The Council filed a HUD complaint and the case is in conciliation.

BRA 0571

14