October 25, 2005

# HOUSING DISCRIMINATION COMPLAINT

CASE NUMBER: 06-026-H

1. **Complainants**

   John Bratton
   1223 10th St, NW
   Washington, DC 20001

2. **Other Aggrieved Persons**

   None.

3. **The following is alleged to have occurred or is about to occur:**

   Discriminatory refusal to rent.
   Discriminatory terms, conditions, privileges, or services and facilities.

4. **The alleged violation occurred because of:**

   Race.
   Personal appearance

5. **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

   1622 Wisconsin Ave. NW
   Washington, DC 20007

6. **Respondent(s)**

   Chatel Real Estate Inc.
   3210 N St. NW
   Washington, DC 20007

Ex. 16

PLAINTIFF'S EXHIBIT 43

John Pagones
3210 N St. NW
Washington, DC 20007

Mary White
1622 Wisconsin Ave, NW
Washington, DC 20007

7. **The following is a brief and concise statement of the facts regarding the alleged violation:**
Complainant wishes to rent the property located at 1622 Wisconsin Ave, NW. After he toured the property he was allegedly denied a lease or application from John Pagones. After the Complainant wrote up a lease himself, he was allegedly told that he would have to pay more, conditions not in the original listing. After he agreed to those conditions, Complainant was told that the property had already been leased, though it is still currently being listed.

When Complainant threatened legal action, he was allowed to negotiate for the lease, but now he could only rent one unit, and originally he was interested in two. He also no longer had first right of refusal, and he was required to rent both in his personal name, as well as his business name. When Complainant agreed to those conditions, he was required to submit both his personal and business taxes for scrutiny.

8. **The most recent date on which the alleged discrimination occurred:**

Oct 19, 2005

9. **Types of Federal Funds identified:**

None.

10. **The acts alleged in this complaint, if proven, may constitute a violation of the following:**

Section 2-1402.21 (a)(1)-(b), Section 2-1402.23 of the District of Columbia Human Rights Act of 1977, as amended ("DCHRA").

Please sign and date this form:

I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.

# HOUSING/COMMERCIAL SPACE
# COMPLAINT FORM

Information required therein will assist OHR staff to determine the nature and extent of discrimination as defined by the Federal Fair Housing Act (Title VIII) and/or D.C. Human Rights Act of 1977 (Title VI). Please complete the following form in its entirety and to the best of your knowledge. This form is subject to review and acceptance by the Office of Human Rights.

*Notice of Non-Discrimination*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code Section 2-1401.01 et seq., (Act) the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familiar status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination, which is also prohibited by the Act. In addition, harassment based on any of the above protected categories is also prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.*

**Do you require any special needs for completing this application? If yes, what type of assistance do you require?**

Please provide the following information:

| COMPLAINANT |||
|---|---|---|
| Date: | OHR Docket No.: | HUD Case No: |
| Name: John H. Bratton |||
| Address: 1223 10th ST NW |||
| City/State/Zip Washington DC 20001 |||
| Tel # (H) (202) 744-2642 | Tel # (W) (202) 667-9181 ||
| Sex: M    Race: Black | Ethnicity: ||
| Social Security No.: ███-1762 | Date of Birth: 9-6-64 ||
| No. of persons in household: 2 | Household's monthly income: 13,000 ||
| Is your rent or mortgage payment current and paid in full?  ☒ Yes   ☐ No |||

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 * Fax 202-727-9589
FH Complaint Form

Page 1 of 9

Rev 08/04

BRA 0048

| CONTACT PERSON IF YOU CAN NOT BE REACHED: | |
|---|---|
| Name: | Eric Rothermel |
| Address: | 1223 10th ST NW |
| City/State/Zip | Washington, DC 20001 |
| Tel # (H) | (301) 928-9180    Tel # (W) |
| Alternate Number: | |

HOW WERE YOU REFERRED TO THE OHR? Robert Spagnoletti

☒ Agency/Organization: Attorney General   ☐ Friend/Co-worker
☐ HUD _____   ☐ Newspaper article
☐ Pamphlets/Brochures published by _____   ☐ Telephone Book
☐ TV/Radio Announcements (TV/Radio Station): _____

If you have an **Attorney**, please provide the following information: N/A

Name: _____  Telephone: _____  Fax: _____
Address: _____

Will this attorney be representing you in this matter or complaint? (If so, all communications from the OHR will be through the attorney representing you.)  ☐ Yes  ☐ No

If you have retained an attorney, what legal fees have you incurred relating to the alleged discrimination? $_____.

## RESPONDENT

**THE PERSON THAT DISCRIMINATED AGAINST YOU WAS THE:**

☒ Owner   ☒ Property Manager   ☒ Leasing Agent   ☐ Maintenance Person   ☐ Other

**PLACE WHERE DISCRIMINATION OCCURRED:**

☐ Single Family Home/Duplex   ☐ Apartment Complex   ☐ Condominium   ☐ Cooperative
☒ Commercial Building
Property Address: 1622 Wisconsin Ave NW

NAME OF ESTABLISHMENT (INCLUDE MANAGEMENT COMPANY):
Mary White Real Estate Inc. & Chatel Real Estate Inc.

NAME AND TITLE OF AGENT, REALTOR, BROKER:
John Pagones (Associate Broker) / Mary White (Agent + Broker)

Address: Chatel Real Estate / Mary White Inc.
3210 N ST NW / 1622 Wisconsin Ave
City/State/Zip: Washington, DC 20007 / Washington, DC 20007

Telephone Number: C-(202) 965-4800   Fax Number: C-337-5902
M-(202) 431-1090                     M-(202) 431-1090

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 • Fax 202-727-9589
FH Complaint Form                    Page 2 of 9                              Rev 08/04

BRA 0049

## BASIS OF COMPLAINT

The Basis would be the reason you were treated differently than others outside of your protected class which is covered under the D.C. Human Rights Act of 1977 as follows:

**1. Do you feel you were discriminated against because of your: (Please ✓ appropriate box and provide detail if necessary.)**

- ☒ Race  African American
- ☒ Color  Black
- ☐ National Origin
- ☐ Familial Status (# of children)
- ☐ Family Responsibilities
- ☐ Matriculation
- ☒ Personal Appearance  Ethnic dreads
- ☐ Place of Residence or Business

- ☐ Sex
- ☐ Age
- ☐ Religion
- ☐ Disability
- ☐ Sexual Orientation
- ☐ Marital Status
- ☐ Political Affiliation
- ☐ Source of Income

## ISSUE OF COMPLAINT

**2. What action was taken that made you feel you were treated differently:**

- ☐ Discriminatory Refusal to Sell
- ☒ False Representation of Availability
- ☒ Discriminatory Refusal to Negotiate
- ☐ Discriminatory Advertising, statements & notices
- ☐ Discriminatory financing (includes real estate transactions)
- ☒ Discriminatory brokerage service
- ☒ Failure to comply with advertising guidelines
- ☒ Discriminatory terms, conditions, privileges, or services and facilities

- ☒ Discriminatory Refusal to Rent
- ☐ Failure to make an accommodation
- ☐ Retaliation, Harassment, Intimidation, Coercion
- ☐ Steering
- ☐ Redlining
- ☐ Failure to comply with Poster Reg.
- ☐ Zoning and Land Use
- ☐ Non-Compliance with Design and Construction

☒ Other  Discriminatory refusal to allow a black owned business to lease publicly offered commercial space.

**3. Were you seeking to:**

- ☐ Rent
- ☐ Purchase a home/condo, townhouse, single family home
- ☐ Obtain a mortgage loan
- ☐ Obtain homeowners/rental insurance
- ☒ Rent Commercial Space
- ☒ Other (specify)  Rent with 1st Right of Refusal to purchase.

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 * Fax 202-727-9589
FH Complaint Form

Page 3 of 9

Rev 08/04

BRA 0050

### 4. Credit rating :

☒ Excellent          ☐ Good          ☐ Fair          ☐ Poor

**Did the Respondent require a credit check in order to conduct the transaction:**

☐ Yes     ☐ No     ☒ Requested other information regarding credit rating.

### 5. If seeking to rent or currently renting:

Rental Rate: _____     Number of Bedrooms: _____

Date applied for: _____     Amount of subsidy, If any: _____

Deposit requirements/credit check: _____

Were you denied, if so reason for denial? _____

_____

Did the leasing agent discuss a waiting list? _____

Is rent current and paid in full? _____

Do you have any known lease infractions? _____ If so explain _____

_____

Was an eviction notice served in writing or was it verbalized? _____

### 6. If seeking to purchase:

Earnest deposit/Under Contract: _____

Address of property: _____

Did the agent recommend other homes/neighborhoods? If so please provide names/addresses:

_____

_____

_____

Was pre-qualification required: _____

List Price of home(s): _____     _____     _____

_____     _____

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 • Fax 202-727-9589
FH Complaint Form

Page 4 of 9

Rev 08/04

BRA 0051

**7a. If seeking to obtain financing:**

Was a credit check required: _____

Did loan officer recommend a loan product:  ☐ FHA   ☐ Conventional   ☐ VA   ☐ Other

Did loan officer discuss interest rates, points, closing costs etc., _____

Were you provided with a good faith estimate? _____

Did the loan officer return phone calls, keep appointments or refer you to another loan officer?
_____

What documents were required to process the loan (e.g. W-2, check stubs, bank statements etc.)?

_____

Did the loan officer make any discouraging comments in reference to the loan type or neighborhood in which the loan would be made?

**7b. If you already have financing, answer the following:**

When did you close on the property? _____

Type of Loan:   ☐ FHA   ☐ Conventional   ☐ VA   ☐ Other

Do you have a copy of loan documents?   ☐ Yes   ☐ No

Is the mortgage payment current? If no, please explain.   ☐ Yes   ☐ No

**8. If seeking to obtain insurance:**

☐ Rental    ☐ Homeowners Insurance

What type of insurance product was offered?   ☐ Preferred   ☐ Standard   ☐ Fire Protection

Did the agent provide you with a written or verbal quote, if so what was the $ amount? _____

Did agent request or require a credit check before issuing or providing information regarding the policy?

Did the agent make comments concerning the neighborhood in which the insurance would be provided?

Have you filed any claims in the past 3 years, if so what were the nature of the claims?

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 * Fax 202-727-9589
FH Complaint Form                    Page 5 of 9                    Rev 08/04

BRA 0052

### 9. When did the discriminatory act(s) occur? (Include each separate occurrence)

| Date | Explanation |
|---|---|
| 10/6/05 | John Pagones denied me lease, Application, and information |
| 10/7 – 10/11 | John Pagones + Mary White refused me information + refused to accept my lease |
| 10/12/05 | Chatel Property Management + Mary White declined my lease because of my race. |
| 10/18/05 | Mary White's Lawyer (John Forester Jr.) Accused me of only seeking out Georgetown to score a law suit. |

### 10. Have you attempted to resolve this matter with a representative of the establishment?

☒ Yes   ☐ No

If so, please provide the names, position, and title of the individuals (s) you spoke with and describe the results.

John Pagones (Assoc. Broker of Chatel) – I was still declined due to someone else rented the space.
Mary White (Owner) she stated that she was not gonna talk to me at all.
John Forester JR. (Lawyer for Mary White) – He just Accused me of being a test case and just out looking for someone to sue.

### 11. List witnesses whom you feel can corroborate your experience and provide evidence in your support.

| Name | Telephone # |
|---|---|
| Jeff Ayello | |
| Barrett Anderson | |
| Eric Rothermel | |
| Chatel's Secretary | |
| Daniel Lee | |

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 * Fax 202-727-9589
FH Complaint Form

Page 6 of 9

Rev 08/04

BRA 0053

**12. What remedy are you seeking through the Office of Human Rights?**

- Monetary compensation for time loss, income lost, loss of opportunity to have a successful real estate firm opened in the heart of Georgetown.
- Cost of hiring legal assistance to draft an emergency lease.
- Compensation for the emotional anguish suffered since this illegal behavior began.
- Chatel R.E., Mary White + Mary White Inc. should be fined and/or license suspended.

**12. Did you incur other expenses directly related to your complaint?**   ☐ Yes   ☐ No

If the Respondent's actions caused you to take time off from work, e.g., to look for alternate housing, seek medical attention or to file your fair housing complaint, please answer the following:

Please list the dates you were off from work, and the hours you were off on each date.

Have the Respondent's actions inconvenienced you in any way? If so, please explain.

Yes, November 1st 2005 would have been my Grand Opening of Bratton Realty in Georgetown. The missed opportunity cost is significant.

Were you **HARMED** by this incident: emotionally; mentally; physically and/or economically? (please explain how you were affected). Economically — it cost each day past Nov. 1st

Emotionally — The constant struggle of being disrespected and abused due to my race is just tragic.

Were you required to move to another unit because of Respondent's actions? ☐ Yes   ☐ No
If yes, what date did you move and what was the cost related to the move?

Did your rent increase? ☐ Yes   ☐ No   If yes, how much? Amount increased to: $ _____

As the complainant, you should retain the original receipts for all out-of-pocket expenses related to the discriminatory action in a safe place. If you do not have receipts but can obtain copies or other proof of expenses, you should do so.

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 • Fax 202-727-9589
FH Complaint Form                Page 7 of 9                Rev 08/04

BRA 0054

14. Provide a narrative describing the incident(s) which led you to file a complaint of discrimination. Please be sure to include dates (*whenever possible*), as well as the name(s) of the individual(s) who discriminated against you, (e.g., if you feel you were discriminated against because of you race or national origin, describe how a person of a different race or national origin was treated more favorably). Describe where the incident(s) took place.

*Note:* *It is important to only document information relevant to the complaint.*

See Attachment

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 • Fax 202-727-9589
FH Complaint Form

Page 8 of 9

Rev 08/04

BRA 0055

The D.C. Office of Human Rights (OHR) provides mediation. The Mediation is a process in which an acceptable, impartial, third party attempts to assist disputing parties toward a mutual settlement. One mediator or more (co-mediators) are assigned to each case as a neutral third party to assist disputants in reaching a mutually acceptable resolution to their problem(s). The mediation process is mandatory and disputing parties design solutions to their own problems. Mediation is confidential.

**Please Note:** In the event the Investigation reveals that your complaint should be dismissed you will receive a letter explaining the reasons for dismissal. Applicable regulations also require the OHR to send a copy of the dismissal notice to the Respondent.

_____    10/19/05
COMPLAINANT'S SIGNATURE       DATE

| 14. FOR OFFICE USE ONLY (Jurisdiction) | | |
|---|---|---|
| 1. Did the alleged violation occur in the District of Columbia? | ☐ Yes | ☐ No |
| 2. Did the alleged violation occur within the last 365 days? | ☐ Yes | ☐ No |
| 3. Does the Complainant have standing to file under Title VIII or under The HR Act? | ☐ Yes | ☐ No |
| 4. Is the property in question exempt under the Act? | ☐ Yes | ☐ No |
| 5. Is this a federally funded property? | ☐ Yes | ☐ No |
| 6. Has the Complainant commenced any other action; (civil, criminal, or administrative) in any other forum or agency based on the same unlawful discriminatory practice? | ☐ Yes | ☐ No |

DC Office of Human Rights
441 4TH Street, N.W., Ste. 570N
Washington, D.C. 20001
202-727-4559 * Fax 202-727-9589
FH Complaint Form

Page 9 of 9

Rev 08/04

BRA 0056

As a business owner, I made a business decision to seek out office space in Georgetown. After conducting a market analysis, I formulated a new business model to lease commercial space on a primary artery in downtown Georgetown and then purchase the space if it became available. Therefore it is a business decision to continue to move forward as planned to lease the space.

Let it be stated for the record that I have previously presented an acceptable lease and more than acceptable finances demonstrating over $500,000 income for 2005, $200,000+ in checking account alone, and over $2,500,000 net worth, I find it hard to believe that any business-minded person or organization can't determine that Bratton Realty can easily pay $2,500 per month. I spent seven days non-stop working to finalize this lease since 10/5/05. Each day that has gone by, I have been hit with additional terms one after another from both the

Mary White and Chatel Real Estate Inc. I have already modified my lease to accommodate all these additional demands to complete this business transaction. However, as of today's phone call from John Forrester, lawyer representing Ms. White, I have yet been given an even longer list of new information, new demands, and new terms. Prior to this morning, it was less clear as to who was actively involved in the illegal business practices of my case but now that Chatel RE has been removed according to Mr. Forrester it is very obvious that this case extends beyond Chatel.

This pattern of behavior to continuously pile on more and more new demands — completely after the fact is an obvious tactic to bar Broken Reality from securing a lease on the space at 1622 Wisconsin Ave. There is no acceptable excuse as to why 13 days later I am being informed of more new terms and conditional requested by the owner. I made several calls (which I have records) directly to Mrs. White pleading with her to give me all her

terms and she refused to speak with me, she refused to return any of my calls or messages. Instead she sent me right back to Chatel RE, whom I'd previously informed her that they were refusing me the property & lease application details about the property. This is disgraceful and shameful.

As a business owner, I will be leasing the space based on the terms of my lease. I will also agree to the unjust addition of $300 per month for taxes. I will also have my tax accountant provide financial data to demonstrate the obvious — that I can afford the rent. In reference to the request to remove my option of First Right of Refusal, that would not be a sound business decision nor would it be a fair or just thing to do. My money spends the same as any other buyer, therefore, the owner — especially a licensed real estate should not care about the age, race, gender, source of income and etc of the buyer as long as she gets her money at the settlement table. On these basis — I still expect

to be given 1st Right of Refusal.

Please consider this as an addendum to the previous lease

Brash~ Realty,
Owner

BRA 0060