## AGREEMENT OF ASSIGNMENT

This agreement entered into this 27th day of February 2007 is by and between John Bratton and Bratton Realty, LLC (the "parties"). In consideration for ten dollars, the receipt and validity of which is acknowledged by the parties, Bratton Realty, LLC hereby assigns to John Bratton all its claims and any damages or recovery it may obtain in the litigation pending at the United States District Court for the District of Columbia captioned *John Bratton v. Chatel Real Estate, Inc., et al.*, 06-0694(JDB). This agreement shall be effective immediately.

Dated: February 27, 2007      _____
                              John Bratton

Dated: February 27, 2007      _____
                              Bratton Realty, LLC

PLAINTIFF'S EXHIBIT 44