UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOHN BRATTON,                       )
                                    )
    Plaintiff,                      )
                                    )
        vs.                         )   Civil Action No. 06-694 (JDB)
                                    )
CHATEL REAL ESTATE, INC., *et al.*, )
                                    )
    Defendants.                     )
_____ )

## NOTICE OF SUPPLEMENTAL FILING

Please take notice that Exhibit 8c in support of Plaintiff's Opposition to Defendant Mary White's First Motion for Summary Judgment or, in the Alternative, to Dismiss filed on February 27, 2007 did not load to the electronic filing system. Consequently, plaintiff hereby files Exhibit 8c in two separate attachments, Exhibits 8c1 and Exhibit 8c2.

                                                      Respectfully submitted,

Dated: February 28, 2007                 /s/ Stefan Shaibani
                                                      Stefan Shaibani (Bar No. 490024)
                                                      LITIGATION ASSOCIATE, PLLC
                                                      1150 Connecticut Avenue, N.W.
                                                      Suite 900
                                                      Washington, DC 20036
                                                      Tel: (202) 862-4335
                                                      Fax: (202) 828-4130

                                                      *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed "NOTICE OF SUPPLEMENTAL FILING," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ Stefan Shaibani