**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
JOHN BRATTON,                                    )
                                                                )
    Plaintiff,                                       )
                                                                )
        vs.                                            ) Civil Action No. 06-694 (JDB)
                                                                )
CHATEL REAL ESTATE, INC., *et al.,*      )
                                                                )
    Defendants                                    )
_____)

**NOTICE OF MANUAL FILING**

    Please take notice that Exhibit 38 in support of Plaintiff's Opposition to Defendant Mary White's First Motion for Summary Judgment or, in the Alternative, to Dismiss is the same DVD that was previously filed manually as Exhibit 38 to Plaintiff's Opposition to Defendants Chatel Real Estate, Inc.'s and Thierry Liverman's First Motion for Summary Judgment.

                                                                Respectfully submitted,

Dated: February 28, 2007                         /s/ Stefan Shaibani
                                                                 Stefan Shaibani (Bar No. 490024)
                                                                 LITIGATION ASSOCIATE, PLLC
                                                                 1150 Connecticut Avenue, N.W.
                                                                  Suite 900
                                                                  Washington, DC 20036
                                                                 Tel: (202) 862-4335
                                                                 Fax: (202) 828-4130

                                                                *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2007, I electronically filed "NOTICE OF MANUAL FILING," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ Stefan Shaibani