```
0001
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   -------------------------------------X
 4   JOHN BRATTON,                        :
 5              Plaintiff                 :
 6        v.                              :  Case No.:
 7   CHATEL REAL ESTATE, INC., et al.,    :  1:06CV00694
 8              Defendants                :
 9   -------------------------------------X
10
11            Deposition of THOMAS J. LYNCH
12                   Washington, D.C.
13                Friday, February 9, 2007
14                      1:25 p.m.
15   Job No.: 1-96264
16   Pages 1 - 211
17   Reported by:  Lynn Schindler
18
19
20
21
22
```

0191

```
 1      Q    Okay.  We can put these aside or put them on
 2   the side.  Looking at -- can you get your copy of
 3   Exhibit 5 out?  It's the notes.  You should have your
 4   original back.
 5      A    I should.  Exactly where I put it is --
 6      Q    I saw Mr. Shaibani give it to you.
 7      A    It's called hidden under the book.
 8      Q    And you have written at the top economic
 9   damages, and then you have written on the left-hand
10   margin economic damages again, and you discuss some
11   issues here.  Those pertain to Mr. Bratton.  That
12   information is coming from Mr. Bratton; is that right,
13   on what he claims his economic damages are?
14      A    Well, he obviously has a claim of economic
15   damages.  The question -- what I was talking about him
16   saying I have -- I understand that as I wrote it down
17   here, those are probably more my words than anything
18   else, the panache and the cachet for Georgetown having
19   been operating out of offices in Georgetown myself for
20   a long, long time.  Having to move is an issue.  It's
21   a problem.  I mean, and it's being -- saying, you
22   know, Georgetown as your office as compared to
```

```
0192
 1   somewhere else.
 2       Q    These issues have nothing to do with the
 3   question of whether he was discriminated against;
 4   correct?
 5            MR. SHAIBANI:  Objection.  The damages
 6   obviously relate to his claim.  They follow from it.
 7            MR. RANCK:  That's not the -- really wasn't
 8   what I was asking for in the question.
 9   BY MR. RANCK:
10       Q    I mean, these issues don't have anything to
11   do with whether he was discriminated.  These issues
12   pertain to what damages assuming --
13       A    No, I don't think they have to deal with
14   whether he was discriminated against.  It's the effect
15   of the discrimination is what I'm talking about.
16       Q    Okay.  Now, I don't see anywhere in your
17   report anything concerning damages, any effect of
18   damages.  Is that a fair assessment?
19       A    Fair assessment.
20       Q    I don't believe you were designated to
21   testify to any of that, so I'm not going to --
22            MR. SHAIBANI:  Objection.  That's not --
```

```
0193
 1            MR. RANCK:  You show me where in the report
 2   he discusses the opinions on damages?
 3            MR. SHAIBANI:  His designation is not
 4   limited to liabilities.  I can tell you that.
 5            MR. RANCK:  Can you tell me in his report,
 6   Mr. Shaibani?  Point me to where he had -- offers
 7   opinions?
 8            MR. SHAIBANI:  I don't have to submit any
 9   expert report to have an expert testify.  What makes
10   you think that I can submit an expert report on
11   liability but somehow be precluded from having the
12   expert testify on damages?  I mean, this is the
13   deposition.  You can ask him about the damages.
14            MR. RANCK:  Bob, did you get that?  Bob?
15            MR. BOUSE:  I did.
16            MR. RANCK:  That doesn't comport with my
17   understanding of the federal rules and the requirement
18   that we get a report from the expert, but.
19            MR. SHAIBANI:  You don't have to get a
20   report from an expert.  It could just be a designation
21   of an expert without the report.
22            THE COURT REPORTER:  Doesn't Rule 26 require
```

```
0194
 1   a report prepared -- signed by the expert?
 2           MR. SHAIBANI:  If there is a report.  I
 3   don't believe there are experts required to file a
 4   report.
 5           MR. RANCK:  You don't think in federal court
 6   an expert is required -- there's not required to be an
 7   expert report?
 8           MR. SHAIBANI:  I don't believe that the
 9   expert report has to cover every single issue that the
10   expert is going testify about.
11           MR. RANCK:  Okay.  Well, we'll see about
12   that.  I am specifically not going to question this
13   expert with regard to opinions on damages because they
14   were not previously disclosed, and I can't be taken by
15   surprise at a deposition, not even given this document
16   before the deposition.
17           MR. SHAIBANI:  What document?
18           MR. RANCK:  The document Exhibit 5.  Other
19   than before the day of the deposition as I arrived
20   here.
21           My position, Bob, and I don't know if
22   you can hear me, or join this, is I object, and
```

0195

 1  will move to strike and disallow any testimony by
 2  this witness with regard to damages as not being
 3  previously, that's the word, previously disclosed
 4  and certainly not referenced in the report that's
 5  been provided.
 6          MR. BOUSE:  And I will join that objection
 7  on behalf of Mary White.
 8          MR. SHAIBANI:  I will raise that at the
 9  status conference that you have a second day of
10  deposition, and this is your chance now to prepare for
11  the damages questions if you're going to have any --
12          MR. RANCK:  I don't think so.
13          MR. SHAIBANI:  -- and I will most certainly
14  be -- have -- asking questions about damages at trial.
15  So you can't claim there was a surprise here.  You're
16  having a second opportunity to depose Mr. Lynch on
17  Monday.
18          MR. RANCK:  No, I'm not.  No, I'm not.  It's
19  not a second --
20          MR. SHAIBANI:  Yes, you are.
21          MR. RANCK:  No, I'm not.
22  BY MR. RANCK: