UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON**<br><br>    Plaintiff<br><br>v.<br><br>**CHATEL REAL ESTATE, INC, et al**<br><br>    Defendants. | Case No.: 1: 06CV00694<br><br>**ORAL HEARING REQUESTED**<br><br>Hon. John D. Bates |

## **ORDER**

Upon consideration of Defendants Chatel Real Estate, Inc., and Thierry Liverman's ("Defendants") Motion to Strike Plaintiff's Expert, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007 hereby

ORDERED that the Defendants' Motion is GRANTED; and it is further

ORDERED Plaintiff's designation of Thomas J. Lynch as expert Witness is struck; and it is further

ORDERED that Mr. Lynch will not be permitted to offer expert testimony at the trial of this matter.

_____
Hon. John D. Bates
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Copies to:

**Robert H. Bouse, Jr.**
201 North Charles Street, Ste. 2000
Baltimore, MD 21201
*Counsel for Def. Mary White*

**Stefan Shaibani, Esq.**
1150 Connecticut Ave., NW, 9th Floor
Washington, DC 20036
*Counsel for Plaintiff*

**Matthew A. Ranck, Esq.**
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
*Counsel for Def Chatel Real Estate*
*Thierry Liverman*