UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN BRATTON** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 06-CV-00694 (JDB) |
| **CHATEL REAL ESTATE, INC.** | * | The Honorable John D. Bates |
| and | * | |
| **THIERRY LIVERMAN** | * | |
| and | * | |
| **MARY WHITE** | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT MARY WHITE'S MOTION TO STRIKE PLAINTIFF'S EXPERT

Defendant, Mary White, by her attorney, Robert H. Bouse, Jr., pursuant to the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Columbia, hereby moves this Court to strike Plaintiff's expert, Thomas J. Lynch ("Mr. Lynch"). Mr. Lynch's expert opinions are impermissible legal conclusions and they fail to assist the trier of fact in understanding the evidence or determining a fact in issue under the standards of FED.R.EVID. 702 and 401. Accordingly, they should be precluded and Mr. Lynch should be stricken.

WHEREFORE, for the reasons stated in this Motion and in Defendant's Memorandum of Points and Authorities filed simultaneously herewith, Defendant Mary White respectfully requests that the Court grant her Motion and strike Plaintiff's expert, Thomas J. Lynch.

                                                /s/
                  Robert H. Bouse, Jr. (Bar #MD01926)
                  ANDERSON, COE & KING, LLP
                  201 North Charles Street, Suite 2000
                  Baltimore, Maryland 21201
                  Telephone: 410-752-1630
                  Fax: 410-752-0085
                  *Attorney for Mary White*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February 2007 copies of the foregoing Motion and Memorandum of Points and Authorities was served by electronic mail upon:

Stefan Shaibani, Esquire
Litigation Associate, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, D.C. 20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esquire
Eccleston & Wolf, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
*Counsel for Defendants*

                                                /s/
                  Robert H. Bouse, Jr. (Bar #MD01926)