UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN BRATTON** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 06-CV-00694 (JDB) |
| **CHATEL REAL ESTATE, INC.** | * | The Honorable John D. Bates |
| and | * | |
| **THIERRY LIVERMAN** | * | |
| and | * | |
| **MARY WHITE** | * | |
| Defendants | * | |

******************

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Supplement Rule 26(a)(2) Disclosures, Defendant, Mary White's Opposition thereto, and all other responses, replies and oral arguments in support thereof or opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, **ORDERED** that

1. Plaintiff's Motion for Leave to Supplement Rule 26(a)(2) Disclosures be, and hereby is, **DENIED**.

_____
The Honorable John D. Bates
United States District Court for
 the District of Columbia

cc:

Stefan Shaibani, Esquire
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, D.C. 20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esquire
Nicholas B. Reuhs, Esquire
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
*Attorneys for Defendants, Chatel
Real Estate, Inc. and Thierry Liverman*

Robert H. Bouse, Jr., Esquire
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
*Attorney for Mary White*