```
0001
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    - - - - - - - - - - - - X
 4    JOHN BRATTON              :
 5        Plaintiff,            :
 6    vs.                       :  Case No.:
 7                              :  1:06CV00694
 8    CHATEL REAL ESTATE, INC., :
 9    et al                     :
10        Defendants.           :
11    - - - - - - - - - - - - X
12                                Washington, D.C.
13                     Thursday, January 11, 2007
14    Deposition of:
15                    THIERRY LIVERMAN
16    called for oral examination by counsel for
17    Plaintiff, pursuant to notice, at the offices
18    of Litigation Associate, PLLC, 1150 Connecticut
19    Avenue, N.W., Suite 900, Washington, D.C.,
20    before Jodi Scheffel, a Notary Public in and for
21    the District of Columbia, beginning at 10:20 a.m.,
22    when were present on behalf of the parties:
```

```
0120
 1   lease as the expiration of its term?
 2       A    That's D.C. law.
 3       Q    Why is it that the lease drafted between
 4   Ms. White and John Bratton has that provision
 5   crossed out?
 6            MR. RANCK:  The final lease?
 7            MR. SHAIBANI:  Yes.
 8            MR. RANCK:  Objection; calls for
 9   speculation.
10            MR. BOUSE:  I object.
11            THE WITNESS:  I didn't prepare the final
12   lease.  I can't answer.
13   BY MR. SHAIBANI:
14       Q    Can you tell us who prepared it?
15       A    No, because I wasn't involved.  I could
16   guess, but you don't want me to guess.
17       Q    You weren't involved, as in Chatel wasn't
18   involved in drafting a lease, or you personally
19   were not involved at Chatel?
20            MR. RANCK:  Again, the final lease of
21   October 31st that's executed between Ms. White and
22   Mr. Bratton?  Is that what you're talking about?
```

```
0121
 1            MR. SHAIBANI:  Yes.
 2   BY MR. SHAIBANI:
 3       Q    Wasn't there a fax sent specifically from
 4   John Gordon Forester to Chatel stating that these
 5   are the terms of the lease and those terms were to
 6   exclude the right of first refusal and an option to
 7   renew?
 8       A    Well, the documents speak for themselves.
 9   Gordon Forester first said, you know, here, I want
10   you to change this and do this.  And I said, John
11   or Gordon, make it easy.  Here's an electronic copy
12   of the lease.
13       Q    Is it your testimony that Chatel had no
14   involvement with the drafting of the final lease
15   between Mary White and John Bratton?
16       A    That's not my testimony.  My testimony
17   is, except for the limited involvement that I just
18   described, we had no other involvement.
19            MR. RANCK:  Maybe you can clarify whether
20   you mean drafting or negotiating the terms because
21   drafting, in some sense, implies typing what others
22   have said or, in this case, transmitting an
```

```
0122
 1   electronic document.
 2       Q   Well, transmitting the electronic
 3   document, I guess I want to find out if the
 4   provisions that are crossed out on the boilerplate
 5   Chatel commercial lease, if Chatel crossed those
 6   provisions out in the final lease that was executed
 7   between John Bratton and Mary White?
 8       A   The answer, as it was a minute ago, is we
 9   did not prepare the final lease, and therefore
10   anything struck out in there was not struck out by
11   us.
12       Q   Would you agree that Mary White crossed
13   those provisions out?
14           MR. RANCK:  Objection; speculation.
15       A   I do not know.
16           MR. RANCK:  He just said he wasn't
17   involved in that part of it.
18       Q   Did she ever tell you who prepared that
19   lease?
20       A   No, she did not.
21       Q   Did John Gordon Forester inform you who
22   prepared the lease?
```

```
0123
 1            MR. RANCK:  Let me object --
 2      A     Not in such words.
 3            MR. RANCK:  -- let me object on the
 4   ground the question is vague and the use of the
 5   term compared.
 6   BY MR. SHAIBANI:
 7      Q     Drafted, crossed out the provisions.
 8      A     You should know that years ago John or
 9   Gordon -- what he goes by -- was with the law firm
10   that Richard Luchs is with and worked with him.  He
11   was not a new name.
12            MR. RANCK:  I'm happy to have the witness
13   step out, if you want, Mr. Shaibani, while I
14   explain my problem with your question.  My problem
15   is, you're using terms like drafting and prepared
16   and who struck out.  The fact is, Mr. Bratton, as I
17   understand it, doesn't allege those things were
18   struck out before he signed it.  He negotiated the
19   lease with Mr. Forester, is our understanding.  The
20   lease was prepared in its final form and then
21   everybody, Mr. Bratton and his wife, signed it.
22            So my position would be, Mr. Bratton also
```

```
0142
 1   the first stage of, as I call it, a tennis match.
 2   There are other blanks in the document.
 3       Q    If you would now take a look at Exhibit
 4   10.
 5       A    Uh-huh.
 6            MR. RANCK:  Stefan, maybe when you're
 7   done with this exhibit and this line, it would be a
 8   good time to break?
 9            MR. SHAIBANI:  Yes.
10   BY MR. SHAIBANI:
11       Q    This exhibit that's designated CH007 is
12   the Commercial Agreement of Lease between Mary
13   White and John Bratton --
14       A    Is that the exhibit or just the first
15   page?
16            MR. RANCK:  That's just the first page.
17       Q    -- that's dated October 31st of '05, do
18   you see the signature of Mary White on the page
19   designated as CH14?
20       A    Yes.
21       Q    Is it your testimony that, aside from
22   sending an electronic version of this document to
```

```
0143
 1   John Gordon Forester, Chatel had no involvement
 2   whatsoever in drafting this lease?
 3        A    No.  I'll testify, as I did a while ago,
 4   the first time Gordon called me, he wanted some
 5   changes made.  I made them.  Then, when he calls
 6   back the next day and he has more changes, I said,
 7   Gordon, let's do this the easy way.  Let me just
 8   send you the form.
 9        Q    Which of the changes did he first request
10   you to make?
11        A    I have no recollection of that.
12        Q    Do you see paragraph 41 on page six of
13   this document, which is CH12?
14        A    Okay.
15        Q    Do you see this paragraph being crossed
16   out?
17        A    Yes, sir.
18        Q    Does that signify to you that Mary White
19   declined to give the right of first refusal to John
20   Bratton in this lease?
21             MR. BOUSE:  I object.
22             MR. RANCK:  Objection.  The document
```

```
0222
 1      Q    Did Mary White have any communication
 2   with you after Roberta Medlin informed her that she
 3   was not leasing the property?
 4           MR. BOUSE:  Object.
 5      A    I can't answer the question.  It's too
 6   broad.
 7      Q    From October 13th through October 31st.
 8      A    I think I've testified the communication
 9   I had after that was with Gordon Forester.  It
10   wasn't with Mary.  It was directly with Gordon.
11      Q    Can you tell us the substance of your
12   conversations aside from the lease terms and you're
13   sending him an electronic version of it?
14      A    There was none.  That's what we talked
15   about.
16      Q    Did you talk to Mary White in November of
17   '05?
18           MR. BOUSE:  About?  Did he ever have any
19   conversations with her?
20   BY MR. SHAIBANI:
21      Q    About John Bratton, the discrimination
22   claim, the property or any related matters.
```