IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0694 (JDB) |
| | ) |
| **CHATEL REAL ESTATE, INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Plaintiff, John Bratton, through his counsel, Stefan Shaibani, respectfully requests the Court to grant him an extension of time within which to file his Second Motion for Leave to Amend. Following the status conference held in this case in February 2007, the Court set forth a briefing schedule pertaining to defendants' motions for summary judgment and to strike plaintiff's expert. The Court also extended the discovery cut-off for 30 days for the limited purpose of allowing plaintiff to receive financial information from Mary White and to depose her witness. Counsel informed the Court that plaintiff would be filing a motion for leave to amend his complaint to add new parties. The Court, however, did not set a filing deadline for plaintiff's motion for leave to amend.

Plaintiff intends to file a motion for leave to amend and a second amended complaint to add Bratton Realty, LLC as a new plaintiff and Mary White, Inc. as a new defendant. Plaintiff notes that his addition of Mary White, Inc. as a new defendant at this stage is due to Mary White's 6-month delay in producing the business liability insurance policy issued by Hartford to Mary White, Inc. This policy should have been produced by Mary White last summer as part of her Rule 26(a)(1) initial disclosures. Despite numerous demands by counsel, Mary White

belatedly produced this policy *after* the deadline for adding new parties had already passed and pursuant to the Court's two oral orders following telephone conferences with counsel. The policy indicates that it was issued by Hartford to Mary White, Inc., not Mary White. Had plaintiff known that Mary White, Inc. is the named insured on the $1 million business liability policy issued by Hartford, plaintiff would have added Mary White, Inc. as a defendant long ago based on its active involvement in leasing the property to John Bratton.

Plaintiff recently filed his oppositions to defendants' First Motion for Summary Judgment. Plaintiff respectfully requests an extension of time until March 17, 2007, within which to file his motion for leave to amend and the second amended complaint. Although there is no deadline currently in place for filing this motion, plaintiff has made references to this motion in his summary judgment oppositions, and the motion may be pertinent to determining the outcome of the summary judgment motions. The 10-day extension is necessary because counsel had an evidentiary hearing last week in another court and is now engaged in post-hearing motions and discovery on an expedited basis. Further, counsel's office has limited resources and numerous client matters to attend to. Consequently, counsel has been unable to finalize plaintiff's second amended complaint and requests 10 days from today to do so.

Plaintiff further notes that Mary White has failed to produce the discovery it was supposed to pursuant to the Court's Order following the February status conference. In addition, Chatel filed its reply to its First Motion for Summary Judgment yesterday, even though it was due on Friday, presenting arguments against plaintiff's upcoming motion for leave to amend.

For the above reasons, plaintiff respectfully requests an extension of time of 10 days, through and including March 17, 2007, within which to file his motion for leave to amend and second amended complaint.

Respectfully submitted,

<u>/s/ Stefan Shaibani</u>
Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: 202-862-4335
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I electronically filed "PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME" and that service was thus effected upon defendants' counsels in accordance with the local rules of this Court.

/s/ Stefan Shaibani