## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0694 (JDB) |
| | ) |
| **CHATEL REAL ESTATE, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Upon consideration of plaintiff's motion for an extension of time, defendants' responses thereto, and all other pertinent papers, it is hereby

ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED; it is further

ORDERED that Plaintiff shall file his Second Motion for Leave to Amend and Second Amended Complaint on or before March 17, 2007.

_____
Judge, U.S. District Court