UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 06-694 (JDB) ) |
| CHATEL REAL ESTATE, INC., *et al.,* | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S RENEWED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff, John Bratton, respectfully requests the Court for an extension of time until March 17, 2007 within which to file his second motion for leave to amend. On March 7, 2007, Robert Bouse, counsel for Mary White, and Matthew Ranck, counsel for Chatel Real Estate, Inc. and Thierry Liverman, consented to the relief sought in plaintiff's motion. Defendants' counsels, however, indicated that they would oppose plaintiff's second motion for leave to amend.

For the above reasons, plaintiff respectfully requests the Court for an extension of time until March 17, 2007, within which to file his second motion for leave to amend. In support of this motion, plaintiff incorporates by reference his Motion for an Extension of Time filed on March 6, 2007.

2

        Respectfully submitted,

Dated: March 7, 2007        /s/ Stefan Shaibani
        Stefan Shaibani (Bar No. 490024)
        LITIGATION ASSOCIATE, PLLC
        1150 Connecticut Avenue, N.W.
        Suite 900
        Washington, DC 20036
        Tel: (202) 862-4335
        Fax: (202) 828-4130

        *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I electronically filed "PLAINTIFF'S RENEWED MOTION FOR AN EXTENSION OF TIME," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ Stefan Shaibani