UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
|    Plaintiff, | ) |
| vs. | ) Civil Action No. 06-0694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Renewed Motion for an Extension of Time, Defendants' consent to the relief sought in the motion, and all other pertinent papers, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that Plaintiff shall file his Second Motion for Leave to Amend on or before March 17, 2007.

Dated: _____, 2007

_____
Judge, U.S. District Court