```
 1              UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3   JOHN BRATTON                  *

 4         Plaintiff               *

 5   vs.                           *    Case Number:

 6   CHATEL REAL ESTATE, INC.,     *    1:06CV00694

 7   et al.,                       *

 8         Defendants              *

 9   *     *     *     *     *     *

10         THE DEPOSITION OF JOHN H. BRATTON

11         The Deposition of John H. Bratton, taken

12   in the above-captioned case on Friday, January 19,

13   2007, commencing at 10:00 a.m., at the law offices

14   of Eccleston & Wolf, 2001 S Street, Northwest,

15   Suite 310, Washington D.C. 20009, and reported by

16   Monique Kastner, Court Reporter and Notary Public.

17

18

19              EVANS REPORTING SERVICE
           Two North Charles Street, Suite 950
20              Baltimore, Maryland 21201
                     (410) 727-7100
21                   (800) 256-8410
```

Page 98

1  ever told me her name.
2    Q  You didn't know her name at the time?
3    A  No. I didn't know her name at the
4  time.
5    Q  All right. And what happened after you
6  mentioned Mr. Pagones' name?
7    A  She then said, "Have a seat" or "Hold
8  on a moment," and she went to the back and she
9  got -- she told John that I was out there. She
10 came back to her desk, sat down and said, "He'll be
11 right with you."
12   Q  Okay. And then he came out?
13   A  I wouldn't say he came out. I would
14 say he came to the area. He never came up to me.
15 He never came within handshaking distance of me, so
16 I then had to walk to him. He was talking to me
17 from a distance. So I walked towards him, towards
18 the back area behind Hope's desk and told him why I
19 was there.
20   Q  Okay. And what did you tell him?
21   A  I told him that I just toured the

Page 99

1  property. I told him I was a real-estate agent and
2  a broker, and I was thinking about putting my
3  brokerage firm here in Georgetown. That's the
4  perfect fit, exact same size I'm looking for. It's
5  street level, exactly what I was looking for, and
6  that I was interested in doing an application to
7  lease.
8    Q  Okay. Did you indicate to him that you
9  were only interested in the street level or did you
10 specify the street level? Did you say the whole
11 property? What do you recall about that?
12   A  I spoke about the street level.
13   Q  Okay. Why didn't you mention anything
14 about the basement level at that time?
15   A  There was no need to mention anything
16 about the basement. I was asking about the whole
17 property, but I specifically said that I just
18 toured the main level, which is what I'm most
19 interested in.
20   Q  Okay. And what was his response?
21   A  His response was -- he broke out into a

Page 100

1  cold sweat, and it was not a hot day. He turned
2  red, he became flustered and extremely nervous. I
3  tried to ignore it, but it was very evident. It
4  was very obvious. He was very awkward in talking
5  with me, very on edge.
6         And so then he finally -- at this
7  point, he finally goes and sits behind the desk
8  that was back there. And I -- and then I sit at
9  the desk, and I started asking him a couple
10 questions about the property.
11   Q  Okay. Let me apologize and interrupt.
12      I asked you how did he respond, and you
13 described a bunch of physical characteristics --
14   A  That's a response to me.
15   Q  Okay. Let me finish my question.
16      You described a bunch of physical
17 characteristics. You didn't say that he verbalized
18 anything. Did he say anything?
19   A  When I asked him about the property,
20 his response was at the same time of the things I
21 just described to you. He said that -- he asked me

Page 101

1  how did I find out about the property.
2    Q  Okay.
3    A  I told him the same thing I just told
4  you. And the way he asked the question was very
5  defensive; like how did I find out about the
6  property, how did I get into this property type of
7  thing.
8       I reiterated that I was a broker and I
9  was an agent, but that's not how I got into the
10 property. Barrett Anderson was in the office and
11 he gave me a tour, I said, "But Barrett couldn't
12 answer all my questions. That's why I'm here."
13   Q  So --
14   A  So he said, "Well, what do you want to
15 know?"
16   Q  Okay.
17   A  That was one of the first things that
18 he said to me.
19   Q  All right. Let me stop you there for a
20 second.
21   A  Sure.

26 (Pages 98 to 101)