UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON, )
)
   Plaintiff, )
)
vs. ) Civil Action No. 06-694 (JDB)
)
CHATEL REAL ESTATE, INC., *et al.*, )
)
   Defendants. )
)

### AFFIDAVIT OF JOHN BRATTON

I, John Bratton, declare as follows:

1. I have been emotionally affected by defendants' discriminatory behavior towards me.

2. My long term goal as a real estate developer has always been to own a business in Georgetown.

3. Prior to these events, I was always full of life and extremely motivated in working towards my goals.

4. When I first attempted to enter into a lease agreement with defendants, I was well-aware that I was being discriminated against and lied to.

5. However, I continued to press on to achieve my goal of signing the lease for the 1622 Wisconsin Avenue Property because I wanted to achieve my long-time goal.

5. The blatant violation of my civil rights has crushed my spirit and devastated my emotional state of being.


EXHIBIT 6

6.  As a result of Defendants' discriminatory animus, I am now suffering from depression; something very difficult for an individual, such as myself, to admit to because I have always been the one with the "optimistic" and "upbeat" persona.

7.  I am devastated by defendants' actions and behavior.

8.  It has been sixteen months since these events began and I continue to battle with depression and the emotional trauma.

9.  I have always been the strong one who others turn to for advice, positive energy, and strength.

10. Despite working hard to maintain a positive outlook, those around me have noticed the change in my disposition and energy level.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 21, 2007

John Bratton