UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 06-0694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

## **ORDER**

Upon consideration of Plaintiff's Second Motion for Leave to Amend, defendants' opposition to the motion, and all other pertinent papers, it is hereby

ORDERED that Plaintiff's Second Motion for Leave to Amend is GRANTED; it is further

ORDERED that the Second Amended Complaint shall be deemed filed on _____, 2007.

Dated: _____, 2007     _____
                                                                                       Judge