UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON,<br><br>Plaintiff,<br><br>v.<br><br>CHATEL REAL ESTATE, INC., et al.,<br><br>Defendants. | Civil Action No. 06-694 (JDB) |

### SCHEDULING ORDER

Pursuant to the conference with the Court held on this date, and upon consideration of the parties' joint report and proposed scheduling order, it is this <u>25th</u> day of <u>July</u>, 2006, hereby

**ORDERED** that:

1. This matter is referred to Magistrate Judge Alan Kay for the sole purpose of facilitating settlement discussions for a period of not more than forty-five (45) days -- that is, through September 8, 2006.

2. The parties shall complete the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by not later than August 25, 2006.

3. Each party shall be limited to no more than ten depositions, and the parties shall serve on each party no more than twenty-five interrogatories, twenty-five requests for document production, and twenty-five requests for admission. Plaintiff may serve separate discovery requests on each of the defendants. To the extent permitted by law and the Federal Rules of Civil Procedure, the parties may serve subpoenas on third parties for production of documents and depositions. All written requests for discovery shall be served by not later than October 13, 2006.

4. Plaintiff shall designate experts, if any, and provide expert reports pursuant to Rule 26(a)(2) by not later than October 27, 2006. Defendant shall designate experts, if any, and provide expert reports pursuant to Rule 26(a)(2) by not later than November 27, 2006. Plaintiff shall provide rebuttal reports, if any, by not later than December 11, 2006.



PLAINTIFF'S EXHIBIT 45

5.  The parties shall appear for a status conference with the Court at 9:30 a.m. on January 9, 2007.

6.  The parties shall complete all discovery by not later than January 16, 2007.

7.  The parties shall file any dispositive motions by not later than February 16, 2007. Briefs in opposition to such motions are due by not later than March 16, 2007. Replies, if any, are due by not later than March 30, 2006.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Stefan Shaibani
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, 9th Floor
Washington, DC 20036
Email: stefan@litigationassociate.com

*Counsel for plaintiff*


William Leonard Mitchell, II
Matthew A. Ranck
ECCLESTON & WOLF, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009-1125
Email: wmitchell@ewdc.com
Email: ranck@ewmd.com

*Counsel for defendants Chatel Real Estate, Inc. and Thierry Liverman*


Robert H. Bouse, Jr.
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
Email: bouse@acklaw.com

*Counsel for defendant Mary White*