# D. C. OFFICE OF HUMAN RIGHTS



IN THE MATTER OF          ]

JOHN BRATTON            ]

     COMPLAINANT   ]   Docket No. 06-026-H (CN)

V.                              ]

CHATEL REAL ESTATE, INC.  ]

     RESPONDENT    ]

_____

    These answers to Interrogatories and Requests for Production of Documents are on behalf of Mary White, Inc.

    1. State the business structure of your organization (i.e., corporation, partnership, tax-exempt non-profit) and the place or organization or formation of the business.

    <u>Answer:</u> Mary White, Inc. is a corporation, organized and qualified to do business in the District of Columbia.

    2. State if the property at 1622 Wisconsin Ave. NW, Washington, DC receives federal funding, if so please identify the type of funds it receives.

    <u>Answer:</u> No, the property does not receive any federal funds.

    3. Provide the following information for all owners, in whole or in part, of the property located at 1622 Wisconsin Ave., NW, Washington, DC, name, address, type of ownership, and a list of all other properties in which an ownership interest is held.

    <u>Answer:</u> Mary White is the sole owner of the property at 1622 Wisconsin Avenue, NW, in fee simple absolute. Her home address is 1241 33rd Street, NW, Washington, DC, 20007. Other than her home, neither she nor Mary White, Inc. own any other property.

    4. Identify and state the correct business name and address of the Respondent named in



Exhibit 2

BRA 0187

the charge, the property owner and property management company if applicable.

Answer: To the best of my knowledge, the correct name of the Respondent is Chatel Real Estate, Inc. with offices at 3210 N Street, NW, Washington, DC 20007 and at 1929 18th Street, NW, Washington, DC 20009. The Respondent is a property management company.

5. Identify the officers, agents, and employees whose duties include the day-to day operation of the business entity? Please state their name, title, address and telephone number.

Answer: Mary White, Inc. has only one employee at the present time. His name is E. Barrett Anderson. He is a contract employee and the temporary office manager at 1622 Wisconsin Avenue, NW.

6. Submit a written position statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate. Also include any additional information and explanation you deem relevant to the charge.

Answer: I deny all claims of discrimination based on race or "looks". I have never seen the Complainant and did not know that he is African American until sometime on or about October 12, 2005. The rent did not change. In fact, it was listed at $2,500 on the MLS and this is the amount in the executed lease. Mr. Bratton submitted a proposed lease on October 7, 2005 for the street level space only. It was made clear to him that the lower space was being used by Mary White as my office. He was never offered a right of first refusal nor an option to renew for a third year. My lawyer negotiated the lease and required Mr. Bratton to submit his federal tax returns for the past two years, which indicated that his net income was considerably less than the $600,000 he initially claimed on his application and the $425,000 on a subsequent submission. My lawyer also required the Complainant to sign the lease personally. A copy of Mr. Bratton's proposed lease dated October 7, 2005 is attached as Exhibit 1 and the MLS listing is attached as Exhibit 2.

7. Provide a copy of the Complainant's potential tenant's agreement and all notes and

BRA 0188

documents that are related to the referenced complaint.

Answer: The lease, as executed by the parties, is attached. In addition, the following documents pertaining to the lease are attached:

a. Fax from Chatel to Mary White.

b. Addendum to lease prepared by John Bratton.

c. Credit report ordered by Chatel Realty on John Bratton.

d. Rental Application by John Bratton.

e. Letter dated October 7, 2005 from John Bratton to Mary White.

f.. Fax from J. Gordon Forester to Chatel Real Estate dated October 26, 2005.

g. Fax from Chatel to Forester dated October 26, 2005.

h. Lease as executed by John Bratton and Mary White.

i. Letter dated October 31, 2005 from Forester to John Bratton.

j. Letter dated October 31, 2005 from Forester to John Bratton, sent by messenger.

k. Letter from Forester to John Bratton dated October 27, 2005 sent by messenger.

l. Letter from John Bratton to Forester dated October 28, 2005.

m. Financial information provided by John Bratton.

n. Letter dated October 26, 2005 from John Bratton to Forester.

0. Letter to John Bratton from Forester dated October 26, 2005.

p. Letter dated October 19, 2005 from Forester to John Bratton.

q. Letter from Forester to John Bratton dated October 18, 2005.

r. Letter from John Bratton to Gordon Forester dated October 19, 2005.

s. Letter from John Beito, CPA to Forester, which attached Schedule C of John Bratton for 2003 and 2004.

8. Identify any Fair Housing or diversity training that the management and staff has attended, identify who provided the training and when the training was provided and what staff

BRA 0189

attended the training.

Answer: I have attended numerous classes in fair housing and diversity training over the years, provided by GCAAR. These courses are required for renewal of my Broker's license.

9. Identify all African-American or other racial minority tenants that you have leased or sold property to within the last year.

Answer: We do not keep records by race, color, creed, religion or sexual orientation.

10. Identify other leased properties currently held, or managed where tenant is required to pay property taxes.

Answer: I do not own or manage any other leased properties.

11. Identify the person(s) to whom the property at 1622 Wisconsin Ave .NW, Washington, D.C. was being negotiated with during the month of October 2005.

Answer: I do not understand the question. If you mean who was negotiating the lease for the subject property on my behalf, it was John Gordon Forester, Jr., Attorney at Law.

12. Identify the person(s) who signed a lease for the property located at 1622 Wisconsin Ave., NW, Washington DC during the month of October 2005

Answer: The lease was signed by John Bratton and Mary White.

13. Identify whether the property located at 1622 Wisconsin Ave., NW, Washington, DC is still being listed for rent as of today, October 25, 2005.

Answer: Not to my knowledge.

14. Identify how many people within the last year who have attempted to rent or buy the property located at 1622 Wisconsin Ave, NW, Washington, DC.

Answer: The only person who attempted to rent the subject property, in addition to John Bratton, is Roberta J. Medlin of Kansas City, Missouri. This property has not been for sale.

## REQUEST FOR DOCUMENTS



BRA 0190

15. Provide copies of all documents discussing or containing instructions given to management, brokers, staff, volunteers, or other employees about the rules, regulation, policies and procedures to be followed in the management and leasing of the property.

Answer: There is none.

I, Mary White, having reviewed the above, affirm that the statements and documents contained herein are true and correct to the best of my knowledge and belief.

_____
Signature

_____
Title

SUBSCRIBED AND SWORN to before me this 16th day of November 2005.

_____
Notary Public

**Donleigh Honeywell**
Notary Public, District of Columbia
My Commission Expires 06-14-2009



BRA 0191