## LITIGATION ASSOCIATE, PLLC

CONNECTICUT BUILDING, NINTH FLOOR, 1150 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036
TELEPHONE: (202) 862-4335
FAX: (202) 828-4130

**By First Class Mail**  
Robert H. Bouse, Jr.  
Anderson, Coe & King, LLP  
201 N. Charles Street, Suite 2000  
Baltimore, MD 21201  
Tel: (410) 752-0085  
Fax: 410-752-0085  

September 6, 2006

Re:   John Bratton v. Chatel Real Estate, Inc., 06-0694 (JDB)

Dear Mr. Bouse,

    We are in receipt of your Rule 26(a)(1) initial disclosures in the above-captioned matter. You have not provided us with Barrett Anderson's current address and telephone number. Nor have you produced a copy of the insurance policy issued by Hartford to Mary White in connection with this case. Consequently, your initial disclosures are incomplete.

    We request that you provide this material to us **within 10 days.** If we do not receive this material from you, we will be compelled to seek appropriate relief from the Court.

Very truly yours,

*[signature]*

Stefan Shaibani

PLAINTIFF'S EXHIBIT A