## stefan shaibani

**From:** Bob H. Bouse [Bouse@acklaw.com]
**Sent:** Tuesday, September 12, 2006 4:50 PM
**To:** stefan shaibani
**Subject:** RE: Bratton v. Mary White

Let's ask every lawyer we know what "we will be compelled to seek appropriate relief from the Court" means. As soon as I get the policy and Mr..Anderson's address if I do you will get it that day.

---

**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
**Sent:** Tuesday, September 12, 2006 4:44 PM
**To:** Bob H. Bouse
**Subject:** RE: Bratton v. Mary White

I had asked you for Barrett Anderson's contact info when we met at the Courthouse for mediation. I have not received it yet. And I did not threaten sanctions against you in my letter.

---

**From:** Bob H. Bouse [mailto:Bouse@acklaw.com]
**Sent:** Tuesday, September 12, 2006 4:19 PM
**To:** stefan shaibani
**Cc:** Matt Ranck
**Subject:** RE: Bratton v. Mary White

Generally, there is a courtesy by and between counsel. In my initial disclosure I did identify Barrett Anderson but indicated that I did not have his new address and that I would produce the Hartford Policy in due course. I do not have to investigate the whereabouts of Mr.. Anderson. If my client does not have his new address she doesn't have it. Since your client in a letter called him most helpful and courteous I certainly want to find him. If I do, then I will provide you with his address. A simple phone call to ask about these things will get you a lot more rather then firing off your letter threatening sanctions.

---

**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
**Sent:** Tuesday, September 12, 2006 4:05 PM
**To:** Bob H. Bouse
**Cc:** 'Matt Ranck'
**Subject:** RE: Bratton v. Mary White

Mr. Bouse: These are not "self-imposed time limits." The Court's scheduling order required you to identify the current address and telephone number of Mr. Anderson and to produce the Hartford Policy. You have not done so. I have given you additional time to do this. The written discovery cut-off is arriving, and I have yet to receive any documents from Chatel in connection with its "initial disclosures" as well as the address and telephone number of Barrett Anderson on whom I intend to serve a subpoena. Roberta Medlin has completely ignored the subpoena that I served on her after spending over $500 to serve her. John Pagones has failed to give me the documents I requested in the subpoena.

If Ms. White is unable to obtain the current address for Barrett Anderson, you or her personal attorney could do so.

PLAINTIFF'S EXHIBIT B
ALL-STATE LEGAL®

3/6/2007

I shall await your responses. And yes, this case had already been an unpleasant experience for me with respect to Chatel and Mr. Ranck. It is not going to get any better without your cooperation.

---

**From:** Bob H. Bouse [mailto:Bouse@acklaw.com]
**Sent:** Tuesday, September 12, 2006 2:59 PM
**To:** stefan shaibani
**Cc:** Matt Ranck
**Subject:** Bratton v. Mary White

Stefan: I do not have the new address for Barrett Anderson. M's White is trying to ascertain this. She is limited because of surgery to replace her knee. As soon as I get an address whether it is his old address or new, I will send it to you. I have requested a copy of the Hartford Policy. As soon as I get it you will.

If this case is going to be conducted with you threatening sanctions with self imposed time limits, we are going to have a very unpleasant experience, and if I have to I will go to the Court to discuss these issues. Bob

*Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
410-752-1630
(Direct Line: 443-573-9301)
(Fax: 410-752-0085)*

This message is for the personal and confidential use of the person to whom it is addressed and may contain information that is legally protected under the attorney-work product, attorney-client communication, joint defense or other recognized privileges. If you have received this email in error or if you are not one of the addressees to whom it was originally directed, your receipt of this message is unauthorized and no copying, retransmission or other use is authorized. Please delete this message immediately.