## stefan shaibani

| | |
|---|---|
| **From:** | Bob H. Bouse [Bouse@acklaw.com] |
| **Sent:** | Wednesday, October 04, 2006 12:30 PM |
| **To:** | stefan shaibani |
| **Cc:** | Matt Ranck |
| **Subject:** | RE: Bratton v. White |

I did mean the 13th. If I prepare an extension for the extension of time how long do you want since I am filing today Interrogatories and Documents request to you today. Thanks, for your cooperation.

---

**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
**Sent:** Wednesday, October 04, 2006 12:22 PM
**To:** Bob H. Bouse
**Cc:** 'Lauren D'Agostino'; 'Laura Hough'
**Subject:** RE: Bratton v. White

Please advise as to what you mean by "next Friday." If you mean October 13th, that would be after the written discovery cut-off which is too late. If you have difficulties obtaining responses and documents from your client, you may wish to stipulate to an extension of the written discovery cut-off as to plaintiff's requests to Mary White. It has been several weeks since we sent you our discovery requests.

Further, I cannot imagine that you have no other documents in response to our request for production.

---

**From:** Bob H. Bouse [mailto:Bouse@acklaw.com]
**Sent:** Wednesday, October 04, 2006 12:17 PM
**To:** stefan shaibani
**Subject:** RE: Bratton v. White

Steffan: I spoke with your paralegal about the difficulty I have had getting together with M's White and Mr. Forrester. Mr Forrester was away and M's White is still limited and going through P.T. because of her knee replacement surgery. I do not have any other documents other than what I produced with our initial disclosure. I hope to have Answers to you by next Friday and I asked your cooperation as to that point.
Bob

---

**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
**Sent:** Wednesday, October 04, 2006 12:13 PM
**To:** 'Matt Ranck'
**Cc:** Bob H. Bouse
**Subject:** RE: Bratton v. White

I do not believe that you have ascertained whether Chatel still is in possession of the lease faxed to Medlin's Kansas home. You are assuming that the lease was discarded or never existed. That is not so. We have a witness testifying in a deposition that the lease was faxed to her by Chatel.

PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL®

3/6/2007

Further, my deadline of Monday is not arbitrary because the written discovery cut-off is October 13th.

I should also like to mention that Mr. Bouse has not sent us ANY documents in response to our request for production of documents. Mr. Bouse has also not sent us the responses to our interrogatories. If I do not receive this material by Monday, I will be filing a motion to compel.

---

**From:** Matt Ranck [mailto:Ranck@ewmd.com]
**Sent:** Wednesday, October 04, 2006 12:10 PM
**To:** stefan shaibani
**Cc:** Bob H. Bouse
**Subject:** RE: Bratton v. White

Dear Stefan:

First, Chatel cannot produce what it does not have, and what may never have existed.

Second, I will certainly provide a privilege log as to any documents withheld on the basis of privilege, other than communications between Chatel and its counsel or its insurance carrier (if, in fact, any were withheld) . I am not obligated to provide a log as to counsel's or the carrier's communications with Chatel, nor do I believe it would be appropriate to do so.

Third, I will be in deposition Thursday and Friday, and will not have an opportunity to address these issues fully by Monday. Under these circumstances, I do not believe that your arbitrary Monday deadline constitutes a good faith effort to resolve a discovery dispute.

Finally, please confirm for me that I have been sent copies of ALL DOCUMENTS or other responsive materials that you have received in response to any subpoenas you have issued.

Obviously, if you disagree with any of the comments or positions contained herein, I am sure you will file whatever you deem appropriate. However, these all appear to be issues that counsel ought to be able to resolve on our own, without burdening the Court with unnecessary paper pertaining to discovery disputes, and without needlessly increasing the costs to our clients.

Thank you.
Matt

>  -----Original Message-----
>  **From:** stefan shaibani [mailto:stefan@litigationassociate.com]
>  **Sent:** Wednesday, October 04, 2006 11:46 AM
>  **To:** Matt Ranck
>  **Cc:** 'Lauren D'Agostino'; 'Laura Hough'
>  **Subject:** RE: Bratton v. White
>
>  I'm afraid that won't be satisfactory. Chatel should have maintained these documents in its case file. It cannot selectively produce what it wishes. Please ask Chatel to produce this document to us.
>
>  Further, I would request Chatel to provide us with a privilege log in connection with its document production request. Chatel cannot assert privilege without describing the document in sufficient specificity, including author and recipient, date, and

3/6/2007

subject matter, to support its assertion of privilege.

If we do not receive this material by next Monday, we will file a motion to compel.

---

**From:** Matt Ranck [mailto:Ranck@ewmd.com]
**Sent:** Wednesday, October 04, 2006 11:41 AM
**To:** stefan shaibani
**Subject:** RE: Bratton v. White

I recognize that. However, it would have been Ms. Medlin's received copy that would've had that, but she did not keep it and therefore wasn't able to produce it. As I noted before, Chatel has produced the responsive documents it has. If anything else should be discovered, it will also be produced.

>-----Original Message-----
>**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
>**Sent:** Wednesday, October 04, 2006 10:51 AM
>**To:** Matt Ranck
>**Subject:** RE: Bratton v. White
>
>None of the leases produced by Chatel contain a time-date stamp from the fax machine indicating Medlin received in it Kansas City, Missouri.

---

**From:** Matt Ranck [mailto:Ranck@ewmd.com]
**Sent:** Wednesday, October 04, 2006 9:23 AM
**To:** stefan shaibani
**Subject:** RE: Bratton v. White

I am unclear as to why you say there is no copy of the lease faxed by Chatel to Ms. Medlin. That is, why do you say that one of the leases produced wasn't faxed to her?

>-----Original Message-----
>**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
>**Sent:** Tuesday, October 03, 2006 4:51 PM
>**To:** Matt Ranck; 'Bob H. Bouse'
>**Subject:** RE: Bratton v. White
>
>There is no copy of the lease faxed by Chatel to Roberta Medlin's Kansas home in October 2005. I have reviewed your documents and did not see it. If you have produced this document, please let me know the bates number.

---

**From:** Matt Ranck [mailto:Ranck@ewmd.com]
**Sent:** Tuesday, October 03, 2006 4:51 PM
**To:** stefan shaibani; Bob H. Bouse
**Subject:** RE: Bratton v. White

I am not sure what it is that you believe Chatel has that hasn't been produced. The various drafts of the lease have been produced. To my knowledge, Chatel has produced the responsive documents in its possession.

>-----Original Message-----
>**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
>**Sent:** Tuesday, October 03, 2006 3:59 PM

3/6/2007

**To:** Matt Ranck; 'Bob H. Bouse'
**Subject:** RE: Bratton v. White

I will send you what I have. In the meantime, I would like to know why you have not sent me the fax Roberta Medlin received from Chatel in October when she was in Kansas City. The date on the fax is clearly relevant to the issues in this case.

---

**From:** Matt Ranck [mailto:Ranck@ewmd.com]
**Sent:** Tuesday, October 03, 2006 4:00 PM
**To:** Bob H. Bouse; stefan shaibani
**Subject:** RE: Bratton v. White

As a reminder, I would please like copies of all documents produced in response to subpoena upon their receipt. As NBC is in New York, has it even indicated whether it intends to respond?

Matt

> -----Original Message-----
> **From:** Bob H. Bouse [mailto:Bouse@acklaw.com]
> **Sent:** Tuesday, October 03, 2006 3:53 PM
> **To:** stefan shaibani
> **Cc:** Matt Ranck
> **Subject:** Bratton v. White
>
> Stefan: do you know if anyone is appearing for the deposition that you noted for tomorrow or are they just going to produce the records? Also, I believe the defendants are willing to enter into settlement discussions but your client must give us a realistic settlement demand other than the 80,000 mentioned at the settlement conference. Bob
>
> *Robert H. Bouse, Jr.*
> *Anderson, Coe & King, LLP*
> *201 N. Charles Street, Suite 2000*
> *Balto., MD 21201*
> *410-752-1630*
> *(Direct Line: 443-573-9301)*
> *(Fax: 410-752-0085)*

This message is for the personal and confidential use of the person to whom it is addressed and may contain information that is legally protected under the attorney-work product, attorney-client communication, joint defense or other recognized privileges. If you have received this email in error or if you are not one of the addressees to whom it was originally directed, your receipt of this message is unauthorized and no copying, retransmission or other use is authorized. Please delete this message immediately.

3/6/2007