**LITIGATION ASSOCIATE, PLLC**

CONNECTICUT BUILDING, NINTH FLOOR, 1150 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036
TELEPHONE: (202) 862-4335
FAX: (202) 828-4130

**By Fax & First Class Mail**   October 23, 2006
Robert Bouse
Anderson, Coe, and King
201 North Charles Street
Suite 2000
Baltimore, MD 21201
Tel: (410) 752-1630
Fax: (410) 752-0085

Re:   *John Bratton v. Chatel Real Estate, Inc., et al., Court No. 06-0694 (JDB)*

Dear Mr. Bouse:

    This is in regards to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents to Defendant Mary White dated August 9, 2006. It has been 75 days since Plaintiff served his discovery requests upon Mary White. As of today, Mary White has completely failed to respond to Plaintiff's discovery requests.

    We previously agreed to your request for an extension of time for Mary White to respond to Plaintiff's discovery requests based upon your representation that she had a knee replacement surgery. We subsequently agreed to a further extension of time until October 13, 2006 for Mary White to respond to Plaintiff's discovery requests. Our latest agreement was based on your filing a joint motion to extend the written discovery cut-off from October 13, 2006 to November 13, 2006. Our agreement, however, did not entitle Mary White to wait an additional 30 days before filing her responses to Plaintiff's discovery requests. Indeed, we have scheduled all of the depositions in this case from November 1 through November 30, 2006. Obviously, we need Mary White's responses to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents prior to conducting these depositions. Mary White's unreasonable delay in responding to Plaintiff's discovery requests has prejudiced and will further prejudice Plaintiff as each day passes.

    Although we are mindful of Mary White's knee surgery (which took place several weeks ago), the knee surgery has not rendered Mary White incapable of telephonically informing you of her responses to Plaintiff's discovery requests. Indeed, you do not contend that Mary White's knee surgery has rendered her incapable of exercising her cognitive skills. Seventy-five days have passed since Plaintiff propounded his discovery requests upon Mary White. This delay has hindered and will further hinder Plaintiff's ability to conduct depositions in November 2006.



PLAINTIFF'S EXHIBIT
6

Nor have you provided us with a copy of the insurance policy issued by Hartford to Mary White despite our repeated demands for the same over the past several months. Mary White was required to produce "the insurance agreement under which any person carrying an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment." Fed. R. Civ. Proc. 26(a)(1)(D). To this day, we do not know the coverage amount and the coverage terms of Mary White's liability insurance policy that is paying for Mary White's legal defense in this case. Mary White was obligated to produce this insurance policy with her initial disclosures.

**If you fail to provide us with the requested documents and information by October 30, 2006,** we will be compelled to schedule a teleconference with the Court to discuss your discovery violations and seek appropriate relief, including attorney fees and costs, pursuant to Federal Rule of Civil Procedure 37(a). If you do not intend to provide us with the above documents and information **in their entirety**, please provide us with alternative times on October 30-31, 2006 (or earlier) to schedule a teleconference with the Court. If we don't hear from you, we will be conducting an *ex parte* teleconference with the Court to resolve these issues.

I can be reached at (202) 862-4335.

Very truly yours,

Stefan Shaibani

Cc:   **Matthew Ranck**
      **John Bratton**

```
*** TRANSMISSION REPORT ***
```

SID : Law Office          Number : 2028288391          Date : 10-23-06 15:09

| Date/Time | 10-23 15:08 |
|---|---|
| Dialled number | 14107520085 |
| Subscriber | 410 752 0085 |
| Durat. | 0'55" |
| Mode | NORMAL |
| Pages | 3 |
| Status | Correct |

LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, Suite 900, Washington, DC 20036
Telephone: (202) 862-4335

| | | | |
|---|---|---|---|
| To: | Robert Bouse | No. of Pages: | 3 |
| From: | Lauren D'Agostino, Paralegal | Fax No.: | 202-828-4130 |
| Date: | October 23, 2006 | Tel No.: | 202-862-4372 |
| Re: | *Bratton v. Chatel*: Letter from Stefan Shaibani dated October 23, 2006 | | |

Dear Mr. Bouse,

Please find attached a letter from Mr. Shaibani relating to discovery in *Bratton v. Chatel*.

Lauren D'Agostino

**LITIGATION ASSOCIATE, PLLC**
1150 Connecticut Avenue, NW, Suite 900, Washington, DC 20036
Telephone: (202) 862-4335

---

To:     Robert Bouse                         No. of Pages:  3

From:  Lauren D'Agostino, Paralegal          Fax No.: 202-828-4130

Date:  October 23, 2006                      Tel No.: 202-862-4372

**Re:     *Bratton v. Chatel*:  Letter from Stefan Shaibani dated October 23, 2006**

---

Dear Mr. Bouse,

Please find attached a letter from Mr. Shaibani relating to discovery in *Bratton v. Chatel*.

Lauren D'Agostino