## stefan shaibani

**From:** Bob H. Bouse [Bouse@acklaw.com]
**Sent:** Thursday, January 25, 2007 3:44 PM
**To:** stefan shaibani
**Cc:** Matt Ranck
**Subject:** RE: Bratton v. Chatel

Stefan: I will have Mary White's answers to the Second set Of Interrogatories and Request for Documents to you tomorrow. The Hartford Policy is problematic. I still have not heard from my Partner and Hartford is trying to piece together another copy because they sent me the only full, certified copy which my Partner has. I am trying to reach relatives of his to see what is wrong. Thanks, for your understanding. Bob

---

**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
**Sent:** Wednesday, January 24, 2007 7:03 PM
**To:** 'Thomas Lynch'
**Cc:** 'Matt Ranck'; Bob H. Bouse; 'Shabnam'
**Subject:** Bratton v. Chatel

Dear Tom,

The attorneys for Chatel and Mary White, whom I have copied to this email, would like to depose you by February 12, 2007 (the discovery cut-off in this case). Please let me know which days you are available from now until then, excluding January 29th and February 1st. I have informed counsel that they will be responsible for your hourly fees for the deposition.

Regards,
Stefan Shaibani

=============================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**



3/6/2007