# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        vs. | )   Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## NOTICE OF INCORPORATION OF EXHIBITS PREVIOUSLY FILED

Please take notice that Exhibits 1-15 and 17-44 referenced in Plaintiff's Second Motion for Leave to Amend were previously filed in connection with Plaintiff's Opposition to Defendant Mary White's First Motion for Summary Judgment or, in the Alternative, to Dismiss. In lieu of re-filing the same exhibits in support of Plaintiff's Second Motion for Leave to Amend, plaintiff incorporates by reference Exhibits 1-15 and 17-44 previously filed in connection with Plaintiff's Opposition to Defendant Mary White's First Motion for Summary Judgment or, in the Alternative, to Dismiss.

                                                                               Respectfully submitted,

Dated: March 17, 2007                                   /s/ Stefan Shaibani
                                                                           Stefan Shaibani (Bar No. 490024)
                                                                            LITIGATION ASSOCIATE, PLLC
                                                                            1150 Connecticut Avenue, N.W.
                                                                            Suite 900
                                                                            Washington, DC 20036
                                                                            Tel: (202) 862-4335
                                                                            Fax: (202) 828-4130

                                                                            *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2007, I electronically filed "NOTICE OF INCORPORATION OF EXHIBITS PREVIOUSLY FILED," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ Stefan Shaibani