# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
|  |  |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |
_____)

## PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff, John Bratton, respectfully requests the Court for an extension of time of 1-day until March 22, 2007 within which to file his opposition to defendants' motion to strike plaintiff's expert and reply to plaintiff's motion to supplement expert disclosures. On March 21, 2007, Robert Bouse, counsel for Mary White, and Matthew Ranck, counsel for Chatel Real Estate, Inc. and Thierry Liverman, consented to this motion. The requested extension is necessary because counsel has been extremely busy in other matters for the past week, including filing an emergency chapter 13 bankruptcy filing and conducing discovery.

For the above reasons, plaintiff respectfully requests the Court to grant this motion.

Respectfully submitted,

Dated: March 21, 2007       /s/ Stefan Shaibani
                            Stefan Shaibani (Bar No. 490024)
                            LITIGATION ASSOCIATE, PLLC
                            1150 Connecticut Avenue, N.W.
                            Suite 900
                            Washington, DC 20036
                            Tel: (202) 862-4335
                            Fax: (202) 828-4130

                            *Attorney for Plaintiff*

2

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed "PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ Stefan Shaibani