UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) Civil Action No. 06-0694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that Plaintiff shall file his response to defendants' motion to strike plaintiff's expert and reply to plaintiff's motion to supplement expert disclosures by March 22, 2007.

Dated: _____, 2007         _____
                                              Judge, U.S. District Court