# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 06-0694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon consideration of Defendants Chatel Real Estate, Inc. and Thierry Liverman's Motion to Strike Plaintiff's Expert, Defendant Mary White's Motion to Strike Plaintiff's Expert, Plaintiff's opposition to Defendants' motions, and the entire record herein, it is hereby

ORDERED that Defendants' Motions to Strike Plaintiff's Expert are DENIED; it is further

ORDERED that the expert report of Thomas Lynch shall be stricken from the record of this case; it is further

ORDERED that plaintiff shall be permitted to present expert testimony at trial from Thomas Lynch with respect to the standards of conduct and code of ethics governing real estate brokers, the competence of defendants in their professional capacity, MRIS rules, the terms and conditions of a commercial lease, negotiation of the lease at issue, industry standards, alleged competition between Washington Fine Properties and Bratton Realty, LLC, and the economic damages suffered by John Bratton and Bratton Realty, LLC.

Dated: _____, 2007         _____
                                                                 Judge