## THOMAS J. LYNCH
### * 703-759-4560 *

LICENSED REAL ESTATE BROKER IN VIRGINIA, MARYLAND, AND THE DISTRICT OF COLUMBIA

1062 Harriman Street.                                    P.O. Box 685
Great Falls, VA 22066                            Great Falls, VA  22066

## EDUCATION

| | |
|---|---|
| 1992-1993 | National Louis University, Evanston, IL<br>Graduate Studies in Management |
| 1968-1969 | The American University, Washington, D.C.<br>Graduate Studies:  Business Law, Economics, Accounting,<br>Managerial Statistics |
| 1964-1966 | The Catholic University of America, Washington, D.C.<br>Graduate Studies |
| 1962 | The Catholic University of America, Washington, D.C.<br>A.B. in Biology |

## REAL ESTATE EDUCATION

   Maryland University, Strayer College, Arlington County Adult Education, and numerous specialized courses and seminars in the field, sponsored by the National Association of Realtors as well as local associations.

## EXPERIENCE

2004-Present                    Realtywatch.com, LLC
Principal broker.  Realtywatch.com, LLC is a Viginia residential real estate company.

2000-2004                    eRealty Inc
Principal broker in Maryland and the District of Columbia and managing broker in Virginia.  eRealty Inc. is an internet based residential real estate company operating from California to Boston.

1998-Present                    Continental Properties Ltd.

Principal broker in Maryland and Virginia

1990-1993          SHANNON AND LUCHS REAL ESTATE

   Assistant Vice President and Managing Broker.  Continuing activities with The National Institute of Real Estate (NIRE) as well as serving on the faculty of the Washington D.C. Association of Realtors' Graduate Realtors institute (GRI) instructing in the areas of


PLAINTIFF'S EXHIBIT
I
ALL-STATE LEGAL®

THOMAS J. LYNCH
* 703-759-4560 *

LICENSED REAL ESTATE BROKER IN VIRGINIA, MARYLAND, AND THE DISTRICT OF COLUMBIA

Fair Housing, Property management, Buyer Brokering, License Law, Office Management and sales agent training.

1984-1990          BEGG INC., REALTORS

Vice President and Chief Operating Officer responsible for the day-to-day planning, direction and activities of over one hundred (100) licensees operating in four locations in the Washington Metropolitan Area providing services in residential sales and rentals, commercial sales and leasing and property management. Continuing as a Senior Instructor at the National Institute of Real Estate (NIRE) teaching all phases of the Principles course as well as Continuing Education for brokers and salespersons in the specialty areas of investment, commercial / industrial and residential financing.

1979-Present          THOMAS J. LYNCH REAL ESTATE

Broker, owner of company representing buyers and sellers in real estate transactions. Licensed with the Pacific Institute of Seattle, Washington to facilitate training and education programs dealing with motivation, vision, goal setting and strategic planning. Past member of the Washington D.C. Association of Realtors' Board of directors. Judge in ethics hearings and as an arbitrator in binding arbitration hearings 1990-1994. Faculty member of WDCAR and MCAR GRI program. Under contract to manage for Prudential Preferred Properties October 1994 - June 1995.

Instructor at the National Institute of Real Estate (NIRE), now the Moseley Institute, teaching all phases of the Principles of Real Estate course with special emphasis on Contracts, Agency, Taxation, Appraising and Investment Analysis. Continuing to teach Brokerage and Real Estate Law as required courses for Virginia real estate brokers license.

1974-1979          BOSS & PHELPS, INC., REAL ESTATE

Sales Manager of the Georgetown office. Responsible for recruiting and training of new agents and transfers. Developed in-house Principles of Real Estate and License Preparation courses. Taught the Maryland and Virginia Principles course at Strayer College.

1970-1974          BOSS & PHELPS, INC., REAL ESTATE

Broker/Assistant Director of Sales, general brokerage responsibilities, and salesperson.

1969-1971          CONTROL DATA CORPORATION

National account representative to the Civilian Agencies of the U.S. Government marketing computer hardware, software and educational services.

THOMAS J. LYNCH
* 703-759-4560 *

LICENSED REAL ESTATE BROKER IN VIRGINIA, MARYLAND, AND THE DISTRICT OF COLUMBIA

1967-1969           UNIVAC DIVISION / SPERRY RAND CORPORATION

Worldwide account representative to the U.S. Army for strategic communications' applications, coordinating field marketing activities, conducting seminars and presentations for senior Army officers and civilian personnel.


ORGANIZATIONS

Present member of the Washington, D.C. Association of Realtors, Greater Capital Area Association of Realtors (GCAAR), the National Association of Realtors (NAR), Greater Washington Commercial Association of Realtors (GWCAR) and the Northern Virginia Association of Realtors (NVAR).

WDCAR Committee Assignments:
        1998-1999    Strategic Planning Committee (WDCAR)
        1997-1998    Diversity Committee
        1993-1994    Strategic Planning Committee
        1992-1995    Professional Standards Committee
        1989-1992    Grievance Investigation Committee
        1992         Executive Committee
        1993-1996    Board of Directors
        1992         Chair of Residential Sales Council

PUBLICATIONS

"Housing the AIDS Victim"; AIDS and the Law, Wiley Law Publications, New York, New York. 1987.  Editor of Maryland and D.C. License Law Review Study Guides, Moseley Publications, Fairfax, VA.

MISCELLANEOUS

Expert witness to the United States Civil Rights Commission on Discrimination and Housing issues of AIDS Victims.  Expert witness in Metropolitan Area trial courts and U.S. Federal Court on Real Estate Issues, with particular emphasis on Agency principles.