## Capital Reporting Company

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------:
                                    :
 4    JOHN BRATTON,                 :
                                    :
 5              Plaintiff,          :
                                    :
 6         v.                       : Civil Action No.
                                    :
 7    CHATEL REAL ESTATE, INC.,     :  06-0694 (JDB)
                                    :
 8    et al.,                       :
                                    :
 9              Defendants.         :
                                    :
10    ------------------------------:
11
                            Washington, D.C.
12                          Friday, November 3, 2006
13    Deposition of
14                    HOPE EDWARDS
15    called for oral examination by counsel for the
16    Plaintiff, pursuant to notice, at the law offices of
17    LITIGATION ASSOCIATE, PLLC, 1150 Connecticut Avenue,
18    Northwest, Suite 900, Washington, D.C., before
19    Marijane Simon, RDR, CLR, of Capital Reporting
20    Company, a Notary Public in and for the District of
21    Columbia, beginning at 10:39 a.m. when were present
22    on behalf of the respective parties:
```

PLAINTIFF'S EXHIBIT
5
ALL-STATE LEGAL®

# Capital Reporting Company

Page 2

A P P E A R A N C E S
1
2   On behalf of the Plaintiff:
3       STEFAN SHAIBANI, ESQUIRE
        LITIGATION ASSOCIATE, PLLC
4       1150 Connecticut Avenue, NW
        Suite 900
5       Washington. DC 20036
        (202) 862-4335
6       (202) 828-4130 (Fax)
        email address not available
7
8   On behalf of Defendant Chatel Real Estate, Inc.,
        and the witness:
9       MATTHEW A. RANCK, ESQUIRE
        Eccleston & Wolf, P.C.
10      2001 S Street, NW
        Suite 310
11      Washington, DC 20009
        (202) 857-1696
12      (202) 857-0762
        ranck@ewdc.com
13
    On behalf of Defendant Mary White:
14      ROBERT BOUSE, ESQUIRE
        Anderson, Coe, and King
15      201 North Charles Street
        Suite 2000
16      Baltimore, MD 21201
        (410) 752-1630
17      (410) 752-0085
        email address not available
18
19
20          Also Present:
21      Lauren D'Agostino, Litigation Associate, PLLC
22

Page 3

C O N T E N T S
1
2
3   EXAMINATION BY:                    PAGE
4       Counsel for the Plaintiff          4
5
6
7   EDWARDS DEPOSITION EXHIBITS:        PAGE
8   1   "COMMERCIAL AGREEMENT OF LEASE -
9       SPACE," 10/31/05, White and Bratton    9
10  2   Promotional piece, 1622 Wisconsin
11      Ave., NW, CH0157        36-37
12  3   Promotional piece, 1622 Wisconsin
13      Ave., NW, CH0156        37
14  4   MRIS printout, 1622 Wisconsin Ave.,
15      NW, BRA0154-156        41
16  5   MRIS printout, 1622 Wisconsin Ave.,
17      NW, BRA0158-160        45
18  6   Fair Housing Manual, BRA0243-265    53
19
20
21      (* Exhibits attached to transcript)
22

Page 4

P R O C E E D I N G S
1
2   WHEREUPON,
3           HOPE EDWARDS,
4   called as a witness, and having been first duly
5   sworn, was examined and testified as follows:
6       EXAMINATION BY COUNSEL FOR THE PLAINTIFF
7       BY MR. SHAIBANI:
8       Q.  Good morning.  Thank you for coming here.
9   I'm going to ask you some questions and Mr. Bouse
10  and Mr. Ranck may object but we would request that
11  you respond to the questions anyhow.
12          Could you tell me what your position is at
13  Chatel.
14      A.  I do reception, graphic design,
15  photography, advertising.
16      Q.  How long have you been with Chatel?
17      A.  Five years.
18      Q.  And do you work with any of the real
19  estate agents at the office?
20      A.  Yes.
21      Q.  Is John Pagones -- Well, was he one of the
22  agents that you worked with previously?

Page 5

1       A.  Yes.
2       Q.  And how about Mr. Liverman?
3       A.  Yes.
4       Q.  Do you have access to the internet from
5   your desk?
6       A.  Yes.
7       Q.  And can you access the MRIS website from
8   your computer?
9       A.  I don't have a log-in so I don't have a --
10  I could if I had a log-in but I don't so I don't.
11      Q.  Do the real estate agents at Chatel
12  provide you with a log-in when they need you to
13  obtain forms from the MRIS?
14      A.  No, they do it themselves.
15      Q.  I see.
16          Does Chatel maintain blank rental
17  applications at its office?
18      A.  Yes.
19      Q.  And is that the same form that's provided
20  by the MR -- Excuse me -- by the GCAR?
21      A.  I believe but I think it didn't used to
22  be.

2 (Pages 2 to 5)

**Capital Reporting Company**

Page 14

1  office --
2     A. It's also a property management office.
3     Q. -- as well?
4     A. As well as sales and rentals.
5     Q. And the sales and rentals are not limited
6  to residential properties; is that correct?
7     A. That's correct.
8     Q. They include commercial properties as
9  well?
10    A. Yes.
11    Q. And would you say that because Chatel
12 deals with commercial properties, it would have the
13 forms for those properties as well in its closet?
14       MR. RANCK: Objection. Calls for
15 speculation. She's already said about four times
16 she doesn't know and doesn't recognize the form and
17 doesn't know whether commercial forms are in there.
18       If you have something further to add,
19 please answer the question.
20       THE WITNESS: I don't have anything
21 further to add.
22 . . .

Page 15

1       BY MR. SHAIBANI:
2     Q. Does Chatel use another office to obtain
3  its forms for conducting its real estate business?
4     A. I don't know.
5     Q. Could you tell us what types of forms for
6  lease are available on the computers of the real
7  estate agents at Chatel?
8     A. I don't know. Similar ones. But I don't
9  know which ones are available. I don't deal with
10 those either.
11    Q. You mentioned that the PDF version of the
12 blank rental application is available on their
13 computer. What about other forms? Are there other
14 forms relating to leases on -- available as a PDF
15 document on the computers of Chatel's real estate
16 agents?
17    A. There are. I don't know which ones.
18    Q. Could you tell us a little bit about John
19 Pagones, when he started working at Chatel and what
20 type of work he did.
21    A. He's been there a long time, I know, many
22 years, and he's a rental and sales agent.

Page 16

1     Q. And do you know how much in sales he --
2  how much sales he had over the last -- let's say in
3  2005?
4     A. I don't know.
5     Q. Does Chatel maintain records of the total
6  sales conducted by is real estate agents on an
7  annual basis?
8     A. I don't know. I know they keep good
9  records.
10    Q. Do you know how Chatel compensates its
11 real estate agents?
12    A. I don't know.
13    Q. Is it based on a flat salary or a portion
14 of the sales commissions?
15    A. I don't know.
16    Q. Who provides compensation to Chatel's real
17 estate agents?
18    A. Who writes the checks?
19    Q. Yes. Well, who authorizes the
20 compensation to be paid to Chatel's real estate
21 agents?
22    A. I believe it's the bookkeeper.

Page 17

1     Q. And is that Patsy Petty?
2     A. No. Judy Stillwell.
3     Q. Judy Stillwell.
4        Does Mr. Liverman have to authorize
5  payments to Chatel's agents after they conduct a
6  transaction?
7     A. I don't know.
8     Q. Are you -- Okay. Strike that.
9        Going back to John Pagones, you mentioned
10 that he was at Chatel for a long time. Do you
11 recall when he started working there?
12    A. No, a long time before I did.
13    Q. And what was your perception of his
14 abilities as a real estate agent?
15       MR. BOUSE: I'm sorry. Who's that?
16       MR. SHAIBANI: John Pagones.
17       MR. BOUSE: I thought you said -- I just
18 didn't hear you.
19       MR. RANCK: I'm going to object on the
20 grounds that I believe it calls for expert
21 testimony.
22       If you can answer, go ahead.

5 (Pages 14 to 17)

# Capital Reporting Company

Page 18

1    BY MR. SHAIBANI:
2    Q.  Well, I'm just asking for your own
3    perception of John Pagones's abilities as a real
4    estate agent, his level of competence.
5    MR. RANCK:  Objection.  Same objection and
6    lack of foundation.
7    You can answer if you can.
8    THE WITNESS:  He's done hundreds of
9    rentals, hundreds of clients.
10    BY MR. SHAIBANI:
11    Q.  Has he done a great deal of sales as well?
12    A.  Yes.
13    Q.  And this was all at Chatel's offices?
14    A.  Yes.
15    Q.  And when you mention that's he's done a
16    hundred -- well, hundreds of rentals -- do you know
17    if these rentals were limited to residential
18    properties only?
19    A.  No, they were residential and commercial.
20    Q.  And do you have any thoughts on what the
21    ratio was for John Pagones in terms of his
22    commercial versus residential transactions?

Page 19

1    A.  I wouldn't know.
2    Q.  Would you say that John Pagones is a
3    competent real estate agent?
4    MR. RANCK:  Objection.  Foundation, lack
5    of foundation, calls for expert testimony.
6    BY MR. SHAIBANI:
7    Q.  Could you answer the question?
8    MR. RANCK:  You can answer.
9    THE WITNESS:  He's done many, many, many
10    rentals, many, many clients.
11    BY MR. SHAIBANI:
12    Q.  Were his clients happy about his services?
13    MR. RANCK:  Objection.  Calls for
14    speculation as to what someone else knows or someone
15    else thinks.
16    THE WITNESS:  I wouldn't know.
17    BY MR. SHAIBANI:
18    Q.  Did John Pagones ever receive complaints
19    from a client?
20    A.  Not that I know of.
21    Q.  Was John Pagones ever accused of
22    discrimination by a client?

Page 20

1    A.  Not that I know of.
2    Q.  Was Chatel ever accused of discrimination
3    by a client?
4    A.  Not that I know of.
5    Q.  Could you tell us, to your knowledge, why
6    John Pagones decided to leave Chatel?
7    A.  He retired.
8    Q.  Did he explain to you at any time why he
9    was retiring at that point in time?
10    A.  Because he was old, reached the end of his
11    career.
12    Q.  Did he have problems walking up stairs?
13    A.  No.
14    Q.  To your knowledge, he didn't suffer from
15    pains in his knees?
16    A.  I know he had a knee operation.
17    Q.  And do you recall the date when John
18    Pagones retired from Chatel?
19    A.  I believe it was April '05.
20    Q.  But could you tell us the date?
21    A.  I couldn't.  I don't know.
22    Q.  I know this is going back a long time, but

Page 21

1    do you recall being at Chatel's offices on October 6
2    of '05?
3    A.  I don't know if I was there that
4    particular day.
5    Q.  Do you ever recall seeing John Bratton
6    come to Chatel's offices?
7    A.  Yes.
8    Q.  And could you describe what he looked like
9    when he walked in?
10    A.  A few characteristics.
11    Q.  Did he have long hair with dreadlocks?
12    A.  He had dreadlocks.
13    Q.  And when you saw him, did you recognize
14    that his skin color is black?
15    A.  Yes.
16    Q.  Did he have any other physical
17    characteristics that would make him stand out to
18    you?
19    A.  No.
20    Q.  The day that John Pagones walked through
21    Chatel's office, who was there, to your knowledge?
22    MR. RANCK:  Objection.  You said "John

6 (Pages 18 to 21)

**Capital Reporting Company**

Page 69

```
1            CERTIFICATE OF NOTARY PUBLIC

2            I, Marijane W. Simon, RDR, the officer

3    before whom the foregoing deposition was taken, do

4    hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly sworn

6    by me; that the testimony of said witness was taken

7    by me to the best of my ability in stenotypy and

8    thereafter reduced to typewriting under my

9    direction; that said deposition is a true record of

10   the testimony given by said witness; that I am

11   neither counsel for, related to, nor employed by any

12   of the parties to the action in which this

13   deposition was taken; and, further, that I am not a

14   relative or employee of any counsel or attorney

15   employed by the parties hereto, nor financially or

16   otherwise interested in the outcome of the action.

17

18                    Marijane W. Simon

19               Notary Public in and for

20               the District of Columbia

21

22   My Commission expires:   08/14/08
```