UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON** | |
| Plaintiff | |
| v. | Case No.: 06-CV-00694 (JDB) |
| **CHATEL REAL ESTATE, INC**. | The Honorable John D. Bates |
| and | |
| **THIERRY LIVERMAN** | |
| and | |
| **MARY WHITE** | |
| Defendants | |

_____

**ORDER**

Upon consideration of Plaintiff's Second Motion for Leave to Amend, and all responses, replies and oral arguments in support thereof or in opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, **ORDERED** that

1.   Plaintiff's Second Motion for Leave to Amend be, and hereby is, **DENIED**.

_____
The Honorable John D. Bates
United States District Court for
 the District of Columbia

cc:

Stefan Shaibani, Esquire
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, D.C. 20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esquire
Nicholas B. Reuhs, Esquire
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
*Attorneys for Defendants, Chatel*
*Real Estate, Inc. and Thierry Liverman*

Robert H. Bouse, Jr., Esquire
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
*Attorney for Mary White*