UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON**<br><br>  Plaintiff<br><br>v.<br><br>**CHATEL REAL ESTATE, INC, et al**<br><br>  Defendants. | Case No.: 1: 06CV00694<br><br>Hon. John D. Bates |

## CONSENT MOTION TO EXTEND TIME TO RESPOND
## TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Defendants Chatel Real Estate, Inc. ("Chatel") and Thierry Liverman ("Liverman")(collectively "Defendants"), by and through their undersigned counsel, and pursuant Rule 6(b), hereby request that the time for them to respond to Plaintiff's Motion for Leave to Amend the Complaint be extended by one (1) day until March 29, 2007.

ALL PARTIES HAVE CONSENTED TO THIS MOTION.

                                        Respectfully Submitted,

                                        **CHATEL REAL ESTATE, INC and
                                        THIERRY LIVERMAN**

                    By:     _____/s/_____
                                        Matthew A. Ranck, Esq. (DC Bar # 484983)
                                        Nicholas B. Reuhs, Esq. (DC Bar # 500005)
                                        ECCLESTON & WOLF, P.C.
                                        2001 S Street, N.W., Suite 310
                                        Washington, D.C. 20009
                                        (202) 857-1696 (telephone)
                                        *Counsel for Defendants Chatel Real Estate,
                                        Inc. and Thierry Liverman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2007, a true copy of the foregoing was served by electronic mail upon:

**Stefan Shaibani**
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036
*Counsel for Plaintiff*

**Robert H. Bouse, Jr.**
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201
*Counsel for Defendant Mary White*

                                            /s/
                                  Matthew A. Ranck, Esq.