UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON**<br><br>    Plaintiff<br><br>v.<br><br>**CHATEL REAL ESTATE, INC, et al**<br><br>    Defendants. | Case No.: 1: 06CV00694<br><br>Hon. John D. Bates |

**ORDER**

In consideration of Defendants Chatel Real Estate, Inc. and Thierry Liverman ("Defendants") Consent Motion to Extend Time and the entire record herein, it is hereby

ORDERED that the time for Defendants to respond to Plaintiff's Motion for Leave to Amend the Complaint is hereby extended by one (1) day until March 29, 2007.


Date: _____                    _____
                                         Hon. John D. Bates