UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON, et. al.** | Case No.: 1: 06CV00694 |
| Plaintiffs | **ORAL HEARING REQUESTED** |
| v. | Hon. John D. Bates |
| **CHATEL REAL ESTATE, INC, et al.** | |
| Defendants. | |

## ORDER

In Consideration of the Chatel Defendants Motion to Strike, any response thereto, and the entire record herein, it is hereby:

ORDERED that the Chatel Defendants Motion to Strike is hereby GRANTED; and it is further

ORDERED that all allegations in Plaintiff's Second Amendment Complaint related to: (1) the use of racial slurs; (2) commissions lost during the prosecution of this claim; and (3) disparate effect claims are hereby STRICKEN.

Date: _____, 2007        By: _____
                                        Hon. John D. Bates
                                        U.S. Dist. Ct. for the Dist. of Col.

Copies to:

Matthew A. Ranck, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009

Stefan Shaibani
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036

Robert H. Bouse, Jr.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201