UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON, et. al.**<br><br>Plaintiffs<br><br>v.<br><br>**CHATEL REAL ESTATE, INC, et al.**<br><br>Defendants. | Case No.: 1: 06CV00694<br><br>**ORAL HEARING REQUESTED**<br><br>Hon. John D. Bates |

### DEFENDANTS CHATEL REAL ESTATE, INC AND THIERRY LIVERMAN'S SECOND MOTION FOR SUMMARY JUDGMENT

Defendants Chatel Real Estate, Inc. and Thierry Liverman (collectively "Chatel Defendants"), by and through their undersigned counsel, move this Court, pursuant to the Federal Rules of Civil Procedure, for an Order granting summary judgment against Plaintiff John Bratton on all claims that he has asserted against them and state as follows:

1.  To the extent that Chatel Defendants' First Motion for Summary Judgment relates only to the First Amended Complaint and is, thus, mooted by the Court's Order permitting Plaintiff to file a Second Amended Complaint, Chatel Defendants file this Second Motion for Summary Judgment.

2.  Chatel Defendants seek dismissal only of those claims asserted by Plaintiff John Bratton, as he lacks standing to bring such claims.

3.  In support of this Motion, Chatel Defendants adopt and incorporate by reference their previously filed Memorandum of Points and Authorities in Support of their First Motion for Summary Judgment, the Statement of Material Facts Not in Dispute included therein and the previously filed Reply in support thereof.

4.     Defendants further note that the Second Amended Complaint lends some additional support to Chatel Defendants argument that, at the time of the alleged discrimination by Chatel Defendants, Plaintiff John Bratton was acting solely on behalf of Bratton Realty, LLC.  Indeed, in ¶37 of the Second Amended Complaint, Plaintiff seems to concede that until at least October 19, 2007, he intended to execute the lease solely in the name of Bratton Realty, LLC.   As explained in Defendants' Memorandum in Support of their First Motion for Summary Judgment, this was one full week after the last alleged act of discrimination by the Chatel Defendants.

WHEREFORE, for the reasons stated herein, in their Memorandum of Points and Authorities, and their Reply in support thereof, Defendants Chatel Real Estate and Thierry Liverman respectfully request that the court dismiss with prejudice all claims asserted against them by Plaintiff John Bratton.

                                                     Respectfully Submitted,

                                                     **CHATEL REAL ESTATE, INC and**
                                                     **THIERRY LIVERMAN**

                    By:      _____/s/_____
                                                     Matthew A. Ranck, Esq. (DC Bar # 484983)
                                                     Nicholas B. Reuhs, Esq. (DC Bar # 500005)
                                                     ECCLESTON & WOLF, P.C.
                                                     2001 S Street, N.W., Suite 310
                                                     Washington, D.C. 20009
                                                     (202) 857-1696 (telephone)
                                                     *Counsel for Defendants Chatel Real Estate,*
                                                     *Inc. and Thierry Liverman*

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on this matter.

_____/s/_____
Matthew A. Ranck, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2006, a true copy of the foregoing Motion was served by electronic mail upon:

**Stefan Shaibani**
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036
*Counsel for Plaintiff*

**Robert H. Bouse, Jr.**
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201
*Counsel for Defendant Mary White*

_____/s/_____
Matthew A. Ranck, Esq.