IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN BRATTON | : | |
| and | | |
| BRATTON REALTY, INC. | : | |
| | | |
| Plaintiffs | : | |
| | | |
| v. | : | 06 Civ. 0694 (JDB) |
| | | ORAL HEARING REQUESTED |
| CHATEL REAL ESTATE, INC. | : | |
| and | | |
| THIERRY LIVERMAN | : | |
| and | | |
| MARY WHITE | : | |
| and | | |
| MARY WHITE, INC. | : | |
| | | |
| Defendants | : | |

## DEFENDANTS MARY WHITE AND MARY WHITE, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendants, Mary White and Mary White Inc., by their attorney, Robert H. Bouse, Jr., pursuant to the Federal Rules of Civil Procedure, move this Court for summary judgment in their favor and against Plaintiff, John Bratton on all claims, and in support thereof, state as follows:

1.      Defendant, Mary White ("Ms. White"), filed a Motion for Summary Judgment and Memorandum in Support Thereof against Plaintiff, John Bratton ("Mr. Bratton") on February 16, 2007.  Mr. Bratton opposed the motion on February 27 and Ms. White submitted a Reply Memorandum on March 9, 2007.  To date, the Court has not yet ruled upon Ms. White's Motion.

2.      On April 10, 2007, this Court granted Mr. Bratton's Motion for Leave to Amend his Complaint so that he could, among other things, add Mary White, Inc. as a Defendant.  On

the same date, Mr. Bratton and newly added Plaintiff, Bratton Realty, Inc. ("Bratton Realty") filed a Second Amended Complaint against Chatel Real Estate, Inc. ("Chatel"), Thierry Liverman ("Mr. Liverman"), Ms. White and Mary White, Inc.

3. To the extent that Ms. White's First Motion for Summary Judgment is considered moot by the Court's Order permitting Plaintiff to file a Second Amended Complaint, Ms. White submits this Second Motion for Summary Judgment. In doing so, Ms. White hereby adopts and incorporates by reference all factual assertions, legal arguments, points and authorities set forth in her First Motion for Summary Judgment, Memorandum in Support Thereof and Reply Memorandum. The basis of Ms. White's First Motion for Summary Judgment, as well as this, her Second Motion for Summary Judgment, is that Plaintiff, John Bratton, lacks standing to bring claims arising out of the lease of property at 1622 Wisconsin Avenue in Washington, D.C.

4. In addition, Defendant, Mary White, Inc., having not been a party to the matter when Ms. White first moved for summary judgment, hereby moves for summary judgment against Plaintiff, Mr. Bratton. In doing so, Mary White, Inc. hereby adopts and incorporates Ms. White's Motion for Summary Judgment as well as all factual assertions, legal arguments, points and authorities set forth therein and in Ms. White's Memorandum of Points and Authorities in support thereof and Reply Memorandum.

WHEREFORE, for the reasons stated in this Motion and as well as in Ms. White's First Motion for Summary Judgment, Memorandum of Points and Authorities in support thereof and Reply Memorandum, Defendants, Mary White and Mary White, Inc., respectfully request that the Court grant judgment in their favor and against Plaintiff, John Bratton.

                                                                              /s/
                                         Robert H. Bouse, Jr. (Bar #MD01926)
                                         ANDERSON, COE & KING, LLP
                                         201 N. Charles Street, Suite 2000
                                         Baltimore, Maryland  21201
                                         Telephone:  410-752-1630
                                         Fax:  410-752-0085
                                         *Attorney for Mary White and Mary White, Inc.*

## REQUEST FOR ORAL ARGUMENT

Defendant, Mary White, respectfully requests oral argument on her Motion.

                                          /s/
                                         Robert H. Bouse, Jr. (Bar #MD01926)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26<u>th</u> day of <u>April, 2007</u>, a copy of the foregoing Motion for Summary Judgment was served by electronic mail upon:

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C.  20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C.  20009
*Attorneys for Defendants, Chatel*
*Real Estate, Inc. and Thierry Liverman*

                                          /s/
                                         Robert H. Bouse, Jr. (Bar #MD01926)