IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN BRATTON | : | |
| and | | |
| BRATTON REALTY, INC. | : | |
| | | |
| Plaintiffs | : | |
| | | |
| v. | : | 06 Civ. 0694 (JDB) |
| | | ORAL HEARING REQUESTED |
| CHATEL REAL ESTATE, INC. | : | |
| and | | |
| THIERRY LIVERMAN | : | |
| and | | |
| MARY WHITE | : | |
| and | | |
| MARY WHITE, INC. | : | |
| | | |
| Defendants | : | |

### DEFENDANTS MARY WHITE AND MARY WHITE, INC.'S
### MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants, Mary White and Mary White Inc., by their attorney, Robert H. Bouse, Jr., pursuant to Federal Rule of Civil Procedure 12(f), hereby file this Motion to Strike and, in doing so, move the Court to strike Plaintiffs' Second Amended Complaint. In support thereof, Defendants state as follows:

1. On March 17, 2007, Plaintiff, John Bratton ("Mr. Bratton") moved the Court for leave to amend his complaint so that he could (1) "allege certain economic damages previously touched upon," (2) "add Bratton Realty, LLC as a plaintiff" and (3) "add Mary White, Inc. as a new Defendant." See Plaintiff's Motion for Leave, p. 14.

2. On April 10, 2007, this Court granted Plaintiff's Motion on the grounds that Defendants had been made aware and put on notice of Mr. Bratton's intention to seek economic damages through discovery and depositions. See Court's Order, April 10, 2007.

3. On the same date, Plaintiff filed a Second Amended Complaint. In doing so, though, Plaintiff exceeded the Court's Order and made substantive amendments to his legal and factual allegations as well as his causes of action.

4. On April 26, 2007, co-Defendants, Chatel Real Estate, Inc. ("Chatel") and Thierry Liverman ("Mr. Liverman"), filed a Motion to Strike certain portions of Plaintiffs' Second Amended Complaint to the extent that it exceeds the leave granted by the Court in amending Plaintiff's First Amended Complaint. See Chatel and Mr. Liverman's Motion to Strike.

5. Specifically, co-Defendants argue in their Motion to Strike that Plaintiffs have, for the first time, alleged the use of racial slurs by Defendants' in their dealings with Mr. Bratton. Plaintiffs also allege that Mr. Bratton lost certain commissions while pursuing his claims against Defendants despite the fact that at his deposition, Plaintiff and his counsel agreed that he would be making no such claims. Lastly, co-Defendants argued that Plaintiffs' Second Amended Complaint alleges, for the first time, that even if Defendants' discriminatory conduct toward Plaintiffs was not based on racial animus, it had a disparate impact upon Plaintiffs resulting in the same damages already alleged. See Chatel and Mr. Liverman's Motion to Strike.

6. Defendants, Mary White ("Ms. White") and Mary White, Inc., hereby adopt and incorporate by reference co-Defendants' Motion to Strike, and in doing so, also move to strike those portions of Plaintiffs' Second Amended Complaint that exceed the limits ordered by this Court.

WHEREFORE, for all the reasons set forth in co-Defendants' Chatel and Mr. Liverman's Motion to Strike, adopted and incorporated by reference herein, Ms. White and Mary White, Inc. hereby move to strike all allegations in Plaintiffs' Second Amended Complaint related to the use of racial slurs, commissions lost during the prosecution of Plaintiffs' claims and claims of disparate effect or impact.

                                                  _____/s/_____
Robert H. Bouse, Jr. (Bar #MD01926)
ANDERSON, COE & KING, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland  21201
Telephone:  410-752-1630
Fax:  410-752-0085
*Attorney for Mary White and Mary White, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2007, a copy of the foregoing Motion to Strike was served by electronic mail upon:

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C.  20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C.  20009
*Attorneys for Defendants, Chatel Real Estate, Inc. and Thierry Liverman*

                                                  _____/s/_____
Robert H. Bouse, Jr. (Bar #MD01926)