UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
|     Plaintiff, | ) ) ) |
|     vs. | )   Civil Action No. 06-694 (JDB) ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) ) |
|     Defendants. | ) ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS MARY WHITE'S, MARY WHITE, INC.'S, CHATEL REAL ESTATE, INC.'S, AND THIERRY LIVERMAN'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO JOHN BRATTON**

Plaintiffs, John Bratton and Bratton Realty, LLC, respectfully request the Court to deny the Second Motion for Summary Judgment filed by defendants Mary White, Mary White, Inc., Chatel Real Estate, Inc., and Thierry Liverman. Defendants' second motion for summary judgment rests upon the same frivolous argument asserted by defendants in their first motion for summary judgment—namely, that John Bratton lacks individual standing to pursue his civil rights claims against defendants even though his name appears as the sole tenant on the lease agreement executed with Mary White. This argument lacks merit and should be rejected.

In support of this opposition, plaintiffs incorporate by reference the Statement of Material Facts, Memorandum of Points & Authorities, and Exhibits and evidence filed by John Bratton in his Second Motion for Leave to Amend Complaint, in Plaintiff's Opposition to Defendant Mary White's First Motion for Summary Judgment or, in the Alternative, to Dismiss, and in Plaintiff's Opposition to Defendants Chatel Real Estate, Inc.'s and Thierry Liverman's First Motion for Summary Judgment. In addition, plaintiffs rely upon Second Amended Complaint and the

2

Court's Order of April 10, 2007, granting John Bratton's Second Motion for Leave to Amend Complaint.

                                                  Respectfully submitted,

Dated: May 7, 2007                    /s/ Stefan Shaibani
                                                  Stefan Shaibani (Bar No. 490024)
                                                  LITIGATION ASSOCIATES, PLLC
                                                  1150 Connecticut Avenue, N.W.
                                                  Suite 900
                                                  Washington, DC 20036
                                                  Tel:  (202) 862-4335
                                                  Fax: (202) 828-4130

                                                  *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2007, I electronically filed "PLAINTIFFS' OPPOSITION TO DEFENDANTS MARY WHITE'S, MARY WHITE, INC.'S, CHATEL REAL ESTATE, INC.'S, AND THIERRY LIVERMAN'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO JOHN BRATTON," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

/s/ Stefan Shaibani