UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| Defendants | ) |

**ORDER**

Upon consideration of the Second Motion for Summary Judgment filed by Defendants Mary White, Mary White, Inc., Chatel Real Estate, Inc., and Thierry Liverman, Plaintiffs' Opposition and materials incorporated therein by reference, and all pertinent papers, it is hereby

ORDERED that Defendants' Second Motion for Summary Judgment is DENIED; and it is further

ORDERED that a pretrial conference shall be held in this Court on _____, 2007 at _____ a.m./p.m.

Dated: _____, 2007

_____
Judge, U.S. District Court