UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
|     Plaintiff, | ) |
|     vs. | ) Civil Action No. 06-694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
|     Defendants. | ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS MARY WHITE'S, MARY WHITE, INC.'S, CHATEL REAL ESTATE, INC.'S, AND THIERRY LIVERMAN'S <u>MOTION TO STRIKE SECOND AMENDED COMPLAINT</u>**

Plaintiffs, John Bratton and Bratton Realty, LLC, respectfully request the Court to deny the Motion to Strike filed by defendants Mary White, Mary White, Inc., Chatel Real Estate, Inc., and Thierry Liverman. Defendants' "Motion to Strike" is, in disguise, a motion for reconsideration of the Court's Order of April 10, 2007 granting Plaintiff's Second Motion for Leave to Amend Complaint. In their "Motion to Strike," Defendants contend that the Second Amended Complaint makes certain allegations not set forth in plaintiff's Second Motion for Leave to Amend. However, plaintiffs' Second Motion for Leave to Amend attached the Second Amended Complaint as an exhibit. Defendants had an opportunity to raise the arguments asserted in their "Motion to Strike" when they opposed plaintiffs' Second Motion for Leave to Amend. They did not do so.

Now that the Court has ruled in favor of plaintiffs' Second Motion for Leave to Amend by Order dated April 10, 2007, defendants attempt to have a second bite at the apple by filing a meritless "Motion to Strike." To the extent defendants' motion seeks the Court to reconsider its Order of April 10, 2007, the motion should be denied because it contravenes Federal Rule of

Civil Procedure 60(b). Defendants' motion is also substantively flawed because the matters that it seeks to strike from plaintiffs' Second Amended Complaint are supported by record evidence and evidence to be presented at trial. The Second Amended Complaint does not contain any "redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. Proc. 12(f). Instead, the Second Amended Complaint is largely an amendment to conform to evidence.

In support of this opposition, plaintiffs incorporate by reference the Statement of Material Facts, Memorandum of Points & Authorities, and Exhibits and evidence filed by John Bratton in his Second Motion for Leave to Amend Complaint.

For the above reasons, plaintiffs respectfully request the Court to deny the "Motion to Strike" filed by defendants Mary White, Mary White, Inc., Chatel Real Estate, Inc., and Thierry Liverman.

Respectfully submitted,

Dated: May 7, 2007

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiffs*

2

CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2007, I electronically filed "PLAINTIFFS' OPPOSITION TO DEFENDANTS MARY WHITE'S, MARY WHITE, INC.'S, CHATEL REAL ESTATE, INC.'S, AND THIERRY LIVERMAN'S MOTION TO STRIKE SECOND AMENDED COMPLAINT," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

    /s/ Stefan Shaibani