UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|        vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.,* | ) |
| | ) |
|    Defendants | ) |
| | ) |

## ORDER

Upon consideration of the Motion to Strike filed by Defendants Mary White, Mary White, Inc., Chatel Real Estate, Inc., and Thierry Liverman, Plaintiffs' Opposition and materials incorporated therein by reference, and all pertinent papers, it is hereby

ORDERED that Defendants' Motion to Strike is DENIED.


Dated: _____, 2007            _____
                                                                                                          Judge, U.S. District Court