UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON, et. al.**<br><br>    Plaintiffs<br><br>v.<br><br>**CHATEL REAL ESTATE, INC, et. al.**<br><br>    Defendants. | Case No.: 1: 06CV00694<br><br>Hon. John D. Bates |

### DEFENDANTS' PROPOSED SCHEDULING ORDER[1]

Defendants Chatel Real Estate, Thierry Liverman, Marry White and Mary White, Inc. (collectively "Defendants"), by and through their undersigned counsel, submit the following proposed scheduling order[2]:

| | |
|---|---|
| September 5, 2007 | Deadline for Plaintiffs' revised expert designation(s) |
| September 20, 2007 | Deadline for submission of written discovery[3] |
| October 22, 2007 | Deadline for Responses to written discovery |
| November 21, 2007 | Deadline for Defendants' expert designation(s)[4] |
| January 21, 2008 | Close of discovery[5] |
| February 11, 2008 | Filing deadline for dispositive motions |
| March 3, 2008 | Filling deadline for oppositions to dispositive motions |
| March 13, 2008 | Filling deadline for replies related to dispositive motions |

---

[1] Despite diligent efforts, Plaintiffs and Defendants were unable to agree on proposed Scheduling Order.

[2] As this court is aware, a new scheduling order was necessitated by Plaintiffs' recent amendment, adding new parties and new damage claims including "lost rental revenue, relocation expenses, loss of time that would be devoted to profitable real estate transactions, lost profits, and loss of good will." See Pl. 2nd. Am. Comp, at ¶ 56.

[3] While Plaintiff has an ongoing obligation to produce relevant documents and supplement his existing Answers to Interrogatories consistent with his new damage claims, given the nature of these new damage claims, Defendants anticipate the need to serve additional written discovery regarding these new damage claims, including the methods for calculating these damages, voluminous accounting and sales records, viability of alternative locations, costs associated with relocation, tax returns, profit and loss statements and the names of individuals with information related thereto.

[4] Because Defendants have received no discovery regarding the new damages claims, their experts will need time after receiving Plaintiffs' supplemental document production to review the new discovery responses in order to formulate their opinions.

[5] With regard to the new parties and claims, Defendants anticipate that they will need to depose, among others, John Bratton, Bratton Realty, Plaintiffs' expert(s), any new persons identified in Plaintiff's revised discovery responses, including various accountants, brokers, agents and clients of Bratton Realty.

Respectfully submitted,

_____/s/_____   _____/s/_____
Robert H. Bouse, Jr. (Bar #MD01926)   Matthew A. Ranck, Esq. (DC Bar # 484983)
ANDERSON, COE & KING, LLP   Nicholas B. Reuhs, Esq. (DC Bar # 500005)
201 N. Charles Street, Suite 2000   ECCLESTON & WOLF, P.C.
Baltimore, Maryland 21201   2001 S Street, N.W., Suite 310
Telephone: 410-752-1630   Washington, D.C. 20009
Fax: 410-752-0085   (202) 857-1696 (telephone)
*Counsel for Defendants Mary White*   *Counsel for Defendants Chatel Real Estate,*
*and Mary White, Inc.*   *Inc. and Thierry Liverman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2007, a true copy of the foregoing Motion was served by electronic mail upon:

> **Stefan Shaibani**
> LITIGATION ASSOCIATE, PLLC
> 1150 Connecticut Avenue, NW
> 9th Floor
> Washington, DC 20036
> *Counsel for Plaintiff*

_____/s/_____
Matthew A. Ranck, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN BRATTON, et. al.**

    Plaintiffs

v.

**CHATEL REAL ESTATE, INC, et. al.**

    Defendants.

Case No.: 1: 06CV00694

Hon. John D. Bates

## ORDER

Upon consideration of the entire record herein, it is this _____ day of

_____, 2007 hereby ORDERED, that the Scheduling Order in this case be amended, and

is hereby modified as follows:

| | |
|---|---|
| September 5, 2007 | Deadline for Plaintiffs' revised expert designation(s) |
| September 20, 2007 | Deadline for submission of written discovery |
| October 22, 2007 | Deadline for Responses to written discovery |
| November 21, 2007 | Deadline for Defendants' expert designation(s) |
| January 21, 2008 | Close of discovery |
| February 11, 2008 | Filing deadline for dispositive motions |
| March 3, 2008 | Filling deadline for oppositions to dispositive motions |
| March 13, 2008 | Filling deadline for replies related to dispositive motions |

_____
Hon. John D. Bates
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

**Robert H. Bouse, Jr.**
201 North Charles Street, Ste. 2000
Baltimore, MD 21201

**Matthew A. Ranck, Esq.**
2001 S Street, N.W., Suite 310
Washington, D.C. 20009

**Stefan Shaibani, Esq.**
1150 Connecticut Ave., NW, 9th Floor
Washington, DC 20036