# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 06-694 (JDB) |
| ) | |
| CHATEL REAL ESTATE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

Upon consideration of the parties' competing scheduling orders and the entire record herein, it is hereby ORDERED that:

1. Plaintiffs shall file their amended Rule 26 expert reports on or before September 14, 2007.

2. Defendants shall file their answer to Plaintiffs' Second Amended Complaint on or before September 14, 2007.

3. Mary White shall provide the name, address, and telephone number of the person who purportedly gave an extremely favorable reference for Roberta Medlin no later than September 14, 2007, pursuant to the Court's oral orders previously issued in this case.

4. Defendants shall file their Rule 26 expert reports no later than October 14, 2007.

5. All discovery shall be completed no later than November 16, 2007.

6. Dispositive motions shall be filed by no later than December 3, 2007.

7. Responses to dispositive motions shall be filed no later than December 17, 2007.

2

       8.       If no dispositive motions have been filed, the pretrial conference shall be held no later than December 17, 2007.  Otherwise, the pretrial conference shall be held within 30 days of the Court's disposition of dispositive motions.

       9.       Trial shall be scheduled within 30 to 60 days after the pretrial conference at a time convenient to the Court.  Plaintiff anticipates that trial in this matter would last approximately two days.

       10.      All matters and disputes involving discovery shall be assigned to a judge.  A magistrate judge shall not be assigned to this case.

_____
Judge, John D. Bates

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I electronically filed "PLAINTIFF'S PROPOSED SCHEDULING ORDER" and that service was thus effected upon the counsel below in accordance with the local rules of this Court:

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
Tel:  202-857-1696
Fax:  202-857-0762
*Counsel for Defendants Chatel Real Estate Inc. and Thierry Liverman*

Robert Bouse
Anderson, Coe, and King
201 North Charles Street, Suite 2000
Baltimore, MD 21201
Tel:  410-752-1630
410-376-2020
Fax:  410-752-0085
*Counsel for Defendant Mary White*

/s/ Stefan Shaibani