UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON, et al.,

    Plaintiffs,

        v.                                                          Civil Action No. 06-694 (JDB)

CHATEL REAL ESTATE, INC., et al.,

    Defendants.

## REVISED SCHEDULING ORDER

Upon consideration of the parties' proposed scheduling orders, and the entire record herein, it is this 5th day of September, 2007, hereby **ORDERED** that:

1. Plaintiffs shall provide a revised expert report pursuant to Rule 26(a)(2) by not later than September 10, 2007.

2. Defendants shall file an answer to plaintiffs' second amended complaint by not later than September 14, 2007.

3. Mary White shall provide the name, address, and telephone number of the person who purportedly gave an extremely favorable reference for Roberta Medlin by not later than September 14, 2007.

4. The parties shall submit written discovery by not later than September 14, 2007. All responses to written discovery shall be completed by not later than October 15, 2007.

5. Defendants shall provide expert reports pursuant to Rule 26(a)(2) by not later than October 31, 2007.

6. All discovery shall be completed by not later than December 14, 2007.

7. Dispositive motions shall be filed by not later than January 11, 2008. Oppositions to dispositive motions shall be filed by not later than February 8, 2008. Any replies thereto shall be filed by not later than February 20, 2008.

8. The parties shall appear for a status conference before Judge John D. Bates on December 17, 2007, at 9:15 a.m. in Courtroom Eight.

**SO ORDERED.**

                                          /s/ John D. Bates
                                          JOHN D. BATES
                                    United States District Judge