The Yepes family—Fedrico Yepes, Alexander Yepes, Aurelio Yepes, and Elisa Martin—approached Mr. Bratton in October 2005 to purchase two properties but were compelled to find another real estate agent because of Mr. Bratton's inability to devote sufficient time and energy to the Yepes in October 2005. The Yepes family ultimately purchased two properties in the very same neighborhood Mr. Bratton had toured with the Yepes in October 2005. These properties are located at 1448 Harvard Street, NW, Washington, DC 20009 and 1030 Lamont Street, NW, Washington, DC 20010. These properties were purchased for $640,000 and $665,000, respectively. At 2.5% commission, plaintiffs lost $16,000 on the Harvard Street property and $16,625 on the Lamont Street property.

The total commissions lost by plaintiffs as a result of defendants' unreasonable delay in leasing the Property to plaintiffs in October 2005 amount to **$55,622.50**.

## V. CONCLUSION

It is my opinion that as a direct result of defendants' acts and omissions described above, plaintiffs will sustain over **$197,364.50** of economic damages.

Dated: September 7, 2007

Thomas A. Lynch

11