UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON, et al.,

    Plaintiffs,

        v.

CHATEL REAL ESTATE, INC., et al.,

    Defendants.

Civil Action No. 06-694 (JDB)

**ORDER**

Upon consideration of the representations of counsel during the teleconference held with the Court on this date, and the entire record herein, it is this 10th day of December, 2007, hereby

**ORDERED** that defendants may notice and conduct seven relatively brief depositions of plaintiffs' clients and affiliated agents; it is further

**ORDERED** that counsel for plaintiffs and defendants shall attempt to resolve the outstanding discovery dispute regarding plaintiffs' request for e-mails from defendant Mary White; it is further

**ORDERED** that if counsel for plaintiffs and defendants are unable to reach a resolution by December 24, 2007, plaintiffs may, at any time thereafter, file a motion to compel production and, if appropriate, also seeking a spoliation instruction; the motion and any opposition must contain sufficient specific facts to support the positions asserted; counsel and their clients are forewarned that the Court may impose sanctions in connection with any such motion; it is further

**ORDERED** that the Court reserves ruling on plaintiffs' request for an order to enforce the subpoena served on RCN; if plaintiffs wish to proceed with this request, plaintiffs shall file a

motion, at any time after December 24, 2007, setting forth sufficient facts to warrant such relief, and plaintiffs shall serve their motion on RCN; and it is further

**ORDERED** that counsel shall make a joint call to chambers by not later than 5:00 p.m. on December 14, 2007, to indicate if the parties would like to maintain the status conference that is currently scheduled for December 17, 2007, at 9:15 a.m.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge