**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN BRATTON, *et al.*, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CHATEL REAL ESTATE, INC., *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 06-0694 (JDB) |

**ORDER**

Upon consideration of Plaintiffs' Motion for an Order Precluding Defendants from Filing Multiple Summary Judgment Motions on Liability, Defendants' opposition to the motion, and all pertinent papers, it is hereby

ORDERED that Plaintiffs' Motion for an Order Precluding Defendants from Filing Multiple Summary Judgment Motions on Liability is GRANTED; and it is further

ORDERED that Defendants shall be permitted to file a final summary judgment motion with respect to the economic damages sought by Plaintiffs in their Second Amended Complaint. The Court will not consider any other dispositive motions.

Dated: _____, 2008            _____
                                                                              John D. Bates, Judge