UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN BRATTON**

      Plaintiff

v.

**CHATEL REAL ESTATE, INC, et al**

      Defendants.

Case No.: 1: 06CV00694

Hon. John D. Bates

## JOINT MOTION TO MODIFY SCHEDULING ORDER

    The Parties, by and through their counsel, hereby jointly request that the schedule governing motions be modified as follows:

| | |
|---|---|
| February 29, 2008 | Filing deadline for dispositive motions[1] |
| March 28, 2008 | Filing deadline for oppositions to dispositive motions |
| April 11, 2008 | Filing deadline for replies related to dispositive motions |

ALL PARTIES JOIN IN THIS MOTION.

Respectfully Submitted,

By:             /s/
         Matthew A. Ranck, Esq. (DC Bar # 484983)
         ECCLESTON & WOLF, P.C.
         2001 S Street, N.W., Suite 310
         Washington, D.C. 20009
         (202) 857-1696 (telephone)
         *Counsel for Defendants Chatel Real Estate, Inc.*
         *and Thierry Liverman*

---

[1] This joint request is subject to and without prejudice to Plaintiff's recently filed Motion for Order Precluding Defendants from Filing Multiple Summary Judgment Motions on Liability.

By:    _____/s/_____

Stefan Shaibani, Esquire
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036
*Counsel for Plaintiffs*


By:    _____/s/_____

Robert H. Bouse, Jr., Esquire
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201
*Counsel for Defendant Mary White and Mary White, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2008, a true copy of the foregoing was served by mail, postage pre-paid to:

**Stefan Shaibani**
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036

**Robert H. Bouse, Jr.**
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201

_____/s/_____
Matthew A. Ranck, Esq.