UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN BRATTON, et. al.**

    Plaintiffs

v.

**CHATEL REAL ESTATE, INC, et. al.**

    Defendants.

Case No.: 1: 06CV00694

Hon. John D. Bates

## ORDER

Upon consideration of the Parties' Joint Motion to Modify Scheduling Order, it is this _____ day of _____, 2008 hereby ORDERED, that the operative Scheduling Order in this case be amended, and is hereby modified as follows:

| | |
|---|---|
| February 29, 2008 | Filing deadline for dispositive motions |
| March 28, 2008 | Filing deadline for oppositions to dispositive motions |
| April 11, 2008 | Filing deadline for replies related to dispositive motions |

_____
Hon. John D. Bates
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

**Robert H. Bouse, Jr., Esq.**
201 North Charles Street, Ste. 2000
Baltimore, MD 21201

**Matthew A. Ranck, Esq.**
2001 S Street, N.W., Suite 310
Washington, D.C. 20009

**Stefan Shaibani, Esq.**
1150 Connecticut Ave., NW, 9th Floor
Washington, DC 20036