UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON, et al.**<br><br>Plaintiffs<br><br>v.<br><br>**CHATEL REAL ESTATE, INC., et al.**<br>Defendants | Case No.: 1:06CV00694<br><br>**ORAL HEARING REQUESTED**<br><br>Hon. John D. Bates |

**ORDER**

UPON CONSIDERATION of the Plaintiffs' Motion for an Order Precluding Defendants from Filing Multiple Summary Judgment Motions on Liability, Defendants' opposition thereto, and the entire record herein, it is:

ORDERED, that Plaintiffs' Motion is hereby DENIED.

Date: _____, 2008    By: _____
                                    Hon. John D. Bates
                                    U.S. District Court for the
                                    District of Columbia

Copies to:

Matthew A. Ranck, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036

Robert H. Bouse, Jr., Esq.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201