UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, *et al.*, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 06-0694 (JDB) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
|     Defendants. | ) |

**PLAINTIFFS' REPLY TO MOTION FOR AN ORDER PRECLUDING DEFENDANTS FROM FILING MULTIPLE SUMMARY JUDGMENT MOTIONS ON LIABILITY, AND PLAINTIFFS' MOTION FOR AN ORDER PRECLUDING DEFENDANTS FROM FILING DUPLICATIVE SUMMARY JUDGMENT MOTIONS ON STANDING**

    Plaintiffs John Bratton and Bratton Realty, LLC, respectfully submit their reply to Defendants Chatel Real Estate, Inc., and Thierry Liverman's opposition to Plaintiffs' Motion for an Order Precluding Defendants from Filing Multiple Summary Judgment Motions on Liability. Plaintiffs further respectfully move the Court to issue an order precluding all Defendants from filing yet another motion on standing when their previous two summary judgment motions on standing were denied by the Court.

    In their opposition brief, Defendants Chatel and Liverman contend that the Court's July 31, 2007 Order does not preclude Defendants from filing yet another summary judgment motion on standing.  Defendants' recalcitrance and stubborn insistence on filing duplicative summary judgment motions is evident in their tortured reading of the Court's July 31, 2007 Order which clearly stated that Plaintiff John Bratton's standing to pursue this action is a triable issue of fact. This Court should not allow Defendants to file a **third** motion for summary judgment on standing when it has already decided this issue.  That Plaintiff John Bratton possesses standing to pursue this action is evident from his being a signatory to the lease agreement at issue.  Further,

Mr. Bratton and his office manager Jeannette Dumbrel testified in their depositions that Mr. Bratton used his Wisconsin Avenue Office to purchase and sell real estate for his own real estate development projects which were independent from Bratton Realty, LLC.

Defendants contend that they are entitled to file unlimited sets of summary judgment motions in this case and that there is no precedent to the contrary. However, courts have routinely held that parties may not overburden the courts, unnecessarily increase litigation expenses, and abuse the judicial process by filing duplicative motions concerning issues already decided by the court. *See, e.g.*, *Briggs v. City of Norfolk*, 42 Fed.Appx. 585, *2 (4th Cir. 2002) (unpublished) (affirming imposition of sanctions against litigant who "repeatedly delayed and disrupted the orderly resolution of her claims by filing duplicative motions . . . in addition to her steadfast refusal to accept any adverse rulings"); *United States v. Pinkstaff*, 3 F.3d 437, *2 (5th Cir. 1993) (refusing to rule on defendants' duplicative motions); *Fordjour v. Ayers*, 2008 WL 162527, *2 (N.D. Cal. 2008) (denying all motions and stating that the filing of "duplicative motions serves only to hinder, rather than hasten, the Court's ability to address the motions and the underlying petition"). This principle is also the basis for the "law of the case doctrine" and the defenses of *res judicata* and *collateral estoppel*, and it is endorsed by Rule 1 of the Federal Rules of Civil Procedure. *See Puckrein v. Jenkins*, 884 A.2d 46, 55 (D.C. 2005) ("The law of the case doctrine prevents relitigation of the same issue in the same case by courts of coordinate jurisdiction").

For the above reasons, plaintiffs respectfully request the Court to issue an order precluding Defendants from filing yet another set of summary judgment motions on liability and standing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 1, 2008 | /s/ Stefan Shaibani |
|  | Stefan Shaibani (Bar No. 490024) |
|  | LITIGATION ASSOCIATES, PLLC |
|  | 1150 Connecticut Avenue, NW |
|  | Suite 900 |
|  | Washington, DC 20036 |
|  | Tel:  (202) 862-4335 |
|  | Fax: (202) 828-4130 |
|  | *Attorney for Plaintiffs* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2008, I electronically filed "PLAINTIFFS' REPLY TO MOTION FOR AN ORDER PRECLUDING DEFENDANTS FROM FILING MULTIPLE SUMMARY JUDGMENT MOTIONS ON LIABILITY, AND PLAINTIFFS' MOTION FOR AN ORDER PRECLUDING DEFENDANTS FROM FILING DUPLICATIVE SUMMARY JUDGMENT MOTIONS ON STANDING," and that service was thus effected upon defendants' counsels named below in accordance with Local Civil Rule 5.4(d):

Matthew A. Ranck
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
Tel:  202-857-1696
Fax:  202-857-0762
*Counsel for Defendants Chatel Real Estate Inc. and Thierry Liverman*

Robert Bouse
Anderson, Coe, and King
201 North Charles Street, Suite 2000
Baltimore, MD 21201
Tel:  410-752-1630
410-376-2020
Fax:  410-752-0085
*Counsel for Defendants Mary White and Mary White, Inc.*

<u>/s/ Stefan Shaibani</u>

4