**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN BRATTON, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> CHATEL REAL ESTATE, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0694 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Plaintiffs' Motion for an Order Precluding Defendants from Filing Multiple Summary Judgment Motions on Standing, Defendants' opposition to the motion, and all pertinent papers, it is hereby

ORDERED that Plaintiffs' Motion for an Order Precluding Defendants from Filing Multiple Summary Judgment Motions on Standing is GRANTED; and it is further

ORDERED that Defendants shall be permitted to file a last summary judgment motion with respect to the economic damages sought by Plaintiffs in their Second Amended Complaint. The Court will not consider any other dispositive motions.

Dated: _____, 2008

_____
John D. Bates, Judge