UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON, et al.,**<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>**CHATEL REAL ESTATE, INC., et al.,**<br><br>　　Defendants. | Civil Action No.  06-694 (JDB) |

### ORDER

Upon consideration of [73] and [77] plaintiffs' motions for an order precluding defendants from filing multiple summary judgment motions on liability and standing, the parties' memoranda, the applicable law, and the entire record herein, it is this <u>4th</u> day of <u>February</u>, 2008, hereby

**ORDERED** that plaintiffs' motions are **DENIED**.  The Court will not preclude defendants from raising any arguments or issues in their dispositive motions nor will the Court impose any limitations on the arguments plaintiffs may assert in response.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　United States District Judge