IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN BRATTON | : | |
| and | | |
| BRATTON REALTY, INC. | : | |
| | | |
| Plaintiffs | : | |
| | | |
| v. | : | 06 Civ. 0694 (JDB) |
| | | ORAL HEARING REQUESTED |
| CHATEL REAL ESTATE, INC. | : | |
| and | | |
| THIERRY LIVERMAN | : | |
| and | | |
| MARY WHITE | : | |
| and | | |
| MARY WHITE, INC. | : | |
| | | |
| Defendants | : | |

## DEFENDANTS MARY WHITE AND MARY WHITE, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendants, Mary White and Mary White Inc., by their attorney, Robert H. Bouse, Jr., pursuant to Federal Rule of Civil Procedure 56, hereby file this Motion for Summary Judgment, and, in doing so, move the Court for an Order granting summary judgment as to all claims asserted against Mary White ("Ms. White") and Mary White, Inc.  In support thereof, Defendants state as follows:

1.   Co-Defendants, Chatel Real Estate, Inc. and Thierry Liverman (collectively "Chatel Defendants"), filed a Motion for Summary Judgment on March 3, 2008 regarding all claims by the Plaintiff against the Chatel Defendants.  See Chatel Defendants' Motion for Summary Judgment and Accompanying Memorandum of Points and Authorities.

2. The first argument section of the Chatel Defendants' Motion and Memorandum sets forth the position that Plaintiff, John Bratton, lacks standing to bring individual claims against the Defendants. This argument is based primarily upon the following cases: <u>Johnson v. D.C.</u>, 2004 U.S. App LEXIS 24145, *1, <u>Gersman v. Group Health Association, Inc</u>., 289 U.S. App. D.C. 332, 931 F.2d 1565, 1569 (D.C. Cir. 1991), <u>Dominos Pizza v. McDonald</u>, 546 U.S. 470, 126 S.Ct. 1246, 1249-1252 (2006), <u>Krupa v. Leonardi</u>, 2007 U.S. Dist. LEXIS 3972 (N.D. Ill. 2007), <u>Guides v. Yarmouth</u>, 295 F.3d 1065, 1072-73 (10th Cir. 2002), and <u>DAG Ent. V. Exxon Mobil Corp</u>., 2004 U.S. Dist. LEXIS 27393, *11-12 (D.C. 2004). Ms. White set forth this argument in her First Motion for Summary Judgment, filed February 16, 2007. Mary White, Inc. adopted and incorporated by the reference the argument in its Motion for Summary Judgment, filed April 26, 2007. The merits of those arguments were never dispositively ruled upon. Therefore, Ms. White and Mary White, Inc. hereby adopt and incorporate by reference the standing arguments set forth in Ms. White's First Motion for Summary Judgment and Memorandum of Points and Authorities, Ms. White's and Mary White, Inc.'s Second Motion for Summary Judgment, and Section I of the argument section of co-Defendant's March 3, 2008 Motion for Summary Judgment. In doing so, Ms. White and Mary White, Inc. set forth that (a) Mr. Bratton lacks standing to assert individual civil rights claims for injuries sustained by his corporation, (b) that his lack of standing applies to his § 1981 claims as well as all claims which he now asserts and (c) that Mr. Bratton has failed to allege any harm distinct from that allegedly suffered by his corporation. Accordingly, Mr. Bratton lacks standing to assert any individual claims against Ms. White or Mary White, Inc. and they are entitled to partial summary judgment as against each of Mr. Bratton's individual claims.

3. Section V of co-Defendant's Summary Judgment Memorandum sets forth that Plaintiffs' alleged economic and non-economic damages are unsupported by the evidence adduced in discovery. Specifically, Plaintiff failed to support his allegations that (a) his lost profits and loss of good will were related to agents leaving his brokerage because of the move from Georgetown to a non-Georgetown location, (b) he would have earned $36,000 for rental of his one-bedroom basement apartment, (c) that he lost clients as a result of Mr. Bratton's having to work on securing a lease for Property, or (d) that Mr. Bratton became emotionally distressed. In fact, the testimony elicited from Mr. Bratton's employees made it clear that their reasons for leaving his employ or clientele were wholly unrelated to the issues in this litigation. Therefore, Ms. White and Mary White, Inc. hereby adopt and incorporate by reference Section V of co-Defendants' Summary Judgment Memorandum and request that the Court grant judgment as a matter of law in favor of the Defendants and against the Plaintiffs on those unsupported allegations of damages.

4. Lastly, Ms. White and Mary White, Inc. hereby adopt and incorporate by reference the "Statement of Undisputed Material Facts" set forth in co-Defendants' Summary Judgment Memorandum. Under the undisputed facts of the case, neither the actions of Ms. White, individually, nor the actions of Ms. White's attorney, John Forester, support Plaintiffs' allegations of discrimination under 42 U.S. C. §§ 1981 and 1982 or D.C. Code §§ 2-1402.21 and 2-1402.23. Indeed, Bratton was treated by Ms. White and Mary White, Inc. the same as the other candidate, Roberta Medlin. The only difference is that Mr. Bratton's lease negotiations progressed further than Ms. Medlin's, thus requiring more information and negotiation. Accordingly, Ms. White and Mary White, Inc. are entitled to judgment as a matter of law against each of the Plaintiffs' claims.

WHEREFORE, for all the reasons set forth in this Motion and in co-Defendants' Motion for Summary Judgment, portions of which are adopted and incorporated by reference herein, Ms. White and Mary White, Inc. hereby move for judgment in their favor and against the Plaintiffs

/s/
Robert H. Bouse, Jr. (Bar #MD01926)
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
Telephone:  410-752-1630
Fax:  410-752-0085
*Attorney for Mary White and Mary White, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2008, a copy of the foregoing Motion to Strike was served by electronic mail upon:

Stefan Shaibani, Esquire
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C. 20036
*Attorney for Plaintiff John Bratton*

Matthew A. Ranck, Esquire
Seth P. Kleiner, Esq.
ECCLESTON & WOLF, P.C.
2001 S. Street, N.W., Suite 310
Washington, D.C. 20009
*Attorneys for Defendants, Chatel Real Estate, Inc. and Thierry Liverman*

/s/
Robert H. Bouse, Jr. (Bar #MD01926)
