UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON, et al.**<br><br>Plaintiffs<br><br>v.<br><br>**CHATEL REAL ESTATE, INC., et al.**<br>Defendants | Case No.: 1:06CV00694<br><br>**ORAL HEARING REQUESTED**<br><br>Hon. John D. Bates |

### ORDER

UPON CONSIDERATION of the Chatel Defendants' Motion for Summary Judgment, any opposition thereto, oral arguments of counsel, and the entire record herein, it is hereby:

ORDERED, that the Chatel Defendants' Motion be and hereby is GRANTED; and it is further

ORDERED, that all claims against Defendant Chatel Real Estate, Inc. be and hereby are DISMISSED WITH PREJUDICE; and it is further

ORDERED, that all claims against Defendant Thierry Liverman be and hereby are DISMISSED WITH PREJUDICE.

Date: _____, 2008     By: _____
                                          Hon. John D. Bates
                                          U.S. District Court for the
                                          District of Columbia

Copies to:

Matthew A. Ranck, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036

Robert H. Bouse, Jr., Esq.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201