**JOHN H. BRATTON DBA** 04-03      1452
**BRATTON REALTY**
1223 10TH ST. N.W.
WASHINGTON, DC 20001-4213    DATE 10/6/05    15-120/540 DC 0710

PAY TO THE ORDER OF Mary White    $ 2500.00

Twenty Five hundred ———————— DOLLARS

**Bank of America**
ACH R/T 054001204
FOR Rosenbar 1st Rent
1622 Wise Ave

⑈001452⑈    2721⑈

---

**JOHN H. BRATTON DBA** 04-03      1453
**BRATTON REALTY**
1223 10TH ST. N.W.
WASHINGTON, DC 20001-4213    DATE 10/6/05    15-120/540 DC 0710

PAY TO THE ORDER OF Mary White    $ 2500.00

Twenty Five hundred ———————— DOLLARS

**Bank of America**
ACH R/T 054001204
FOR Security Deposit
1622 Wise Ave

⑈001453⑈    2721⑈



EXHIBIT 6

BRA 0038