

# RENTAL APPLICATION
(For Use in Montgomery County, Maryland and Washington, DC)

Applicant's Name: __Roberta J Medlin__
Application is made to lease premises known as __retail shop__
for monthly rental of $ __2500__   Security Deposit: $ __2500__
Lease Term: __2 years__   Move-in Date: _____   Move-out Date: _____

A deposit in the amount of $ _____ ("Earnest Money Deposit") is to be held by Listing Broker with the clear understanding that this Application, including each prospective occupant, is subject to approval and acceptance by owner or his duly authorized property manager. The Application has no leasehold interests in the rental property until there is a fully ratified lease. In the case of payment by check, the words "**Earnest Money Deposit**" shall be placed on the check.

Additionally, a non-refundable fee of $ _____ is to be used in full by the Listing Broker for the credit/consumer check and processing the application with the understanding that this application, including each prospective occupant is subject to Landlord's approval and acceptance. Should the cost of processing exceed the amount of the non-refundable fee, a portion of the Deposit shall be applied to pay such excess cost. When so approved and accepted, the applicant agrees to execute a lease and to pay any balance due on the security deposit and/or the first month's rent (as required by Landlord) within three (3) days after being notified of acceptance and before possession is given.

*SPECIAL LEASE REQUIREMENTS:* Military/Diplomatic Clause: ☐ Yes ☒ No
Contingencies/Special Equipment: _____

*OCCUPANTS:* The premises are to be occupied only by the following # of occupants:
Total Number of Occupants: _____
Name: __N/A__   Age: _____
Name: _____   Age: _____
Name: _____   Age: _____
Name: _____   Age: _____

Pets: ☐ Dog: Breed: __N/A__   Weight: ____ ☐ Cat ☐ Other: _____
How many pets total? _____

*AUTOMOBILES, MOTOR CYCLES, TRUCKS, BOATS, AND TRAILERS:*
Total Number of Vehicles: __N/A__
Type/Make: _____ Year: _____ Tag #: _____ State: _____
Type/Make: _____ Year: _____ Tag #: _____ State: _____
Are any of the above commercial vehicles? If so, which ones? _____

All motor vehicles or trailers shall have current licenses and may be parked ONLY in garages, driveways, if provided, on the street (not in fire lanes or on the lawn), **OR AS REQUIRED BY THE CONDOMINIUM OR HOMEOWNER'S ASSOCIATION.**

**In compliance with federal fair housing regulations, the Property shall be made available to all persons without regard to race, color, religion, national origin, sex, physical or mental handicaps, familial status or any additional protected classes specified by State of Maryland, District of Columbia or local jurisdiction law.**

| For Office Use Only |
| --- |
| Date Application Received by Agent/Broker: _____ |

Applicant's Initials __RJM__

©2003, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.
GCAAR Form # 1204 Rental Application   Page 1 of 4   6/03

Phone: _____ Fax: _____



BRA 0375

applicant, and **ANY FALSE OR MISLEADING** statement shall be considered a **SUBSTANTIAL** breach of said lease. After this application has been processed, the Landlord/Owner may be contacted for final approval. Applicant will be contacted when approval is received or denied.

*THE FOLLOWING PARAGRAPHS APPLY TO MARYLAND PROPERTIES ONLY.*

1. *In the event of the application is approved, but the applicant **FAILS FOR ANY REASON TO SIGN A LEASE WITHIN THE TIME PROVIDED HEREIN**, then the Landlord/Agent **SHALL RETAIN A PORTION OF THE DEPOSIT** as specified herein. The balance of the Deposit, if any, shall be returned to applicant within fifteen (15) days of receipt of written communication, by either party to the other, of a decision that no tenancy shall occur. In the event the application is not approved and accepted by Landlord, the Deposit shall be returned in full to the applicant within fifteen (15) days of such action.*
2. *The provisions of the foregoing Paragraph 1 do not apply to any Landlord Agent who offers four or less dwelling units for rent on one parcel of property, or at one location, or to seasonal or condominium rentals.*
3. *I certify that I have received and carefully examined a copy of the lease and any addenda. I agree that I shall apply for all utilities services before taking occupancy of the leased premises and agree to pay all utilities: **GAS, OIL, ELECTRICITY, WATER, SEWER, REFUSE**, where applicable, and will pay deposits therefore, if required. The applicant hereby waives any claim for damages for reason of non-acceptance of this application.*
4. *Should I sign a lease for the above-referenced property managed by Listing Broker/Landlord, I am prepared to deposit with the Listing Broker/Landlord a security deposit in an amount not to exceed the maximum security deposit permitted by law and in accordance with the risks to the property involved. I understand that the rate of interest on the security deposit is 4% simple interest per annum. If a security deposit is required, I understand that I may make a written request to the Landlord Agent within fifteen (15) days of the date of occupancy for a list of all existing damages.*

I understand that this **APPLICATION DOES NOT CONSTITUTE A COMMITMENT** to lease or rent and that a **WRITTEN LEASE WILL BE PREPARED** if my application is approved. I further understand that the lease **MUST BE SIGNED BY BOTH THE LANDLORD AND/OR ITS AGENT AND MYSELF TO BE VALID.**

The undersigned applicant affirms under the penalties of perjury that I have read and understand pages 1 through 5 of this application and that my answers to the questions on this application are true and correct to the best of my personal knowledge, information and belief and that I have not knowingly withheld any fact or circumstance which would, if disclosed, affect my application unfavorably.

APPLICANT SIGNATURE _____ *K Medlin* _____

Date: _October 11, 2005_

Check: $ _____    Cash: $ _____

Leasing Broker: _____    Broker Code: _____

Address: _____    Phone: _____

Leasing Agent: _____ GCAAR #: _____ Phone: _____

Applicant's Initials _KJM_

©2003, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

GCAAR Form # 1204 Rental Application              Page 4 of 4                                    6/03

Produced with ZipForm™ by RE FormsNet, LLC 18025 Fifteen Mile Road, Clinton Township, Michigan 48035 (800) 383-9805 www.zipform.com

NOV 21 2005



BRA 0376