Capital Reporting Company

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    -----------------------------------:
 4    JOHN BRATTON,
 5            Plaintiff
 6       v.                                Civil Action
 7                                         No. 06-0694(JDB)
 8    CHATEL REAL ESTATE, INC., et al.,
 9       Defendants
10    -----------------------------------:
11                                    Washington, D.C.
12                             Tuesday, September 26, 2006
13    Deposition of:
14              ROBERTA JEAN MEDLIN
15    called for oral examination by counsel for
16    Plaintiff, pursuant to notice, at the Law Offices
17    of Litigation Associate, PLLC, 1150 Connecticut
18    Avenue, N.W., Suite 900, Washington, D.C., 20036,
19    before Patricia A. Edwards of Capital Reporting, a
20    Notary Public in and for the District of Columbia,
21    beginning at 10:12 a.m., when were present on
22    behalf of the respective parties:
```

EXHIBIT 14

Capital Reporting Company

Page 2

APPEARANCES

On behalf of Plaintiff:
STEFAN SHAIBANI, ESQUIRE
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4335

On behalf of Defendants CHATEL REAL ESTATE, INC., and THIERRY LIVERMAN:
MATTHEW A. RANCK, ESQUIRE
Eccleston & Wolf, PC
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
(202) 857-1696

On behalf of Defendant MARY WHITE:
ROBERT BOUSE, ESQUIRE
Anderson, Coe and King
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 752-1630

Also Present:
Lauren D'Agostino    John Bratton
* * * * *

Page 3

CONTENTS

EXAMINATION BY:                              PAGE
    Counsel for Plaintiff                    4, 79
    Counsel for Defendants CHATEL REAL       58
    ESTATE, INC. and THIERRY LIVERMAN
    Counsel for Defendant MARY WHITE         77

PLAINTIFF'S DEPOSITION EXHIBITS:    *        PAGE
1    Document.                               54
7    Commercial agreement of lease.          14
9    Check written by Robert J. Medlin       18
     in the amount of $7,500.00.
10   Document.                               40
11   Document with Chatel logo with check    31
     dated October 11, 2005 attached.
12   MRIS listing for 1622 Wisconsin Avenue. 8
18   GCAAR rental application.               41

DEFENDANT'S DEPOSITION EXHIBITS:    *        PAGE
A    Letter dated September 12th.            58
B    Commercial agreement of leased          66
     space.

(*Exhibits attached to transcript)

Page 4

PROCEEDINGS
WHEREUPON,
    ROBERTA JEAN MEDLIN
called as a witness, and having been first duly sworn or affirmed, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFF
BY MR. SHAIBANI:
    Q   Ms. Medlin, thank you for coming here today. I'm going to ask you some questions and if you could respond. Opposing counsel may raise objections, but once they state their objections, you're still obligated to respond to the questions.
    A   I understand.
    Q   Could you tell us your full name and occupation?
    A   Roberta Jean Medlin is my full name and I'm a jewelry designer.
    Q   And when did you relocate to Washington, D.C.?
    A   Approximately a year ago.

Page 5

    Q   Do you recall the exact month?
    A   No. We lived between Kansas City and Washington, D.C. both for some months, so there was no exact time.
    Q   When did you start looking for office space in D.C.?
    A   Last fall. The fall of 2005.
    Q   Was it in October 2005 possibly?
    A   Possibly, yes.
    Q   And have you spoken to Mary White or Chatel prior to October 2005?
    A   I cannot recall the exact date, but I believe it was October.
    Q   But before you moved to D.C., you had not spoken to Mary White or Chatel?
    MR. RANCK: Objection.
    THE WITNESS: Thank you.
    MR. RANCK: You can answer if you understand it.
BY MR. SHAIBANI:
    Q   Prior to moving to Washington, D.C., have you spoken to Mary White?

2 (Pages 2 to 5)

Capital Reporting Company

Page 22

1    MR. BOUSE: Objection. That's not
2 what she said.
3 BY MR. SHAIBANI:
4    Q   Was this lease typed -- drafted
5 without your knowledge?
6    MR. RANCK: Objection.
7    THE WITNESS: I don't know what
8 you mean by that.
9 BY MR. SHAIBANI:
10    Q   Why would Chatel draft a lease
11 with your name on it?
12    A   Why would they do something?
13    Q   Yes.
14    MR. RANCK: Objection. Calls for
15 speculation. You can answer.
16    THE WITNESS: What are you trying
17 to get to? If you could just ask me without
18 the legalese. Just drop the legalese, ask me
19 straight out what you want to know and I'll
20 tell you.
21 BY MR. SHAIBANI:
22    Q   I'm asking if you discussed the

Page 23

1 terms of your lease with Chatel?
2    A   No, I did not.
3    Q   So Chatel basically drafted a
4 lease agreement for you without having any
5 discussions with you, is that what you're
6 saying?
7    MR. RANCK: Objection.
8    MR. BOUSE: I object. I think the
9 problem is the word terms. I mean did she
10 discuss the rent? Did she discuss other
11 things?
12    MR. SHAIBANI: Well, the terms of
13 the lease --
14    MR. BOUSE: I think she's confused
15 by your question. I object.
16    MR. RANCK: I agree.
17    MR. BRATTON: I don't think the
18 question is confusing at all. I think it's
19 very straightforward.
20    MR. RANCK: Mr. Bratton, with all
21 due respect, I don't believe it's appropriate
22 for parties to be heard at a deposition. That's

Page 24

1 what your counsel here is for. But I think
2 that is what's causing -- we can go off the
3 record and talk about it outside the witnesses'
4 presence if you'd like, Mr. Shaibani. But I
5 think that's what's causing the problem is
6 you're referring to terms in a nine-page, 59
7 paragraph legal document and the witness
8 doesn't understand what you're trying to ask
9 her. Which terms?
10 BY MR. SHAIBANI:
11    Q   Let's start with the duration of
12 the lease. It says November 1st to October 30
13 2007. November 1, 2005 to October 30, 2007
14 The duration of the lease is for two years. Did
15 you discuss the length of the lease with
16 Chatel?
17    A   No. I did not have much
18 discussion with Chatel at all.
19    Q   Did you have any discussions with
20 Mary White about this?
21    A   Yes.
22    Q   Well, what did you discuss with

Page 25

1 her?
2    A   We discussed leasing this property
3 on Wisconsin, but, as you can see, there were
4 many blanks. So I was waiting from Mary White,
5 vis-a-vis Chatel, to come to me with -- filling
6 in the blanks.
7    Q   Which blanks are you referring to?
8    A   The pricing. Additional rent,
9 number 11, et cetera. I also, under no time,
10 felt like this was a done deal. I was leaving
11 town. That day or the next day leaving town
12 and they were to get back to me. But at no
13 time did I feel that I was the only applicant.
14    Q   Is it your understanding that you
15 never reached a verbal agreement with Mary
16 White for leasing this property?
17    A   Absolutely correct.
18    Q   And that's why you did not sign a
19 lease agreement with her for the property; is
20 that correct?
21    A   Because we were not -- because we
22 -- that's not in all why. I mean, one, she did

7 (Pages 22 to 25)

Page 30

1  A   She asked me what type of business
2  I was going to have, why I came to be in
3  Washington, D.C. when I told her I was new in
4  town and looking for a place. We talked about
5  an approximate cost per month, but that didn't
6  include other expenses that were yet to be
7  determined.
8  Q   And the cost that you agreed to,
9  do you recall what that cost was per month?
10 The monthly rent for the property?
11 A   Well, that was the problem. It
12 was going to be -- other expenses were going to
13 be added in, so I never had a total figure.
14 But I didn't know exactly what all the expenses
15 were going to be and I did not know the amounts
16 of those other expenses.
17 Q   Could you tell us why you decided
18 not to lease this property?
19 A   I -- the second time I had contact
20 with Chatel, I phoned them. I don't recall the
21 person I spoke with. I phoned Chatel from
22 Kansas City and said I don't believe our timing

Page 31

1  is syncing up, meaning my timing and Mary
2  White's timing, and I'm moving forward, meaning
3  I am going to search for another place to rent.
4  Because we couldn't come to an agreement for
5  the total amount. And that's why I did not
6  sign the lease.
7  Q   Would it be accurate to say that
8  you voluntarily withdrew your offer to lease
9  the property?
10 A   That's accurate.
11 Q   I'm going to pass exhibits number
12 11 -- if you could -- thank you. This is a
13 document that's got Chatel's logo on it and
14 handwritten notes by someone and it has a
15 photocopy of the check dated October 11, 2005
16 drafted by Ms. Medlin to Chatel Real Estate.
17    (The document referred to was
18    marked for identification as
19    Medlin Deposition Exhibit
20    No. 11.)
21 BY MR. SHAIBANI:
22 Q   Do you recognize this document?

Page 32

1  A   No. I don't remember it. Was it
2  a fax?
3  Q   Well, that's what I'd like to ask
4  you. I don't see a fax note anywhere on this
5  document.
6  A   With all due respect, this was an
7  extremely very busy, busy time for us. We have
8  properties in Seattle, property in Kansas City,
9  then we were buying properties here, and we
10 were doing a lot of transactions. For a
11 transaction that never came -- that never
12 provided fruit for me, I'm having great
13 difficulty in remembering things that no longer
14 meant anything to me. Do you understand?
15 Q   We appreciate your patience, but
16 we still have to continue with our questions to
17 --
18 A   So when I say it doesn't remember,
19 it doesn't mean I think it's true or I think
20 it's not true. I just -- I don't remember this
21 -- no.
22 Q   You don't remember ever receiving

Page 33

1  this document, is that what you're saying?
2  A   It's just because I don't
3  remember. I asked you if it was a fax. If it
4  was a fax, it would have been fax'd to my
5  husband and
6  maybe I never would have seen it. I don't
7  know. But, yes, that's my check and, yes, it's
8  void.
9  Q   Do you remember somebody by the
10 name of Patsy Petty?
11 A   I met a woman at Chatel once for
12 about 15 minutes a year ago. I don't know what
13 he name was.
14 Q   Did she inform you that she was
15 the office manager for Chatel?
16 A   I have no recollection.
17 Q   Could you read this note on
18 Exhibit No. 11? The handwritten note.
19 A   Yes. Hi, Bobby. So sorry the
20 lease didn't work out. Best of luck to you in
21 new business. I know you will be a success.
22 Regards, Patsy. Patsy Petty.

Capital Reporting Company

Page 42

1    A   Yes.
2    Q   Now, would you say, having looked
3 at this document, that October 11th was the
4 first day you negotiated this lease with Mary
5 White?
6    MR. RANCK: Object to the form.
7    MR. BOUSE: Object.
8    THE WITNESS: If it wasn't that
9 first day, it was very, very close to that.
10 There was not a lot of time lapse in here.
11 BY MR. SHAIBANI:
12   Q   And would this refresh your memory
13 as to when you withdrew your offer to lease the
14 property?
15   A   It was shortly thereafter.
16   Q   Was it more than a day after?
17   MR. RANCK: Objection. Asked and
18 answered.
19   THE WITNESS: I'm not sure. It
20 was a very short time frame from beginning to
21 end.
22 BY MR. SHAIBANI:

Page 43

1    Q   Would you say that it was more
2 than 48 hours?
3    MR. RANCK: Same objection.
4    MR. BOUSE: Same objection.
5    THE WITNESS: More than 48? Or
6 less? I don't know, we were traveling. I don't
7 know.
8 BY MR. SHAIBANI:
9    Q   Do you recall how many days you
10 were in D.C. when you visited the property on
11 Wisconsin Avenue?
12   A   No. As stated previously, we were
13 back and forth, back and forth, back and forth
14 between Kansas City and D.C.
15   Q   If I may ask another question, in
16 terms of your withdrawal of your offer to lease
17 the property, was it more than three days after
18 you submitted the rental application?
19   MR. BOUSE: Object.
20   MR. RANCK: Objection. Asked and
21 answered several times.
22   THE WITNESS: I don't remember.

Page 44

1 Just ask me what you want to know.
2 BY MR. SHAIBANI:
3    Q   Do you recall in your negotiations
4 with Mary White if you discussed what would
5 happen after the term of the lease expires?
6    A   You mean if I had received the
7 property?
8    Q   Yes. In negotiating your offer to
9 lease the property, did you discuss what would
10 happen if -- let's say if the lease were for
11 two years, what would happen afterwards?
12   A   I don't think we ever got that
13 far, no. I don't -- no, I don't remember that.
14   Q   And do you recall having any
15 discussions about a right of first refusal?
16   A   I don't recall.
17   Q   Do you know what a right of first
18 refusal is?
19   A   Yes.
20   Q   You weren't interested in
21 purchasing the property during the -- if it
22 were to go on the market during the term of the

Page 45

1 lease? Do you recall that?
2    MR. BOUSE: I object.
3    MR. RANCK: Objection to the form
4 of the question.
5    THE WITNESS: Did I express that,
6 is that what you're asking me?
7 BY MR. SHAIBANI:
8    Q   Did you ever have any discussions
9 about right of first refusal?
10   MR. RANCK: Objection. Asked and
11 answered.
12   MR. BOUSE: I object.
13   MR. RANCK: She just said she
14 doesn't recall not 45 seconds ago.
15 BY MR. SHAIBANI:
16   Q   You had no discussions then about
17 what would happen if the property were to go on
18 sale during the term of the lease?
19   A   If it would go on sale during the
20 term of the lease? No, we did not have that
21 discussion.
22   Q   Did you intend to lease a space

12 (Pages 42 to 45)