# verizon

**Work Authorization / Completion Acknowledgement**

20-1845
05/01

| Billing Telephone Number | Date | Service Order / Trouble Ticket Number |
|---|---|---|
| (202) 338-6731 | 10/23/07 | NLCP71754 |

| Customer Name | RES ☐ | BUS ☒ | Telephone / Circuit ID # |
|---|---|---|---|
| BRAYLON REALTY LLC | | | |

| Address | City/Town | State |
|---|---|---|
| 2008 10TH ST NW | WASH | DC |

| ACNA | MCN | Reason for visit | Installation ☒ | Maintenance ☐ | Trouble Isolation ☐ |
|---|---|---|---|---|---|

| Billable Charges | Tariffed ☐ | Detariffed ☒ | Regular ☒ | Overtime ☐ | Premium ☐ |
|---|---|---|---|---|---|

**Time & Material Labor**

| | Minimum Charge | Additional Increments | | Total |
|---|---|---|---|---|
| | | No. | Amount | |
| Detariffed Hr. 0 Min. 0 | 120.00 | 1 @ | 55.00 | 175.00 |
| Tariffed Hr. ___ Min. ___ | | @ | | |

**Fixed Fee Labor (Residence ONLY)**

| | First Jack Amount | Additional Jacks | | Total |
|---|---|---|---|---|
| | | No. | Amount | |
| New | | @ | | |
| Rewired | | @ | | |

**Misc. Visit Charges** (where applicable e.g. NPV, MVC, MVV, MSC)

Non-Premise trouble or Maintenance Plan trouble repaired - No Charge (N/C)

| Billable Material | Quantity | Unit Price | Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Customer Accepted Installment Billing** (Where available)

☐ Yes    ☐ No

Number of Months (2 - 12) ___

| Material Total | $ |
|---|---|
| Labor Total (from above) | $ 175.00 |
| (City or County) Wiring Permit Fee | $ |
| Total Charges | $ 175.00 |

**Work Performed** RWR 6 JKS FOR 4 TS 338-6731,
338-6550, 338-6732, 338-6733

**Customer Authorization / Acceptance**

In Person ☐    By Phone ☐

THESE CHARGES WILL APPEAR ON YOUR MONTHLY STATEMENT

Signature of Customer / Customer's Agent

| Name (Please Print) | Telephone Number |
|---|---|
| JEANETTE DUNBROW | (202) 338-6731 |
| | Date 10/23/07 |

**Technician / Supervisor Information**

| Tech. No. | Type of Closeout | LOB | |
|---|---|---|---|
| | ☐ IFAS  ☐ Manual | ☐ CONS  ☐ ESG Tier 1  ☐ ESG Tier 2  ☐ WHOL  ☐ RESALE | |

| Supervisory Review (Name) | Telephone Number | Type of Circuit |
|---|---|---|
| | ( ) - | Access ☐  Non Access ☐ |

See Reverse Side For Warranty Information

These charges are in addition to other charges which may appear on your bill, such as Service Order and/or Line Connection Charges.

White = Billing Copy    Yellow = File Copy    Pink = Customer Copy

**EXHIBIT 20**

## Geeks on Call — Service Invoice #337790

**GEEKS ON CALL HEADQUARTERS**
814 Kempsville Road, Suite 106
Norfolk, VA 23502
1-800-905-GEEK
www.GeeksOnCall.com

### Appointment Information
- Date: 11/02/07   Time: 11:00 AM
- Geek: Mauricio Ctr
- Arrive: 11:00 AM   Depart: 1:30 AM/PM

### Customer Information
- Customer Type: Business
- Name: Bratton Realty
- Contact: Jaunette   Contact #: 202-538-6732
- Email: ___
- Address: 2008 10th St NW
- City: Washington   State: DC   Zip: 20001

### Pre-Service Checklist
- Number of Systems: 2
- Network
- Reason For Service Call: (various checkboxes)

### Geeks On Call - 10 Point Inspection
- Brand: Compaq/Dell
- 1) Firewall / Security Installed: Yes — Recommended: Update — Notes: Trend Micro
- 2) Parental Controls: Not Needed
- 3) Wireless Network: Secure
- 4) Router: N/A
- 5) Anti-Virus Installed: Yes — Brand: Norton — Recommended: New Installation
- 6) Anti-Spyware / Security Installed: No — Recommended: New Installation
- 7) Back Up Tested: No Back Up / Onsite Backup
- 9) HD: OS: XP Home
- 10) All Components Protected

### Repair Codes
QF Quick Fix, IT Initial Troubleshooting, MT Major Troubleshooting, NT Network Troubleshooting, VR Virus Removal, SI Software Installation, HI Hardware Installation, PM Preventive Maintenance, UP Upgrade, BU Back-Up/Data Transfer, RL Reload, SA Service Agreement

### Description of Labor
- Checked all connections — 79
- Cables all connected to ___ in the card
- Copied computer / missing files from recovery CD
- Windows will not load / new disk
- Backup all data on PC
- For further recovery
- Installed all correct drivers for all components
- Install PC performance and recover data
- Installed Office 2005
- Trend Micro Security 2008

Quarter Hours @ 40 Per Quarter
**Labor Total: 439**

### Description of Parts
4635 7800 0013 0477
10/08
JOHN BRATTON REALTY
JEANNETTE DUMBRELL

### Method of Payment
- Visa — CC#: 4635 7900 0013 0477  Exp: 10/08  CVC: 245  Auth: 173939

- Parts Total: —
- Labor Total: 439
- Service Agreement: —
- Taxable Subtotal: —
- Sales Tax: —
- **Invoice Total: 439**

Signature: X _____   Date: 11/2/-

01/03/2008 THU 13:16  FAX 410 267 8022 FRANK GUMPERT PRINTING                                    001/001



# frank gumpert printing
TRADITION • VALUE • COMMITMENT

| INVOICE | 66205 |
| Type | |
| Date | 12/19/2007 |
| Page | 1 |

*** HISTORICAL ***

**Bill to:**

BRATTON REALTY
2008 10TH ST NW
WASHINGTON DC  20001

**Ship to:**

BRATTON REALTY
2008 10TH ST NW
WASHINGTON DC  20001

| Purchase Order ID | Customer ID | Salesperson ID | Shipping Method | Payment Terms |
|---|---|---|---|---|
| JEANETTE DUMBRELL | 5611 | 3 | FGP | COD |

| Quantity | UOM | Description | | | Ext Price |
|---|---|---|---|---|---|
| 2,000 | Each | BUSINESS CARDS - 1,000 EACH OF 2: JEANETTE DUMBRELL & JOHN BRATTON | | | $277.00 |

| | |
|---|---|
| Subtotal | $277.00 |
| Misc | $0.00 |
| Tax | $15.93 |
| | $0.00 |

1789 McGuckian Street, Annapolis, MD 21401
410-280-6633 • Toll Free: 888-775-3737 • Fax: 410-224-1445



**The Genuine. The Original.**

Overhead Door Co. of Washington D.C.

6841 Distribution Drive
Beltsville, MD 20705-1404
Phone: (301) 937-1800
Toll Free: (800) 547-9421
www.odcdc.com

**Northern Virginia Branch**
(703) 334-4050

# INVOICE

| Date | Page |
|---|---|
| 11/06/2007 | 1 |

Invoice Number
585561

Sold To: Jeanette Dumbrell
2008 10th St NW
Washington, DC 20001

Ship To: Jeanette Dumbrell
2008 10th St. NW
Washington, DC 20001

Authorized: Jeanette Dumbrell
Phone: (202) 338-6732

Map:
Job Contact: Jeanette Dumbrell
Job Phone: (202) 338-6732

| Customer No. | Order No. | Order Date | PO Number | Terms |
|---|---|---|---|---|
| COD01 | 301538 | 11/05/2007 | | COD |

Notes:

| Qty. Ord. | Item Number | Description |
|---|---|---|
| 1.00 | 908 | FURNISH AND DELIVER: 11/5/07 |
| 1.00 | ELP0135 | Transmitter, 1 Channel C/D 390 Freq |
| 1.00 | MIPSHIP | Shipping Charges |





PAID

| | |
|---|---|
| Total | 82.35 |
| Subtotal: | 82.35 |
| Total Sales Tax: | 3.47 |
| Total Amount | 85.82 |
| Deposit: | -85.82 |
| Amount Due: | 0.00 |

# Don Morgan Air Conditioning
703/560/6379 or 304/258/7899 Phone

## INVOICE

**Customer**
Name: Bratton Realty
Address: 2008 10th St NW
City: Wash   State: DC   ZIP: _____
Phone: _____

Date: 10/2/07
Order No: _____
Rep: _____
FOB: _____

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
|  | Turned breakers and gas on and cycled system unit operating properly | Service charge $85.00 |  |

**Payment Details**
- ○ Cash
- ○ Check ✓
- ○ On Account

Visa
Name: Jeannette Dunbrell
CC #: 4635790000130477
Expires: 10/08

SubTotal: _____
Shipping & Handling: _____
Taxes: _____
TOTAL: 85.00

Send payment to:
34 Cloverleaf Ct.
Berkeley Springs, WV 25411

*signature: JDunbrell*

**DON'T FUSS CALL US**



# frank gumpert printing
TRADITION · VALUE · COMMITMENT

| INVOICE # | 66200 |
| Type | |
| Date | 12/5/2007 |
| Page | 1 |

*** HISTORICAL ***

**Bill to:**
BRATTON REALTY
1223 10TH STREET N.W.
WASHINGTON DC  20001

**Ship to:**
BRATTON REALTY
1223 10TH STREET N.W.
WASHINGTON DC  20001

| Purchase Order ID | Customer ID | Sales Person ID | Shipping Method | Payment Terms ID |
|---|---|---|---|---|
| JEANETTE | 5611 | 3 | FGP | COD |

| Quantity | U OF M | Description | | | Discount | Ext. Price |
|---|---|---|---|---|---|---|
| 1.000 | Each | #10 ENVELOPES | | | | $317.00 |

| | | |
|---|---|---|
| Subtotal | | $317.00 |
| Miscellaneous | | $0.00 |
| Tax | | $0.00 |

1789 McGuckian Street, Annapolis, MD 21401



# frank gumpert printing
TRADITION • VALUE • COMMITMENT

| INVOICE | 66203 |
|---|---|
| Type | X |
| Date | 12/5/2007 |
| Page | 1 |

*** HISTORICAL ***

**Bill to:**
BRATTON REALTY
1223 10TH STREET N.W.
WASHINGTON DC   20001

**Ship to:**
BRATTON REALTY
1223 10TH STREET N.W.
WASHINGTON DC   20001

| Purchase Order ID | Customer ID | Salesperson ID | Shipping Method | Payment Terms ID |
|---|---|---|---|---|
| JEANETTE | 5611 | 3 | FGP | COD |

| Quantity | U/M | Description | | Discount | Ext. Price |
|---|---|---|---|---|---|
| 1,000 | Each | LETTERHEADS | | | $268.00 |

1789 McGuckian Street, Annapolis, MD 21401

| | |
|---|---|
| Subtotal | $268.00 |
| MISC | $0.00 |
| Tax | $15.41 |

# KING
*Graphic Design Inc.*

5204 Sunset Fairways Drive
Holly Springs, NC 27540
Phone: 770.321.1441
Fax: 202.640.1803
Email: Patti@KingGraphicDesign.com
Web: www.KingGraphicDesign.com

**PAID**

## Invoice

| Date | Invoice # |
|---|---|
| 10/31/2007 | 1662 |

**Bill To**

Bratton Realty
1622 Wisonsin Ave., NW
Washington, DC

| Due Date |
|---|
| 10/31/2007 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IDX Service for web site Oct. 2007 | | | 100.00 |
| Update agents, home page photo, add emails | 2.25 | 40.00 | 90.00 |

Make check payable to King Graphic Design, Inc. and mail to: King Graphic Design, Inc. 5204 Sunset Fairways Drive, Holly Springs, NC 27540.
This invoice has also been emailed to you and you may pay by credit credit via the link at the bottom of that email. If you have deleted your email and need it resent please notify us and we will resend the email. Your prompt payment is appreciated.

| | |
|---|---|
| **Total** | $190.00 |
| **Payments/Credits** | $-190.00 |
| **Balance Due** | $0.00 |

# SIGN★A★RAMA

**Estimate No.** 15400
**Estimate Printed On** 1/2/2008

**Bratton Realty, Inc.**
Attn: Jeanette Dumbrell
2008 10th St., NW
Washington, DC 20001

Acct #: 6152
Terms: C.O.D.
Phone: 202-338-6732 /
Fax: (202)-338-6733
E-Mail: jdbrattonrealty@aol.com

*Prepared For Jeanette Dumbrell,*

Thank you for taking time with me, and for your interest in Sign-A-Rama! Listed below is the quotation on the items we discussed. Please feel free to call if you have any questions about my quote or need any additional information. I look forward to working with you! If this estimate meets your needs, please sign it and fax it back so we can get started on production right away. Thank you.

**Estimate Description**

Awning for Green Building in DC

| Product Code | Sides | Color | Quantity | Vert | Horiz | Depth | | |
|---|---|---|---|---|---|---|---|---|
| MISC | 1 | | 1.00 | 48.00 | 126.00 | 0.00 | Price @ $1,305.00 | |
| Description | Single Panel Awning w/out sides<br>3 feet projection away from building<br>4 feet tall X 10.5 feet wide<br>Printed Graphics - Logo, Phone & Website<br>*Centered over window and door on front of building. | | | | | | Total: | $1,305.00 |

| Product Code | Sides | Color | Quantity | Vert | Horiz | Depth | | |
|---|---|---|---|---|---|---|---|---|
| INSTALL | 1 | N/A | 1.00 | 0.00 | 0.00 | 0.00 | Price @ $525.00 | |
| Description | Install on brick building in DC | | | | | | Total: | $525.00 |

**Notes**

Sub-Total: $1,830.00
Sales Tax: $65.25
Shipping: $0.00
Total: $1,895.25

Yours Sincerely,

**Donald Thomas**

13929 BALTIMORE AVE., SUITE 3 LAUREL, MD 20707  Phone: 301-604-8700 Fax: 301-604-3700 (signslaurel@verizon.net)

Page 1 of 1

October 23, 2007

Geek-Services, llc

Receipt for $500 payment for purchase of 5 used computer desks with chairs.

Check received #119
From Bratton Realty, llc

WORK ORDER: Office Move for Bratton Realty

Job Scope: Disassemble and pack all office supplies and equipment and furniture to be loaded into the truck. Make several trips to new office at 2008 10th ST NW to off load and set-up new office space. Haul all unused boxes and furniture to Arlington home.

Payment: Flat fee of $300

Paid to Eric Rothermel

October 29, 20007

*[signature]*
Eric Rothermel

*[signature]*
John Bratton