Capital Reporting Company

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3     ---------------------------------:
      JOHN BRATTON,                    :
4                                      :
                Plaintiff,             :
5                                      :
           vs.                         : Case No.:
6                                      :1:06CV00694
      CHATEL REAL ESTATE, INC.,        :
7     et al.,                          :
                Defendants.            :
8     ---------------------------------:
                                    Washington, DC
9
                           Monday, November 20, 2006
10
      Deposition of:
11                     JOHN PAGONES,

12    called for oral examination by counsel for

13    the Plaintiff, pursuant to notice, at

14    1150 Connecticut Avenue, NW, Washington, DC,

15    before Lohna Esteb of Capital Reporting Company, a

16    Notary Public in and for the District of Columbia,

17    beginning at 10:40 a.m. when were present on

18    behalf of the respective parties:

19

20                                              EXHIBIT

21                                                21

22

Capital Reporting Company

Page 2

```
 1   On behalf of Plaintiff:

 2        STEFAN SHAIBANI, ESQUIRE
          Litigation Associates, PLLC
 3        1150 Connecticut Avenue, NW
          Washington, DC 20036
 4        (202) 862-4335
          E-mail: stefan@litigationassociate.com
 5
     On behalf of Defendant Chatel Real Estate, Inc.:
 6
          MATTHEW A. RANCK, ESQUIRE
 7        Eccleston and Wolf
          Suite 310
 8        2001 S Street, NW
          Washington, DC 20009-1125
 9        (202) 857-1696
          E-mail:ranck@ewdc.com
10

11   On behalf of Defendant Mary White:

12
          ROBERT H. BOUSE, JR., ESQUIRE
13        Anderson Coe King
          201 North Charles Street, Suite 2000
14        Baltimore, Maryland  21201-4135
          (410) 752-1630
15        E-mail: bouse@acklaw.com

16

17

18

19

20

21

22
```

C O N T E N T S

| | | PAGE |
|---|---|---|
| EXAMINATION BY: | | |
| Counsel for Plaintiff | | 4 |
| Counsel for Mary White | | 213 |
| Counsel for Chatel | | 224 |

PAGONES DEPOSITION EXHIBITS:

| | | PAGE |
|---|---|---|
| 1 | 1099 MISC for 2005 | 13 |
| 2 | John Pagones Summary of Earnings | 14 |
| 3 | MRIS listing | 16 |
| 4 | Property Management and Exclusive Rental Agreement | 18 |
| 5 | MRIS Synopsis - Agent | 30 |
| 6 | MRIS Full Commericial Listing | 31 |
| 7 | GCAAR Rental Application | 50 |
| 8 | Photos | 57 |
| 9 | Statement by John Pagones | 85 |
| 10 | Photo of Bratton Realty | 85 |
| 11 | Photo of 1622 Wisconsin Ave. | 80 |
| 12 | Photo of 1622 Wisconsin Ave. | 80 |
| 13 | Fax to Chatel | 71 |
| 14 | DVD | |
| 15 | Washington Lawyers' Committee for Civil Rights & Urban Affairs Letter to Mr. Shaibani 9/22/06 | 107 |
| 16 | Fair Housing Manual | 115 |
| 17 | Commercial Lease Agreement | 125 |
| 18 | Checks | 127 |
| 19 | Commercial Lease Agreement | 128 |
| 20 | 1622 Listing | 131 |
| 21 | Letter to Mrs. White from Mr. Bratton 10/7/05 | 134 |
| 22 | Defendants Chatel and Liverman's Answers to Plaintiff's First Set of Interrogatories | 188 |

Capital Reporting Company

Page 4

1   INDEX CONTINUED:

2   23          Commercial Agreement of
                Lease - Space Mary White and
3               Roberta Medlin                          191
    24          Commercial Agreement
4               of Lease - Space Mary White
                and John Bratton                        191
5   25          Bank Statement                          200
    26          Bank Statement                          200
6   27          Chatel and Pagones' Answers
                to Interrogatories and
7               Request for Production
                of Documents                            207
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company

Page 5

1              P-R-O-C-E-E-D-I-N-G-S
2     WHEREUPON,
3                    JOHN PAGONES,
4     called as a witness, and having been first duly
5     sworn, was examined and testified as follows:
6              EXAMINATION BY COUNSEL FOR PLAINTIFF:
7     BY MR. SHAIBANI:
8         Q    Mr. Pagones, thank you for coming here
9     today.
10             I am going to ask you a number of
11    questions, and if your counsel and counsel for Mary
12    White will have objections to the question, we
13    would request you respond to the question after the
14    objections have been raised, and your counsel will
15    be able to advise you if there are any specific
16    objections that you can't respond to the inquiry
17    afterwards.
18             Could you please tell us your title and
19    position at Chatel?
20        A    Associate broker.
21        Q    Does that mean you had a brokerage
22    license?

1   me.  "What do you mean you don't have any?"
2   I said, "We don't have any because we
3   hardly do any, but I'll go down because," I said,
4   "the owner has all the leases in his computer.
5   I'll go down and ask him."
6   And I went downstairs, and Thierry was at
7   lunch.
8   I came upstairs and I said, "I'll go back
9   to the computer and check the computer," because
10  the computer has a list of D.C. forms.  So I went
11  back to check it.
12  When I came out, he said, "What were you
13  doing back there so long?"  In a very loud, rude
14  voice.
15  I said, "I was looking for a commercial
16  lease and they don't it have." And I said, "The
17  only" -- I said, "Look, I have to go out on an
18  appointment soon, I will send you a lease in the
19  morning.  Is that okay?"
20  And he said, "Yes."
21  Q   Did you talk about anything else?
22  A   I think he asked me about the use of the

**Capital Reporting Company**

Page 40

1  garden. And I said, "What garden?"
2      He said, "There's a garden back there."
3      I said, "I didn't know that, but I'll ask
4  Mary about it and I will let you know."
5  Q   Did Mr. Bratton offer to give you a first
6  month's rent check and security deposit for this
7  property?
8  A   I told him we don't do things like that.
9  We take everything together, the lease, application
10 and money at one time. Taking money means nothing
11 to us in itself.
12 Q   Did Mr. Bratton request you to provide
13 him with a rental application?
14 A   No, he did not.
15 Q   Did he request you to provide him -- I
16 think you already mentioned he asked you for a
17 lease.
18 A   I explained to you the lease.
19 Q   Could you tell us why you weren't able to
20 obtain a rental application for Mr. Bratton to fill
21 out when he first came to your office?
22 A   We do not keep rental -- commercial

Capital Reporting Company

Page 41

1  rental leases in our file, in our closet at all. I
2  helped set up the closet so I know every file in
3  there. Some, we don't even have in there for
4  residential rental. So I knew we didn't it have.
5      Q    What about a rental application?
6      A    He didn't ask for an application.
7      Q    Why didn't you provide him with an
8  application if he was asking about the property?
9      A    I would give it to him with the lease.
10 We give leases and the application simultaneously.
11 That's the office procedure.
12     Q    Did you have a rental application on file
13 when Mr. Bratton first came to your office?
14     A    Oh, yes. Residential lease application,
15 which is different from commercial lease
16 application. I think.
17     Q    Does Chatel maintain a --
18     A    I really don't know. I can't remember.
19     Q    Does Chatel maintain commercial lease
20 applications on file?
21     A    I don't know since -- I don't know.
22          MR. BOUSE: Mr. Pagones, if you could let

Capital Reporting Company

Page 45

```
 1   commercial lease on file?
 2        A    I think it could mean a lot of things.
 3   That was one of them.
 4        Q    Do you recall how long it took for you to
 5   provide Mr. Bratton with forms necessary to lease
 6   the office?
 7        A    I sent it to him in the morning; but at
 8   that point, he had already brought in -- the lease
 9   came in the next day.  When I came into the office,
10   the lease was there.
11        Q    This was a lease that Mr. Bratton had
12   created on his own?
13        A    I didn't create it.
14        Q    It wasn't Chatel's -- it wasn't on
15   Chatel's form?
16        A    I never saw it.
17        Q    Who received the lease that Mr. Bratton
18   brought in?
19        A    I gave it to Thierry.
20        Q    I thought you just said you didn't
21   receive it.
22        A    I'm sorry --
```

Capital Reporting Company

Page 51

1   Q   Is this a form that Chatel maintains at
2   its offices in its forms closet?
3   A   No.
4   Q   Is this --
5   A   Wait a minute. For rental application.
6   Let me think a moment.
7       (Pause)
8       I believe it is. I believe it is.
9   Q   Is this form also available on the
10  computers at Chatel?
11  A   I'm sure it is.
12  Q   Could you tell us whether you spoke to
13  Mary White after John Bratton first came to your
14  office to inquire about the office space?
15      MR. RANCK: Objection to form.
16      THE WITNESS: No.
17  BY MR. SHAIBANI:
18  Q   When did you speak to Mary White after
19  you talked to John Bratton first?
20  A   When the lease came in, it was in an
21  envelope. I went downstairs to talk -- to give it
22  to the property manager. Thierry was there. And I

Page 52

1  told Thierry, because the property manager was
2  right next door, that we have a lease.
3          He says, "John, we already have a lease."
4          I said, "Huh?"
5          He said, "Yes, Mary White got her own
6  lease."
7          So I said, "Here's the lease.  You take
8  care of it."
9      Q   Did you talk to Mary White after you
10 received this lease from Mr. Bratton?
11     A   I called her up and told her.
12     Q   And do you recall when you made that
13 call?
14     A   When I had the lease.
15     Q   And was that the next day after
16 Mr. Bratton first came to your office?
17     A   I can't remember how -- it was either a
18 day or two -- I'm not sure.  But when he -- the
19 lease came in, we were timely, as we are always
20 timely.
21     Q   In conveying information to Ms. White,
22 that is?

Capital Reporting Company

Page 53

```
1      A    I took the lease to Mrs. White, who lives
2  around the corner from my office one block.  And
3  then I called her up.
4      Q    And could you tell us what you talked
5  about?
6      A    I told her that we had a lease on the
7  property.
8      Q    Did you have any other documents to take
9  to her aside from the lease?
10     A    No.
11     Q    Was the first month's check and security
12 deposit enclosed in the packet you took to Ms.
13 White?
14     A    I don't know what was in it.  It was
15 sealed.
16     Q    Was a rental application enclosed within
17 the documents that you took to Ms. White?
18     A    The envelope was sealed.
19     Q    And after you told Ms. White, "We have a
20 lease on the property," what did she tell you?
21     A    She asked me who the lease was from.
22     Q    Could you elaborate on that, what you
```

Page 61

1     THE WITNESS: Well, I already said it
2  twice. He doesn't seem to understand.
3     MR. RANCK: Okay. That's fine.
4     THE WITNESS: Yes. Yes.
5  BY MR. SHAIBANI:
6     Q    Could you tell us if you ever met with
7  Roberta Medlin?
8     A    I had nothing to do with Roberta Medlin.
9  She was Mary White's lessee. I had nothing to do
10 with her. Never saw her.
11    Q    Lessee? Could you --
12    A    Lessee applicant.
13    Q    Did Mary White ever talk to you about
14 Roberta Medlin?
15    A    Never.
16    Q    Did Mr. Liverman ever talk to you about
17 Roberta Medlin?
18    A    I mentioned earlier that when I went
19 downstairs with the lease when I got it, Thierry
20 said, "John, we have another lease on the
21 property."
22    Q    Another lease on the property. And did

Capital Reporting Company

Page 62

1  you actually see a copy of that other lease?
2      A    Did I see a copy?  Of course not.
3      Q    Do you know who that other lease was
4  from?
5      A    Mary White.  Mary White made the lease
6  for Roberta Medlin.
7      Q    Your testimony then is that Mary White
8  created the lease for Roberta Medlin on her own?
9      A    I don't know, sir.  It came through Mary
10 White's office.  I don't know what happened there.
11     Q    Do you recall the date when that lease
12 came in?
13     A    No, I do not.
14     Q    Could you tell us why you were involved
15 with Mr. Bratton's lease but not with Roberta
16 Medlin's lease?
17     A    Yes.  Because Mary White, being a
18 principle making -- found Roberta Medlin on her
19 own, not through me.
20     Q    Did she say she wasn't going to pay you a
21 commission if the --
22     A    It never came up.

1       There was -- when I found out Roberta
2  Medlin had a lease, I called up John Bratton
3  immediately.  Immediately.
4       And I told him there was another lease,
5  which I knew nothing about.  I said, "John, if you
6  want to get this property, you're going to have to
7  sweeten the deal. Do everything you can to sweeten
8  the deal."
9       He said, "What should I do?"
10      I said, "Do everything, including take
11 the downstairs."
12      That's the last I heard of it.
13      MR. SHAIBANI:  I'm sorry.  Could you read
14 please the response?
15      I didn't quite --
16           (Answer read)
17 BY MR. SHAIBANI:
18  Q   If I may ask a follow-up question.
19      You told John Bratton to sweeten the deal;
20 and, as part of that, you recommended that he take
21 the lower level?
22  A   I suggested that he should take the lower

Page 68

1  particular lease you just mentioned?
2      A    Well, it was a Jewish holiday, which is
3  why I stepped out of it.  After that is when it
4  happened so I can't recall.  It was two or three
5  days after that.  I can't recall.
6      Q    The Jewish holiday, was that on
7  October 12, '05?
8      A    I can't remember. It was the day when the
9  lease came in.  Then I got out of it.
10     Q    Was that the third lease Mr. Bratton had
11 submitted?
12     A    I'm not sure.  Did he have three leases?
13 I can't recall.  I don't know.  After that I was
14 out of it.
15     Q    Could you tell us why you were out of it
16 after that?
17     A    Once I turned it over to Thierry, I was
18 finished with it. Mary had her own -- Mary had her
19 own lease.  There was nothing for me to do anymore,
20 except to take it out of the computer listing.
21     Q    Did Mary White actually tell you she had
22 a candidate who had signed a lease for the property

```
 1   talking.  All the talking.
 2   BY MR. SHAIBANI:
 3        Q    Did you think Mr. Bratton was a tester
 4   when he first walked into your office?
 5        A    Certainly not. He was interested in
 6   renting an apartment.  I did everything I could to
 7   help him rent the apartment, including telling
 8   him -- giving him timely notice on everything.
 9        Q    And I thought that you mentioned that
10   Mr. Bratton was being rude to you when he first
11   came to your office.
12        A    He certainly was.
13        Q    Why did you help him with the lease,
14   then?
15        A    Because I wanted to get the property
16   rented.  My job is to rent properties.  I don't
17   care who they get rented to.
18        Q    Do you select the people that you do
19   business with?
20        A    No.
21        Q    Do you have a preference on who you wish
22   to do business with in Georgetown?
```