2005 Buyer SOLD



Residential

Metropolitan Regional Information Systems, Inc
**Listings Summary Report**



| Status | ML# | Address | List Price | BR | FB | HB | Lvl | Fpl | Gar | Bsmt | Acres | Age | DOMM/ DOMP | Adv Sub | Style/Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sold | DC4966994 | 808 11Th St Ne, Washington | $489,000 | 4 | 2 | 0 | 3 | 1 | 0 | Y | 0.04 | 81 | 43/43 | Capitol Hill | Semi-Detache/Victorian |
| Sold | DC5065789 | 1018 11Th St Ne, Washington | $489,000 | 4 | 3 | 0 | 3 | 0 | 0 | Y | 0.04 | 102 | 18/18 | Sofio | Attach/Row H/Victorian |
| Sold | QA5173136 | 1501 Little Creek Rd, Chester | $195,000 | 3 | 2 | 0 | 1 | 1 | 0 | N | 0.57 | 3 | 2/2 | Chester | Detached/Rancher |
| Sold | DC5173442 | 616 E St Nw #247, Washington | $577,000 | 2 | 2 | 1 | 2 | 0 | 0 | N | 0.00 | 3 | 6/6 | Penn Quarter | Hi-Rise 9+ F/Bilevel |
| Sold | DC5181500 | 1642 4Th St Nw, Washington | $270,000 | 0 | 1 | 0 | 2 | 0 | 0 | N | 0.03 | 107 | 9/9 | Shaw | Townhouse/Federal |
| Sold | QA5182952 | 111 Gravel Run Rd, Grasonville | $254,900 | 4 | 2 | 0 | 1 | 0 | 0 | N | 0.18 | 7 | 105/105 | Persistence | Detached/Cape Cod |
| Sold | HW5197426 | 12074 Broad Meadow Ln, Clarksville | $1,128,000 | 6 | 4 | 1 | 3 | 2 | 2 | Y | 3.66 | 14 | 13/13 | Clearview | Detached/Victorian |
| Sold | DC5198923 | 3103 11Th St Nw, Washington | $495,000 | 4 | 1 | 0 | 3 | 0 | 0 | Y | 0.02 | 100 | 6/6 | Columbia Heights | Attach/Row H/Victorian |
| Sold | DC5228075 | 1223 S Nw, Washington | $699,000 | 3 | 2 | 1 | 2 | 1 | 0 | N | 0.04 | 117 | 7/7 | Logan | Townhouse/Victorian |
| Sold | DC5236171 | 1260 21St St Nw #106, Washington | $300,000 | 1 | 1 | 0 | 1 | 0 | 0 | N | 0.00 | 41 | 16/16 | Dupont / West End | Hi-Rise 9+ F/Other |
| Sold | DC5237416 | 1340 Q St Nw #T-1, Washington | $496,000 | 2 | 2 | 0 | 1 | 1 | 0 | N | 0.00 | 8 | 12/12 | The Abbey | Garden 1-4 F/Victorian |
| Sold | DC5244079 | 616 E St Nw #405, Washington | $415,900 | 1 | 1 | 0 | 1 | 0 | 0 | N | 0.00 | 3 | 37/37 | Penn Quarter | Hi-Rise 9+ F/Contempor |
| Sold | PG5245717 | 10210 Yellowwood Ln, Springdale | $486,000 | 3 | 3 | 1 | 3 | 1 | 2 | Y | 0.26 | 10 | 5/5 | Springdale | Detached/Colonial |
| Sold | DC5254417 | 1400 S St Se, Washington | $270,000 | 3 | 1 | 1 | 3 | 0 | 0 | Y | 0.08 | 91 | 13/13 | Anacostia | Detached/Colonial |
| Sold | MC5313256 | 13038 Shadyside Ln #14-245, Germantown | $245,000 | 2 | 2 | 0 | 1 | 1 | 0 | N | 0.00 | 22 | 34/34 | Waters House | Back-to-Back/Colonial |
| Sold | PG5318958 | 14914 Running Horse Pl, Bowie | $709,900 | 4 | 2 | 2 | 3 | 1 | 2 | Y | 0.39 | 4 | 9/9 | Saddlebrook West | Detached/Colonial |
| Sold | FX5332452 | 7700 Lunceford Ln, Falls Church | $439,000 | 3 | 1 | 0 | 1 | 0 | 0 | N | 0.23 | 55 | 42/42 | Pimmit Hills | Detached/Rambler |
| Sold | PG5334266 | 6701 Park Hall Dr, Laurel | $499,000 | 5 | 3 | 1 | 3 | 1 | 0 | Y | 0.25 | 39 | 13/13 | Rollandwood | Detached/Colonial |
| Sold | DC5341563 | 852 9Th St Ne, Washington | $536,000 | 4 | 3 | 1 | 3 | 2 | 0 | Y | 0.02 | 97 | 10/10 | Capitol Hill | Attach/Row H/Victorian |
| Sold | PG5342963 | 9314 Wyatt Dr, Lanham | $295,000 | 4 | 1 | 0 | 2 | 1 | 0 | Y | 0.16 | 47 | 20/20 | Seabrook Park | Detached/Raised Ramb |
| Sold | DC5360898 | 1718 Massachusetts Ave Se, Washington | $450,000 | 4 | 2 | 0 | 2 | 0 | 0 | N | 0.05 | 82 | 7/64 | Capitol Hill | Townhouse/Federal |
| Sold | PG5360927 | 15408 Bond Mill Rd, Laurel | $360,000 | 3 | 2 | 0 | 2 | 1 | 0 | Y | 0.49 | 51 | 23/23 | West Laurel Acres | Detached/Rambler |
| Sold | MC5366541 | 9039 Sligo Creek Pkwy #508, Silver Spring | $419,000 | 3 | 2 | 0 | 1 | 0 | 1 | N | 0.00 | 39 | 11/53 | Parkside Plaza | Hi-Rise 9+ F/Contempor |
| Sold | DC5382817 | 1604 44Th St Nw, Washington | $879,000 | 6 | 4 | 0 | 4 | 1 | 1 | Y | 0.05 | 78 | 9/9 | Foxhall | Attach/Row H/Tudor |
| Sold | PG5400058 | 412 Winslow Rd, Oxon Hill | $260,000 | 3 | 1 | 1 | 4 | 1 | 0 | Y | 0.42 | 51 | 8/8 | Kerby Hill | Detached/Split Level |
| Sold | DC5404823 | 1321 R St Nw #3, Washington | $524,000 | 2 | 2 | 0 | 1 | 1 | 0 | N | 0.00 | 116 | 81/81 | Logan | Attach/Row H/Victorian |

$12,179,000
x 2.75%
$334,920




**Courtesy of: John Bratton**
Home: (202) 338-6732 Office: (202) 338-6732
Cell: (202) 744-2642 Email: mrdchomes@aol.com
Company: Bratton Realty
Office: (202) 338-6732 Fax: (202) 338-6733

Copyright (c) 2007 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.



Buyer & Listing = $620,060

2005 Listings SOLD

Metropolitan Regional Information Systems, Inc

**Listings Summary Report**



Residential

| Status | ML# | Address | List Price | BR | FB | HB | Lvl | Fpl | Gar | Bsmt | Acres | Age | DOMM/ DOMP | Adv Sub | Style/Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sold | DC4966994 | 808 11Th St Ne, Washington | $489,000 | 4 | 2 | 0 | 3 | 1 | 0 | Y | 0.04 | 81 | 43/43 | Capitol Hill | Semi-Detache/Victorian |
| Sold | DC5070828 | 1700 Kalorama Road Nw #312, Washington | $696,000 | 2 | 2 | 0 | 1 | 1 | 1 | N | 0.00 | 3 | 169/169 | Adams Morgan | Mid-Rise 5-8/Other |
| Sold | DC5113683 | 1422 T St Nw, Washington | $686,000 | 2 | 1 | 1 | 2 | 1 | 0 | Y | 0.03 | 132 | 11/11 | Logan | Townhouse/Federal |
| Sold | DC5136310 | 1636 5Th St Nw #02, Washington | $549,000 | 2 | 2 | 1 | 2 | 1 | 0 | N | 0.00 | 3 | 20/20 | Shaw | Attach/Row H/Victorian |
| Sold | DC5163081 | 607 Lamont St Nw, Washington | $356,000 | 3 | 1 | 1 | 3 | 1 | 0 | Y | 0.04 | 97 | 11/11 | Columbia Heights | Attach/Row H/Colonial |
| Sold | DC5167873 | 3310 Volta Pl Nw, Washington | $659,000 | 2 | 1 | 0 | 3 | 1 | 0 | Y | 0.01 | 106 | 33/33 | Geor | Townhouse/Federal |
| Sold | QA5173136 | 1501 Little Creek Rd, Chester | $196,000 | 3 | 2 | 0 | 1 | 1 | 0 | N | 0.57 | 3 | | | Detached/Rancher |
| Sold | DC5188481 | 1700 Kalorama Rd Nw ## 202, Washington | $676,000 | 2 | 2 | 0 | 1 | 1 | 0 | N | 0.00 | | | | Garden 1-4 F/Other |
| Sold | DC5205931 | 1415 Columbia St Nw, Washington | $766,000 | 3 | 2 | 1 | 2 | 2 | | | | | | | Townhouse/Victorian |
| Sold | AA5230788 | 232 Allen Rd, Glen Burnie | $169,000 | 3 | 1 | 1 | | | | | | | | | Townhouse/Colonial |
| Sold | DC5237416 | 1340 Q St Nw #T-1, Washington | $496,000 | 2 | 2 | 0 | | | | | | | | | Garden 1-4 F/Victorian |
| Sold | DC5238309 | 1216 G St Ne, Washington | $529,000 | 3 | 1 | 1 | | | | | | | | | Townhouse/Federal |
| Sold | PG5245717 | 10210 Yellowwood Ln, Springdale | $486,000 | 3 | 3 | 1 | | | | | | | | | Detached/Colonial |
| Sold | PG5264826 | 7635 Woodbine Dr, Laurel | $245,000 | 3 | 1 | 1 | | | | | | | | | Townhouse/Contempor |
| Sold | DC5276885 | 1260 21St St Nw #610, Washington | $226,000 | 1 | 1 | 0 | | | | | | | | | Mid-Rise 5-8/Other |
| Sold | PG5296464 | 5004 37Th Pl, Hyattsville | $325,000 | 3 | 2 | 1 | | | | | | | | | Detached/Rambler |
| Sold | LO5321592 | 308 E. Furman Dr #181, Sterling | $179,000 | 1 | 1 | 0 | | | | | | | | | Garden 1-4 F/Colonial |
| Sold | DC5325445 | 2320 Wisconsin Ave Nw #402, Washington | $466,000 | 1 | 1 | 0 | | | | | | | | | Multi-Family/Art Deco |
| Sold | PG5329897 | 4808 Delaware St, College Park | $248,000 | 3 | 2 | 0 | 3 | | | | | | | | Detached/Cape Cod |
| Sold | DC5341563 | 652 9Th St Ne, Washington | $536,000 | 4 | 3 | 1 | 3 | | | | | | | | Attach/Row H/Victorian |
| Sold | DC5346992 | 926 8Th St Ne, Washington | $536,000 | 3 | 2 | 0 | 3 | | | | | | | | Detached/Colonial |
| Sold | PG5360927 | 16408 Bond Mill Rd, Laurel | $360,000 | 3 | 2 | 0 | 2 | | | | | | | | Detached/Rambler |
| Sold | MC5389759 | 9039 Sligo Creek Pkwy #1609, Silver Spring | $249,000 | 1 | 1 | 0 | 1 | | | | | | | | ll-Rise 9+ F/Contempor |
| Sold | HW5436542 | 9060 Moonshine Hollow Holw #A, Laurel | $247,000 | 3 | 2 | 0 | 3 | | | | | | | | ownhouse/Colonial |

My calculations came to $285,147.50 for Commission

8666

$10,369,000
x 2.75%
$285,140

**Courtesy of: John Bratton**
Home: (202) 338-6732 Office: (202) 338-6732
Cell: (202) 744-2642 Email: mrdchomes@aol.com
Company: Bratton Realty
Office: (202) 338-6732 Fax: (202) 338-6733



Copyright (c) 2007 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.