*2006 Buyers SOLD*

**Metropolitan Regional Information Systems, Inc**
**Listings Summary Report**

Residential

Page 1 of 1
20-Aug-2007
8:52 pm

| Status | ML# | Address | List Price | BR | FB | HB | Lvl | Fpl | Gar | Bsmt | Acres | Age | DOMM/DOMP | Adv Sub | Style/Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sold | PG5409157 | 4108 Gallatin St, Hyattsville | $474,900 | 3 | 2 | 0 | 3 | 1 | 0 | Y | 0.17 | 88 | 92/92 | Wines & Johnsons | Detached/Colonial |
| Sold | MC5453479 | 8039 Sligo Creek Pkwy #603, Silver Spring | $259,000 | 1 | 1 | 0 | 1 | 0 | 0 | N | 0.00 | 39 | 153/153 | Parkside Plaza | Hi-Rise 9+ F/Contempor |
| Sold | PG5457084 | 12301 Loch Carron Cir, Fort Washington | $575,000 | 4 | 3 | 1 | 1 | 1 | 2 | N | 0.60 | 43 | 7/7 | Tantallon On The Pot | Detached/Rambler |
| Sold | DC5488860 | 950 Westminster St Nw, Washington | $635,000 | 5 | 2 | 0 | 4 | 2 | 0 | Y | 0.03 | 122 | 3/3 | Old City #2 | Townhouse/Victorian |
| Sold | DC5500209 | 2114 Flagler Pl Nw, Washington | $485,000 | 3 | 1 | 1 | 3 | 0 | 0 | Y | 0.04 | 101 | 36/36 | Ledroit Park | Attach/Row Hi/Colonial |
| Sold | DC5498089 | 5019 Lee St Ne, Washington | $155,000 | 2 | 1 | 0 | 2 | 0 | 0 | N | 0.11 | 81 | 34/34 | Deanwood | Detached/Bungalow |
| Sold | DC5507415 | 1105 6Th Ne, Washington | $365,000 | 3 | 2 | 0 | 3 | 0 | 0 | Y | 0.02 | 82 | 24/72 | Old City #1 | Townhouse/Colonial |
| Sold | AX5509288 | 267 Pickett St S #201, Alexandria | $359,900 | 2 | 2 | 0 | 2 | 1 | 0 | N | 0.00 | 17 | 63/178 | Hillwood | Garden 1-4 F/Contempc |
| Sold | DC5525748 | 1201 Q St Nw #103, Washington | $399,000 | 2 | 1 | 0 | 1 | 0 | 0 | N | 0.00 | 101 | 140/140 | Logan Circle | Garden 1-4 F/Federal |
| Sold | DC5527447 | 1205 Holly St Nw, Washington | $699,800 | 3 | 3 | 1 | 3 | 1 | 0 | Y | 0.11 | 80 | 5/5 | Shepherd Park | Detached/Other |
| Sold | AR5575897 | 4600 Four Mile Run Dr S #329, Arlington | $172,000 | 0 | 1 | 0 | 1 | 0 | 0 | N | 0.00 | 42 | 56/56 | The Carlton | Hi-Rise 9+ F/Contempor |
| Sold | DC5584832 | 3109 17Th St Ne, Washington | $385,000 | 3 | 1 | 1 | 3 | 0 | 1 | Y | 0.05 | 97 | 56/58 | Brookland | Detached/Colonial |
| Sold | AR5587755 | 410 Jackson St N, Arlington | $1,224,900 | 6 | 3 | 1 | 4 | 2 | 0 | Y | 0.14 | 11 | 44/248 | Ashton Heights | Detached/Colonial |
| Sold | QA6000100 | 1914 Sherman Dr, Chester | $299,900 | 3 | 2 | 0 | 2 | 1 | 0 | N | 0.28 | 16 | 66/415 | Harbor View | Detached/Cape Cod |
| Sold | MC6004118 | 9401 Seminole St, Silver Spring | $540,000 | 4 | 2 | 0 | 3 | 1 | 1 | Y | 0.20 | 54 | 9/9 | Indian Spring Park | Detached/Cape Cod |
| Sold | DC6029904 | 1318 Girard St Nw, Washington | $626,000 | 3 | 2 | 1 | 2 | 0 | 0 | Y | 0.05 | 97 | 8/8 | Columbia Heights | Semi-Detached/Colonial |
| Sold | DC6030229 | 1307 Irving St Ne, Washington | $400,000 | 3 | 1 | 0 | 3 | 0 | 2 | Y | 0.13 | 82 | 14/14 | Brookland | Detached/Bungalow |
| Sold | PG6038591 | 7902 Kara Ct, Greenbelt | $595,000 | 5 | 3 | 1 | 1 | 1 | 0 | Y | 0.13 | 19 | 27/27 | Greenbrook | Detached/Colonial |
| Sold | PG6098136 | 6619 30Th Ave, Hyattsville | $275,000 | 3 | 1 | 0 | 1 | 0 | 0 | N | 0.13 | 67 | 14/14 | Queens Chapel | Detached/Rambler |
| Sold | FX6115534 | 8358H Dunham Ct #828, Springfield | $279,900 | 2 | 1 | 1 | 1 | 0 | 0 | N | 0.00 | 39 | 106/106 | Cardinal Forest | Garden 1-4 F/Colonial |
| Sold | PG6117236 | 15618 Everglade Ln #205, Bowie | $269,900 | 2 | 2 | 0 | 0 | 0 | 0 | N | 0.00 | 3 | 95/95 | Bowie Towers | Garden 1-4 F/Contempc |
| Sold | DC6118939 | 17 19Th St Se, Washington | $409,000 | 3 | 2 | 0 | 3 | 1 | 0 | Y | 0.04 | 58 | 18/18 | Old City #1 | Attach/Row Hi/Federal |
| Sold | DC6156897 | 950 Westminster St Nw, Washington | $840,000 | 4 | 2 | 1 | 4 | 2 | 0 | Y | 0.03 | 122 | 57/82 | Logan | Townhouse/Victorian |

Courtesy of: John Bratton
Home: (202) 338-6732   Office: (202) 338-6732
Cell: (202) 744-2642    Email: nvdchomes@aol.com
Company: Bratton Realty
Office: (202) 338-6732   Fax: (202) 338-6733

Copyright (c) 2007 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.



EXHIBIT 24

2006 Listings Sold

Metropolitan Regional Information Systems, Inc
Listings Summary Report

Page 1 of 1
20-Aug-2007
8:52 pm

Residential

| Status | ML# | Address | List Price | BR | FB | HB | Lvl | Fpl | Gar | Bsmt | Acres | Age | DOMM/DOMP | Adv Sub | Style/Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sold | DC5397789 | 717 Lawrence St Ne, Washington | $426,000 | 3 | 1 | 1 | 2 | 1 | 0 | Y | 0.11 | 107 | 19/19 | Brookland | Detached/Victorian |
| Sold | MC5453479 | 9039 Sligo Creek Pkwy #803, Silver Spring | $259,000 | 1 | 1 | 0 | 1 | 0 | 0 | N | 0.00 | 39 | 153/153 | Parkside Plaza | Hi-Rise 9+ F/Contempor |
| Sold | AR5463326 | 3313 Stafford St S #419, Arlington | $475,000 | 2 | 2 | 0 | 3 | 0 | 0 | Y | 0.00 | 67 | 20/49 | Fairlington Mdws | Townhouse/Colonial |
| Sold | DC5499739 | 908 French St Nw, Washington | $866,000 | 4 | 3 | 1 | 3 | 4 | 0 | Y | 0.04 | 107 | 77/79 | Logan | Townhouse/Victorian |
| Sold | QA5526454 | 212 Decoursey Thom Rd, Centreville | $135,000 | 2 | 1 | 0 | 1 | 0 | 0 | N | 1.15 | 82 | 3/3 | Centreville | Detached/Farm House |
| Sold | DC5536576 | 1730 10Th St Nw, Washington | $546,000 | 2 | 1 | 1 | 2 | 1 | 1 | N | 0.03 | 137 | 8/8 | Logan | Townhouse/Contempor |
| Sold | PG5557793 | 6404 59Th Ave, Riverdale | $349,000 | 3 | 1 | 1 | 1 | 0 | 0 | Y | 0.11 | 40 | 7/7 | Riverdale Heights | Detached/Rancher |
| Sold | FX6030803 | 2494 Quick St #302, Herndon | $349,900 | 2 | 2 | 1 | 2 | 1 | 1 | N | 0.00 | 7 | 42/42 | Manors At Mcnair Far | Garden 1-4 F/Contempo |
| Sold | DC6020984 | 1318 Girard St Nw, Washington | $626,000 | 3 | 2 | 1 | 3 | 0 | 0 | Y | 0.05 | 97 | 8/8 | Columbia Heights | Semi-Detached/Colonial |
| Sold | MC6063190 | 4711 Coachway Dr, Rockville | $438,000 | 4 | 2 | 0 | 2 | 0 | 0 | Y | 0.20 | 54 | 118/118 | Randolph Hills | Detached/Rambler |
| Sold | DC6072369 | 1400 Church St Nw #210, Washington | $436,000 | 1 | 1 | 0 | 1 | 0 | 0 | N | 0.00 | 1 | 7/7 | Old City | Mid-Rise 5-8/Contempor |
| Sold | MC6091338 | 9039 Sligo Creek Pkwy #608, Silver Spring | $459,900 | 3 | 2 | 0 | 1 | 0 | 1 | N | 0.00 | 25 | 90/90 | Parkside Plaza | Hi-Rise 9+ F/Contempor |
| Sold | DC6113314 | 1735 New Hampshire Ave Nw #2, Washington | $406,000 | 2 | 2 | 0 | 1 | 1 | 0 | N | 0.00 | 99 | 15/15 | Dupont Circle | Mid-Rise 5-8/Federal |
| Sold | DC6136073 | 905 11Th St Ne, Washington | $480,000 | 4 | 2 | 0 | 3 | 1 | 0 | Y | 0.03 | 92 | 19/80 | Capitol Hill | Townhouse/Colonial |
| Sold | DC6156897 | 950 Westminster St Nw, Washington | $840,000 | 4 | 2 | 1 | 4 | 2 | 0 | Y | 0.03 | 122 | 57/82 | Logan | Townhouse/Victorian |
| Sold | MC6232559 | 10811 Inwood Ave, Silver Spring | $415,000 | 3 | 1 | 1 | 2 | 0 | 0 | Y | 0.13 | 55 | 18/18 | Chestnut Hills | Detached/Rambler |

Courtesy of: John Bratton
Home: (202) 338-6732    Office: (202) 338-6732
Cell: (202) 744-2642    Email: mrdchomes@aol.com
Company: Bratton Realty
Office: (202) 338-6732    Fax: (202) 338-6733

Copyright (c) 2007 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.



BRA 0668