*Rental Comp for Basement*

**Residential**                                                                  20-Aug-2007 9:03:01PM
Metropolitan Regional Information Systems, Inc                                   Page 1 of 1
CMA Statistics

### RENTED — 9 LISTINGS

| | Price when initially entered | | | | | Price at time of sale | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rented Price | - Subsidy | = Net Price | / Orig. Price | = % Of | Sold Price | - Subsidy | = Net Price | / List Price | = % Of | DOMM DOMP |
| Average | $1,702 | $0 | $1,702 | $1,833 | 92.88 | $1,702 | $0 | $1,702 | $1,721 | 98.90 | 53  53 |
| Median  | $1,700 | $0 | $1,700 | $1,950 | 87.18 | $1,700 | $0 | $1,700 | $1,700 | 100.00 | 35  35 |

### Report Totals    Properties: 9

| | List Price: | / Orig. List Price: | = % of: | Sold Price: | = Net Price: | DOMM: | DOMP: |
|---|---|---|---|---|---|---|---|
| Average | $1,721 | $1,833 | 93.91 | $1,702 | | 53 | 53 |
| Median  | $1,700 | $1,950 | 87.18 | $1,700 | | 35 | 35 |
| Low     | $1,100 | $1,100 | 100.00 | $1,100 | | 5  | 5  |
| High    | $1,950 | $2,100 | 92.86 | $1,950 | | 163 | 163 |



Courtesy of: John Bratton
Home: (202) 338-6732       Office: (202) 338-6732
Cell: (202) 744-2642        Email: mrdchomes@aol.com
Company: Bratton Realty
Office: (202) 338-6732      Fax: (202) 338-6733

Copyright (c) 2007 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

COMPETITIVE MARKET ANALYSIS DISCLOSURE: This analysis is not an appraisal.
It is intended only for the purpose of assisting buyers or prospective buyers or
sellers in deciding the listing, offering or sale price of the real property.

BRA 0672