## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - x
JOHN BRATTON, et al.,            :
         Plaintiffs,             :
    vs.          : Case No. 1:06CV00694
                                 :
CHATEL REAL ESTATE, INC.,        :
et al.,                          :
         Defendants.             :
- - - - - - - - - - - - - x

Deposition of FEDERICO AURELIO YEPES

Washington, D.C.

Friday, January 11, 2008

9:30 a.m.

Job No. 1-119747
Pages 1 - 32
Reported by: Paula J. Eastes

## Page 2

Deposition of FEDERICO AURELIO YEPES, held at the offices of:

ECCLESTON & WOLF, P.C.
2001 S Street, Northwest
Suite 310
Washington, D.C. 20009-1125
(202) 857-1696

Pursuant to agreement, before Paula J. Eastes, Court Reporter and Notary Public in and for the District of Columbia.

## Page 3

APPEARANCES

ON BEHALF OF THE PLAINTIFF:

STEFAN SHAIBANI, ESQUIRE (TELEPHONIC)
Litigation Associates, PLLC
1150 Connecticut Avenue, Northwest
9th Floor
Washington, D.C. 20036
(202) 862-4335


ON BEHALF OF THE DEFENDANT CHATEL REAL ESTATE, INC. AND THIERRY LIVERMAN:

MATTHEW A. RANCK, ESQUIRE
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C., 20009-1125
(202) 857-1696

## Page 4

CONTENTS
EXAMINATION OF FEDERICO AURELIO YEPES      PAGE
By Mr. Ranck        5
By Mr. Shaibani     23


EXHIBITS
(None)

EXHIBIT 30

Page 5

1   PROCEEDINGS
2   FEDERICO AURELIO YEPES
3   having been duly sworn, testified as follows:
4   EXAMINATION BY COUNSEL FOR DEFENDANTS
5   CHATEL REAL ESTATE, INC. AND THIERRY LIVERMAN
6   BY MR. RANCK:
7       Q   Would you state your name and address for
8   the record please?
9       A   Federico Aurelio Yepes. 3200 16th Street,
10  Northwest, Washington, D.C.
11      Q   Mr. Yepes, have you been deposed before?
12      A   No.
13      Q   My name is Matt Ranck. I represent Chatel
14  Real Estate and Thierry Liverman in an action brought
15  by John Bratton. Mr. Bratton's attorney, Stefan
16  Shaibani, is on the phone.
17          What is going to happen here today I am
18  going to ask you some questions. When I am done
19  Mr. Shaibani might ask you some questions.
20      A   So, the two sides are here?
21      Q   Yes. The two sides are both represented.
22          There is a third side, Mary White. She is

Page 6

1   not present. Her attorney is not present. They know
2   about the deposition. I spoke to him this morning.
3   His name is Bob Bouse. He just asked to order a copy
4   of the transcript, but he is not coming today.
5           I am going to ask you some questions. When
6   I am through Mr. Shaibani may or may not ask you some
7   questions. All you have to do is listen to them and
8   understand them and answer as completely as you can
9   and as honestly as you can.
10          I would ask that if you don't understand a
11  question, you let me know, because if you answer, I am
12  going to assume that you understood it.
13          Is that fair?
14      A   Correct.
15      Q   You have to answer verbally instead of
16  uh-huh or nodding your head because the Court Reporter
17  can't take that down. So, if you can verbalize your
18  responses that will be easier for her.
19          We can't talk over one another because she
20  can't take us both down at the same time.
21          If you need a break at any time, feel free
22  to let me know.

Page 7

1           Have you ever spoken with Mr. Shaibani?
2       A   Yes. I have.
3       Q   When was that?
4       A   This morning.
5       Q   This morning. Okay.
6           Can you tell me what you spoke about?
7       A   He wanted to talk to me about the case. I
8   was driving. I repeatedly kept saying that I was
9   driving. And that is it. And I hung up.
10      Q   Did you talk about the case then?
11      A   He wanted to talk about the case, but I
12  didn't speak to him because I was driving.
13      Q   Have you spoken with him previously?
14      A   I don't think I have.
15      Q   Did you do anything to prepare for the
16  deposition today?
17      A   I don't need to. I didn't need to.
18      Q   So, the answer is no, you didn't?
19      A   No.
20      Q   Have you spoken with Mr. Bratton about this
21  case?
22      A   Who is Mr. Bratton?

Page 8

1       Q   John Bratton of Bratton Realty.
2       A   He had mentioned to me preliminarily that
3   he was going to be involved in some kind of a lawsuit
4   and he asked me what sort of transactions in real
5   estate I had engaged since I last met him.
6       Q   When was that conversation?
7       A   I can't remember.
8       Q   A while ago?
9       A   Yes.
10      Q   Have you ever spoke with anyone else in
11  Mr. Shaibani's office about this case?
12      A   Not that I am aware of. No.
13      Q   You didn't speak to Mr. Bratton recently
14  about your deposition, did you?
15      A   No.
16      Q   You don't have any documents pertaining to
17  the case other than what was served on you for the
18  deposition?
19      A   No. Because I don't feel that I have
20  anything relevant to the case.
21      Q   Let me explain.
22          The reason that we noted your deposition

**9**

 1 and wanted to ask you some questions is Mr. Bratton
 2 has identified you as a witness in the case who can
 3 testify about some things that he alleges happened.
 4 So, I want to ask you some questions about that. I
 5 want to get a little bit of background information and
 6 then ask you some questions about the things
 7 Mr. Bratton has said.
 8      Do you know what kind of case this is, what
 9 the nature of this case is?
10   A   No.
11   Q   When Mr. Bratton told you he would be
12 involved in a case he didn't tell you what the
13 allegations were, what it was about, anything?
14   A   No.
15      I assumed that it probably had to do with
16 some lost wages or lost earnings.
17   Q   Why did you assume that?
18   A   Because he was gathering information on
19 sales that had taken place that I engaged and that he
20 potentially might have lost sales.
21   Q   Can you tell me what else you recall about
22 that conversation?

**10**

 1      He asked what transactions you had been
 2 involved in?
 3   A   Correct.
 4   Q   And you identified some for him I guess or
 5 no?
 6   A   Yes.
 7      Also I believe I told him to go to the
 8 public records.
 9   Q   You did what? I'm sorry.
10   A   I told him to go to the public records,
11 that is where he might find all the information.
12   Q   How long was the conversation? Do you
13 recall?
14   A   No more than three minutes, four minutes.
15   Q   Did he tell you why he believed that he
16 might have lost wages or commissions or something?
17   A   He was very discreet. He didn't go into
18 detail.
19   Q   How long had it been prior to that that you
20 had spoken with him?
21   A   Could you repeat the question?
22   Q   Yes.

**11**

 1      You said this conversation you are talking
 2 about happened sometime ago.
 3      In 2007?
 4   A   I don't know. I am not sure. I am not
 5 sure when it was.
 6   Q   The question is had a great deal of time
 7 passed between that conversation and whenever you had
 8 talked to Mr. Bratton previously or have you spoken
 9 with him regularly over the years?
10   A   I don't know what a great deal of time is.
11      I mean, over the years, yes. Year
12 differences. Yes. There has been like a year
13 difference from the time that I have spoken to him.
14   Q   When did you first meet him?
15   A   Probably three or four years ago.
16   Q   What was the nature of your meeting? How
17 did you meet or why did you meet?
18   A   He was selling a house on Capitol Hill. I
19 came over and noticed that the house was very well
20 decorated. I have some properties and I wanted to use
21 his services maybe to decorate a house or decorate the
22 houses that I own.

**12**

 1   Q   I'm sorry. You were selling a house?
 2   A   No. He was selling a house.
 3   Q   He was selling a house.
 4      And you noticed it was well decorated?
 5   A   Yes. He was selling the house. I came in
 6 to see the house that he was selling. I was
 7 interested in buying a house.
 8      I was not interested in his house. For
 9 whatever reason I didn't want to buy that one house.
10 But I noticed that it was pretty, it was very well
11 decorated. We exchanged business information.
12   Q   All right.
13      You were interested in him possibly
14 decorating some of your other properties?
15   A   You know, we were brainstorming.
16   Q   Right. The possibility of?
17   A   The possibility of. Yes. The possibility
18 of decorating, selling the houses, buying more
19 property, whatever.
20   Q   Do you recall what year this was? 2005?
21 2004?
22   A   No. I don't remember the year.

13

1  Q  Did those brainstorming possibilities go
2  anywhere?
3  A  He came to several of my houses and saw
4  them and that was it.
5      MR. SHAIBANI: I didn't quite understand
6  the answer to that question.
7      He came to sell my houses?
8      MR. RANCK: To several of my houses. He
9  saw them and that was it. He came to several of my
10 houses, saw them, and that was it.
11     MR. SHAIBANI: Okay.
12 BY MR. RANCK:
13 Q  So, you never did engage him to decorate
14 any of your properties?
15 A  No.
16 Q  Did you ever use him as an agent, real
17 estate agent?
18     MR. SHAIBANI: Objection.
19     THE WITNESS: No.
20 BY MR. RANCK:
21 Q  So, Mr. Bratton has never been your agent
22 in connection with a property you were selling?

14

1  A  No.
2      MR. SHAIBANI: Objection.
3  BY MR. RANCK:
4  Q  Has he ever been your agent in connection
5  with a property you were buying?
6  A  No.
7      MR. SHAIBANI: Objection.
8  BY MR. RANCK:
9  Q  Has anyone at Bratton Realty ever
10 represented you in either the purchase or sale of a
11 piece of property?
12 A  No.
13 Q  Did you ever hire anyone at Bratton Realty,
14 including Mr. Bratton, to represent you in the
15 purchase or sale of a property?
16 A  No.
17     MR. SHAIBANI: Objection.
18     THE WITNESS: I never hired him, but if he
19 came in with a house that was appealing to me, I would
20 have considered it and I would have bought it.
21 BY MR. RANCK:
22 Q  You would have looked at it and thought

15

1  about whether it was something you were interested in
2  buying?
3  A  Right.
4  Q  Just like you would do with any agent that
5  brought a house to you that you might be interested
6  in?
7  A  Correct.
8      MR. SHAIBANI: Objection.
9  BY MR. RANCK:
10 Q  One rule I didn't tell you about, but you
11 are are doing fine, is if one of us objects, one of
12 the attorneys objects to the other's question, you can
13 still go ahead and answer. They are just making that
14 objection for the Court Reporter and the Court to rule
15 on later.
16     Did you and Mr. Bratton become friends?
17 Did you socialize?
18 A  No.
19 Q  Other than what you described with regard
20 to the house decorating possibilities, did you ever
21 have any --
22 A  The house decorating is as possible as the

16

1  potential sales or potential buys. There is tons of
2  possibilities.
3  Q  You are a businessman, correct?
4  A  Sure.
5  Q  So, you are open to any business
6  opportunity that might be profitable for you?
7  A  Yes.
8  Q  Other than what you have described in these
9  possibilities with Mr. Bratton, have you ever engaged
10 in any sort of business transaction or venture with
11 him?
12 A  No.
13     MR. SHAIBANI: Objection.
14 BY MR. RANCK:
15 Q  How many properties have you purchased or
16 sold?
17     Let's start with purchased. How many
18 properties have you purchased since the year 2000 say?
19 A  I don't have the specific number.
20 Q  Are you employed right now?
21 A  Yes.
22 Q  What is your employment?

**Page 21**

1  A   What is the address?
2  Q   1448 Harvard Street.
3  A   Correct.
4  Q   Who is your agent for that property?
5  A   I can't remember.
6  Q   Have you typically used the same agent
7  repeatedly?
8  A   No.
9  Q   Have you bounced around?
10 A   I bounce around.
11 Q   Did you also purchase property at 1030
12 Lamont Street in early 2007?
13 A   Yes.
14     It wasn't me, but it was my brother and his
15 wife. Yes.
16 Q   You were involved in that?
17 A   Yes.
18 Q   Do you recall who you used for that
19 transaction?
20 A   No. It skips my mind.
21 Q   Were you looking for property in the fall
22 of 2005?

**Page 22**

1  Do you recall?
2  A   Most likely. Yes.
3  Q   Well, do you know for certain?
4  A   Yes. I am sure. I am always looking for
5  property.
6  Q   Had you engaged any real estate
7  professional to assist you in that search?
8  A   No.
9  Q   Did you buy any property around that time?
10 A   Around what time?
11 Q   The fall of 2005.
12 A   Did I buy anything in the fall of 2005?
13 Q   Yes.
14 A   I can't remember.
15 Q   Were you looking to sell any property in
16 the fall of 2005?
17 A   Maybe. Yes.
18 Q   Do you know for certain that you were?
19 A   No.
20 Q   Had you engaged any real estate
21 professional to assist you in selling any property in
22 the fall of 2005, if you recall?

**Page 23**

1  A   No.
2  Q   Do you recall any properties that you went
3  to look at or visit in the fall of 2005?
4  A   Not in particular, but I am sure I have
5  visited many.
6  Q   Bear with me one second.
7     MR. RANCK: Stefan, I am pausing.
8     MR. SHAIBANI: Sure.
9     MR. RANCK: That is all the questions I
10 have, Stefan.
11    MR. SHAIBANI: I have a couple of follow-up
12 questions.
13    EXAMINATION BY COUNSEL FOR PLAINTIFF
14 BY MR. SHAIBANI:
15 Q   Mr. Yepes, your family members, Alexander
16 Yepes, Elejandro Yepes, Elisa Martin, could you
17 explain your relationship with these family members?
18 A   Sure.
19    Aurelio Yepes is me. My name is Aurelio
20 Federico Yepes.
21    My brother is Efrin Elejandro Yepes.
22 Q   Who is Alexander Yepes?

**Page 24**

1  A   Efrin.
2  Q   Elisa Martin, is that your brother's wife?
3  A   Yes.
4  Q   Now, you mentioned before that you had met
5  Mr. Bratton to discuss the purchase and sale of
6  properties in the spring of '05?
7  A   No.
8     MR. RANCK: No. I object because that is
9  not at all what he said.
10 BY MR. SHAIBANI:
11 Q   Well, to your knowledge, did your family
12 members discuss the purchase of properties in
13 Washington, D.C. with Mr. Bratton?
14 A   Not in particular.
15 Q   What was the context in which Mr. Bratton
16 expressed his real estate services to your family
17 then?
18    MR. RANCK: Objection. Lack of foundation.
19    MR. SHAIBANI: I will rephrase the
20 question.
21 BY MR. SHAIBANI:
22 Q   Did Mr. Bratton tour with any of your