SEP-04-2007 19:06 FROM: TO:2029284130 P.3/4

DC5553465
Residential
3708 4TH ST SE WASHINGTON, DC 20032-5407

Metropolitan Regional Information Systems, Inc.
Synopsis - Agent

Page 1 of 1
04-Sep-2007
7:16 pm

Status: SOLD
List Price: $279,900
Ownership: Fee Simple - Sale
BR/FB/HB: 4/2/1
Lot AC/SF: 0.08 / 3,485.00
Lvls/Fpls: 3 / 0
Tot Fin SF: 0
Year Built: 1994
Total Tax: $1,370
Tax Yr: 2005
Ground Rent:
Style: Contemporary
Type: Townhouse



Close Price: $279,900
Legal Sub: Congress Heights
Adv. Sub: Congress Heights
Model:

Close Date: 05-Apr-2006
HOA Fee: /
C/C Fee: /
Other Fee: /
C/C Proj Name:

Subsidy: $0

Contract Date: 21-Feb-2006
Tax Map: 5969   0032
Liber:
Folio:
Parcel:
Block/Square: 5969
Lot: 32
Map Coord: SEE MAP Area:

|       | Total Main | Upr1 | Upr2 | Lwr1 | Lwr2 | Schools: |
|-------|------------|------|------|------|------|----------|
| BR    | 4          | 0    | 3    | 0    | 1    | 0        | ES:
| FB    | 2          | 0    | 2    | 0    | 0    | 0        | MS:
| HB    | 1          | 0    | 0    | 0    | 1    | 0        | HS:

Exterior:
Exterior Const: Brick and Siding
Other Structures:
Lot Desc:
Basement: No
Parking: Garage
Heating System: Forced Air
Water: Public
Cooling System: Central A/C
Sewer/Septic: Public Sewer
Appliances:
Amenities:
HOA/C/C Amenities:

Exposure:
Roofing:

Gar/Crpt/Assgd Spaces: 1 / /
Heating Fuel: Natural Gas
Hot Water: Natural Gas
Cooling Fuel: Electric
Soil Type: USC

List Date: 03-Mar-2006         Update Date: 09-May-2006         DOM-MLS: 5         DOM-Prop: 5
Remarks: LOCKBOX ON SATURDAY BY 4PM.....GREAT 4 BR, 2.5 BATH TOWNHOUSE BUILT IN THE EARLY 90S.  COMPLETE WITH 1 CAR GARAGE, ACROSS THE STREET FROM BALLOU HS.  OPEN HOUSE SUNDAY 3/5 FROM 1 - 3.
Directions: ACROSS THE STREET FROM BALLOU HIGH SCHOOL
Show Instructions: Lockbox-Frnt Dr,Show Anytime, , -

Listing Co: RE/MAX ALLEGIANCE, RMAX17
Listing Agent: TOM BUERGER
Office: (202) 255-2844
Owners: CLAY ACKISS
Show Contacts: TOM BUERGER
Sub Comp: 2.5         Buy Comp: 2.5

Phone: (202) 338-8900
Home: (202) 255-2844
Pager:

Add'l:         Dual: Y

Fax: (202) 333-1488
Fax: (202) 659-8535
Cell: (202) 255-2844
Home:
Home: (202) 255-2844
Desk: Y         VarC: N

Copyright (c) 2007 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.





EXHIBIT 31

BRA 0595