UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BRATTON, *et al.*,       )
                              )
Plaintiffs,                   )
                              )
vs.                           )   Civil Action No. 06-0694 (JDB)
                              )
CHATEL REAL ESTATE, INC., *et al.*,  )
                              )
Defendants.                   )

## WITHDRAWAL OF APPEARANCE BY NOTICE

1. Please take notice that, pursuant to Local Rule 83.6(b), Nicholas B. Reuhs hereby withdraws as counsel for Defendants Thierry Liverman and Chatel Real Estate, Inc. (the "Chatel Defendants").

2. Matthew A. Ranck and Eccleston and Wolf, P.C., will remain as counsel for the Chatel Defendants in this matter.

3. As evidenced by the endorsements below, this withdrawal is made with the knowledge and consent of the represented parties.

4. Please remove Mr. Reuhs from all distribution lists.

_____          /s/ Nicholas B. Reuhs
Thierry Liverman                     Nicholas B. Reuhs (Bar No. 500005)
Principal, Chatel Real Estate        VORYS, SATER, SEYMOUR
                                     AND PEASE LLP
                                     1828 L Street, N.W., 11th Floor
                                     Washington, D.C. 20036
                                     nbreuhs@vssp.com
                                     (202) 467-8800
                                     (202) 467-8900 (fax)

    /s/ Matthew A. Ranck
Matthew A. Ranck (Bar No. 484983)
ECCLESTON AND WOLF, P.C
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
ranck@ewdc.com
(202) 857-1696
(202) 857-0762 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2008, I caused a copy of the foregoing to be served electronically upon:

**Stefan Shaibani, Esq.**
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
(202) 862-4335
Fax: 202-828-4130
Email: stefan@litigationassociate.com
*Counsel for Plaintiffs*

**Matthew A. Ranck, Esq.**
ECCLESTON AND WOLF, P.C.
2001 S Street, NW
SUITE 310
Washington, DC 20009
(202) 857-1696
Email: ranck@ewmd.com
*Counsel for Defendants Thierry Liverman and Chatel Real Estate, Inc.*

**Robert H. Bouse, Jr.**
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201
(410) 752-1630
Email: bouse@acklaw.com
*Counsel for Defendants Mary White and Mary White, Inc.*

    /s/ Nicholas B. Reuhs
Nicholas B. Reuhs