**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN BRATTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs John Bratton and Bratton

Realty, LLC respectfully request the Court for a two week extension of time through and

including April 11, 2008 within which to file their opposition to Defendants' Motions for

Summary Judgment. On March 17-18, 2008, Robert Bouse, counsel for Mary White and Mary

White, Inc., and Matthew Ranck, counsel for Chatel Real Estate, Inc. and Thierry Liverman,

consented to this motion.

The requested extension is necessary because counsel has been extremely busy in other

matters for the past four weeks—including drafting an appeal brief in *Monroe Retail, Inc., et al.*

*v. Charter One Bank, et al.*, a case pending before the U.S. Court of Appeals for the Sixth Circuit

and presenting oral argument in *Raissi, et al. v. Burson, et al.*, an appeal pending before the

Maryland Court of Special Appeals) and has discovery cut-off, motion deadlines, and

depositions in three injury cases pending before the DC Superior Court, and a motion hearing in

*Cincinnati Insurance Company v. American Glass Industries, et al.*, a case pending before the

District Court for the Eastern District of Virginia in the next two weeks.

For the above reasons, Plaintiffs respectfully requests the Court to grant this motion.

Respectfully submitted,

Dated: March 18, 2008

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel:  (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2008, I electronically filed "PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME," and that service was thus effected upon defendants' counsels in accordance with Local Civil Rule 5.4(d).

<u>/s/ Stefan Shaibani</u>