UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|         vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that Plaintiffs' Opposition to Defendants' Motions for Summary Judgment shall be filed on or before April 11, 2008.


Dated: _____, 2008           _____
                                                                        Judge, U.S. District Court