**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN BRATTON,** *et al.*, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0694 (JDB) |
| | ) |
| **CHATEL REAL ESTATE, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING OF BULK EXHIBITS

Please take notice that Plaintiffs John Bratton and Bratton Realty, LLC intend to manually file the exhibits in support of Plaintiffs' Opposition to the Motions for Summary Judgment filed by Defendants Mary White, Mary White, Inc., Chatel Real Estate, Inc., and Thierry Liverman. The manual filing of Plaintiffs' exhibits is necessary because they exceed 500 pages and are not readily subject to electronic filing. This notice is pursuant to Local Civil Rule 5.4(e).

                                          Respectfully submitted,

                                          /s/ Stefan Shaibani
                                          Stefan Shaibani
                                          Litigation Associates, PLLC
                                          1150 Connecticut Avenue, N.W.
                                          Suite 900
                                          Washington, DC 20036
                                          Tel: 202-862-4335
                                          *Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2008, I electronically filed "NOTICE OF FILING OF BULK EXHIBITS" and that service was thus effected upon Defendants' counsels listed below in accordance with the local rules of this Court:

Robert Bouse, Esq.
ANDERSON COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
*Counsel for Defendants Mary White & Mary White, Inc.*

Matthew Ranck, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
*Counsel for Defendants Chatel Real Estate, Inc. & Thierry Liverman*

<u>/s/ Stefan Shaibani</u>