UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of the Motions for Summary Judgment filed by Defendants Chatel Real Estate, Inc., Thierry Liverman, Mary White, and Mary White, Inc., Plaintiffs' opposition to the motions, and the entire record of this case, it is hereby

ORDERED that the Motions for Summary Judgment filed by Defendants Chatel Real Estate, Inc., Thierry Liverman, Mary White, and Mary White, Inc. are DENIED; and it is further

ORDERED that a Pretrial Conference shall be held in this case on _____, 2008 at _____ a.m. / p.m. in Courtroom _____.

Dated: _____, 2008

_____
Judge, U.S. District Court