## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BRATTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 06-694 (JDB) |
| | ) |
| CHATEL REAL ESTATE, INC., *et al.*, | ) |
| | ) |
| Defendants | ) |
| | ) |

## NOTICE OF INCORPORATION OF EXHIBIT 38

Please take notice that Plaintiffs John Bratton and Bratton Realty, LLC, in support of their Opposition to the Third Motion for Summary Judgment filed by Defendants Mary White, Mary White, Inc., Chatel Real Estate, Inc., and Thierry Liverman, incorporate by reference Exhibit 38—the DVD of the Dateline NBC Episode titled "No Way In," featuring John Pagones and Chatel Real Estate, Inc.'s housing discrimination against the disabled— previously filed (manually) by Plaintiffs on February 23, 2007 as Docket Entry 33.

Respectfully submitted,

Dated: April 12, 2008

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 12, 2008, I electronically filed "NOTICE OF INCORPORATION OF EXHIBIT 38" and that service was thus effected upon Defendants' counsels listed below in accordance with the local rules of this Court:

Robert Bouse, Esq.
ANDERSON COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
*Counsel for Defendants Mary White & Mary White, Inc.*

Matthew Ranck, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
*Counsel for Defendants Chatel Real Estate, Inc. & Thierry Liverman*

<u>/s/ Stefan Shaibani</u>
