UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON, et al.**<br><br>　　　　Plaintiffs<br><br>v.<br><br>**CHATEL REAL ESTATE, INC., et al.**<br><br>　　　　Defendants | Case No.: 1:06CV00694<br><br>Hon. John D. Bates |

### CONSENT MOTION FOR AN EXTENSION OF TIME FOR CHATEL DEFENDANTS TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Chatel Real Estate, Inc. and Thierry Liverman ("Chatel Defendants"), by and through undersigned counsel, with Plaintiffs' consent, and hereby file this Consent Motion to extend the time for the Chatel Defendants to file their Reply to the Plaintiffs' Opposition to Motion for Summary Judgment to and including May 5, 2008.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**CHATEL REAL ESTATE, INC. and**
　　　　　　　　　　　　　　　　**THIERRY LIVERMAN**

　　　　　　　　By:　　/s/ Matthew A. Ranck
　　　　　　　　　　　　Matthew A. Ranck, Esq. (D.C. Bar # 484983)
　　　　　　　　　　　　ECCLESTON AND WOLF, P.C.
　　　　　　　　　　　　2001 S Street, N.W., Suite 310
　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　(202) 857-1696 (telephone)
　　　　　　　　　　　　(202) 857-0762 (facsimile)
　　　　　　　　　　　　*Counsel for Defendants Chatel Real Estate, Inc.*
　　　　　　　　　　　　*and Thierry Liverman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2008, a true copy of the foregoing Consent Motion was served electronically upon:

**Stefan Shaibani**
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C. 20036
*Counsel for Plaintiffs*

**Robert H. Bouse, Jr.**
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201
*Counsel for Defendants Mary White
and Mary White, Inc.*

                                                  /s/ Matthew A. Ranck
                                                  Matthew A. Ranck