UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BRATTON**, et al.<br><br>   Plaintiffs<br><br>v.<br><br>**CHATEL REAL ESTATE, INC.**, et al.<br>   Defendants | Case No.: 1:06CV00694<br><br>Hon. John D. Bates |

## ORDER

UPON CONSIDERATION of the Consent Motion for an Extension of Time for the Chatel Defendants to file a Reply to the Plaintiffs' Opposition to Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED, that the Consent Motion be and hereby is GRANTED; and it is further

ORDERED, that the Chatel Defendants have to and including May 5, 2008 to file their Reply to the Plaintiffs' Opposition to Motion for Summary Judgment.

Date: _____, 2008      By: _____
                                            Hon. John D. Bates
                                            U.S. District Court for the
                                            District of Columbia

Copies to:

Matthew A. Ranck, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009

Stefan Shaibani, Esq.
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036

Robert H. Bouse, Jr., Esq.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201

2