Capital Reporting Company

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    ---------------------------------:
      JOHN BRATTON,                    :
 4                                     :
                Plaintiff,             :
 5                                     :
           vs.                         : Case No.:
 6                                     :1:06CV00694
      CHATEL REAL ESTATE, INC.,        :
 7    et al.,                          :
                Defendants.            :
 8    ---------------------------------:
                                Washington, DC
 9
                                Monday, November 20, 2006
10    Deposition of:
11                    JOHN PAGONES,
12    called for oral examination by counsel for
13    the Plaintiff, pursuant to notice, at
14    1150 Connecticut Avenue, NW, Washington, DC,
15    before Lohna Esteb of Capital Reporting Company, a
16    Notary Public in and for the District of Columbia,
17    beginning at 10:40 a.m. when were present on
18    behalf of the respective parties:
19
20
21                                           EXHIBIT
22                                              2
```

EXHIBIT 2

(866) 448 - DEPO
www.CapitalReportingCompany.com

Capital Reporting Company

Page 2

1    On behalf of Plaintiff:

2        STEFAN SHAIBANI, ESQUIRE
         Litigation Associates, PLLC
3        1150 Connecticut Avenue, NW
         Washington, DC 20036
4        (202) 862-4335
         E-mail: stefan@litigationassociate.com
5
     On behalf of Defendant Chatel Real Estate, Inc.:
6
         MATTHEW A. RANCK, ESQUIRE
7        Eccleston and Wolf
         Suite 310
8        2001 S Street, NW
         Washington, DC 20009-1125
9        (202) 857-1696
         E-mail:ranck@ewdc.com
10

11   On behalf of Defendant Mary White:

12
         ROBERT H. BOUSE, JR., ESQUIRE
13       Anderson Coe King
         201 North Charles Street, Suite 2000
14       Baltimore, Maryland   21201-4135
         (410) 752-1630
15       E-mail: bouse@acklaw.com

16

17

18

19

20

21

22

(866) 448 - DEPO
www.CapitalReportingCompany.com

Capital Reporting Company

Page 3

```
 1                        C O N T E N T S

 2
     EXAMINATION BY:                                    PAGE
 3
        Counsel for Plaintiff                             4
 4      Counsel for Mary White                          213
        Counsel for Chatel                              224
 5

 6   PAGONES DEPOSITION EXHIBITS:                       PAGE

 7   1          1099 MISC for 2005                        13
     2          John Pagones Summary of Earnings          14
 8   3          MRIS listing                              16
     4          Property Management and Exclusive
 9              Rental Agreement                          18
     5          MRIS Synopsis - Agent                     30
10   6          MRIS Full Commericial Listing             31
     7          GCAAR Rental Application                  50
11   8          Photos                                    57
     9          Statement by John Pagones                 85
12   10         Photo of Bratton Realty                   85
     11         Photo of 1622 Wisconsin Ave.              80
13   12         Photo of 1622 Wisconsin Ave.              80
     13         Fax to Chatel                             71
14   14         DVD
     15         Washington Lawyers' Committee
15              for Civil Rights & Urban Affairs
                Letter to Mr. Shaibani 9/22/06           107
16   16         Fair Housing Manual                      115
     17         Commercial Lease Agreement               125
17   18         Checks                                   127
     19         Commercial Lease Agreement               128
18   20         1622 Listing                             131
     21         Letter to Mrs. White
19              from Mr. Bratton 10/7/05                 134
     22         Defendants Chatel and
20              Liverman's Answers to
                Plaintiff's First Set
21              of Interrogatories                       188

22
```

Capital Reporting Company

Page 4

INDEX CONTINUED:

| No. | Description | Page |
|---|---|---|
| 23 | Commercial Agreement of Lease – Space Mary White and Roberta Medlin | 191 |
| 24 | Commercial Agreement of Lease – Space Mary White and John Bratton | 191 |
| 25 | Bank Statement | 200 |
| 26 | Bank Statement | 200 |
| 27 | Chatel and Pagones' Answers to Interrogatories and Request for Production of Documents | 207 |

Capital Reporting Company

Page 5

1          P-R-O-C-E-E-D-I-N-G-S

2   WHEREUPON,

3               JOHN PAGONES,

4   called as a witness, and having been first duly

5   sworn, was examined and testified as follows:

6          EXAMINATION BY COUNSEL FOR PLAINTIFF:

7   BY MR. SHAIBANI:

8        Q    Mr. Pagones, thank you for coming here

9   today.

10            I am going to ask you a number of

11  questions, and if your counsel and counsel for Mary

12  White will have objections to the question, we

13  would request you respond to the question after the

14  objections have been raised, and your counsel will

15  be able to advise you if there are any specific

16  objections that you can't respond to the inquiry

17  afterwards.

18            Could you please tell us your title and

19  position at Chatel?

20       A    Associate broker.

21       Q    Does that mean you had a brokerage

22  license?

Capital Reporting Company

Page 54

```
 1   talked about with her?
 2       A    I told her it was a real estate office,
 3   and it was an African-American. And I told her, "Be
 4   prepared for trouble."
 5       Q    Be prepared for trouble? Could tell us
 6   why you said that?
 7       A    Because John had been very -- what I've
 8   been telling you -- John was very rude to me. In a
 9   way -- well, not threatening, but he was very rude
10   and loud. And I told her about that. I said,
11   "Mary, you better" -- I said, "You better take this
12   guy or you are going to have a discrimination
13   suit."
14       Q    Is there anything else you talked about?
15       A    No.
16       Q    What did Ms. White tell you in response?
17       A    She said, "I'll look at the lease."
18       Q    Did she tell you that she had any
19   preference for leasing the space to a white
20   candidate?
21       A    She never mentioned color.
22       Q    Did she mention any preference in terms
```