Capital Reporting Company

Page 1

```
 1           UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF COLUMBIA

 3   -----------------------------------:

 4   JOHN BRATTON,

 5              Plaintiff

 6      v.                                Civil Action

 7                                        No. 06-0694(JDB)

 8   CHATEL REAL ESTATE, INC., et al.,

 9     Defendants

10   -----------------------------------:

11                               Washington, D.C.

12                      Tuesday, September 26, 2006

13   Deposition of:

14              ROBERTA JEAN MEDLIN

15   called for oral examination by counsel for

16   Plaintiff, pursuant to notice, at the Law Offices

17   of Litigation Associate, PLLC, 1150 Connecticut

18   Avenue, N.W., Suite 900, Washington, D.C., 20036,

19   before Patricia A. Edwards of Capital Reporting, a

20   Notary Public in and for the District of Columbia,

21   beginning at 10:12 a.m., when were present on

22   behalf of the respective parties:
```

866.448.DEPO
www.CapitalReportingCompany.com



EXHIBIT 3

Capital Reporting Company

Page 2

APPEARANCES

On behalf of Plaintiff:
STEFAN SHAIBANI, ESQUIRE
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4335

On behalf of Defendants CHATEL REAL ESTATE, INC., and THIERRY LIVERMAN:
MATTHEW A. RANCK, ESQUIRE
Eccleston & Wolf, PC
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
(202) 857-1696

On behalf of Defendant MARY WHITE:
ROBERT BOUSE, ESQUIRE
Anderson, Coe and King
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 752-1630

Also Present:
Lauren D'Agostino John Bratton
* * * * *

Page 3

CONTENTS

EXAMINATION BY:                                PAGE
  Counsel for Plaintiff                        4, 79
  Counsel for Defendants CHATEL REAL            58
    ESTATE, INC. and THIERRY LIVERMAN
  Counsel for Defendant MARY WHITE              77

PLAINTIFF'S DEPOSITION EXHIBITS:  *            PAGE
  1   Document.                                 54
  7   Commercial agreement of lease.            14
  9   Check written by Robert J. Medlin         18
        in the amount of $7,500.00.
  10  Document.                                 40
  11  Document with Chatel logo with check      31
        dated October 11, 2005 attached.
  12  MRIS listing for 1622 Wisconsin Avenue.    8
  18  GCAAR rental application.                 41

DEFENDANT'S DEPOSITION EXHIBITS:  *            PAGE
  A   Letter dated September 12th.              58
  B   Commercial agreement of leased            66
        space.

(*Exhibits attached to transcript)

Page 4

PROCEEDINGS

WHEREUPON,

ROBERTA JEAN MEDLIN

called as a witness, and having been first duly sworn or affirmed, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MR. SHAIBANI:

  Q   Ms. Medlin, thank you for coming here today. I'm going to ask you some questions and if you could respond. Opposing counsel may raise objections, but once they state their objections, you're still obligated to respond to the questions.

  A   I understand.

  Q   Could you tell us your full name and occupation?

  A   Roberta Jean Medlin is my full name and I'm a jewelry designer.

  Q   And when did you relocate to Washington, D.C.?

  A   Approximately a year ago.

Page 5

  Q   Do you recall the exact month?

  A   No. We lived between Kansas City and Washington, D.C. both for some months, so there was no exact time.

  Q   When did you start looking for office space in D.C.?

  A   Last fall. The fall of 2005.

  Q   Was it in October 2005 possibly?

  A   Possibly, yes.

  Q   And have you spoken to Mary White or Chatel prior to October 2005?

  A   I cannot recall the exact date, but I believe it was October.

  Q   But before you moved to D.C., you had not spoken to Mary White or Chatel?

  MR. RANCK:  Objection.

  THE WITNESS:  Thank you.

  MR. RANCK:  You can answer if you understand it.

BY MR. SHAIBANI:

  Q   Prior to moving to Washington, D.C., have you spoken to Mary White?

2 (Pages 2 to 5)

Page 34

1  Q  Now that you've read the note, do
2  you recall if you ever received this document?
3  A  Are you badgering me?
4  Q  Not at all. I'm just trying to
5  see if reading this note would refresh your
6  memory of receiving such a note ever.
7  A  What do you think? Since I've
8  already answered the question.
9  Q  Please answer it again.
10 A  Ask it again.
11 Q  Do you ever recall receiving this
12 document, Exhibit No. 11 --
13 A  No.
14 Q  -- the handwritten note which has
15 the photocopy of your check crossed out on it?
16 A  No.
17 Q  Thank you. Could you tell us if
18 you toured the property located at 1622
19 Wisconsin Avenue?
20 A  Yes.
21 Q  Who was there when you toured the
22 property?

Page 35

1  A  Mary White.
2  Q  She personally showed you the
3  property; is that correct?
4  A  Yes.
5  Q  Did you ever meet with a gentleman
6  at Chatel?
7  A  Yes.
8  Q  Do you recall his name?
9  A  No.
10 Q  Thierry Liverman? Does that ring
11 a bell?
12 A  I don't know.
13 Q  What was the substance of your
14 discussion with the gentleman you met at
15 Chatel?
16 A  I signed a rental application, I
17 left a check, as we've seen in these documents,
18 and the condition -- it was basically a place
19 holder, if you will. It was not to be cashed
20 unless we reached an agreement. And I left it
21 there because I was out of town.
22 Q  And was this before --

Page 36

1  A  I was going out of town.
2  Q  Was your meeting with the
3  gentleman at Chatel before you toured the
4  property with Mary White?
5  A  I don't think so. No, it was
6  after.
7  Q  Do you recall if you discussed the
8  duration of the lease with this gentleman?
9  A  We didn't discuss much.
10 Q  Essentially what you did was just
11 submit some documents to him then, is that what
12 you're saying?
13 A  Yes.
14 Q  Okay. So --
15 A  He was rather busy that day with
16 something else -- it would appear. I wasn't
17 there very long.
18 Q  And he's the person you submitted
19 your check to dated October 11th; is that
20 correct?
21 A  Yes. But I also met a woman that
22 day.

Page 37

1  Q  At Chatel?
2  A  There was a man and a woman. A
3  very brief period of time, we had a very brief
4  exchange.
5  Q  Did Mary White ever require you to
6  submit your income tax returns for the years
7  2003 and 2004 in connection with leasing the
8  property?
9  A  I don't think so.
10 Q  Did she require you to submit your
11 bank statements at the time you went to lease
12 the property?
13 A  I don't recall what the
14 application stated. It asked about some credit
15 things, I don't recall exactly what it said.
16 Q  But Mary White didn't require you
17 to submit your checking or savings account
18 statements to her; is that correct?
19 MR. BOUSE: I'll object. That's
20 not what she said. I object.
21 MR. RANCK: Same objection.
22 BY MR. SHAIBANI:

10 (Pages 34 to 37)

## Capital Reporting Company

Page 42

1  A  Yes.
2  Q  Now, would you say, having looked
3  at this document, that October 11th was the
4  first day you negotiated this lease with Mary
5  White?
6  MR. RANCK: Object to the form.
7  MR. BOUSE: Object.
8  THE WITNESS: If it wasn't that
9  first day, it was very, very close to that.
10 There was not a lot of time lapse in here.
11 BY MR. SHAIBANI:
12  Q  And would this refresh your memory
13 as to when you withdrew your offer to lease the
14 property?
15  A  It was shortly thereafter.
16  Q  Was it more than a day after?
17 MR. RANCK: Objection. Asked and
18 answered.
19 THE WITNESS: I'm not sure. It
20 was a very short time frame from beginning to
21 end.
22 BY MR. SHAIBANI:

Page 43

1  Q  Would you say that it was more
2  than 48 hours?
3  MR. RANCK: Same objection.
4  MR. BOUSE: Same objection.
5  THE WITNESS: More than 48? Or
6  less? I don't know, we were traveling. I don't
7  know.
8  BY MR. SHAIBANI:
9  Q  Do you recall how many days you
10 were in D.C. when you visited the property on
11 Wisconsin Avenue?
12  A  No. As stated previously, we were
13 back and forth, back and forth, back and forth
14 between Kansas City and D.C.
15  Q  If I may ask another question, in
16 terms of your withdrawal of your offer to lease
17 the property, was it more than three days after
18 you submitted the rental application?
19 MR. BOUSE: Object.
20 MR. RANCK: Objection. Asked and
21 answered several times.
22 THE WITNESS: I don't remember.

Page 44

1  Just ask me what you want to know.
2  BY MR. SHAIBANI:
3  Q  Do you recall in your negotiations
4  with Mary White if you discussed what would
5  happen after the term of the lease expires?
6  A  You mean if I had received the
7  property?
8  Q  Yes. In negotiating your offer to
9  lease the property, did you discuss what would
10 happen if -- let's say if the lease were for
11 two years, what would happen afterwards?
12  A  I don't think we ever got that
13 far, no. I don't -- no, I don't remember that.
14  Q  And do you recall having any
15 discussions about a right of first refusal?
16  A  I don't recall.
17  Q  Do you know what a right of first
18 refusal is?
19  A  Yes.
20  Q  You weren't interested in
21 purchasing the property during the -- if it
22 were to go on the market during the term of the

Page 45

1  lease? Do you recall that?
2  MR. BOUSE: I object.
3  MR. RANCK: Objection to the form
4  of the question.
5  THE WITNESS: Did I express that,
6  is that what you're asking me?
7  BY MR. SHAIBANI:
8  Q  Did you ever have any discussions
9  about right of first refusal?
10 MR. RANCK: Objection. Asked and
11 answered.
12 MR. BOUSE: I object.
13 MR. RANCK: She just said she
14 doesn't recall not 45 seconds ago.
15 BY MR. SHAIBANI:
16  Q  You had no discussions then about
17 what would happen if the property were to go on
18 sale during the term of the lease?
19  A  If it would go on sale during the
20 term of the lease? No, we did not have that
21 discussion.
22  Q  Did you intend to lease a space

12 (Pages 42 to 45)